| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____   Chapter __7__ |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **RAC Investment Holdings, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1867349** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**6775 Lenox Center Ct.**<br>**Suite 100**<br>**Memphis, TN 38115**<br>Number, Street, City, State & ZIP Code<br><br>**Shelby**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.americancarcenter.com/** | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **RAC Investment Holdings, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4411**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes

List all cases. If more than 1, attach a separate list

Debtor  **See Schedule 1**  Relationship _____

District _____ When _____ Case number, if known _____

Debtor **RAC Investment Holdings, LLC**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district*?**　*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**　*Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [x] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [x] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [x] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **RAC Investment Holdings, LLC**　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  　03/14/2023
　　　　　　　　　MM / DD / YYYY

**X** **/s/ Noah Hogan**　　　　　　　　　　　　　　　　　　Noah Hogan
　　Signature of authorized representative of debtor　　　　　Printed name

　　Title  **Authorized Signatory**

**18. Signature of attorney**

**X** **/s/ Joseph M. Mulvihill**　　　　　　　　　　　　Date  03/14/2023
　　Signature of attorney for debtor　　　　　　　　　　　　　　MM / DD / YYYY

**Joseph M. Mulvihill**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**　　Email address  **jmulvihill@ycst.com**

**6061 DE**
Bar number and State

**Schedule 1**

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliate**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| RAC Asset Holdings, LLC | 35-2558701 |
| RAC Dealership, LLC | 81-2133862 |
| RAC Intermediate Holdings, LLC | 81-2144792 |
| RAC King, LLC | 35-2556605 |
| RAC Servicer, LLC | 30-0933735 |
| RAC Investment Holdings, LLC | 81-1867349 |

29770150.1

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE**
**BOARD OF MANAGERS**
**OF**
**RAC INVESTMENT HOLDINGS, LLC**

March 13, 2023

The undersigned, being all of the members of the Board of Managers (the "Board") of RAC Investment Holdings, LLC, a Delaware limited liability company ("RAC Investment"), hereby consent to and adopt the following resolutions pursuant to and in accordance with the Amended and Restated Limited Liability Company Agreement of RAC Investment, dated as of May 2, 2016, as amended by the First Amendment thereto, dated as of September 8, 2022, and the Second Amendment thereto dated as of October 5, 2022:

**WHEREAS**, RAC Investment is managed exclusively by the Board;

**WHEREAS**, RAC Investment is the sole member of RAC King, LLC, a Delaware limited liability company ("RAC King");

**WHEREAS**, RAC King is the sole member of each of RAC Dealership, LLC, a Delaware limited liability company ("RAC Dealership") and RAC Intermediate Holdings, LLC, a Delaware limited liability company ("RAC Intermediate");

**WHEREAS**, RAC Intermediate is the sole member of each of RAC Servicer, LLC, a Delaware limited liability company ("RAC Servicer"), and RAC Asset Holdings, LLC, a Delaware limited liability company ("RAC Asset" and together with RAC King, RAC Dealership, RAC Intermediate and RAC Servicer, each, a "Subsidiary" and collectively, the "Subsidiaries");

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of RAC Investment and the Subsidiaries (and together with RAC Investment, each an "Entity" and collectively, the "Entities"), and the Entities' business on the date hereof, including the historical performance of the Entities, the assets of the Entities, the present and future liabilities of the Entities, the market for the Entities' products, services, and assets, and the credit market conditions;

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the Entities' management, legal, financial, and restructuring advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Board has determined that it is in the best interests of the Entities and the Entities' stakeholders, members, creditors, and other interested

parties to commence a case under the provisions of chapter 7 of the Bankruptcy Code; and

**WHEREAS**, RAC Investment, as sole member of RAC King, wishes to approve, authorize, and ratify the taking of actions, and execution of documents by RAC Investment in its capacity as sole member of RAC King, in connection with the foregoing.

**NOW, THEREFORE, BE IT**:

**Commencement and Prosecution of Bankruptcy Case**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of RAC Investment, RAC Investment's stakeholders, the creditors of RAC Investment, and other interested parties of RAC Investment that a voluntary petition (a "Petition") be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by RAC Investment, thereby commencing a case (the "Bankruptcy Case") under the provisions of chapter 7 of the Bankruptcy Code; and it is further

**RESOLVED**, that Noah Hogan (the "Authorized Person") be, and hereby is, authorized, directed, and empowered, on behalf of RAC Investment, to execute, acknowledge, deliver, and verify RAC Investment's Petition and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person may determine; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed, and empowered on behalf of RAC Investment, to execute, acknowledge, deliver, verify, and file any and all pleadings, petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions that the Authorized Person may deem necessary or proper in connection with the filing of the Petition and commencement and prosecution of the Bankruptcy Case, including attending the meeting of creditors pursuant to section 341 of the Bankruptcy Code on behalf of the Company; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed, and empowered from time to time in the name and on behalf of RAC Investment, to perform the obligations of RAC Investment under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Person performing or executing the same shall approve, and the performance or execution thereof by the Authorized Person shall be conclusive evidence of the approval thereof by the Authorized Person and by RAC Investment; and it is further

**Retention of Professionals**

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and hereby is, authorized, directed, and empowered to represent RAC Investment as bankruptcy counsel to represent and assist RAC Investment in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance RAC Investment's rights, including the preparation of pleadings and filings in its Bankruptcy Case; and in connection therewith, the Authorized Person be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of RAC Investment, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case; and it is further

