# **EXHIBIT A**

226937814v3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered)<br><br>Re: Dkt. No. ___ |

**ORDER GRANTING FIRST OMNIBUS MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105, 365, AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007 AUTHORIZING (I) REJECTION OF CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES, EFFECTIVE AS OF THE PETITION DATE, AND (II) ABANDONMENT OF PERSONAL PROPERTY**

Upon the Motion (the "Motion")[2] of David W. Carickhoff, as chapter 7 trustee (the "Trustee") for the jointly administered estates of the above-captioned debtors (the "Debtors"), seeking entry of an order authorizing the Trustee to (i) reject the Leases listed on **Exhibit 1** attached hereto and (ii) abandon the Abandoned Property; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

226937814v3

2

the best interest of the Debtors and the estates; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Leases[3] listed on **Exhibit 1** attached hereto are hereby deemed rejected as of the Petition Date; *provided however*, the Headquarters Lease is rejected as of March 31, 2023.

3. The Trustee, at his discretion, and without further Court Order, is authorized to abandon the Abandoned Property pursuant to 11 U.S.C. § 554(a) which abandonment shall be effective as of the date of entry of this Order.  For the avoidance of doubt, the Trustee shall not abandon any Non-Abandoned Property.

4. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

---

[3] Each Lease included on Exhibit 1 hereto shall be interpreted to include including all exhibits, schedules, modifications, amendments, supplements and/or addenda thereto.

226937814v3

# **EXHIBIT 1**

226937814v3

| Store # | Dealership | Lease Address | Landlord |
|---|---|---|---|
| S17 | Centerpoint (Birmingham, AL) | 9842 Parkway E, Birmingham, AL 35215 | ACEE Company<br>PO Box 10656<br>Fort Smith, AK 72917<br>Attn: Mr. Curtis Goldtrap<br><br>ACEE Company<br>c/o Colliers Mgmt Services<br>6363 Poplar Ave, Suite 400<br>Memphis, TN 38119<br>Attn: Scott Anderson |
| S52 | Dothan, AL | 3078 S Oates St, Dothan, AL 36301 | Betty Dean<br>c/o Deanco Auction Co.<br>3664 S. Oates Street<br>Dothan, AL 36301<br>Attn: Vince Wright |
| S57 | Florence, AL | 1225 Florence Blvd, Florence, AL 35630 | 1225 Florence Blvd., LLC<br>100 Bald Knob Road<br>New Albany, IN 47150<br>Attn: Mike Kaphammer |
| S46 | Government Blvd (Mobile, AL) | 2810 Government Blvd, Mobile, AL 36606 | John Stump, Inc.<br>3460 Old Union Rd.<br>Imboden, AR 72434<br>Attn: John Stump |
| S15 | Huntsville, AL | 3777 University Dr NW, Huntsville, AL 35816 | Brazelton Properties Inc.<br>2021 Clinton Ave. W. Suite C<br>Huntsville, AL 35805<br>Attn: Jana Brazelton |

| S19 | Montgomery, AL | 190 Eastern Blvd, Montgomery, AL 36117 | Woodcock Properties Inc.<br>420 North 20th St., Suite 3400<br>Birmingham, AL  35203<br>Attn: W. Benjamin Johnson |
|---|---|---|---|
| S16 | Pelham (Birmingham, AL) | 3296 Pelham Pkwy, Pelham, AL 35124 | Pate Santa Fe, LLC<br>P.O. Box 20828<br>Tuscaloosa, AL 35404<br>Attn: Luther S. Pate, IV<br><br>AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| S44 | Tillman's Corner (Mobile, AL) | 5447 US-90, Mobile, AL 36619 | JMTD, LLC<br>9533 Bridgeton Court<br>Mobile, AL 36695<br>Attn: Raj Patel, |
| S30 | Tuscaloosa, AL | 405 Skyland E Blvd, Tuscaloosa, AL 35405 | Mark Haffer<br>c/o Capital Real Estate<br>705 27th Ave.<br>Tuscaloosa, AL 35401 |

