**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10316 (BLS) <br> (Jointly Administered) <br><br> **Hearing Date: 4/26/2023 @ 9:30 a.m. (ET)** <br> **Objection Deadline: 4/14/2023 @ 4:00 p.m. (ET)** |

**NOTICE OF FIRST OMNIBUS MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105, 365, AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007 AUTHORIZING (I) REJECTION OF CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES, EFFECTIVE AS OF THE PETITION DATE, AND (II) ABANDONMENT OF PERSONAL PROPERTY**

PLEASE TAKE NOTICE that David W. Carickhoff, chapter 7 trustee, has filed the *First Omnibus Motion of Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (i) Rejection of Certain Non-Residential Real Property Leases, Effective as of the Petition Date, and (ii) Abandonment of Personal Property* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **April 14, 2023 by 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

226937817v1

of the response upon the undersigned proposed counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **April 26, 2023 at 9:30 a.m. (ET)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

| | |
|---|---|
| Dated: March 31, 2023 | /s/ Alan M. Root<br>Alan M. Root (No. 5427)<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Fax: (302) 777-4352<br>E-mail: aroot@archerlaw.com<br><br>*Proposed Counsel for David W. Carickhoff, Chapter 7 Trustee* |