IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on March 31, 2023, I caused a true and correct copy of the *First Omnibus Motion of Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (i) Rejection of Certain Non-Residential Real Property Leases, Effective as of the Petition Date, and (ii) Abandonment of Personal Property* to be served on all parties named in the attached service list in the manner indicated.

Date: March 31, 2023

/s/ Alan M. Root
Alan M. Root (DE No. 5427)

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).