**SERVICE LIST**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Joseph M Mulvihill<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com | BUCHALTER, P.C.<br>William S. Brody<br>Julian Gurule<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>jgurule@buchalter.com<br>wbrody@buchalter.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Matthew B. Harvey<br>Sophie Rogers Churchill<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>mharvey@morrisnichols.com<br>srchurchill@morrisnichols.com | Stephen E. Gruendel, Esq.<br>Zachary H. Smith, Esq.<br>MOORE & VAN ALLEN PLLC<br>100 North Tyron Street<br>Suite 4700<br>Charlotte, NC 2820<br>stevegruendel@mvalaw.com<br>zacharysmith@mvalaw.com |
| M. Blake Cleary<br>Aaron H. Stulman<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>bcleary@potteranderson.com<br>astulman@potteranderson.com | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>loizides@loizides.com |
| Jack A. Raisner<br>René S. Roupinian<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue<br>Suite 1801<br>New York, New York 10010<br>jar@raisnerroupinian.com<br>rsr@raisnerroupinian.com | GLANKLER BROWN, PLLC<br>Ross E. Webster, Esq.<br>Ricky Hutchens, Esq.<br>6000 Poplar Avenue, Suite 400<br>Memphis, TN 38119<br>rwebster@glankler.com<br>rhutchens@glankler.com |

| | |
|---|---|
| COLE SCHOTZ P.C.<br>Andrew J. Roth-Moore, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>aroth-moore@coleschotz.com | John H. Knight<br>Huiqi Liu<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>knight@rlf.com<br>liu@rlf.com |
| Dennis A. Meloro<br>Greenberg Traurig, LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Dennis.Meloro@gtlaw.com | Linda Casey<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov |
| 13712 Jayden LLC<br>c/o Kiah T. "Chip" Ford, IV<br>Parker Poe<br>620 South Tryon Street<br>Suite 800<br>Charlotte, NC 28202<br>chipford@parkerpoe.com | JRB Properties<br>c/o J. Cory Falgowski<br>Burr & Forman LLP<br>222 Delaware Ave., Ste. 1030<br>Wilmington, DE 19801<br>chipford@parkerpoe.com |
| Cox-McCarver Partnership<br>c/o Simon E. Fraser<br>Cozen O'Connor<br>1201 N. Market St., Ste. 1001<br>Wilmington, DE 19801<br>sfraser@cozen.com | Brian T. FitzGerald<br>Senior Assistant County Attorney<br>P.O. Box 1110<br>Tampa, FL 33601-1110<br>fitzgeraldb@hillsboroughcounty.org<br>stroupj@hillsboroughcounty.org<br>connorsa@hillsboroughcounty.org |
| Thomas Lobello, III<br>P.O. Box 4400<br>Jacksonville, FL 32201-4400<br>tl@rolfelaw.com<br>toliver@rolfelaw.com | Ian J. Bambrick<br>Katharina Earle<br>Faegre Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>ian.bambrick@faegredrinker.com<br>katharina.earle@faegredrinker.com |

3

James H. Millar
Laura E. Appleby (
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com

**VIA REGULAR MAIL**

13712 Jayden LLC
(Jayden 13712, LLC)
PO Box 522
Greer, SC 29652
Attn: Darla Booher

4750 Atlanta Hwy, LLC
c/o Allied Commercial Properties
80 W. Wieuca Road, N.E., Suite 170
Atlanta, GA 30342
Attn: Derek Griffin

Acee Company
c/o Colliers Mgmt Services
6363 Poplar Ave, Suite 400
Memphis, TN 38119
Attn: Scott Anderson

Akshar 6, LLC
2402 Pathway
El Dorado, AR 71730
Attn: S.C. Vora, MD

Ann Hampton
1530 Queens Road, Unit 204
Charlotte, NC 28207

Aslam Rawoof
MNR Properties Jacksonville, LLC
311 Washington St, #9B
Jersey City, NJ 07302

Betty Dean
c/o Deanco Auction Co.
3664 S. Oates Street
Dothan, AL 36301
Attn:  Vince Wright

Brazelton Properties Inc.
2021 Clinton Ave. W. Suite C
Huntsville, AL 35805
Attn: Jana Brazelton

Cox-McCarver Partnership
PO Box 12486
Jackson, TN 38308
Attn: Flint Cox or Martha Shopher

D&D Holdings and Investments LLC
4025 Southdown Lane
Kennesaw, GA 30152
Attn: Irving Duncan

Dax's Deals, Inc.
3618 Sycamore Dairy Road
Fayetteville, NC 28303
Attn: Dax Yarborough

