IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | Jointly Administered |

### REPORT OF SALE OF CERTAIN NONRESIDENTIAL REAL PROPERTY LOCATED IN MADISON, TENNESSEE

David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estate (the "Estates") of the above-captioned debtors (the "Debtors"), reports, in accordance with Federal Rule of Bankruptcy Procedure 6004(f), that on April 25, 2023, the Court entered the *Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Located in Madison, Tennessee Free and Clear of All Liens, Claims, Encumbrances and Other Interests, and (II) Granting Other Related Relief* [Dkt. No. 105] (the "Sale Order").[2]

The Trustee further reports that on May 10, 2023 (the "Closing Date"), the Trustee closed and consummated the sale approved by the Sale Order. On the Closing Date, pursuant to the Modified Purchase Agreement, the Trustee conveyed to GS Gallatin Pike Apartments Owner, LLC (the "Buyer") all of the Debtors' right, title, and interest in and to certain nonresidential real property consisting of approximately 7.34 acres and located on Gallatin Pike N, Madison, Tennessee, as more fully described in the Modified Purchase Agreement (the "TN Property").

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

1

The Purchase Price paid by the Buyer for the TN Property was $3,700,000.00, in cash.

| | |
|---|---|
| Date: May 16, 2023 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, Delaware 19801<br>Phone: (302) 777-4350<br>E-mail: aroot@archerlaw.com<br><br>*Attorneys to the Chapter 7 Trustee* |

224081998v1