# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Morris James LLP hereby withdraws its appearance as counsel for Acee Company ("Acee"), in these bankruptcy cases, and requests that Morris James LLP be removed from any applicable service lists herein on behalf of Acee, including the Court's CM/ECF electronic notification list.

Acee has no controversy currently pending before the Court, and the undersigned certifies that Acee consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Acee should be forwarded as follows:

Acee Company<br>
c/o R. Lee Webber, Esquire<br>
MARTIN, TATE, MORROW & MARSTON, P.C.<br>
International Place, Tower II<br>
6410 Poplar Ave, Suite 1000<br>
Memphis, TN 38119<br>
E-mail: lwebber@martintate.com

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

16678150/1

| | |
|---|---|
| Dated: May 2, 2024 | **MORRIS JAMES LLP** |
| | |
| | */s/ Tara C. Pakrouh* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: tpakrouh@morrisjames.com |
| | |
| | *Counsel to Acee Company* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the foregoing document upon the parties that are registered to receive notice via the Court's CM/ECF notification system.

                                                         /s/ *Tara C. Pakrouh*
                                                         Tara C. Pakrouh (DE Bar No. 6192)