## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on May 8, 2024, I caused to be served the foregoing motion (i) by CM/ECF on all parties registered to receive notices in these cases and (ii) on all parties on the attached service list as indicated thereon.

/s/ *Alan M. Root*
Alan M. Root (No. 5427)

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Joseph M Mulvihill, Esquire
*Young Conaway Stargatt & Taylor, LLP*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
bankfilings@ycst.com

William S. Brody, Esquire
Julian I. Gurule, Esquire
*Buchalter, P.C.*
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
jgurule@buchalter.com
wbrody@buchalter.com

Matthew B. Harvey, Esquire
Sophie Rogers Churchill, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
mharvey@morrisnichols.com
srchurchill@morrisnichols.com

Stephen E. Gruendel, Esquire
Cole Richins, Esquire
Zachary H. Smith, Esquire
*Moore & Van Allen PLLC*
100 North Tyron Street, Suite 4700
Charlotte, North Carolina 28201
stevegruendel@mvalaw.com
colerichins@mvalaw.com
zacharysmith@mvalaw.com

M. Blake Cleary, Esquire
Aaron H. Stulman, Esquire
*Potter Anderson & Corroon LLP*
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
bcleary@potteranderson.com
astulman@potteranderson.com

Christopher D. Loizides, Esquire
*Loizides, P.A.*
1225 King Street, Suite 800
Wilmington, Delaware 19801
loizides@loizides.com

Jack A. Raisner, Esquire
René S. Roupinian, Esquire
*Raisner Roupinian LLP*
270 Madison Avenue
Suite 1801
New York, New York 10010
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

Ross E. Webster, Esquire
Ricky Hutchens, Esquire
*Glankler Brown, PLLC*
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
rwebster@glankler.com
rhutchens@glankler.com

| | |
|---|---|
| Andrew J. Roth-Moore, Esquire<br>*Cole Schotz P.C.*<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>aroth-moore@coleschotz.com | John H. Knight, Esquire<br>Huiqi Liu, Esquire<br>*Richards, Layton & Finger, P.A.*<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>knight@rlf.com<br>liu@rlf.com |
| Dennis A. Meloro, Esquire<br>*Greenberg Traurig, LLP*<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Dennis.Meloro@gtlaw.com | Linda J. Casey, Esquire<br>*Office of the United States Trustee*<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>linda.casey@usdoj.gov |
| Howard Marc Spector, Esquire<br>*Spector & Cox, PLLC*<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251<br>hspector@spectorcox.com | Brian T. FitzGerald<br>Senior Assistant County Attorney<br>P.O. Box 1110<br>Tampa, Florida 33601-1110<br>fitzgeraldb@hillsboroughcounty.org<br>stroupj@hillsboroughcounty.org<br>connorsa@hillsboroughcounty.org |
| Thomas Lobello, III, Esquire<br>P.O. Box 4400<br>Jacksonville, Florida 32201-4400<br>tl@rolfelaw.com<br>toliver@rolfelaw.com | Ian J. Bambrick, Esquire<br>Katharina Earle, Esquire<br>*Faegre Drinker Biddle & Reath LLP*<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>ian.bambrick@faegredrinker.com<br>katharina.earle@faegredrinker.com |
| James H. Millar, Esquire<br>Laura E. Appleby, Esquire<br>*Faegre Drinker Biddle & Reath LLP*<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>james.millar@faegredrinker.com<br>laura.appleby@faegredrinker.com | Morgan L. Patterson, Esquire<br>*Womble Bond Dickinson (US) LLP*<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>morgan.patterson@wbd-us.com |
| Joel L. Perrell, Jr., Esquire<br>*Womble Bond Dickinson (US) LLP*<br>100 Light Street, 26th Floor<br>Baltimore, Maryland 21202<br>joel.perrell@wbd-us.com | Bruce J. Ruzinsky, Esquire<br>*Jackson Walker L.L.P.*<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>bruzinsky@jw.com |

Eric J. Monzo, Esquire
Tara C. Pakrouh, Esquire
*Morris James LLP*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
emonzo@morrisjames.com
tpakrouh@morrisjames.com

John D. Elrod, Esquire
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
elrodj@gtlaw.com

Philip C. Hearn, Esquire
*Hearn Law Firm, P.A.*
102 North Guyton Boulevard
Blue Mountain, Mississippi 38610
philiphearn@yahoo.com

Turner N. Falk, Esquire
*Saul Ewing LLP*
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
turner.falk@saul.com

Laura L. McCloud, Esquire
*Tennessee Attorney General's Office*
P.O. Box 20207
Nashville, Tennessee 37202
agbankdelaware@ag.tn.gov

Callan C Searcy, Esquire
*Texas Office of Attorney General*
300 West 15th Street, 8th Floor
Austin, Texas 78701
bk-csearcy@texasattorneygeneral.gov

Scott D. Cousins, Esquire
Scott D. Jones, Esquire
*Cousins Law LLC*
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19801
scott.cousins@cousins-law.com
scott.jones@cousins-law.com

Monique B. DiSabatino, Esquire
Saul Ewing LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
monique.disabatino@saul.com

Emily Margaret Hahn, Esquire
*Abernathy, Roeder, Boyd & Hullett, P.C.*
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069
ehahn@abernathy-law.com

**VIA REGULAR MAIL**

Gwendolyn Adams
3500 Fernandina Road, Apt. 06
Columbia, South Carolina 29210

Lois Williams
413 S. Gatlin St.
Okolona, Mississippi 38860

Wilbur Bleckinger, III
11391 N.W. 18th Place
Ocala, Florida 34482

Sarah Lidley
140 Carrington Lane
Calera, Alabama 35040

Moyzetta S. McGee
1202 West 49th Street
Savannah, Georgia 31405

Christina Harris
10314 Zackary Circle, Apt. 110
Riverview, Florida 33578

Jessalyn Grace Arnold
44 Brierwood Lane
Satsuma, Alabama 36572

Henry C. Shelton, III
*Adams and Reese, LLP*
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119

Nereida Alicia
301 Gordon Street
Glennville, Georgia 30427

Michael Judkins
2200 Dillon Ter.
Greenwood, Arkansas 72936

Patrice R. Jones
2309 Winona Avenue
Montgomery, Alabama 36107

Heather Millerden
3171 Pleasant Valley Road, Apt. 20
Mobile, Alabama 36606

Alicia Howard
847 Garfield Street
Nashville, Tennessee 37208

Kenya Hunter
224 Mark Street
Easley, South Carolina 29640

RaMonica Hughes
928 Senate Avenue
Jeffersonville, Indiana 47130