Donald Hall

13601 Bundle Rd

Chesterfield, VA 23838



RECEIVED

2024 MAY 10  AM 10: 41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Brendan Linehan Shannon

824 North Market Street

6th Floor

Wilmington, DE 19801

May 6, 2024

Ref. Case #:          American Car Center          23-10318-BLS

Dear Judge Shannon,

    The Administrator, appointed by this court to serve the people affected by the dealership's bad business practices, is the purpose of this letter.

    We are one of the families affected but one of the lucky ones; the title is not in the dealership's name and the final payment on the residual loan was on Nov. 23, 2022, for $0.14.  We are without a release of lien.  After first contact with the Trustee's office and after providing the office with the information on Nov. 15, 2023, multiple email requests for updates go unanswered until March 7th the office replies with a scripted first contact email then moments later asking to ignore the earlier email, she found the emails and "your matter is being processed".

    Again – emails have been sent asking for an update which have continued to be unanswered since March.  I've attached copies of the emails from the Trustee's office.

    Judge, I am asking this court to glance at the handling of the people the Trustee's office was appointed by this court to help.  My family's experiences with the office Judge - it's not okay, we're the ones victimize by the dealership's bad business practices but all we see is the same thing from the Trustee's office – can't get anyone on the phone, voice mails or emails remain unanswered.

    It's hard to judge without all the information, it's our hope, other families have taken the time to inform this court of their own administrative issues with the Trustee's office.

Thank you Judge,

*[signature]*

Donald W. Hall

(Wife)

CC: (with enclosures)

David W. Carickhoff, Esquire

Chapter 7 Trustee

1313 N. Market Street

Suite 5400

Wilmington, DE 19801


Office of the United States Trustee

J. Caleb Boggs Federal Bld.

844 King Street

Suite 2207

Lockbox 35

Wilmington, DE 19801

 Donnie Hall <donaldwhall011@gmail.com>

## Hall- release of Lien
2 messages

---

**Donnie Hall** <donaldwhall011@gmail.com>      Wed, Nov 29, 2023 at 12:46 PM
To: dwctrustee@gmail.com

Good afternoon,

Is there any information?

Thanks,
Donnie

---

**dwctrustee@gmail.com** <dwctrustee@gmail.com>      Thu, Mar 7, 2024 at 3:30 PM
To: Donnie Hall <donaldwhall011@gmail.com>

Are you or did you make payments to Westlake Portfolio? If so, you will need to contact them to resolve the matter.

If you did NOT make payments to Westlake and paid your Residual Loan off prior to bankruptcy, in order for me to research your lease and verify you have paid in full, please provide:

1. Year Make Model and VIN of the vehicle;

2. A copy of the first page of your Residual Lease agreement; and

3. Proof that all payments were made on the Residual Lease agreement. You can provide bank statements, money orders, etc. Please remove/black out your account number and other personal information from your statements.

Once I have all that information, I can begin working on researching your transaction.

The Trustee cannot provide lien releases without verifying that the loan has been paid in full.

Once verified, the Trustee will execute a lien release for you to submit to the DMV to request a duplicate title without a lien.

The Trustee does not have physical titles. It is your responsibility to obtain a duplicate/new title and other registration documents from your DMV once the lien release is provided.

**Rosanne DellAversano, Chapter 7 Bankruptcy Trustee Assistant to**

**David W. Carickhoff, Esquire**

Chapter 7 Trustee

1313 N. Market Street

Suite 5400

Wilmington, DE 19801

dwctrustee@gmail.com

[Quoted text hidden]

 Gmail                                          Donnie Hall <donaldwhall011@gmail.com>

## Documents for vehicle
3 messages

**dwctrustee@gmail.com** <dwctrustee@gmail.com>                     Thu, Mar 7, 2024 at 3:34 PM
To: Donnie Hall <donaldwhall011@gmail.com>

Mr. Hall,

Please ignore the earlier email. I found the emails with your documents.

Your matter is being processed.

**Rosanne DellAversano, Chapter 7 Bankruptcy Trustee Assistant to**

**David W. Carickhoff, Esquire**

Chapter 7 Trustee

1313 N. Market Street

Suite 5400

Wilmington, DE 19801

dwctrustee@gmail.com

**From:** Donnie Hall [mailto:donaldwhall011@gmail.com]
**Sent:** Wednesday, November 15, 2023 10:55 PM
**To:** dwctrustee@gmail.com
**Subject:** R.O.L. Hall. #3- last of group

---

**Donnie Hall** <donaldwhall011@gmail.com>                          Sun, Mar 10, 2024 at 6:31 PM
To: dwctrustee@gmail.com

Thank you

[Quoted text hidden]

---

**Donnie Hall** <donaldwhall011@gmail.com>  
To: dwctrustee@gmail.com

Mon, Apr 15, 2024 at 7:14 PM

Ms. DelAversano,
Please provide any updates available....
Donald Hall

On Thu, Mar 7, 2024 at 3:34 PM <dwctrustee@gmail.com> wrote:
[Quoted text hidden]

 **Donnie Hall <donaldwhall011@gmail.com>**

## Hall- Release of lien
1 message

**Donnie Hall** <donaldwhall011@gmail.com>  Tue, Dec 12, 2023 at 11:25 AM
To: dwctrustee@gmail.com

Afternoon,
After sending the accounting information on November 15 we haven't received a response. Please, please tell us an update...



