## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.,*[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Andrew J. Roth-Moore of Cole Schotz P.C. hereby

withdraws as counsel to Michael Shivers and American Financial, Inc. in the above-captioned

cases.  The undersigned further requests that the Clerk of the United States Bankruptcy Court for

the District of Delaware remove him from the electronic and paper noticing matrix for the above-

captioned cases.

**PLEASE TAKE FURTHER NOTICE** that Michael E. Fitzpatrick of Cole Schotz P.C.

hereby enters his appearance as counsel to Michael Shivers and American Financial, Inc. in the

above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that all other current counsel of record will

continue to represent Michael Shivers and American Financial, Inc., and are not intended to be

affected by this notice.

*[Remainder of page intentionally left blank]*

---

[1]  The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable, are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Dated: August 5, 2024

**COLE SCHOTZ P.C.**

*/s/ Andrew J. Roth-Moore*
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:   (302) 652-3117
aroth-moore@coleschotz.com

*Withdrawing Counsel for Michael Shivers
and American Financial, Inc.*

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:   (302) 652-3117
mfitzpatrick@coleschotz.com

*Counsel for Michael Shivers and
American Financial, Inc.*