# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | **Hearing Date: October 30, 2024, at 9:15 a.m. (Eastern Time)** <br> **Objection Deadline: October 8, 2024, at 4:00 p.m. (Eastern Time)** |

## NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING SETTLEMENT AGREEMENT WITH NEXTGEAR CAPITAL, INC.

**PLEASE TAKE NOTICE** that David W. Carickhoff, the Chapter 7 Trustee of the estates of the above-captioned Debtors, has filed the *Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Settlement Agreement with NextGear Capital, Inc.* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 8, 2024, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing on the Motion will be held on **October 30, 2024, at 9:15 a.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, 824 Market Street, 6th Floor, Court Room 1, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

| | |
|---|---|
| Dated:  September 24, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0192<br>Email:         root@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |