# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on September 24, 2024, I caused to be served true and correct copies of the **Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Settlement Agreement with NextGear Capital, Inc.**, to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by email upon the parties listed on the attached service list.

Dated: September 24, 2024  
      Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0192
Email:        root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

# Email Service List

Joseph M Mulvihill, Esquire
*Young Conaway Stargatt & Taylor, LLP*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
bankfilings@ycst.com
(Counsel for the Debtors)

Matthew B. Harvey, Esquire
Sophie Rogers Churchill, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
mharvey@morrisnichols.com
srchurchill@morrisnichols.com
(Counsel for Westlake Portfolio Management, LLC)

M. Blake Cleary, Esquire
Aaron H. Stulman, Esquire
*Potter Anderson & Corroon LLP*
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
bcleary@potteranderson.com
astulman@potteranderson.com
(Counsel for Hancock Whitney Bank)

Jack A. Raisner, Esquire
René S. Roupinian, Esquire
*Raisner Roupinian LLP*
270 Madison Avenue, Suite 1801
New York, New York 10010
jar@raisnerroupinian.com
rsr@raisnerroupinian.com
(Counsel for Donnon Johnson and Antoinique Randolph on behalf of themselves and a putative class of similarly situated)

Andrew J. Roth-Moore, Esquire
*Cole Schotz P.C.*
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
aroth-moore@coleschotz.com
(Counsel for Michael Shivers and American Financial, Inc.)

William S. Brody, Esquire
Julian I. Gurule, Esquire
*Buchalter, P.C.*
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
jgurule@buchalter.com
wbrody@buchalter.com
(Counsel for Westlake Portfolio Management, LLC)

Stephen E. Gruendel, Esquire
Cole Richins, Esquire
Zachary H. Smith, Esquire
*Moore & Van Allen PLLC*
100 North Tyron Street, Suite 4700
Charlotte, North Carolina 28201
stevegruendel@mvalaw.com
colerichins@mvalaw.com
zacharysmith@mvalaw.com
(Counsel for Hancock Whitney Bank)

Christopher D. Loizides, Esquire
*Loizides, P.A.*
1225 King Street, Suite 800
Wilmington, Delaware 19801
loizides@loizides.com
(Counsel for Donnon Johnson and Antoinique Randolph on behalf of themselves and a putative class of similarly situated)

Ross E. Webster, Esquire
Ricky Hutchens, Esquire
*Glankler Brown, PLLC*
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
rwebster@glankler.com
rhutchens@glankler.com
(Counsel for Michael Shivers and American Financial, Inc.)

John H. Knight, Esquire
Huiqi Liu, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
knight@rlf.com
liu@rlf.com
(Counsel for Wilmington Trust, National Association)

4875-3961-1369, v. 2

# Email Service List

| | |
|---|---|
| Dennis A. Meloro, Esquire<br>*Greenberg Traurig, LLP*<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Dennis.Meloro@gtlaw.com<br>(Counsel for NextGear Capital, Inc.) | Linda J. Casey, Esquire<br>*Office of the United States Trustee*<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>linda.casey@usdoj.gov |
| Howard Marc Spector, Esquire<br>*Spector & Cox, PLLC*<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251<br>hspector@spectorcox.com | Brian T. FitzGerald<br>Senior Assistant County Attorney<br>P.O. Box 1110<br>Tampa, Florida 33601-1110<br>fitzgeraldb@hillsboroughcounty.org<br>stroupj@hillsboroughcounty.org<br>connorsa@hillsboroughcounty.org |
| Thomas Lobello, III, Esquire<br>P.O. Box 4400<br>Jacksonville, Florida 32201-4400<br>tl@rolfelaw.com<br>toliver@rolfelaw.com | Ian J. Bambrick, Esquire<br>Katharina Earle, Esquire<br>*Faegre Drinker Biddle & Reath LLP*<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>ian.bambrick@faegredrinker.com<br>katharina.earle@faegredrinker.com<br>(Counsel for Wells Fargo Bank, N.A.) |
| James H. Millar, Esquire<br>Laura E. Appleby, Esquire<br>*Faegre Drinker Biddle & Reath LLP*<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>james.millar@faegredrinker.com<br>laura.appleby@faegredrinker.com<br>(Counsel for Wells Fargo Bank, N.A.) | Morgan L. Patterson, Esquire<br>*Womble Bond Dickinson (US) LLP*<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>morgan.patterson@wbd-us.com<br>(Counsel for AFCO Credit Corporation) |
| Joel L. Perrell, Jr., Esquire<br>*Womble Bond Dickinson (US) LLP*<br>100 Light Street, 26th Floor<br>Baltimore, Maryland 21202<br>joel.perrell@wbd-us.com<br>(Counsel for AFCO Credit Corporation) | Bruce J. Ruzinsky, Esquire<br>*Jackson Walker L.L.P.*<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>bruzinsky@jw.com |
| R. Lee Webber, Esquire<br>*Martin, Tate, Morrow & Marston, P.C.*<br>International Place, Tower II<br>6410 Poplar Avenue, Suite 1000<br>Memphis, TN 38119<br>lwebber@martintate.com<br>(Counsel for Acee Company) | Callan C. Searcy, Esquire<br>*Texas Office of Attorney General*<br>300 West 15th Street, 8th Floor<br>Austin, Texas 78701<br>bk-csearcy@texasattorneygeneral.gov<br>sherri.simpson@oag.texas.gov |

# Email Service List

John D. Elrod, Esquire
*Terminus 200*
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
elrodj@gtlaw.com
(Counsel for NextGear Capital, Inc.)

Scott D. Cousins, Esquire
*Lewis Brisbois Bisgaard & Smith LLP*
Brandywine Plaza West
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
scott.cousins@lewisbrisbois.com
(Counsel to Rebecca Wallace and Jarmen McKinney)

Philip C. Hearn, Esquire
*Hearn Law Firm, P.A.*
102 North Guyton Boulevard
Blue Mountain, Mississippi 38610
philiphearn@yahoo.com
(Counsel to Rebecca Wallace and Jarmen McKinney)

Monique B. DiSabatino, Esquire
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware 19899
monique.disabatino@saul.com
(Counsel for Orlando ACC Colonial LLC and Lakeland 98 ACC LLC)

Turner N. Falk, Esquire
*Saul Ewing LLP*
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
turner.falk@saul.com
(Counsel for Orlando ACC Colonial LLC and Lakeland 98 ACC LLC)

Emily Margaret Hahn, Esquire
*Abernathy, Roeder, Boyd & Hullett, P.C.*
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069
ehahn@abernathy-law.com
(Counsel for Crayon Software Experts, LLC)

Laura L. McCloud, Esquire
*Tennessee Attorney General's Office*
P.O. Box 20207
Nashville, Tennessee 37202
agbankdelaware@ag.tn.gov