IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*[1] | Case No. 23-10316 (BLS) |
| Debtors. | **Related Docket No. 294** |

**ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING
SETTLEMENT AGREEMENT WITH NEXTGEAR CAPITAL, INC.**

Upon the motion (the "**Motion**") of David W. Carickhoff, in his capacity as chapter 7 trustee (the "**Trustee**") for the bankruptcy estates of the above-captioned debtors (collectively, the "**Debtors**"), pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking the entry of an order authorizing and approving the *Settlement Agreement* attached hereto as **Exhibit 1** (the "**Settlement Agreement**") by and between the Trustee and NextGear Capital, Inc ("**NextGear**"); and upon consideration of the Motion and all filings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances and is hereby approved; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Settlement Agreement is hereby approved in its entirety as if fully set forth herein.

3. The Trustee and NextGear are hereby authorized to take all actions necessary or desirable to effectuate the Settlement Agreement.

4. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Settlement Agreement and (ii) resolve any disputes arising under or in connection with the Settlement Agreement. Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

**Dated: October 10th, 2024**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

4854-5185-7390, v. 1