**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 30, 2024, AT 9:15 A.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD,
> THE HEARING HAS BEEN CANCELLED**

**I.    RESOLVED MATTER(S):**

1.  Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Agreement with Nextgear Capital, Inc., filed on September 24, 2024 [Dkt. No 294].

    Objection Deadline:     October 8, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.  Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Agreement with Nextgear Capital, Inc., filed on September 24, 2024 [Dkt. No. 295].

    B.  Order Approving Settlement Agreement with Nextgear Capital, Inc., entered on October 10, 2024 [Dkt. No. 296].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Status: The order has been entered. The hearing will not go forward.

Dated: October 28, 2024  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*

Alan M. Root (No. 5427)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone: (302) 295-0192  
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*