# EXHIBIT A

**(Time and Expense Detail)**

Chipman Brown Cicero Cole, LLP
November 2023 through October 2024

TIME DETAIL

Invoice No. 10733
Dated: November 12, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/25/2024 | Alan M. Root | B110 Case Administration | Review and approve certificate of no objection for filing | 0.10 | $525.00 | $52.50 |
| 1/30/2024 | Michelle M. Dero | B110 Case Administration | Review pleadings and prepare agenda notice canceling January 31 hearing (.4) and email same to A. Root for review/comment (.1) | 0.50 | $300.00 | $150.00 |
| 1/30/2024 | Michelle M. Dero | B110 Case Administration | Review email messages between R. Bello, Judge Shannon's chambers, and A. Root regarding agenda notice canceling hearing | 0.10 | $300.00 | $30.00 |
| 1/30/2024 | Alan M. Root | B110 Case Administration | Review and approve hearing agenda | 0.10 | $525.00 | $52.50 |
| 2/12/2024 | Alan M. Root | B110 Case Administration | Communications with Trustee regarding record preservation issues | 0.20 | $525.00 | $105.00 |
| 2/20/2024 | Alan M. Root | B110 Case Administration | Review and approve certification of counsel for filing | 0.10 | $525.00 | $52.50 |
| 5/2/2024 | Alan M. Root | B110 Case Administration | Communications with special counsel regarding open case issues | 0.20 | $525.00 | $105.00 |
| 5/7/2024 | Michelle M. Dero | B110 Case Administration | Review email messages between A. Root and R. Bello, Judge Shannon's chambers, regarding hearing date | 0.10 | $300.00 | $30.00 |
| 5/16/2024 | Alan M. Root | B110 Case Administration | Telephone call with Georgia Attorney General Office regarding title issues; Follow-up with Trustee | 0.50 | $525.00 | $262.50 |
| 5/23/2024 | Michelle M. Dero | B110 Case Administration | Prepare agenda notice for June 12 hearing (.2) and email same to A. Root (.1) | 0.30 | $300.00 | $90.00 |
| 5/23/2024 | Alan M. Root | B110 Case Administration | Review and approve certificate of no objection for filing | 0.10 | $525.00 | $52.50 |
| 6/8/2024 | Michelle M. Dero | B110 Case Administration | Update June 12 agenda notice; Email messages to/from A. Root regarding same | 0.10 | $300.00 | $30.00 |
| 6/9/2024 | Michelle M. Dero | B110 Case Administration | Update agenda notice and certificate of service regarding date (.1); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on June 12, 2024* (.2); Effectuate email service of agenda notice (.1); Email as-filed copy to Judge Shannon's chambers (.1) | 0.50 | $300.00 | $150.00 |
| 6/9/2024 | Alan M. Root | B110 Case Administration | Review and approve agenda for filing | 0.10 | $525.00 | $52.50 |
| 9/24/2024 | Alan M. Root | B110 Case Administration | Communications with chambers regarding hearing date | 0.10 | $525.00 | $52.50 |
| 10/10/2024 | Alan M. Root | B110 Case Administration | Communications with M. Dero regarding certificate of no objection; Review and approve certificate of no objection for filing | 0.20 | $525.00 | $105.00 |
| 10/28/2024 | Lauren Hitchens | B110 Case Administration | Draft October 30 agenda | 0.30 | $250.00 | $75.00 |
| 10/28/2024 | Alan M. Root | B110 Case Administration | Communications with L. Hitchens on hearing agenda; Review and revise agenda | 0.20 | $525.00 | $105.00 |
| | | | **B110 TOTAL:** | **3.80** | | **$1,552.50** |
| 12/4/2023 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with Adesa and Westlake regarding vehicles at auction | 0.30 | $525.00 | $157.50 |
| 12/20/2023 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with Westlake counsel regarding vehicles at Adesa | 0.20 | $525.00 | $105.00 |
| 12/21/2023 | Alan M. Root | B120 Asset Analysis and Recovery | Due diligence and research regarding vehicle chargeoffs | 0.80 | $525.00 | $420.00 |
| 1/2/2024 | Bryan J. Hall | B120 Asset Analysis and Recovery | Meet with D. Carickhoff and A. Root regarding investigation | 0.20 | $495.00 | $99.00 |
| 1/2/2024 | Bryan J. Hall | B120 Asset Analysis and Recovery | Review memo regarding RAC investigation | 0.50 | $495.00 | $247.50 |
| 1/4/2024 | Bryan J. Hall | B120 Asset Analysis and Recovery | Continue review of investigation material and identify areas for follow up | 0.30 | $495.00 | $148.50 |
| 1/5/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with counsel for Adesa | 0.30 | $525.00 | $157.50 |
| 2/15/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with counsel for Adesa and Westlake regarding remaining vehicles | 0.30 | $525.00 | $157.50 |
| 3/1/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with Adesa and Westlake counsel regarding vehicles at auction | 0.20 | $525.00 | $105.00 |
| 4/4/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with R. Edwards regarding inquiries to Westlake on estate owned leases | 0.20 | $525.00 | $105.00 |
| 4/10/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Telephone call with indenture trustee regarding status of securitization trusts (.4); Follow-up with Trustee (.2); Emails with special counsel (.2) | 0.80 | $525.00 | $420.00 |
| 4/10/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with Trustee and GMCO regarding disbursements on estate owned lease portfolio | 0.20 | $525.00 | $105.00 |
| 4/17/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Review and analyze information provided by Westlake regarding remaining vehicles in estate owned lease portfolio | 1.10 | $525.00 | $577.50 |

