IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10316 (BLS) <br><br> (Jointly Administered) <br><br> **Hearing Date: December 11, 2024, at 9:00 a.m. (Eastern)** <br> **Objection Deadline: December 3, 2024, at 4:00 p.m. (Eastern)** |

**NOTICE OF FIRST INTERIM APPLICATION OF AKERMAN LLP
FOR COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE
FOR THE PERIOD FROM NOVEMBER 21, 2023 THROUGH OCTOBER 31, 2024**

PLEASE TAKE NOTICE that Akerman LLP ("**Akerman**") has filed the *First Interim Application of Akerman LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Chapter 7 Trustee for the Period November 21, 2023 Through October 31, 2024* (the "**Fee Application**"). By the Fee Application, Akerman seeks an interim allowance of fees in the amount of $110,662.00 and expenses in the amount of $1,183.87 for the period of November 21, 2023 through October 31, 2024.

PLEASE TAKE FURTHER NOTICE that any objections to the Fee Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), on or before **December 3, 2024, by 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"). At the same time,

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing on the Fee Application will be held on **December 11, 2024, at 9:00 a.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Court Room 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated: November 19, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

4873-3684-1981, v. 1