IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10316 (BLS) <br><br> (Jointly Administered) <br><br> **Related Docket No.** |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 16, 2023 THROUGH OCTOBER 31, 2024**

Upon consideration of the First Interim Application of Chipman Brown Cicero & Cole, LLP ("**CBCC**") for Allowance of Compensation and Reimbursement of Expenses (the "**Fee Application**") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for interim allowance of compensation and reimbursement of expenses for the period from November 16, 2023 through October 31, 2024 (the "**Application Period**"), and the Court having thoroughly reviewed the Fee Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application,

**IT IS HEREBY ORDER THAT:**

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

- 2 -

1. The Fee Application is GRANTED on an interim basis.

2. CBCC is awarded, on an interim basis, compensation in the amount of $66,957.00 for professional services rendered and $600.59 for costs and expenses incurred during the Application Period.

3. Payment may be made by the Trustee to CBCC of 100% of any and all fees and 100% of any and all expenses allowed hereby.

Dated: December 4th, 2024  
Wilmington, Delaware

BRENDAN L. SHANNON  
UNITED STATES BANKRUPTCY JUDGE