UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| RAC Investment Holdings, LLC, et al., | Case No. 23-10316 (BLS) <br> (Jointly Administered) |
| Debtors. | Re: Dkt. No. 300 |

**ORDER GRANTING FIRST INTERIM APPLICATION OF AKERMAN LLP
FOR COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE
FOR THE PERIOD FROM NOVEMBER 21, 2023 THROUGH OCTOBER 31, 2024**

Upon consideration of the First Interim Application of Akerman, LLP ("**Akerman**") for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Trustee (the "**Fee Application**") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for interim allowance of compensation and reimbursement of expenses for the period from November 21, 2023 through October 31, 2024 (the "**Application Period**"), and the Court having thoroughly reviewed the Fee Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application,

**IT IS HEREBY ORDER THAT:**

1. The Fee Application is GRANTED on an interim basis.

2. Akerman is awarded, on an interim basis, compensation in the amount of $110,662.00 for professional services rendered and $1,183.87 for costs and expenses incurred during the Application Period.

3. Payment may be made by the Trustee to Akerman of 100% of any and all fees and 100% of any and all expenses allowed hereby.

Dated: December 5th, 2024
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE