**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 11, 2024, AT 9:00 A.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD,
> THE HEARING HAS BEEN CANCELLED**

**I.   RESOLVED MATTER(S):**

1. Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed on November 5, 2024 [Docket No. 298].

    Objection Deadline:     November 19, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:   None.

    Related Pleadings:

    A. Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed on November 25, 2024 [Docket No. 301].

    B. Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, entered on December 2, 2024 [Docket No. 303].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

    Status:    The order has been entered. No hearing is necessary.

2. First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of November 16, 2023 through October 31, 2024, filed on November 12, 2024 [Docket No. 299].

    Objection Deadline:    November 26, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A. Certificate of No Objection Regarding First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of November 16, 2023 through October 31, 2024, filed on December 2, 2024 [Docket No. 302].

    B. Order Granting First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of November 16, 2023 through October 31, 2024, entered on December 4, 2024 [Docket No. 304].

    Status:    The order has been entered. No hearing is necessary.

3. First Interim Application of Akerman LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Chapter 7 Trustee for the Period November 21, 2023 Through October 31, 2024, filed on November 19, 2024 [Docket No. 300].

    Objection Deadline:    November 26, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A. Certificate of No Objection Regarding First Interim Application of Akerman LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Chapter 7 Trustee for the Period November 21, 2023 Through October 31, 2024, filed December 4, 2024 [Docket No. 305].

    B. Order Granting First Interim Application of Akerman LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Chapter 7 Trustee for the

Period November 21, 2023 Through October 31, 2024, entered December 5, 2024 [Docket No. 306].

Status: The order has been entered. No hearing is necessary.

| | |
|---|---|
| Dated: December 5, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email:   root@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |

4931-4513-2803, v. 1