# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

IN RE:

                              CASE NO.: 23-bk-10316-BLS

RAC Dealership, LLC,

    Debtor.

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Laura Boeckman, Assistant General Counsel, is substituted for Kelly Papa as counsel of record for the Duval County Tax Collector.

Dated: **January 27, 2025.**

                              **OFFICE OF GENERAL COUNSEL**
                              **CITY OF JACKSONVILLE**

                              */s/ Laura Boeckman*
                              LAURA BOECKMAN
                              Assistant General Counsel
                              Florida Bar No. 527750
                              117 West Duval Street, Suite 480
                              Jacksonville, Florida 32202
                              (904) 255-5154, phone
                              (904) 255-5120, fax
                              lboeckman@coj.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 27, 2025**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties of record.

                              */s/ Laura Boeckman*
                              ATTORNEY