## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*[1] | Case No. 23-10316 (BLS) |
| Debtors. | **Hearing Date:  March 12, 2025 at 9:30 a.m.**<br>**Objection Deadline: February 21, 2025 by 4:00 p.m.** |

### SECOND INTERIM FEE APPLICATION OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024

| | |
|---|---|
| Name of Applicant: | Giuliano, Miller & Company, LLC |
| Authorized to Provide Professional Services to: | David W. Carickhoff, Chapter 7 Trustee |
| Date of Retention: | May 1, 2023, effective as of March 14, 2023 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2023 through October 31, 2024 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 248,709.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $      471.87 |

This is an:      ✓  Interim      _____  Final Application

*Fee application preparation fees incurred are $4,300.00, or 1.2% of total fees.*

---

[1]   The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

**FEE APPLICATION HISTORY:**

| | | REQUESTED: | | APPROVED: | |
|---|---|---|---|---|---|
| Date Filed: | Period Covered: | Fees: | Expenses: | Fees: | Expenses: |
| 08/03/23 | 03/14/23 – 06/30/23 | $98,784.25 | $2,973.57 | $98,784.25 | $2,973.57 |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024**

| Name of Professional | Position of Applicant (Certifications) | BS/BA Degree | Total Hours Billed | Hourly Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| Alfred T. Giuliano | Member CPA, CIRA, CFE, CDBV | 1978 | 7.2<br>9.3 | 775<br>825 | 5,580.00<br>7,672.50 |
| Donna M. Miller | Manager CPA, CIRA, MBA, CDBV | 1980 | 6.0<br>0.2 | 600<br>650 | 3,600.00<br>130.00 |
| Robert E. Edwards | Manager CIRA | 1980 | 98.6<br>72.3 | 600<br>650 | 59,160.00<br>46,995.00 |
| Michael G. Infanti | Senior Staff CPA, CIRA, CFE, CDBV | 2003 | 153.5<br>46.2 | 550<br>595 | 84,425.00<br>27,489.00 |
| Dana M. Roach | Senior Staff | 2000 | 1.0<br>5.6 | 500<br>550 | 500.00<br>3,080.00 |
| Marc S. Giuliano | IT Staff | 1984 | 17.5<br>10.9<br>0.3 | 335<br>375<br>425 | 5,862.50<br>4,087.50<br>127.50 |
| **TOTAL:** | | | **428.6** | **-** | **$248,709.00** |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024**

| | PROJECT CATEGORY | TOTAL HOURS | FEES ($) |
|---|---|---|---|
| 1. | **951 - Case Background/ Administration –** Review of petition, docket, and other case background information. | 0.4 | 275.00 |
| 2. | **952 - Insurance & Bank Account Analysis –** Reconcile bank accounts and review activity including insurance premium refunds. | 0.8 | 520.00 |
| 3. | **953 - Claims Related -** Analyze claims and claims requiring an accounting. | 0.2 | 130.00 |
| 4. | **954 - Employee Related Issues & W-2's -** Issue W-2s, reply to employee related notices and inquiries, and assist in benefit matters. | 10.6 | 6,135.00 |
| 5. | **955 – Fee Applications -** Prepare firm's employment and fee applications and motions to employ. | 6.9 | 4,300.00 |
| 6. | **957 - Preferences & Fraudulent Transfers Analyses –** Prepare analyses for preferences and fraudulent transfers, including insolvency analyses. | 17.9 | 6,368.00 |
| 7. | **958 - Accounting –** Perform general accounting and financial analysis of Debtors' assets and liabilities. | 110.8 | 68,178.50 |
| 8. | **961 - Records – Inventory & Access –** Obtain access into databases, download information, and inventory/store records | 2.5 | 1,455.00 |
| 9. | **962 - Tax Preparation & Services –** Review and respond to various tax notices (including income, payroll, sales and use), preparing and filing returns when necessary. | 271.9 | 157,292.50 |
| 10. | **966 - Asset Recovery & Analysis -** Review for unscheduled assets, class action claims or other claims to file, unclaimed property, assignments, titles, stock transfer certificates. | 6.6 | 4,055.00 |
| | **Total:** | **428.6** | **$248,709.00** |

