IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, *et al.*[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10316 (BLS) <br><br> Hearing Date: March 12, 2025 at 9:30 a.m. <br> Objection Deadline: February 21, 2025 by 4:00 p.m. |

**NOTICE OF SECOND INTERIM FEE APPLICATION
OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS
AND FINANCIAL ADVISORS TO DAVID W. CARICKHOFF,
CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024**

**PLEASE TAKE NOTICE** that Giuliano Miller and Company, LLC ("**Applicant**"), filed the Application for an Order Granting Second Interim Compensation and Reimbursement of Expenses (the "**Application**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**") which seeks the following relief:

Applicant seeks an interim allowance of fees in the amount of $248,709.00 and expenses in the amount of $471.87 for the period of July 1, 2023 through October 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must be made in writing and filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned on or before **February 21, 2025, at 4:00 p.m. (Eastern Time)**.  If no objections are timely filed in

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

- 2 -

accordance with the above procedures, the Applicant may file a Certificate of No Objection with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above proceedings, a hearing on the Application will be held on **March 12, 2025, at 9:30 a.m. (Eastern Time)**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, Sixth Floor, Courtroom 1, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed, and served in accordance with the above procedures may be considered at the hearing.

Dated: February 5, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Alan M. Root

Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone (302) 295-0191
Email:  root@chipmanbrown.com

*Counsel for David W. Carickhoff, Chapter 7 Trustee*