IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, *et al.*[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10316 (BLS) <br><br> **Related Docket No.** |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION
OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS
AND FINANCIAL ADVISORS TO DAVID W. CARICKHOFF,
CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024**

Giuliano Miller and Company, LLC ("**GMCO**"), Accountants and Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for the estates of RAC Investment Holdings, LLC, et al. having filed a Second Interim Application for an Order Granting Compensation and Reimbursement of Expenses (the "**Application**") For The Period July 1, 2023 Through October 31, 2024, and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and after notice and hearing and for other and good cause:

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

- 2 -

2. GMCO be and hereby is awarded total compensation in the amount of $248,709.00 for fees and $471.87 for costs and expenses incurred for a total of $249,180.87 for the period July 1, 2023 through October 31, 2024.

3. The amount awarded shall be paid forthwith by the Chapter 7 Trustee.