**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) (Jointly Administered) |
| Debtors. | |

**DECLARATION OF GERARD DICONZA IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER EXPANDING THE SCOPE OF SERVICES OF ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE TO PURSUE THE DEBTORS' CHAPTER 5 CAUSES OF ACTION ON A CONTINGENCY FEE BASIS, EFFECTIVE AS OF JANUARY 10, 2025**

GERARD DICONZA, being of full age, duly sworn, depose and say:

1.      I am an attorney at law admitted to practice in the State of New York and am a partner at the law firm of Archer & Greiner, P.C. ("**Archer**") which maintains offices at 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801, among other locations.  My office is located in Archer's New York office at 1211 Avenue of the Americas, New York, New York 10036.  I am familiar with the matters set forth herein and make this Declaration in support of the application of David W. Carickhoff, as chapter 7 trustee (the "**Trustee**") for the bankruptcy estates of the above-captioned debtors (collectively, the "**Debtors**"), seeking an order expanding the scope of services provided by Archer as counsel to the Trustee to pursue the Debtors' chapter

---

[1]     The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

5 causes of action, on a contingency fee basis, effective as of January 10, 2025 (the "**Application**").[2]

## ARCHER IS DISINTERESTED

2.      On April 12, 2023, the Trustee filed his *Application of the Chapter 7 Trustee for Order Authorizing Retention of Archer & Greiner, P.C. as General Bankruptcy Counsel to the Chapter 7 Trustee, Effective as of March 14, 2023* [Dkt. No. 77] (the "**Original Archer Application**").  Through the Original Archer Application, the Trustee sought to retain Archer to provide general legal services (the "**General Bankruptcy Services**") at its normal and regular hourly rates.  The Court entered an Order approving the Original Archer Application on May 1, 2023 [Dkt. No. 122] (the "**Original Archer Retention Order**").  The disclosures and statements made in the Original Archer Application are adopted and incorporated herein.

3.      Archer maintains a computerized conflict system that contains, *inter alia*, (1) a record of all present and former clients, (2) parties against whom or whose interests Archer has or is representing clients, and (3) other parties involved in or related to matters in which Archer has been or is involved.  The actual conflict search uses a fuzzy search method.

4.      In preparing this Declaration, a search was performed on the names attached hereto as **Schedule 1** in connection with the Trustee's retention of Archer for the Avoidance Action Services (the "**Searched Parties**").  This search is in addition and supplemental to those parties that were searched in connection with the Original Archer Application.  The Searched Parties listed on Schedule 1 include persons and/or entities that have been identified as parties that may have received transfers from the Debtors within 90 days prior to Petition Date (or within 1 year prior to the Petition Date for insiders).

---

[2]    Unless otherwise defined herein, capitalized terms used in this Declaration shall have the same meanings ascribed to them in the Application.

230027510 v1

5.      I have reviewed the search results and internal records of Archer to determine any connection to the Searched Parties and have determined that the results do not indicate that Archer presently represents any of the entities listed on Schedule 1.  To the extent that any such representations arise, Archer will promptly file a supplemental declaration disclosing them. However, Archer will not represent any of the Searched Parties on Schedule 1, or any other creditors or parties in interest, in connection with the Debtors' cases.

6.      Due to the size and diversity of its practice, Archer may have represented, has connections or relationships with, or otherwise dealt with some of the Searched Parties. However, such representations, relationships or involvement, if any, do not relate to the Debtors or the Debtors' estates.  To the extent that any such connections, affiliations or relationships are determined to exist, Archer will promptly file a supplemental declaration disclosing them.

7.      Archer shall also supplement this Declaration immediately upon learning that any of the representations contained herein are incorrect or if there are any changes in the circumstances relating to these representations.

8.      Thus, I know of no reason why Archer cannot properly represent the Trustee pursuant to the terms of the Application and this Declaration to pursue the Avoidance Actions.

**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

9.      As set forth in the Application, Archer has agreed that its compensation for the Avoidance Action Services shall be equal to twenty-five percent (25%) of the gross recovery on any Avoidance Action cause of action actually recovered by the Debtors' estates through Archer's services, whether recovered prior to or after the commencement of litigation.[3]  For purposes of its contingency fee compensation, Archer agrees that "gross recovery" means the fair

---

[3]      Archer will continue to be compensated on an hourly basis for the limited General Bankruptcy Services it may continue to provide the Trustee in accordance with the Original Archer Retention Order.

230027510 v1

value of all cash obtained by the Debtors' estates in connection with any settlement, judgment, award, or other recovery regarding the Avoidance Actions.

