**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>                       Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered)<br><br>**Hearing Date:  Mar. 12, 2025 at 9:30 a.m.**<br>**Objection Deadline: Mar. 5, 2025 at 4:00 p.m.** |

**NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE FOR
AN ORDER EXPANDING THE SCOPE OF SERVICES OF
ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7
TRUSTEE TO PURSUE THE DEBTORS' CHAPTER 5 CAUSES OF ACTION
ON A CONTINGENCY FEE BASIS, EFFECTIVE AS OF JANUARY 10, 2025**

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee of the above-captioned Debtors, has filed the **Application of the Chapter 7 Trustee for an Order Expanding the Scope of Services Provided by Archer & Greiner, P.C. as Counsel to the Trustee to Pursue the Debtors' Chapter 5 Causes of Action, on a Contingency Fee Basis, Effective as of January 10, 2025** (the "**Application**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE any responses or objections to the Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 5, 2025 at 4:00 p.m. (ET).**

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

230027510 v1

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Application without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Application will be held on March 12, 2025 at 9:30 a.m. (ET) before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: February 12, 2025 | **ARCHER & GREINER, P.C.** |
| | */s/ Natasha M. Songonuga* |
| | Natasha M. Songonuga (Bar No. 5391) |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-4350 |
| | Email: nsongonuga@archerlaw.com |
| | |
| | -and- |
| | |
| | Gerard DiConza |
| | 1211 Avenue of the Americas |
| | New York, NY 10036 |
| | Tel: (212) 682-4940 |
| | Email: gdiconza@archerlaw.com |
| | |
| | *Attorneys for the Chapter 7 Trustee* |