IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 309** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM FEE APPLICATION OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2024**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Second Interim Fee Application of Giuliano, Miller & Company, LLC, as Accountants and Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period July 1, 2023 Through October 31, 2024* [Docket No. 309] (the "**Application**") filed on February 5, 2025. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than February 21, 2025, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the relief requested in the Application has been filed.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

**WHEREFORE**, the undersigned respectfully requests that the Court enter the form of order attached to the Application, at the Court's earliest convenience.

Dated: March 5, 2025        **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*