# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) (Jointly Administered) |
| Debtors. | Re: Dkt. No. 310 |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER EXPANDING THE SCOPE OF SERVICES OF ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE TO PURSUE THE DEBTORS' CHAPTER 5 CAUSES OF ACTION ON A CONTINGENCY FEE BASIS, EFFECTIVE AS OF JANUARY 10, 2025**

On February 12, 2025, David W. Carickhoff, the Chapter 7 Trustee of the above-captioned Debtors, filed the *Application of the Chapter 7 Trustee for an Order Expanding the Scope of Services of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee to Pursue the Debtors' Chapter 5 Causes of Action on a Contingency Fee Basis, Effective as of January 10, 2025* [D.I. 310] (the "Application").

Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than March 5, 2025, at 4:00 p.m. The undersigned hereby certifies, as of the date hereof, she has received no formal or informal objection or other response to the Application. The undersigned further certifies she has caused the review of the Court's docket in this case and objection or other response to the Application appears thereon.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

230135554 v1

2

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Application.

|  |  |
|---|---|
|  | **ARCHER & GREINER, P.C.** |
| Dated: March 7, 2025 | */s/ Natasha M. Songonuga* |
|  | Natasha M. Songonuga (Bar No. 5391) |
|  | 300 Delaware Avenue, Suite 1100 |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 777-4350 |
|  | Email: nsongonuga@archerlaw.com |
|  |  |
|  | -and- |
|  |  |
|  | Gerard DiConza |
|  | 1211 Avenue of the Americas |
|  | New York, NY 10036 |
|  | Tel: (212) 682-4940 |
|  | Email: gdiconza@archerlaw.com |
|  |  |
|  | *Attorneys for the Chapter 7 Trustee* |