**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 12, 2025, AT 9:30 A.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD,
> THE HEARING HAS BEEN CANCELLED**

**I.    RESOLVED MATTER(S):**

1. Second Interim Fee Application of Giuliano, Miller & Company, LLC, as Accountants And Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period July 1, 2023 Through October 31, 2024, filed on February 5, 2025 [Docket No. 309].

   Objection Deadline:    February 21, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:    None.

   Related Pleadings:

   A. Certificate of No Objection Regarding Second Interim Fee Application of Giuliano, Miller & Company, LLC, as Accountants And Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period July 1, 2023 Through October 31, 2024, filed on March 5, 2025 [Docket No. 311].

   B. Order Granting Second Interim Fee Application of Giuliano, Miller & Company, LLC, as Accountants And Financial Advisors to David W.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

      Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period July 1, 2023 Through October 31, 2024, entered on March 5, 2025 [Docket No. 312].

      Status:    An order has been entered. No hearing is necessary.

2. Application of the Chapter 7 Trustee for an Order Expanding the Scope of Services Provided by Archer & Greiner, P.C. as Counsel to the Trustee to Pursue the Debtors' Chapter 5 Causes of Action, on a Contingency Fee Basis, Effective as of January 10, 2025, filed on February 12, 2025 [Docket No. 310].

    Objection Deadline:    March 5, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A. Certificate of No Objection Regarding Application of the Chapter 7 Trustee for an Order Expanding the Scope of Services Provided by Archer & Greiner, P.C. as Counsel to the Trustee to Pursue the Debtors' Chapter 5 Causes of Action, on a Contingency Fee Basis, Effective as of January 10, 2025, filed on March 7, 2025 [Docket No. 313].

    B. Order, Pursuant to Sections 327(a) And 328(a) of the Bankruptcy Code, Expanding the Scope of Services of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee to Pursue the Debtors' Chapter 5 Causes of Action on a Contingency Fee Basis, Effective as of January 10, 2025, entered on March 7, 2025 [Docket No. 314].

    Status:    An order has been entered. No hearing is necessary.

Dated: March 10, 2025　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

                                          */s/ Alan M. Root*
                                          Alan M. Root (No. 5427)
                                          Hercules Plaza
                                          1313 North Market Street, Suite 5400
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 295-0192
                                          Email:   root@chipmanbrown.com

                                          *Counsel for the Chapter 7 Trustee*