**General Resolutions**

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of RAC Investment, as the member of RAC King, to take all actions, and execute such further documents, as may be necessary or desirable, on behalf of RAC King set forth in the foregoing resolutions, including, without limitation, a written consent by RAC Investment, approving the foregoing, and any actions, including the execution of documents, taken prior to the date hereof by such persons in accordance with the foregoing are hereby consented to, approved, and ratified; and it is further

**RESOLVED**, that the execution and delivery by the Authorized Person on behalf of RAC Investment of such documents as may be required or as such Authorized Person may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Person shall approve are hereby authorized, the taking or execution thereof by the Authorized Person being conclusive evidence of the approval thereof by the Authorized Person; and it is further

**RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by any officer of RAC Investment in, for and on behalf of RAC Investment, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of RAC Investment as of the date such action or actions were taken; and it is further

**RESOLVED**, that facsimile, .pdf copies, or other electronic forms of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

**IN WITNESS WHEREOF**, the undersigned, constituting all members of the Board of RAC Investment, have executed this written consent to be effective as of the date first written above.

                                              **BOARD OF MANAGERS:**

*DocuSigned by:*
*/s/ Harish Nataraj*
D73A5FAB7B59439...
Harish Nataraj

*DocuSigned by:*
*/s/ Zalman Jacobs*
E259DBE373B347F...
Zalman Jacobs

*DocuSigned by:*
*/s/ B. Michael Shivers, Jr.*
5A2F3C4FAC7F4A2...
B. Michael Shivers, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-_____ (____) |
| In re:<br><br>RAC King, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-_____ (____) |
| In re:<br><br>RAC Dealership, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-_____ (____) |
| In re:<br><br>RAC Intermediate Holdings, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-_____ (____) |
| In re:<br><br>RAC Servicer, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-_____ (____) |
| In re:<br><br>RAC Asset Holdings, LLC,<br><br>        Debtor.[1] | Chapter 7<br><br>Case No. 23-_____ (____) |

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer identification number are: RAC Investment Holdings, LLC (N/A) RAC Asset Holdings, LLC (8701); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC King, LLC (6605). The Debtors' corporate headquarters is located at 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115.

29751356.2

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND
LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R.
BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") hereby state as follows:

1. Debtor RAC Investment Holdings, LLC ("RAC Investment"), whose address is 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115, is 70% owned by non-debtor RAC Investor, LLC, 20% owned by non-debtor American Car Center, LLC, and 10% owned by non-debtor American Financial, Inc.

2. Debtor RAC King, LLC ("RAC King"), whose address is 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115, is 100% owned by Debtor RAC Investment.

3. Debtor RAC Dealership, LLC d/b/a American Car Center, whose address is 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115, is 100% owned by Debtor RAC King.

4. Debtor RAC Intermediate Holdings, LLC ("RAC Intermediate"), whose address is 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115, is 100% owned by Debtor RAC King.

5. Debtor RAC Servicer, LLC ("RAC Servicer"), whose address is 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115, is 100% owned by Debtor RAC Intermediate.

6. Debtor RAC Asset Holdings, LLC d/b/a American Financial, whose address is 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115, is 100% owned by Debtor RAC Intermediate.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RAC Investment Holdings, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007 and 7001.1**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 14, 2023**         X **/s/ Noah Hogan**
                                         Signature of individual signing on behalf of debtor

                                         **Noah Hogan**
                                         Printed name

                                         **Authorized Signatory**
                                         Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (____) |
| In re: <br><br> RAC King, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (____) |
| In re: <br><br> RAC Dealership, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (____) |
| In re: <br><br> RAC Intermediate Holdings, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (____) |
| In re: <br><br> RAC Servicer, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (____) |
| In re: <br><br> RAC Asset Holdings, LLC, <br><br> Debtor.[1] | Chapter 7 <br><br> Case No. 23-_____ (____) |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer identification number are: RAC Investment Holdings, LLC (N/A) RAC Asset Holdings, LLC (8701); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC King, LLC (6605). The Debtors' corporate headquarters is located at 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115.

## **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS**

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Young Conaway Stargatt & Taylor, LLP ("YCST"), is counsel for the above-captioned debtors (collectively, the "Debtors") and that compensation paid to YCST within one year before the filing of the petition in bankruptcy, or agreed to be paid to YCST, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with the bankruptcy cases is as follows:

For legal services, YCST has agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . $300,000.00

Prior to the filing of this statement YCST has received . . . . . . . . . . . . . . . . . $300,000.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

2.      The source of the compensation paid to YCST was Debtor RAC King, LLC.

3.      YCST has not agreed to share the above-disclosed compensation with any other person, unless they are a partner, counsel, or associate of YCST.

4.      In return for the above-disclosed fee, YCST has agreed to pay the filing fees required to commence these bankruptcy cases and has further agreed to render legal services relating to these bankruptcy cases, including:

        a.      Analyzing the Debtors' financial situation, and rendering advice to the Debtors in determining whether to file bankruptcy petitions;

        b.      Preparing and filing voluntary petitions in bankruptcy and certain other documents that may be required; and

        c.      Representing the Debtors at the meeting of creditors, and any adjourned hearings thereof.

5.      By agreement with the Debtors, the above-disclosed fee does not include the representation of the Debtors in adversary proceedings and other contested bankruptcy matters, nor does it include any future non-bankruptcy representation.

**CERTIFICATION**

    I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to YCST for representation of the Debtors in these bankruptcy proceedings.

Dated: March 14, 2023
         Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Joseph M. Mulvihill*
Joseph M. Mulvihill (No. 6061)
Jared W. Kochenash (No. 6557)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: jmulvihill@ycst.com
         jkochenash@ycst.com

*Counsel to the Debtors*