2

226937814v3

| | | | |
|---|---|---|---|
| S48 | Jonesboro, AR | 3615 Stadium Blvd, Jonesboro, AR 72404 | Toraj Zolghadr<br>805 Links View Drive<br>Sugar Hill, GA 30518 |
| S22 | Little Rock, AR | 5039 Warden Rd, North Little Rock, AR 72116 | Akshar 6, LLC<br>2402 Pathway<br>El Dorado, AR 71730<br>Attn: S.C. Vora, MD |
| S36 | Atlantic Blvd (Jacksonville, FL) | 9590 Atlantic Blvd, Jacksonville, FL 32225 | Aslam Rawoof<br>MNR Properties Jacksonville, LLC<br>311 Washington St, #9B<br>Jersey City, NJ 07302 |
| S37 | Blanding Blvd (Jacksonville, FL) | 7739 Blanding Blvd, Jacksonville, FL 32244 | Dr. Alexander Zimilevich/7739 Blanding Living Trust<br>c/o Capital City Bank<br>350 North Temple Ave.<br>Starke, FL 32091<br>Attn: Patricia Evans |
| S25 | Brandon (Tampa, FL) | 9201 E Adamo Dr, Tampa, FL 33619 | The Radiant Group, LLC<br>120 E. 9th Ave.<br>Tampa, FL 33605<br>Attn: Real Estate |
| S31 | Cassat (Jacksonville, FL) | 1831 Cassat Ave, Jacksonville, FL 32210 | East Coast Motors, Inc.<br>1813 Forest Glen Way<br>Saint Augustine, FL 32092<br>Attn: Victor Sirotkin |

3

226937814v3

| | | | |
|---|---|---|---|
| S32 | Lakeland (Tampa, FL) | 2725 US Hwy 98 N, Lakeland, FL 33805 | Lakeland 98 ACC, LLC<br>1401 Broad Street<br>Clifton NJ 07013 |
| S29 | Longwood (Orlando, FL) | 2300 S US Hwy 17 92, Longwood, FL 32750 | Kesting Limited Partnership<br>11330 Liberty Rd.<br>Owings Mills, MD 21117<br>Attn: Charles Kesting |
| S24 | North Tampa, FL | 10013 N Florida Ave, Tampa, FL 33612 | Paul Blanco's Good Car Company<br>3800 Florin Rd.<br>Sacramento, CA 95823 |
| S28 | Pensacola, FL | 5831 Pensacola Blvd, Pensacola, FL 32505 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |

| | | | |
|---|---|---|---|
| S21 | Seminole (Tampa, FL) | 8350 Park Blvd, Seminole, FL 33777 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| S26 | West Colonial (Orlando, FL) | 3920 W Colonial Dr, Orlando, FL 32808 | Orlando ACC Colonial LLC<br>1401 Broad Street<br>Clifton, NJ 07013<br>Attn: Nick Saccomondo |
| S33 | Savannah, GA | 2237 E Victory Dr, Savannah, GA 31404 | Discovery Properties, LLC<br>9590 Atlantic Blvd.<br>Jacksonville, FL  32225<br>Attn: Jim Kagiliery |
| S34 | Augusta, GA | 1801 Gordon Hwy, Augusta, GA 30904 | SAJE Georgia LLC<br>8140 Walnut Creek Lane, Suite 420<br>Dallas, Texas 75231<br>Attn: Chief Operating Officer |
| S53 | Chamblee, GA | 4474 Buford Hwy, Chamblee, GA 30341 | Pope Retail Properties, LLC<br>c/o NDJ Pope Family, LLP<br>3109 Clairmont Road NE, Suite A<br>Atlanta, GA 30329 |

226937814v3

| | | | |
|---|---|---|---|
| S62 | Cobb Pkwy (Atlanta, GA) | 1800 Cobb Pkwy SE S, Marietta, GA 30060 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| S54 | Conyers (Atlanta, GA) | 1798 Iris Dr SW, Conyers, GA 30094 | TD Iris, LLC<br>c/o Allied Commercial Properties<br>80 W. Wieuca Road, N.E.<br>Suite 170<br>Atlanta, GA 30342<br>Attn: Derek Griffin |
| S55 | Macon, GA | 2110 Eisenhower Pkwy, Macon, GA 31206 | Microproperties Indiana LLC,<br>a US Restaurant Properties (USRP)<br>8140 Walnut Hill Ln, Suite 420<br>Dallas, TX 75231<br>Attn: Jennifer Stetson |
| S59 | Riverdale (Atlanta, GA) | 7335 GA-85, Riverdale, GA 30274 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |

226937814v3

| | | | |
|---|---|---|---|
| S49 | Stone Mountain, GA | 6108 Memorial Dr, Stone Mountain, GA 30083 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| S43 | Columbus, GA | 1426 Veterans Pkwy, Columbus, GA 31901 | W. Silver Recycling, Inc.<br>1720 Magoffin Ave.<br>El Paso, TX 79901<br>Attn: Lane Gaddy |
| S50 | Louisville, KY | 6770 Dixie Hwy, Louisville, KY 40258 | Zalia Opportunity Zone Fund, LLC<br>c/o Advance Development Corporation<br>21034 Rosedown Court<br>Boca Raton, FL 33433<br>Attn: Ioana Pope |
| S70 | Page Ave (St. Louis, MO) | 10660 Page Ave, St. Louis, MO 63132 | Page Avenue Properties, LLC<br>105 Frontenac Forest,<br>St. Louis, Missouri 63131<br><br>Grissom Family Properties, LLC<br>P.O. Box 308<br>Gadsden, AL 35902<br>Attn: Phillip Grissom |

| | | | |
|---|---|---|---|
| S18 | Jackson, MS | 6103 Interstate 55 North Frontage Rd, Jackson, MS 39213 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| 11 | Tupelo, MS | 1195 S Gloster St, Tupelo, MS 38801 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| S38 | Gulfport, MS | 11370 US 49 Suite A, Gulfport, MS 39503 | Rachel Investors, LLC<br>1055 St. Charles Ave., Ste. 701<br>New Orleans, LA 70130<br>Attn: Jane Steiner |
| S74 | Fayetteville, NC | 3305 Raeford Rd, Fayetteville, NC 28303 | Dax's Deals, Inc.<br>3618 Sycamore Dairy Road<br>Fayetteville, NC 28303<br>Attn: Dax Yarborough |

8

| | | | |
|---|---|---|---|
| S73 | Tryon St (Charlotte, NC) | 5416 N Tryon St, Charlotte, NC 28213 | Ann Hampton<br>1530 Queens Road, Unit 204<br>Charlotte, NC 28207 |
| S41 | Columbia, SC | 6409 Two Notch Rd, Columbia, SC 29223 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| S58 | Greer, SC | 13712 E Wade Hampton Blvd, Greer, SC 29651 | 13712 Jayden LLC<br>(Jayden 13712, LLC)<br>PO Box 522<br>Greer, SC 29652<br>Attn: Darla Booher<br><br>13712 Jayden LLC<br>c/o Kiah T. "Chip" Ford, IV<br>Parker Poe<br>620 South Tryon Street<br>Suite 800<br>Charlotte, NC 28202 |
| S14 | Bell Road (Nashville, TN) | 1635 Bell Rd, Nashville, TN 37211 | Richland South, LLC<br>212 Overlook Cir # 207<br>Brentwood, TN 37027<br>Attn: Hoss Mousavi, President |

226937814v3

| | | | |
|---|---|---|---|
| S7 | Covington Pike (Memphis, TN) | 1956 Covington Pike, Memphis, TN 38128 | UAG Memphis II, Inc.<br>c/o United Auto Group, Inc.<br>2555 Telegraph Road<br>Bloomfield Hills, MI 48302<br>Attn: R. Whitfiled Ramonat |
| S5 | Elvis Presley (Memphis, TN) | 3311 Elvis Presley Blvd, Memphis, TN 38116 | Shiva Properties, LLC<br>8720 Somerset Lane<br>Germantown, TN 38138<br>Attn: Pete Patel |
| S12 | Gallatin Pike (Nashville, TN) | 1425 Gallatin Pike N, Madison, TN 37115 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| 10 | Jackson, TN | 1030 US-45 BYP, Jackson, TN 38301 | Cox-McCarver Partnership<br>PO Box 12486<br>Jackson, TN 38308<br>Attn: Flint Cox or Martha Shopher<br><br>Cox-McCarver Partnership<br>23 Weatherford Square<br>Jackson, TN 38305<br><br>Cox-McCarver Partnership<br>c/o Simon E. Fraser<br>Cozen O'Connor<br>1201 N. Market St., Ste. 1001<br>Wilmington, DE 19801 |