Discovery Properties, LLC
9590 Atlantic Blvd.
Jacksonville, FL  32225
Attn: Jim Kagiliery

| | |
|---|---|
| Dr. Alexander Zimilevich/7739 Blanding Living Trust<br>c/o Capital City Bank<br>350 North Temple Ave.<br>Starke, FL 32091<br>Attn:  Patricia Evans | East Coast Motors, Inc.<br>1813 Forest Glen Way<br>Saint Augustine, FL  32092<br>Attn: Victor Sirotkin |
| Grissom Family Properties, LLC<br>P.O. Box 308<br>Gadsden, AL 35902<br>Attn: Phillip Grissom | H.A.R.E., LLC<br>c/o Marc Heitz Grou<br>700 E. Ladd Road<br>Goldsby, OK 73093-9311<br>Attn: Larry Houchins |
| JMTD, LLC<br>9533 Bridgeton Court<br>Mobile, AL 36695<br>Attn: Raj Patel, | John Stump, Inc.<br>3460 Old Union Rd.<br>Imboden, AR 72434<br>Attn: John Stump |
| JP & JP2, LLC<br>4178 Apalachee Parkway<br>Tallahassee, FL 32311<br>Attn: Johnny Petrandis | JRB Properties, LLC<br>3 Webster Lane<br>Nashville, TN 37205-2917<br>Attn: John Burch |
| Kesting Limited Partnership<br>11330 Liberty Rd.<br>Owings Mills, MD  21117<br>Attn: Charles Kesting | Lakeland 98 ACC, LLC<br>1401 Broad Street<br>Clifton NJ 07013 |
| Lenox Park Memphis Realty, LP<br>c/o GroupMRC<br>One World Trade Center, 83G<br>New York, NY 10007<br>Attn: Alex Massa | Lunati Ticer Partnership<br>7170 Stout Road<br>Germantown, TN 38138<br>Attn: Dr. Alan Werner |
| Mark Haffer<br>c/o Capital Real Estate<br>705 27th Ave.<br>Tuscaloosa, AL 35401 | Microproperties Indiana LLC,<br>a US Restaurant Properties (USRP)<br>8140 Walnut Hill Ln, Suite 420<br>Dallas, TX 75231<br>Attn: Jennifer Stetson |
| Orlando ACC Colonial LLC<br>1401 Broad Street<br>Clifton, NJ 07013<br>Attn: Nick Saccomondo | Pate Santa Fe, LLC<br>P.O. Box 20828<br>Tuscaloosa, AL 35404<br>Attn: Luther S. Pate, IV |

5

Paul Blanco's Good Car Company
3800 Florin Rd.
Sacramento, CA  95823

Pope Retail Properties, LLC
c/o NDJ Pope Family, LLP
3109 Clairmont Road NE, Suite A
Atlanta, GA 30329

AFN ABSPROP002, LLC
c/o American Finance Operating
Partnership, L.P.
38 Washington Square
Newport, RI 02840

Rachel Investors, LLC
1055 St. Charles Ave., Ste. 701
New Orleans, LA 70130
Attn: Jane Steiner

Richland South, LLC
212 Overlook Cir # 207
Brentwood, TN 37027
Attn: Hoss Mousavi, President

SAJE Georgia LLC
8140 Walnut Creek Lane, Suite 420
Dallas, Texas 75231
Attn: Chief Operating Officer

Shiva Properties, LLC
8720 Somerset Lane
Germantown, TN 38138
Attn: Pete Patel

TD Iris, LLC
c/o Allied Commercial Properties
80 W. Wieuca Road, N.E.
Suite 170
Atlanta, GA 30342
Attn: Derek Griffin

The Radiant Group, LLC
120 E. 9th Ave.
Tampa, FL  33605
Attn: Real Estate

Toraj Zolghadr
805 Links View Drive
Sugar Hill, GA 30518

UAG Memphis II, Inc.
c/o United Auto Group, Inc.
2555 Telegraph Road
Bloomfield Hills, MI  48302
Attn: R. Whitfiled Ramonat

W. Silver Recycling, Inc.
1720 Magoffin Ave.
El Paso, TX 79901
Attn: Lane Gaddy

Woodcock Properties Inc.
420 North 20th St., Suite 3400
Birmingham, AL  35203
Attn: W. Benjamin  Johnson

Zalia Opportunity Zone Fund, LLC
c/o Advance Development Corporation
21034 Rosedown Court
Boca Raton, FL 33433
Attn: Ioana Pope

1225 Florence Blvd., LLC
100 Bald Knob Road
New Albany, IN 47150
Attn:  Mike Kaphammer

Page Avenue Properties, LLC
105 Frontenac Forest,
St. Louis, Missouri 63131

Cox-McCarver Partnership
23 Weatherford Square
Jackson, TN 38305

Gwendolyn Adams
3500 Fernandina Rd., Apt. 06
Columbia, SC 29210

Lois Williams
413 S. Gatlin St.
Okolona, MS 38860

Wilbur Bleckinger, III
11391 N.W. 18th Place
Ocala, FL 34482

Sarah Lidley
140 Carrington Ln.
Calera, AL 35040

ACEE Company
PO Box 10656
Fort Smith, AK 72917
Attn: Mr. Curtis Goldtrap

Nereida Alicia
301 Gordon St.
Glennville, GA 30427

Michael Juskins
2200 Dillon Ter.
Greenwood, AR 72936

Tennessee Attorney General –
Consumer Division
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

226937816v1