Donnie Hall <donaldwhall011@gmail.com>

---

# R.O.L. Hall. #3- last of group
1 message

---

**Donnie Hall** <donaldwhall011@gmail.com>  Wed, Nov 15, 2023 at 10:55 PM
To: dwctrustee@gmail.com

 Lease payment statement.pdf
1841K

 Gmail

Donnie Hall <donaldwhall011@gmail.com>

---

# R.O.L. Hall #2
1 message

**Donnie Hall** <donaldwhall011@gmail.com>  Wed, Nov 15, 2023 at 10:52 PM
To: dwctrustee@gmail.com

10 attachments

- R_June2022.pdf
  180K
- R_Aug2022.pdf
  150K
- R_May2022.pdf
  168K
- R_Nov2022.pdf
  148K
- R_Sept2022.pdf
  148K
- R_Mar2022.pdf
  184K
- R_Apr2022.pdf
  170K
- R_Oct2022.pdf
  148K
- R_Dec2022.pdf
  150K
- R_July2022.pdf
  173K



Donnie Hall <donaldwhall011@gmail.com>

---

## Release of lien- Donald Hall
1 message

---

**Donnie Hall** <donaldwhall011@gmail.com>                       Wed, Nov 15, 2023 at 10:49 PM
To: dwctrustee@gmail.com

Ms. DellAversano,

Multiple emails to follow due to file size.

Bad business practices what brings us here, what can be proven is every payment made on the lease and the residual loan less $0.52 of the amount listed within paragraph 7 of the lease agreement and a time delay of which a new title was filled at DMV with only my name, American Financial listed as lien holder. Those actions and the payments, with hope, your office and/or the court would agree there was an implied residual loan contract and it was satisfied based on the information.

Attachments to follow are:
- The first page of the lease agreement
- A residual loan payment spreadsheet to assist in a review of bank statements
- Bank statements for the residual loan section of the contract
- Lease payment spreadsheet, bank statements available quickly upon request

I understand the trustee is moving the office, we have moved from Alabama to Virginia. If it comes down to a signature on the title, we would be happy to make an appointment time and drive up to the office to ensure that would be taken care of as fast as possible.

Thank you for your time in this matter,
Donnie Hall

---

**2 attachments**

 **Residual Loan payment statement.pdf**
402K

 **Page 1 Lease.pdf**
1586K

 **Gmail**  Donnie Hall <donaldwhall011@gmail.com>

## Release of Lien- Donald W Hall
3 messages

---

**Donnie Hall** <donaldwhall011@gmail.com>  Mon, Nov 13, 2023 at 3:21 PM
To: "dwctrustee@gmail.com" <dwctrustee@gmail.com>

Mr. Carickhoff

We received your information from the Tuscaloosa County License Office in Alabama in an attempt to clear the title from American Financial on:

2015 Chrysler 200 Limited
VIN # 1C3CCCAB8FN600318

I understand you are busy, but could you please have someone on your staff look into this issue. We paid off our car in November 2022 but although American Financial said they sent the release of lien paperwork, neither Tuscaloosa City nor I received it. I am in desperate need to get a release of lien letter immediately. Time is of the essence!

If you could please reply to my email or call and at least let me know of your receipt. I am a Paramedic and work long hours in which I cannot answer the phone. You can contact my wife "Tracy Bolton" if you cannot get in touch with me.

Thank You
Donald W Hall
6035 Woodcrest Dr
Tuscaloosa AL 35405
804-513-2570 cell

Tracy Bolton
804-513-2538 cell

---

**dwctrustee@gmail.com** <dwctrustee@gmail.com>  Tue, Nov 14, 2023 at 10:44 AM
To: Donnie Hall <donaldwhall011@gmail.com>

The Trustee is transitioning to a new office location; therefore, responses will be delayed.

To begin working to resolve your issue, please provide the following documents in pdf format:

1.    First page of your initial lease agreement; and

2.    First page of your residual loan agreement; and

3.    Proof of all payments made on the residual loan. This will be copies of bank statements, cash apps, money orders, etc. - everything that was used to
       make the total amount due on the residual agreement.

Once the requested documents are received, I will review to verify payment in full. Once the payoff is verified, the Trustee will provide a generic Release of Lien for you to apply to your local Department of Motor Vehicle for a duplicate title. The Trustee does not have original titles; duplicates must be obtained by the vehicle owner. Also, it is strongly suggested you contact your DMV and request whatever documents it will require to apply for a duplicate title. If any DMV documents need to be signed by the Trustee, you should email them (in pdf format) to the Trustee at this email address. They will be signed by the Trustee and mailed to you along with a Release of Lien.

Rosanne DellAversano, Chapter 7 Bankruptcy Trustee Assistant to
**David W. Carickhoff, Esq.**
Chapter 7 Trustee

dwctrustee@gmail.com

[Quoted text hidden]

---

**Donnie Hall** <donaldwhall011@gmail.com>  Wed, Nov 15, 2023 at 8:10 AM
To: dwctrustee@gmail.com

Ms. DelAversano,

Thank you for responding; I believe a generic Release of Lien is all that is required to clear the title.

The information we have will be provided this afternoon.

Thank you,

Donnie Hall
[Quoted text hidden]