Case 23-10316-BLS   Doc 299-2   Filed 11/12/24   Page 3 of 12

Chipman Brown Cicero Cole, LLP
November 2023 through October 2024

TIME DETAIL

Invoice No. 10733
Dated: November 12, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 4/24/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with insurer regarding outstanding claim | 0.20 | $525.00 | $105.00 |
| 5/3/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with Westlake and Trustee regarding ownership of funds received by Westlake | 0.30 | $525.00 | $157.50 |
| 6/14/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Due diligence re vehicle at former leased location | 0.80 | $525.00 | $420.00 |
| 6/18/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Analyze Westlake servicer reports (.8); Discuss with R. Edwards and Trustee (.3) | 1.10 | $525.00 | $577.50 |
| 6/21/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Analysis of liquidation of vehicles at Adesa | 0.70 | $525.00 | $367.50 |
| 8/7/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Analysis of Westlake charge off information | 1.30 | $525.00 | $682.50 |
| 8/8/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Meeting with R. Edwards to discuss Westlake charge off analysis | 0.30 | $525.00 | $157.50 |
| 8/30/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Communications with Westlake and landlord counsel re vehicle remaining at dealership location | 0.30 | $525.00 | $157.50 |
| 10/31/2024 | Alan M. Root | B120 Asset Analysis and Recovery | Call with Computershare and Akerman team on securitization trust issues | 0.50 | $525.00 | $262.50 |
| | | | **B120 TOTAL:** | **10.90** | | **$5,692.50** |
| 4/5/2024 | Alan M. Root | B130 Asset Disposition | Communications with Trustee and HWB regarding titles for vehicles at auction | 0.40 | $525.00 | $210.00 |
| 5/7/2024 | Alan M. Root | B130 Asset Disposition | Telephone call with Westlake and Adesa counsel regarding vehicles at auction; Follow-up with Trustee | 0.50 | $525.00 | $262.50 |
| | | | **B130 TOTAL:** | **0.90** | | **$472.50** |
| 11/21/2023 | Alan M. Root | B140 Relief from Stay/Adequate Protection Proceedings | Analyze landlord request for stay relief to setoff security deposits (.4); Discuss with Trustee (.2); Follow-up with landlord's counsel (.2) | 0.80 | $525.00 | $420.00 |
| 1/5/2024 | Alan M. Root | B140 Relief from Stay/Adequate Protection Proceedings | Review and comment on draft stay relief stipulation from landlords (.7); Discuss with Trustee (.3) | 1.00 | $525.00 | $525.00 |
| 2/19/2024 | David W. Carickhoff | B140 Relief from Stay/Adequate Protection Proceedings | Review and provide comments to stipulation with Florida landlords regarding stay relief to apply deposits | 0.40 | $720.00 | $288.00 |
| 2/19/2024 | Alan M. Root | B140 Relief from Stay/Adequate Protection Proceedings | Review and comment on draft landlord stay relief stipulation | 0.60 | $525.00 | $315.00 |
| 4/4/2024 | Alan M. Root | B140 Relief from Stay/Adequate Protection Proceedings | Attention to vehicle titles for vehicles subject to Hancock Whitney stay relief order | 3.40 | $525.00 | $1,785.00 |
| 4/12/2024 | Alan M. Root | B140 Relief from Stay/Adequate Protection Proceedings | Review and comment on draft limited POA regarding vehicles subject to HWB stay relief order | 0.40 | $525.00 | $210.00 |
| 4/16/2024 | Alan M. Root | B140 Relief from Stay/Adequate Protection Proceedings | Communications with Trustee regarding limited POA for vehicles at auction subject to stay relief order in favor of lenders | 0.20 | $525.00 | $105.00 |
| 4/18/2024 | | B140 Relief from Stay/Adequate Protection Proceedings | Prepare titles for transfer to HWB; FedEx to Riveron | 0.70 | $250.00 | $175.00 |
| 9/16/2024 | Alan M. Root | B140 Relief from Stay/Adequate Protection Proceedings | Communications with landlord counsel re vehicle at location (.3); follow up email to Westlake re same (.1) | 0.40 | $525.00 | $210.00 |
| | | | **B140 TOTAL:** | **7.90** | | **$4,033.00** |
| 12/7/2023 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.20 | $525.00 | $105.00 |
| 1/26/2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.10 | $525.00 | $52.50 |
| 1/31/2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.20 | $525.00 | $105.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 2/2/2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Telephone call with Florida government lawyer regarding tag and title inquiry | 0.50 | $525.00 | $262.50 |
| 2/13/2024 | Rosanne DellAversano | B150 Meetings of and Communications with Creditors | Respond to emails and telephone messages from customer B. Garrett regarding lien releases | 0.20 | $250.00 | $50.00 |
| 2/13/2024 | Rosanne DellAversano | B150 Meetings of and Communications with Creditors | Review email from customer B. Garrett (.1); Review previous communications and documents (.4); Respond accordingly (.1) | 0.60 | $250.00 | $150.00 |
| 2/27/2024 | Rosanne DellAversano | B150 Meetings of and Communications with Creditors | Review email and voicemail from B. Garrett; Respond by email | 0.40 | $250.00 | $100.00 |
| 4/18/2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Communications with U.S. Trustee and R. DellAversano regarding email from creditor | 0.20 | $525.00 | $105.00 |
| 6/13/2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Communications with leaseholder | 0.10 | $525.00 | $52.50 |
| | | | **B150 TOTAL:** | **2.50** | | **$982.50** |
| 12/3/2023 | Alan M. Root | B160 Fee/Employment Applications | Draft CBCC's retention application | 0.70 | $525.00 | $367.50 |
| 12/6/2023 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from A. Root attaching retention application and related pleadings (.1); Save and review same (.3); Finalize and file *Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Employment of Chipman Brown Cicero & Cole LLP as General Bankruptcy Counsel Effective as of November 16, 2023* (.2); Effectuate email service of retention application (.1); Emails with Reliable regarding first-class service on certain parties (.1) | 0.80 | $275.00 | $220.00 |
| 12/15/2023 | Alan M. Root | B160 Fee/Employment Applications | Draft special counsel retention application | 1.20 | $525.00 | $630.00 |
| 12/20/2023 | Alan M. Root | B160 Fee/Employment Applications | Work on Akerman retention application | 0.30 | $525.00 | $157.50 |
| 12/21/2023 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from A. Root regarding special counsel retention application (.1); Finalize and file *Application of the Chapter 7 Trustee for an Order Authorizing Retention of Akerman LLP as Special Counsel to the Chapter 7 Trustee Effective as of November 21, 2023* (.2); Effectuate email service of retention application (.1); Emails with Reliable regarding first-class service of retention application (.1) | 0.50 | $275.00 | $137.50 |
| 12/21/2023 | Alan M. Root | B160 Fee/Employment Applications | Finalize Akerman retention application for filing | 0.50 | $525.00 | $262.50 |
| 12/26/2023 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Certificate of No Objection to Application of Chapter 7 Trustee for Order Authorizing Employment of Chipman Brown Cicero & Cole, LLP as General Bankruptcy Counsel Effective as of November 16, 2023* (.2) and upload proposed order (.1) | 0.30 | $275.00 | $82.50 |