**ATTACHMENT B - LOCAL FORM 102/RULE 2016-2**
**EXPENSE SUMMARY**
**FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024**

| EXPENSE CATEGORY | SERVICE PROVIDER/ DESCRIPTION | TOTAL EXPENSES ($) |
|---|---|---|
| | | |
| In-house Copying | 4,288 copies @ $.10 each | 428.80 |
| Outside Copying | | |
| Courier & Express Carriers | Federal Express | 43.07 |
| Postage/Certified Mail | | |
| **Grand Total:** | | **$471.87** |

iv

**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*[1] | Case No. 23-10316 (BLS) |
| Debtors. | **Hearing Date:  March 12, 2025 at 9:30 a.m.**<br>**Objection Deadline: February 21, 2025 by 4:00 p.m.** |

**SECOND INTERIM FEE APPLICATION OF GIULIANO, MILLER
& COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL
ADVISORS TO DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2016-2, Giuliano, Miller & Company, LLC ("**GMCO**"), accountants and financial advisors to David W. Carickhoff, the Chapter 7 Trustee (the "**Trustee**"), hereby submits its Second Interim Fee Application for Compensation and Reimbursement of Expenses for the Period of July 1, 2023 through October 31, 2024 ("**Fee Application**").

By this Fee Application, GMCO seeks interim allowance of compensation in the amount of $248,709.00 and actual and necessary expenses in the amount of $471.87 for a total of $249,180.87, and payment of the unpaid amount of such fees and expenses, for the period of July 1, 2023 through October 31, 2024 (the "**Application Period**").

---

[1]   The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

## JURISDICTION

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of these chapter 7 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

1.      On March 14, 2023 (the "**Petition Date**"), the Debtors each filed with this Court a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2.      David W. Carickhoff has been appointed as trustee of the Debtors' estates pursuant to Bankruptcy Code section 701(a) (the "**Trustee**").

3.      On April 12, 2023, the Trustee filed the *Application of the Chapter 7 Trustee for Order Authorizing Retention of Giuliano, Miller & Company, LLC, as Accountants and Financial Advisors to the Trustee, Effective As Of March 14, 2023* [Dkt. No. 78] (the "**Retention Application**").  The Court approved the employment of GMCO, effective as of March 14, 2023, by order entered May 1, 2023 [Dkt. No. 123].

4.      GMCO submits this Application to the Bankruptcy Court for an interim allowance of reasonable compensation for actual and necessary professional services provided to the Trustee and for reimbursement of actual and necessary out-of-pocket expenses incurred during the Application Period.  All included services and costs for which GMCO seeks compensation were performed for, or on behalf of, the Trustee during the Application Period.

5.      At all relevant times, GMCO has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to these estates.

6.      Furthermore, no payments have heretofore been made or promised to GMCO for services rendered or to be rendered in any capacity whatsoever in connection with these cases. There is no agreement or understanding between GMCO and any other person other than among the members of GMCO for the sharing of compensation to be received for services rendered in these cases.

7.      The employees of GMCO who have rendered professional services in these cases during the Application Period are listed in **Attachment B** of this Application, which form is included directly behind the cover sheet of this Application.  In compliance with the Retention Order, the terms of GMCO's employment are as follows: GMCO charges accounting fees on an hourly basis at its normal and customary hourly rates, which are set in accordance with each accountant's position, seniority and expertise.  For each professional, years of professional experience, hourly rate and total hours of service rendered are detailed in **Attachment B** of this Application.