10.     Archer will be entitled to advancement or reimbursement of all reasonable out-of-pocket expenses incurred in connection with the Avoidance Action Services.  Such out-of-pocket expenses may include, but are not limited to, filing fees, expert witness fees and expenses, expenses related to electronically stored information, deposition costs, copying expenses, travel costs, delivery fees, and computerized research charges.  For the avoidance of doubt, Archer shall not be responsible for any expert witness fees and expenses.  Retained experts (if necessary) are to be paid for by the Debtors' estates, not Archer.

11.     No other agreement exists, nor will any be made, to share any compensation received by Archer for its services with any other person or firm.  Archer is willing to be retained by the Trustee for the Avoidance Action Services and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses as set forth in the Application and any order approving the same.

Dated: February 12, 2025

/s/ *Gerard DiConza*
GERARD DICONZA

230027510 v1

## SCHEDULE 1 – ADDITIONAL PARTIES SEARCHED

| | |
|---|---|
| AUTO ZONE INC. | ADAMS AND REESE LLP |
| UNITED NATIONWIDE RECOVERY LLC | A & B AUTO RECON, LLC |
| COLUMBIA ASSET RECOVERY SYSTEM INC | CAR CARE CLINIC, INC |
| PRIMERITUS FINANCIAL SERVICES | WEAVER AUTOMOTIVE |
| DOCUSIGN INC | STONE HIGGS & DREXLER |
| ALLIANT INSURANCE SERVICES INC | EVAN AUTOMOTIVE SERVICE INC. |
| 700 CREDIT LLC | DATA FACTS INC |
| CRESTMARK | RICHARDS, LAYTON, AND FINGER |
| RINGCENTRAL INC | ARAMARK UNIFORM SERVICES |
| RIGHT WAY AUTO TRANSPORT, INC | DAG INSTALL |
| LOCUS AUTO TRANSPORT, INC. | WRIGHT BUSINESS GRAPHICS LLC |
| READY LOGISTICS LLC | VNJ VENTURES INC |
| DEPALMA STUDIOS | COGGINS PROMOTIONAL ADVERTISING INC |
| AAMCO TRANSMISSION INC | COLONY TIRE CORPORATION |
| AMTRUST NORTH AMERICA INC | CAR KEYS EXPRESS LLC |
| GRANT THORNTON LLP | DETROIT TRADING SERVICES LLC |
| GOSSETT MOTOR CARS | ALLEGIS GROUP HOLDINGS INC |
| ULRICH-MCINTYRE LIMITED FAMILY | HARMELIN AND ASSOCIATES INC |
| PARTNERSHIP | WIDEWAIL INC |
| OPEN SESAME INC | BAKER DONELSON BEARMAN CALDWELL & |
| CLEM TIRE COMPANY | BERKOWITZ |
| TRI STATE AUTO PARTS INC | MORGAN POTTINGER MCGARVEY |
| SUN COAST CHRYSLER DODGE JEEP RAM | JODY'S AUTO CENTER |
| ADT | GALLAGHER PROMOTIONAL PRODUCTS |
| KELLY'S TOWING | PRO TECH AUTO GLASS LLC |
| HADDAD ASSOCIATES, INC. | CRAYON SOFTWARE EXPERTS LLC |
| FINSIGHT GROUP, INC. | KEY, GREER, HARRISON & CASEY |
| NEW ZION AUTO GLASS | DENTWORKS |
| KONICA MINOLTA PREMIER FINANCE | KSI TRADING CORP |
| SHI INTERNATIONAL CORP | LOKEY NISSAN INC |
| FITZGERALD MOTORS, INC. | SUN LIFE FINANCIAL |
| MBC INC | JMTD, LLC |
| AUTONATION | SAJE GEORGIA LLC |
| JIM KERAS NISSAN INC | TAYLOR ENTERPRISES INC |
| EAN HOLDINGS, LLC | CONSOLIDATED ASSET RECOVERY SYSTEM INC |
| ALLIED SOLUTIONS | FEDEX |
| J&K TRUCKING | HAIL NATION LLC |
| SNAP TIRE INC | VALVOLINE INC |
| PEP BOYS CORPORATION | JMP ENTERPRISES INC |
| WTI WHOLESALE TIRE, INC. | KAR KARE LLC |
| STELLA GPS | KEYSTONE AUTOMOTIVE INDUSTRIES, INC. |
| TOM WHITE INC. | BARRON'S WHOLESALE TIRE LLC |
| STAPLES ADVANTAGE | WINDSTREAM |
| WOODCOCK PROPERTIES | KRAMER LEVIN |
| ALEXANDER ZIMILEVICH | AUTO MASTERS SYSTEMS |
| KEY, GREER, HARRISON & CASEY | BRIDGESTONE RETAIL OPERATIONS |
| MANHEIM, INC. | TITLE TECHNOLOGIES |
| WESTLAKE PORTFOLIO | ELEVEN CONSULTING |
| | VERTEX INC. |