226937814v3

| | | | |
|---|---|---|---|
| S6 | Winchester (Memphis, TN) | 6400, 6420 & 6440 Winchester Rd, Memphis, TN 38115 | ACEE Company<br>PO Box 10656<br>Fort Smith, AK 72917<br>Mr. Curtis Goldtrap<br><br>Acee Company<br>c/o Colliers Mgmt Services<br>6363 Poplar Ave, Suite 400<br>Memphis, TN 38119<br>Attn: Scott Anderson |
| 56 | Springdale (N Thompson St) | 2009 N Thompson St, Springdale, AR 72764 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| 27 | Tallahassee (Tennessee St) | 2394 W Tennessee St, Tallahassee, FL 32304 | JP & JP2, LLC<br>4178 Apalachee Parkway<br>Tallahassee, FL 32311<br>Attn: Johnny Petrandis |
| 60 | Athens (Atlanta Hwy) | 4750 Atlanta Hwy, Athens, GA 30606 | 4750 Atlanta Hwy, LLC<br>c/o Allied Commercial Properties<br>80 W. Wieuca Road, N.E., Suite 170<br>Atlanta, GA 30342<br>Attn: Derek Griffin |

| | | | |
|---|---|---|---|
| 61 | Lawrenceville (Pike St) | 366 W Pike St, Lawrenceville, GA 30046 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| 65 | Lithia Springs (Thornton Rd) | 621 Thornton Rd, Lithia Springs, GA 30122 | D&D Holdings and Investments LLC<br>4025 Southdown Lane<br>Kennesaw, GA 30152<br>Attn: Irving Duncan |
| 64 | North Charleston (Rivers Ave) | 6258 Rivers Ave, North Charleston, SC 29406 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |

| 8 | Memphis (Germantown) | 1561 N Germantown Pkwy, Cordova, TN 38016 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
|---|---|---|---|
| 23 | Knoxville (Papermill Place) | 231 Papermill Pl Way, Knoxville, TN 37919 | AFN ABSPROP002, LLC<br>c/o American Finance Operating Partnership, L.P.<br>38 Washington Square<br>Newport, RI 02840<br><br>Greenberg Traurig, LLP<br>Counsel for AFN ABSPROP002. LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Attn: Dennis A. Meloro |
| 39 | Clarksville (Wilma Rudolph Blvd) | 1640 Wilma Rudolph Blvd, Clarksville, TN 37040 | H.A.R.E., LLC<br>c/o Marc Heitz Grou<br>700 E. Ladd Road<br>Goldsby, OK 73093-9311<br>Attn: Larry Houchins |

226937814v3

| | | | |
|---|---|---|---|
| 40 | Nashville (Thompson Lane) | 609 Thompson Ln, Nashville, TN 37204 | JRB Properties, LLC<br>3 Webster Lane<br>Nashville, TN 37205-2917<br>Attn: John Burch<br><br>JRB Properties<br>c/o J. Cory Falgowski<br>Burr & Forman LLP<br>222 Delaware Ave., Ste. 1030<br>Wilmington, DE 19801 |
| N/A | Memphis (Mendenhall Ave) | 2660 S. Mendenhall Ave, Memphis, TN | Lunati Ticer Partnership<br>7170 Stout Road<br>Germantown, TN 38138<br>Attn: Dr. Alan Werner |
| N/A | Corporate Headquarters | 6775 Lenox Center Court, Memphis, TN 38115 | Lenox Park Memphis Realty, LP<br>c/o GroupMRC<br>One World Trade Center, 83G<br>New York, NY 10007<br>Attn: Alex Massa |

226937814v3