| 12/26/2023 | Alan M. Root | B160 Fee/Employment Applications | Review and approve certificate of no objection for filing | 0.10 | $525.00 | $52.50 |
| 1/10/2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review retention application and docket regarding objection status (.1); Email messages to/from A. Root regarding deadline to file certificate of no objection to Akerman's retention application (.1) | 0.20 | $300.00 | $60.00 |
| 1/10/2024 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Certificate of No Objection to Chapter 7 Trustee's Application for Order Authorizing Retention of Akerman LLP as Special Counsel to Chapter 7 Trustee Effective as of November 21, 2023* (.2) and upload proposed order (.1) | 0.30 | $300.00 | $90.00 |
| 1/10/2024 | Alan M. Root | B160 Fee/Employment Applications | Review and approve draft certificate of no objection | 0.10 | $525.00 | $52.50 |
| 7/30/2024 | Alan M. Root | B160 Fee/Employment Applications | Communications with Trustee and GMCO regarding interim fee applications | 0.20 | $525.00 | $105.00 |
| 8/1/2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from A. Root regarding first interim application (.1); Begin preparation of first interim application and related exhibits (1.0) | 1.10 | $300.00 | $330.00 |
| 8/1/2024 | Alan M. Root | B160 Fee/Employment Applications | Communications with Trustee and M. Dero re interim fee application | 0.20 | $525.00 | $105.00 |
| 8/7/2024 | Alan M. Root | B160 Fee/Employment Applications | Communications with special cousnel regarding interim fee applications | 0.10 | $525.00 | $52.50 |
| 8/8/2024 | Alan M. Root | B160 Fee/Employment Applications | Overview special counsel fee application | 0.40 | $525.00 | $210.00 |
| 8/12/2024 | Alan M. Root | B160 Fee/Employment Applications | Communications with special counsel regarding fee application | 0.30 | $525.00 | $157.50 |
| 8/13/2024 | Alan M. Root | B160 Fee/Employment Applications | Review and comment on special counsel fee application | 0.60 | $525.00 | $315.00 |
| | | | **B160 TOTAL:** | **7.90** | | **$3,387.50** |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/9/2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from A. Root attaching extension motion (.1); Review email messages between A. Root and D. Carickhoff regarding comments (.1); Finalize and file *Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases* (.2); Effectuate email service of extension motion (.2); Emails with Reliable regarding first-class service of extension motion (.1); Calendar deadlines (.1) | 0.80 | $300.00 | $240.00 |
| 1/9/2024 | Alan M. Root | B185 Assumption/Rejection of Leases and Contracts | Draft and finalize for filing motion to extend assumption/rejection deadline | 0.80 | $525.00 | $420.00 |
| 1/25/2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Prepare certificate of no objection regarding 365(d)(1) rejection motion (.2); Update as-filed proposed order (.1); Finalize and file *Certificate of No Objection Regarding Chapter 7 Trustee's Motion for Order Further Extending Deadline to Assume or Reject Certain Executory Contracts/Unexpired Leases* (.2) and upload proposed order (.1) | 0.60 | $300.00 | $180.00 |
| 5/6/2024 | Alan M. Root | B185 Assumption/Rejection of Leases and Contracts | Discuss 365(d)(1) deadline with Trustee (.2); Draft motion to extend deadline (.7) | 0.90 | $525.00 | $472.50 |
| 5/7/2024 | Alan M. Root | B185 Assumption/Rejection of Leases and Contracts | Finalize motion to extend assumption/rejection deadline | 0.30 | $525.00 | $157.50 |
| 5/7/2024 | David W. Carickhoff | B185 Assumption/Rejection of Leases and Contracts | Review and provide comments to motion to extend 365(d)(1) time | 0.30 | $720.00 | $216.00 |
| 5/8/2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Update dates (.1); Finalize and file *Chapter 7 Trustee's Motion for Order Further Extending Deadline to Assume/Reject Certain Executory Contracts/Unexpired Leases* (.2); Effectuate email service of motion (.1); Emails with Reliable regarding first-class mail service (.1); Calendar deadlines (.1) | 0.60 | $300.00 | $180.00 |
| 5/23/2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Prepare certificate of no objection regarding fourth motion extending 365(d)(1) deadline (.1); Update proposed order (.1); Finalize and file *Certificate of No Objection Regarding Chapter 7 Trustee's Motion for Order Further Extending Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases* (.2) and upload proposed order (.1) | 0.50 | $300.00 | $150.00 |
| 5/24/2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Retrieve *Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Lease*s (.1); Effectuate email service of extension order (.1) | 0.20 | $300.00 | $60.00 |
| 6/11/2024 | Alan M. Root | B185 Assumption/Rejection of Leases and Contracts | Communications with counsel to former landlord regarding vehicle at premises | 0.10 | $525.00 | $52.50 |
| 10/29/2024 | Aaron Bach | B185 Assumption/Rejection of Leases and Contracts | Draft fifth 365(d)(1) motion to extend time to assume or reject contracts and leases | 0.70 | $350.00 | $245.00 |
| 10/29/2024 | Alan M. Root | B185 Assumption/Rejection of Leases and Contracts | discuss motion to extend assumption/rejection deadline with A. Bach (.1); review and revise draft motion (.4); Communications with Trustee regarding same (.1) | 0.60 | $525.00 | $315.00 |
| | | | **B185 TOTAL:** | **6.40** | | **$2,688.50** |
| 5/20/2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Due diligence regarding records request from WARN counsel | 0.70 | $525.00 | $367.50 |
| 5/21/2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare responses to WARN counsel records request | 0.90 | $525.00 | $472.50 |
| | | | **B190 TOTAL:** | **1.60** | | **$840.00** |
| 8/29/2024 | Rosanne DellAversano | B210 Business Operations | Emails with V. Cetta at CNA regarding title issue | 0.50 | $250.00 | $125.00 |
| 9/3/2024 | Rosanne DellAversano | B210 Business Operations | Review documents regarding title and release issue of vehicle for CNA | 0.30 | $250.00 | $75.00 |
| 9/9/2024 | Rosanne DellAversano | B210 Business Operations | Review outstanding former customer lien release/title work requests. | 0.80 | $250.00 | $200.00 |
| 9/10/2024 | Rosanne DellAversano | B210 Business Operations | Review emails and documents provided by former customers regarding lien releases and title work; Emails with former customers; Email to L. Appleby & Westlake | 4.30 | $250.00 | $1,075.00 |
| 9/11/2024 | Rosanne DellAversano | B210 Business Operations | Review recent title and lien release requests | 0.70 | $250.00 | $175.00 |
| 9/11/2024 | Rosanne DellAversano | B210 Business Operations | Email with former customers regarrding title & lien release requests; Emails requesting title status from lenders | 0.90 | $250.00 | $225.00 |
| 9/11/2024 | Rosanne DellAversano | B210 Business Operations | Review customer provided documents; Prepare lien releases and duplicate title applications | 2.50 | $250.00 | $625.00 |