8.      During the Application Period, GMCO provided accounting services to the Trustee in connection with the estates of the Debtors.  The services performed by GMCO on behalf of the Trustee include, without limitation, the following:

    a.  Researched the status of final 2023 payroll processing including the preparation of W-2s, payroll reports, and payroll tax returns.  Replied to applicable parties regarding the process to obtain directly W-2s and the filing substitute forms.

    b.  Prepared the first interim fee application.

    c.  Completed the preference analysis including follow up analysis required after the preliminary analysis was done.

    d.   Continued to review lease and loan servicing agreements/reports and daily cash remittance reports provided by Westlake Portfolio Management, LLC.

    e.   Researched the availability of PST files for Debtor's email.

    f.   Reviewed the monthly sales tax summary reports that were prepared for 2023. Coordinated with a third party (Vertex) for their engagement regarding sales tax compliance and reporting.

    g.   Reviewed the most recently available income tax returns previously prepared by the Debtor for year 2021 (federal and numerous state returns) for preparation of the 2022 income tax returns.

    h.   Determined the status of 2022 income tax returns (materially not completed).

    i.   Prepared state income tax apportionment calculations for the various states for 2022.

    j.   Prepared the federal and nine states' income tax returns for the year 2022.

    k.   Conducted a technical review of the completed 2022 income tax returns and drafted the related 505(b) letters.

    l.   Prepared an income tax trial balance for 2023.

    m.   Prepared the Form 1065 U.S. Return of Partnership Income for the year 2023 and the related 505(b) letter.

    n.   Prepared nine states' income tax returns for the year 2023.

    o.   All income tax returns were separately reviewed.

    9.    The nature of the work performed by GMCO is fully detailed in the billing entries kept by each accountant and paraprofessional. The detailed billing entries are attached hereto and made a part hereof as **Exhibit "A"**. In accordance with Del. Bankr. L.R. 2016-2, a summary and

breakdown by project category of the services performed is set forth in **Attachment B** located directly behind the coversheet of this Application. The fees for travel time, if any, have been reduced by one half in accordance with Del. Bankr. L.R. 2016-2, and this adjustment is reflected in the net fees on **Attachment B**.

10.    GMCO charged its normal hourly rates for work of this type. The reasonable value of the services rendered by GMCO to the Trustee for the Application Period is $248,709.00, after an adjustment to reflect travel time at ½ of the normal hourly rate (no travel time was incurred).

11.    In accordance with Del. Bankr. L.R. 2016-2, a summary of actual and necessary expenses incurred by GMCO for the Application Period is also set forth in **Attachment B**. GMCO adjusted the copying costs to comport with the Court's allowance of $.10 per page. Furthermore, detailed breakdowns of the expenses follow the detailed billing entries and are attached hereto and made a part hereto as **Exhibit "A"**.

12.    In accordance with Del. Bankr. L.R. 2016-2, GMCO certifies that this Application complies with the Local Rules. See Certification of Donna M. Miller, CPA attached hereto as **Exhibit "B".**

**Relief Requested**

13.    GMCO seeks an allowance and payment of $248,709.00 in fees and reimbursement of $471.87 in actual expenses, for the period July 1, 2023 through October 31, 2024.

14.    Pursuant to Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GMCO for its accounting fees and costs is fair and reasonable given (a) the complexity of the cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a

case under this title. See 11 U.S.C. § 330. Furthermore, the request for reimbursement of expenses is for actual disbursements made by GMCO.

15.    The Court is authorized to award compensation and allow an interim distribution of the compensation pursuant to 11 U.S.C. § 331.

**WHEREFORE**, GMCO respectfully requests that the Court enter the Order submitted herewith granting GMCO, for the period July 1, 2023 through October 31, 2024, an allowance of $248,709.00 as compensation for actual and necessary accounting services rendered, and $471.87 for reimbursement of actual expenses, for a total of $249,180.87 and grant such other and further relief as this Court may deem just and proper.

**GIULIANO MILLER AND COMPANY, LLC**

Dated: February 5, 2025                    By:    */s/ Donna M. Miller*
                                                  Donna M. Miller, CPA

Accountants and Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for the estates of RAC Investment Holdings, LLC, *et al.*