Chipman Brown Cicero Cole, LLP
November 2023 through October 2024

Case 23-10316-BLS   Doc 299-2   Filed 11/12/24   Page 6 of 12
TIME DETAIL

Invoice No. 10733
Dated: November 12, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 9/16/2024 | Rosanne DellAversano | B210 Business Operations | Review emails from customers regarding title and lien releases; Pull paperwork regarding lien release documents previously sent to customer T. Donald; Review documents provided by customer V. Rice | 0.70 | $250.00 | $175.00 |
| 9/24/2024 | Rosanne DellAversano | B210 Business Operations | Review emails from T. Donald; Prepare new set of lien release documents for Trustee's signature | 0.50 | $250.00 | $125.00 |
| 9/24/2024 | Rosanne DellAversano | B210 Business Operations | Voicemail from K. Thomas, Trust Bank, regarding lien release; Return call to K. Thomas | 0.10 | $250.00 | $25.00 |
| 10/17/2024 | Rosanne DellAversano | B210 Business Operations | Prepare lien releases and title documents; mail to customers | 2.60 | $250.00 | $650.00 |
| 11/16/2023 | Alan M. Root | B210 Business Operations | Communications with Vertex regarding turnover of Debtor records | 0.20 | $525.00 | $105.00 |
| 1/8/2024 | Alan M. Root | B210 Business Operations | Review Westlake chargeoff analysis | 0.90 | $525.00 | $472.50 |
| 1/18/2024 | Alan M. Root | B210 Business Operations | Meeting with Westlake regarding chargeoff analysis | 0.50 | $525.00 | $262.50 |
| 2/8/2024 | Alan M. Root | B210 Business Operations | Communications with Trustee and R. Edwards regarding collections on Debtor owned lease portfolio | 0.50 | $525.00 | $262.50 |
| 2/13/2024 | Rosanne DellAversano | B210 Business Operations | Discussion with A Root and Trustee regarding recent emails and telephone calls regarding lien releases | 0.30 | $250.00 | $75.00 |
| 2/13/2024 | Alan M. Root | B210 Business Operations | Communications with former counsel and Trustee regarding securitization issues (.5); Legal research (1.0); Emails with indenture trustee (.1) | 1.60 | $525.00 | $840.00 |
| 2/14/2024 | Alan M. Root | B210 Business Operations | Telephone call with counsel to indenture trustee (.5); Research securitization issues (1.0) | 1.50 | $525.00 | $787.50 |
| 2/16/2024 | Alan M. Root | B210 Business Operations | Communications with R. Edwards and Westlake on servicing/ collections on estate owned lease portfolio (.3); Review and analyze documents provided by Westlake regarding same (.9) | 1.20 | $525.00 | $630.00 |
| 2/27/2024 | Rosanne DellAversano | B210 Business Operations | Discuss B. Garrett situation with A. Root | 0.20 | $250.00 | $50.00 |
| 2/27/2024 | Rosanne DellAversano | B210 Business Operations | Email Westlake and L. Appleby regarding B. Garrett; Review emails from Westlake and L. Appleby; Email A. Root regarding same; Telephone call and email T. Donald regarding returned mail with lien release documents and request better address | 0.30 | $250.00 | $75.00 |
| 2/28/2024 | Rosanne DellAversano | B210 Business Operations | Prepare lien release paperwork for two (2) vehicles; Secure signatures; Notarize; Mail to customers | 1.00 | $250.00 | $250.00 |
| 4/3/2024 | Rosanne DellAversano | B210 Business Operations | Review research and respond to multiple emails regarding titles releases and registrations from various vehicle owners | 4.00 | $250.00 | $1,000.00 |
| 4/4/2024 | Alan M. Root | B210 Business Operations | Communications with counsel for Florida regarding Debtor business license | 0.30 | $525.00 | $157.50 |
| 4/5/2024 | Alan M. Root | B210 Business Operations | Communications with FinSight regarding securitization data rooms | 0.20 | $525.00 | $105.00 |
| 4/10/2024 | Alan M. Root | B210 Business Operations | Telephone call with State of Florida regarding Debtor business license and follow-up with Trustee regarding same (.7); Research status and scope of license (.8) | 1.50 | $525.00 | $787.50 |
| 4/12/2024 | Alan M. Root | B210 Business Operations | Communications with Trustee and State of Florida regarding dealership licenses | 0.30 | $525.00 | $157.50 |
| 5/8/2024 | Rosanne DellAversano | B210 Business Operations | Various emails with former customers regarding title tag and lien releases | 1.00 | $250.00 | $250.00 |
| 5/8/2024 | Rosanne DellAversano | B210 Business Operations | Review former customer requests and provided documents for lien releases; Determine if lien release should be issued; Contact customer as necessary to request | 2.00 | $250.00 | $500.00 |
| 5/9/2024 | Rosanne DellAversano | B210 Business Operations | Review letter from D. Hall sent to Judge Shannon; Review D. Hall documents for lien release | 0.40 | $250.00 | $100.00 |
| 5/9/2024 | Alan M. Root | B210 Business Operations | Meeting with R. DellAversano regarding open tag and title issues | 0.50 | $525.00 | $262.50 |
| 5/14/2024 | Rosanne DellAversano | B210 Business Operations | Prepare lien release and duplicate title application documents for verified paid-off vehicles in various states | 3.00 | $250.00 | $750.00 |
| 5/20/2024 | Rosanne DellAversano | B210 Business Operations | Emails to/from Westlake customers regarding tags and need for renewal; Emails to Westlake forwarding customer emails requesting assistance | 0.40 | $250.00 | $100.00 |
| 5/23/2024 | Alan M. Root | B210 Business Operations | Research regarding request related to vehicle title | 0.20 | $525.00 | $105.00 |
| 5/29/2024 | Rosanne DellAversano | B210 Business Operations | Various emails with former customer regarding title issues | 0.30 | $250.00 | $75.00 |
| 5/29/2024 | Rosanne DellAversano | B210 Business Operations | Emails from/to Westlake and Compushare regarding S. Smith title | 0.20 | $250.00 | $50.00 |
| 6/5/2024 | Rosanne DellAversano | B210 Business Operations | Emails to/from customer regarding lack of documents to verify payoff and alternative for securing release documents | 0.40 | $250.00 | $100.00 |

Chipman Brown Cicero Cole, LLP
November 2023 through October 2024

Case 23-10316-BLS    Doc 299-2    Filed 11/12/24    Page 7 of 12
TIME DETAIL

Invoice No. 10733
Dated: November 12, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/5/2024 | Rosanne DellAversano | B210 Business Operations | Discussion with A. Root regarding Kentucky title mailed to Trustee by DMV; Email to Westlake requesting VIN check for title | 0.20 | $250.00 | $50.00 |
| 6/13/2024 | Alan M. Root | B210 Business Operations | Analysis of Westlake servicer reports | 1.30 | $525.00 | $682.50 |
| 6/18/2024 | Rosanne DellAversano | B210 Business Operations | Various emails to former customers regarding titles and releases | 1.40 | $250.00 | $350.00 |
| 6/18/2024 | Rosanne DellAversano | B210 Business Operations | Review documents provided by former customers as evidence of paid off lease | 2.80 | $250.00 | $700.00 |
| 6/18/2024 | Rosanne DellAversano | B210 Business Operations | Prepare release of liens and other DMV documents | 1.00 | $250.00 | $250.00 |
| 6/19/2024 | Rosanne DellAversano | B210 Business Operations | Prepare release of liens and other DMV documents | 2.50 | $250.00 | $625.00 |
| 7/12/2024 | Alan M. Root | B210 Business Operations | communications with R. Edwards and Westlake re chargeoff analysis | 0.30 | $525.00 | $157.50 |
| 7/15/2024 | Alan M. Root | B210 Business Operations | Meeting with R. Edwards and Westlake regarding chargeoffs | 0.60 | $525.00 | $315.00 |
| 7/29/2024 | Alan M. Root | B210 Business Operations | Emails and phone call with indenture trustee regarding state business registrations (.2); Discuss with Trustee (.2); Emails with special counsel regarding same (.1) | 0.50 | $525.00 | $262.50 |
| 7/30/2024 | Alan M. Root | B210 Business Operations | Telephone call with special counsel re state business registration matters (.4); Follow-up research regarding same (.7) | 1.10 | $525.00 | $577.50 |
| 7/31/2024 | Alan M. Root | B210 Business Operations | Telephone call with Westlake, indenture trustee and warehouse lender regarding servicing matters (.5); Follow-up with Truste (.2) | 0.70 | $525.00 | $367.50 |
| 8/1/2024 | Alan M. Root | B210 Business Operations | Research Debtor authority over AF Title Co (1.1); Discuss with Trustee and special counsel (.4) | 1.50 | $525.00 | $787.50 |
| 8/5/2024 | Alan M. Root | B210 Business Operations | Review special counsel analysis regarding good standing issues (.4); Emails with Trustee regarding same (.1) | 0.50 | $525.00 | $262.50 |
| 8/21/2024 | Alan M. Root | B210 Business Operations | Meeting with special counsel Westlake and warehouse lenders re good standing issues | 0.30 | $525.00 | $157.50 |
| 8/22/2024 | Alan M. Root | B210 Business Operations | Telephone call with Westlake on charge-off analysis (.5); Follow-up emails and call with Trustee and R. Edwards (.4) | 0.90 | $525.00 | $472.50 |
| 9/18/2024 | Alan M. Root | B210 Business Operations | Review and circulated August servicer reports | 0.30 | $525.00 | $157.50 |
| 10/14/2024 | Alan M. Root | B210 Business Operations | Communications with indenture trustee and Akerman regarding 2019-2 trust | 0.20 | $525.00 | $105.00 |
| 10/22/2024 | Alan M. Root | B210 Business Operations | Telephone call with Akerman on 2019-2 trust wind down issues | 0.40 | $525.00 | $210.00 |
| | | | **B210 TOTAL:** | **53.30** | | **$18,275.00** |
| 11/17/2023 | Alan M. Root | B230 Financing/Cash Collections | Telephone calls and emails with Westlake GMCO and HWB regarding collections on estate portfolios and related cash collateral issues | 1.30 | $525.00 | $682.50 |
| 11/27/2023 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with indenture trustee regarding various case matters (.3); Follow-up with Iron Mountain and Kroll regarding payment of expenses *via* securitization trusts (.2) | 0.50 | $525.00 | $262.50 |
| 11/28/2023 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with HWB on securitization residuals; Follow-up with Trustee | 0.50 | $525.00 | $262.50 |
| 11/28/2023 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee regarding September payment to HWB | 0.20 | $525.00 | $105.00 |
| 12/5/2023 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee and HWB regarding September and October payments to HWB | 0.40 | $525.00 | $210.00 |
| 12/13/2023 | Alan M. Root | B230 Financing/Cash Collections | Review and analyze HWB valuation report on securitization trust residuals (.6); Prepare for call with HWB (.3); Telephone call with HWB regarding valuation reports (.7); Follow-up communications with Trustee and R. Edwards (.3) | 1.90 | $525.00 | $997.50 |
| 1/8/2024 | Alan M. Root | B230 Financing/Cash Collections | Update call with HWB | 0.40 | $525.00 | $210.00 |
| 1/12/2024 | Alan M. Root | B230 Financing/Cash Collections | Update emails with HWB | 0.20 | $525.00 | $105.00 |
| 1/25/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee regarding payment to HWB under cash collateral order | 0.20 | $525.00 | $105.00 |
| 1/31/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee regarding HWB payment under cash collateral agreement | 0.50 | $525.00 | $262.50 |
| 2/16/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB and R. Edwards regarding 2019-2 portfolio | 0.50 | $525.00 | $262.50 |
| 2/19/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB and R. Edwards regarding servicer reports | 0.30 | $525.00 | $157.50 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 3/6/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB counsel | 0.30 | $525.00 | $157.50 |
| 3/6/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee and R. Edwards regarding cash collateral distributions to HWB | 0.20 | $525.00 | $105.00 |
| 3/11/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone calls and emails with R. Edwards regarding distribution to HWB under cash collateral order; Consult cash collateral order regarding same | 0.50 | $525.00 | $262.50 |
| 3/20/2024 | Alan M. Root | B230 Financing/Cash Collections | Meeting with Trustee on open NextGear issues (.8); Follow-up due diligence (.4); Telephone call with NextGear (.5) | 1.70 | $525.00 | $892.50 |
| 3/22/2024 | Alan M. Root | B230 Financing/Cash Collections | Prepare email to R. Edwards regarding analysis of issues related to NextGear liens | 0.60 | $525.00 | $315.00 |
| 3/29/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with counsel to Hancock Whitney Bank | 0.20 | $525.00 | $105.00 |
| 4/2/2024 | Alan M. Root | B230 Financing/Cash Collections | Prepare for and attend status call with HWB | 0.50 | $525.00 | $262.50 |
| 4/23/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee and R. Edwards regarding HWB March adequate protection payment | 0.20 | $525.00 | $105.00 |
| 4/25/2024 | Alan M. Root | B230 Financing/Cash Collections | Review GMCO calculations on HWB adequate protection payment and discuss with GMCO and Trustee | 0.30 | $525.00 | $157.50 |
| 5/13/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB and Trustee regarding March adequate protection payment | 0.20 | $525.00 | $105.00 |
| 5/14/2024 | Alan M. Root | B230 Financing/Cash Collections | Further communications with Trustee and HWB regarding March adequate protection payment | 0.20 | $525.00 | $105.00 |
| 5/16/2024 | Alan M. Root | B230 Financing/Cash Collections | Analysis of NextGear settlement proposal (.9); Discuss with Trustee (.5) | 1.40 | $525.00 | $735.00 |
| 5/17/2024 | Alan M. Root | B230 Financing/Cash Collections | Settlement call with NextGear (.5); Follow-up with Trustee (.2); Research NextGear arguments and positions (1.2) | 1.90 | $525.00 | $997.50 |
| 5/20/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee and HWB regarding adequate protection payment | 0.20 | $525.00 | $105.00 |
| 6/5/2024 | Alan M. Root | B230 Financing/Cash Collections | Review revised NextGear proposal and emails with NextGear's counsel and Trustee regarding same | 0.30 | $525.00 | $157.50 |
| 6/11/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB counsel | 0.10 | $525.00 | $52.50 |
| 6/12/2024 | Alan M. Root | B230 Financing/Cash Collections | Discuss NextGear proposal with Trustee (.3); Follow-up research regarding same (.5) | 0.80 | $525.00 | $420.00 |
| 6/13/2024 | Alan M. Root | B230 Financing/Cash Collections | Due diligence and respond to questions from HWB (.8); Follow-up call with HWB (.3) | 1.10 | $525.00 | $577.50 |
| 6/24/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with HWB | 0.50 | $525.00 | $262.50 |
| 6/27/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB regarding lease pool residuals | 0.20 | $525.00 | $105.00 |
| 6/28/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB regarding cash collateral payments | 0.20 | $525.00 | $105.00 |
| 7/1/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with NextGear regarding cash collateral issues; Follow-up with Trustee | 0.40 | $525.00 | $210.00 |
| 7/3/2024 | Alan M. Root | B230 Financing/Cash Collections | Review NextGear proposal and discuss with Trustee | 0.30 | $525.00 | $157.50 |
| 7/8/2024 | Alan M. Root | B230 Financing/Cash Collections | Discuss NextGear settlement proposal with Trustee (.3); Follow-up research (1.2); Communications with NextGear (.2) | 1.70 | $525.00 | $892.50 |
| 7/9/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee regarding HWB cash collateral order and timing of distributions | 0.20 | $525.00 | $105.00 |
| 7/9/2024 | Alan M. Root | B230 Financing/Cash Collections | Research and due diligence regarding indenture trustee holdback payment and treatment under cash collatral order (.5); Communications with Trustee regarding same (.2) | 0.70 | $525.00 | $367.50 |
| 7/11/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB and indenture trustee regarding 2019-2 holdback payment | 0.30 | $525.00 | $157.50 |
| 7/16/2024 | Alan M. Root | B230 Financing/Cash Collections | Review and circulate June servicer report (.3); Prepare for and participate in call with HWB regarding various case issues (.7) | 1.00 | $525.00 | $525.00 |
| 7/16/2024 | Alan M. Root | B230 Financing/Cash Collections | Review revised proposal from NextGear; Discuss with Trustee and respond to NextGear | 0.40 | $525.00 | $210.00 |
| 7/31/2024 | Alan M. Root | B230 Financing/Cash Collections | Overview settlement agreement drafted by NextGear and email to NextGear counsel regarding same | 0.60 | $525.00 | $315.00 |
| 8/5/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with NextGear and Trustee regarding settlement | 0.20 | $525.00 | $105.00 |
| 8/7/2024 | Alan M. Root | B230 Financing/Cash Collections | Respond to HWB information requests | 0.70 | $525.00 | $367.50 |

Chipman Brown Cicero Cole, LLP
November 2023 through October 2024

Case 23-10316-BLS    Doc 299-2    Filed 11/12/24    Page 9 of 12
TIME DETAIL

Invoice No. 10733
Dated: November 12, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/8/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with HWB on collateral valuation matters | 0.30 | $525.00 | $157.50 |
| 8/8/2024 | Alan M. Root | B230 Financing/Cash Collections | Analyze and comment on draft agreement with NextGear (1.6); Discuss with Trustee (.3); Telephone call with NextGear counsel (.2) | 2.10 | $525.00 | $1,102.50 |
| 8/12/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB regarding remaining loan balance; Follow-up with Trustee | 0.20 | $525.00 | $105.00 |
| 8/12/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with R. Edwards regarding HWB information requests (.3); Emails with Westlake regarding same (.2) | 0.50 | $525.00 | $262.50 |
| 8/13/2024 | David W. Carickhoff | B230 Financing/Cash Collections | Review and provide comments to settlement with NextGear (.5); Emails with A. Root regarding same (.2) | 0.70 | $720.00 | $504.00 |
| 8/13/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Westlake regarding HWB information requests (.2); Follow-up with R. Edwards regarding same (.2) | 0.40 | $525.00 | $210.00 |
| 8/13/2024 | Alan M. Root | B230 Financing/Cash Collections | Discuss NextGear settlement with Trustee (.2); Revise same accordingly (.5) | 0.70 | $525.00 | $367.50 |
| 8/14/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee and R. Edwards regarding June/July adequate assurance payment to HWB | 0.30 | $525.00 | $157.50 |
| 8/16/2024 | Alan M. Root | B230 Financing/Cash Collections | communications with Trustee and NextGear regarding settlement agreement | 0.20 | $525.00 | $105.00 |
| 8/22/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with Trustee regarding June and July adequate protection payments to HWB | 0.10 | $525.00 | $52.50 |
| 9/12/2024 | Alan M. Root | B230 Financing/Cash Collections | Meeting with A. Bach to discuss NextGear settlement and 9019 motion | 0.40 | $525.00 | $210.00 |
| 9/13/2024 | Aaron Bach | B230 Financing/Cash Collections | Draft Next Gear 9019 motion (1.4); Communication with A. Root (.3) | 1.70 | $350.00 | $595.00 |
| 9/13/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with A. Bach regarding NextGear 9019 motion | 0.30 | $525.00 | $157.50 |
| 9/16/2024 | Aaron Bach | B230 Financing/Cash Collections | Revise Next Gear 9019 motion | 0.60 | $350.00 | $210.00 |
| 9/16/2024 | Aaron Bach | B230 Financing/Cash Collections | Review edits of 9019 motion | 0.20 | $350.00 | $70.00 |
| 9/16/2024 | Alan M. Root | B230 Financing/Cash Collections | Work on NextGear settlement and 9019 motion | 1.80 | $525.00 | $945.00 |
| 9/18/2024 | Alan M. Root | B230 Financing/Cash Collections | Discuss HWB issues with Trustee (.2); Telephone call with HWB regarding collateral and related issues (.3) | 0.50 | $525.00 | $262.50 |
| 9/19/2024 | David W. Carickhoff | B230 Financing/Cash Collections | Review and provide comments to 9019 motion regarding NextGear settlement | 0.70 | $720.00 | $504.00 |
| 9/19/2024 | Alan M. Root | B230 Financing/Cash Collections | Work on NextGear settlement | 0.60 | $525.00 | $315.00 |
| 9/24/2024 | Michelle M. Dero | B230 Financing/Cash Collections | Emails between A. Root and R. Bello, Judge Shannon's chambers, regarding hearing date (.1); Prepare notice of motion and certificate of service and update service list regarding NextGear 9019 motion (.4); Finalize and file *Chapter 7 Trustee's Motion for Order Approving Settlement Agreement with NextGear Capital, Inc.* (.2); Effectuate email service of motion (.1); Calendar deadlines (.1) | 0.90 | $300.00 | $270.00 |
| 9/24/2024 | Alan M. Root | B230 Financing/Cash Collections | Finalize NextGear settlement papers for filing | 0.80 | $525.00 | $420.00 |
| 9/25/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with HWB | 0.30 | $525.00 | $157.50 |
| 10/2/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with U.S. Trustee regarding NextGear settlement | 0.30 | $525.00 | $157.50 |
| 10/9/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with HWB | 0.30 | $525.00 | $157.50 |
| 10/10/2024 | Michelle M. Dero | B230 Financing/Cash Collections | Emails with A. Root regarding objection status of NextGear 9019 motion (.1); Prepare certificate of no objection and update proposed order (.2); Finalize and file *Certificate of No Objection regarding Chapter 7 Trustee's Motion for Order Approving Settlement Agreement with NextGear Capital, Inc.* (.2) and upload proposed order (.1) | 0.60 | $300.00 | $180.00 |
| 10/10/2024 | Michelle M. Dero | B230 Financing/Cash Collections | Retrieve *Order Approving Settlement Agreement with NextGear Capital, Inc.* and effectuate email service of order | 0.10 | $300.00 | $30.00 |
| 10/10/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB and Westlake regarding portfolio performance meeting | 0.30 | $525.00 | $157.50 |
| 10/11/2024 | Alan M. Root | B230 Financing/Cash Collections | Review entered order on NextGear settlement (.1); Emails with NextGear counsel regarding entry of order (.1); Discuss implementation of order with Trustee (.2) | 0.40 | $525.00 | $210.00 |
| 10/14/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB and Westlake | 0.20 | $525.00 | $105.00 |
| 10/17/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with HWB and Westlake regarding call and questions on portfolio performance | 0.40 | $525.00 | $210.00 |
| 10/18/2024 | Alan M. Root | B230 Financing/Cash Collections | Prepare for and attend call with HWB and Westlake on portfolio performance | 0.70 | $525.00 | $367.50 |

Chipman Brown Cicero Cole, LLP
November 2023 through October 2024

Case 23-10316-BLS    Doc 299-2    Filed 11/12/24    Page 10 of 12
TIME DETAIL

Invoice No. 10733
Dated: November 12, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/29/2024 | Alan M. Root | B230 Financing/Cash Collections | Communications with R. Edwards, Trustee and HWB re residuals payments (.3); Review payment calculation from R. Edwards (.2) | 0.50 | $525.00 | $262.50 |
| 10/30/2024 | Alan M. Root | B230 Financing/Cash Collections | Telephone call with HWB on cash collateral matters | 0.20 | $525.00 | $105.00 |
| | | | **B230 TOTAL:** | 43.30 | | $22,208.00 |
| 11/16/2023 | Alan M. Root | B240 Tax Issues | Telephone call with Westlake and GMCO regarding sales tax issues | 0.50 | $525.00 | $262.50 |
| 11/20/2023 | Alan M. Root | B240 Tax Issues | Telephone call with Westlake and consultants regarding property tax issues | 0.90 | $525.00 | $472.50 |
| 11/21/2023 | Alan M. Root | B240 Tax Issues | Communications with Clarus regarding sales tax issues | 0.40 | $525.00 | $210.00 |
| 11/22/2023 | Alan M. Root | B240 Tax Issues | Telephone call with Akerman regarding tax issues and special counsel role | 0.40 | $525.00 | $210.00 |
| 11/27/2023 | Alan M. Root | B240 Tax Issues | Telephone calls with Westlake and tax consultants on sales tax issues | 0.50 | $525.00 | $262.50 |
| 11/28/2023 | Alan M. Root | B240 Tax Issues | Telephone call with special counsel Westlake and tax consultants regarding sales tax issues | 0.80 | $525.00 | $420.00 |
| 11/29/2023 | Alan M. Root | B240 Tax Issues | Review and comment on draft communication to taxing authorities | 0.30 | $525.00 | $157.50 |
| 12/7/2023 | Alan M. Root | B240 Tax Issues | Telephone call with special counsel Westlake and consultants on sales tax issues | 0.70 | $525.00 | $367.50 |
| 12/7/2023 | Alan M. Root | B240 Tax Issues | Communications with special counsel regarding property tax issues | 0.30 | $525.00 | $157.50 |
| 12/12/2023 | Alan M. Root | B240 Tax Issues | Communications with special counsel on tax issues | 0.20 | $525.00 | $105.00 |
| 12/28/2023 | Alan M. Root | B240 Tax Issues | Meeting with Westlake, tax consultants and special counsel regarding sales tax issues | 0.30 | $525.00 | $157.50 |
| 1/16/2024 | Alan M. Root | B240 Tax Issues | Telephone call with special counsel to discuss Kentucky insurance matter | 0.30 | $525.00 | $157.50 |
| 1/23/2024 | Alan M. Root | B240 Tax Issues | Communications with Westlake on sales tax issues | 0.30 | $525.00 | $157.50 |
| 1/25/2024 | Alan M. Root | B240 Tax Issues | Analysis of property tax issue | 0.70 | $525.00 | $367.50 |
| 2/8/2024 | Alan M. Root | B240 Tax Issues | Sales tax call with Westlake | 0.80 | $525.00 | $420.00 |
| 2/16/2024 | Alan M. Root | B240 Tax Issues | Communications with Trustee and special counsel regarding letter received from taxing authority | 0.30 | $525.00 | $157.50 |
| 2/27/2024 | Alan M. Root | B240 Tax Issues | Communications with special counsel on tax issues | 0.20 | $525.00 | $105.00 |
| 2/28/2024 | Alan M. Root | B240 Tax Issues | Telephone call with Trustee GMCO and special counsel on open tax issues | 0.60 | $525.00 | $315.00 |
| 2/28/2024 | Alan M. Root | B240 Tax Issues | Review and finalize tax POAs | 0.30 | $525.00 | $157.50 |
| 2/29/2024 | Alan M. Root | B240 Tax Issues | Telephone call with Westlake and consultants on tax matters | 0.50 | $525.00 | $262.50 |
| 3/22/2024 | Alan M. Root | B240 Tax Issues | Analysis of sales tax issue and communications with R. Edwards regarding same | 0.50 | $525.00 | $262.50 |
| 3/25/2024 | Alan M. Root | B240 Tax Issues | Communications with Westlake and R. Edwards regarding tax issues | 0.30 | $525.00 | $157.50 |
| 4/2/2024 | Alan M. Root | B240 Tax Issues | Communications with Trustee and Akerman regarding franchise tax issues | 0.60 | $525.00 | $315.00 |
| 4/12/2024 | Alan M. Root | B240 Tax Issues | Meeting with special counsel regarding tax and securitization issues; Follow-up with Trustee | 0.50 | $525.00 | $262.50 |
| 5/9/2024 | Alan M. Root | B240 Tax Issues | Telephone call with Westlake and GMCO regarding open tax issues | 0.30 | $525.00 | $157.50 |
| 7/26/2024 | Alan M. Root | B240 Tax Issues | Communications with special counsel regarding tax claim issues | 0.20 | $525.00 | $105.00 |
| 8/14/2024 | Alan M. Root | B240 Tax Issues | Communications with Trustee and special counsel regarding sales and use tax issues | 0.20 | $525.00 | $105.00 |
| 8/19/2024 | Alan M. Root | B240 Tax Issues | Communications with special counsel, Trustee and tax consultants regarding Florida tax credit | 0.30 | $525.00 | $157.50 |
| 10/30/2024 | Alan M. Root | B240 Tax Issues | Telephone call with Westlake on open tax issues (.6); Follow-up with R. Edwards (.2) | 0.80 | $525.00 | $420.00 |

Chipman Brown Cicero Cole, LLP    TIME DETAIL    Invoice No. 10733
November 2023 through October 2024    Dated: November 12, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|------|--------------|----------|-------------|-------|------|-------|
|      |              |          | B240 TOTAL: | 13.00 |      | $6,825.00 |
|      |              |          | TOTAL FEES: | 151.50 |     | $66,957.00 |

Chipman Brown Cicero Cole, LLP  
November 2023 through October 2024  
EXPENSE SUMMARY  
Invoice No. 17033  
Dated: November 12, 2024

| Date | Activity | Description | Expense |
|---|---|---|---|
| 4/2/2024 | E101 Copying | Copies (78 Copies x $0.10) | $7.80 |
| 4/18/2024 | E101 Copying | Copies (Titles) (113 Copies x $0.10) | $11.30 |
| | | **E101 TOTAL:** | **$19.10** |
| 2/9/2024 | E106 Online research | PACER (Docket Report from November 1, 2023 to December 31, 2023) | $17.70 |
| 3/1/2024 | E106 Online research | PACER (October, November and December 2023 - AMR) | $38.70 |
| 3/8/2024 | E106 Online research | PACER (Docket Report from January 1, 2024 to February 29, 2024) | $15.50 |
| 7/10/2024 | E106 Online research | PACER (April, May and June 2024-AMR) | $1.80 |
| | | **E106 TOTAL:** | **$73.70** |
| 12/6/2023 | E107 Delivery services/messengers | FedEx Shipping (Invoice No. 8-345-29033) | $21.97 |
| 4/18/2024 | E107 Delivery services/messengers | FedEx Shipping (Invoice No. 8-478-26005) | $66.48 |
| 6/24/2024 | E107 Delivery services/messengers | FedEx Shipping (Invoice No. 8-547-94920) | $39.64 |
| | | **E107 TOTAL:** | **$128.09** |
| 12/7/2023 | E108 Postage | Reliable (Mailing Services [Invoice No. WL114125]) | $61.95 |
| 12/27/2023 | E108 Postage | Reliable (Mailing Services [Invoice No. WL114415]) | $66.45 |
| 1/11/2024 | E108 Postage | Reliable (Mailing Services [Invoice No. WL114618]) | $55.35 |
| 1/26/2024 | E108 Postage | Postage - Taxes | $11.00 |
| 2/28/2024 | E108 Postage | Postage | $2.84 |
| 3/8/2024 | E108 Postage | Postage | $7.67 |
| 3/11/2024 | E108 Postage | Postage | $5.04 |
| 4/2/2024 | E108 Postage | Postage - Tax Returns / Certified Mail | $49.92 |
| 5/9/2024 | E108 Postage | Reliable (Mailing Services [Invoice No. WL116745]) | $47.70 |
| 5/14/2024 | E108 Postage | Postage | $7.04 |
| 7/25/2024 | E108 Postage | Postage - Tax Returns / Certified Mail and First-Class Mail | $62.24 |
| 10/17/2024 | E108 Postage | Postage | $2.50 |
| | | **E108 TOTAL:** | **$379.70** |
| | | **TOTAL EXPENSES:** | **$600.59** |