**EXHIBIT 1**

| | | |
|---|---|---|
| 25-50400-BLS | Carickhoff v. | 700 CREDIT LLC |
| 25-50401-BLS | Carickhoff v. | AAMCO TRANSMISSION INC |
| 25-50402-BLS | Carickhoff v. | ADAMS AND REESE LLP |
| 25-50403-BLS | Carickhoff v. | ALLIANT INSURANCE SERVICES INC |
| 25-50404-BLS | Carickhoff v. | AUTO ZONE INC. |
| 25-50405-BLS | Carickhoff v. | CAR CARE CLINIC, INC |
| 25-50406-BLS | Carickhoff v. | CAR KEYS EXPRESS LLC |
| 25-50407-BLS | Carickhoff v. | CLEM TIRE COMPANY |
| 25-50408-BLS | Carickhoff v. | COGGINS PROMOTIONAL ADVERTISING INC |
| 25-50409-BLS | Carickhoff v. | CRESTMARK FBO STERLING CREDIT ACCEPTANCE |
| 25-50410-BLS | Carickhoff v. | DAG INSTALL |
| 25-50411-BLS | Carickhoff v. | DATA FACTS INC |
| 25-50413-BLS | Carickhoff v. | DEPALMA STUDIOS |
| 25-50412-BLS | Carickhoff v. | DETROIT TRADING SERVICES LLC |
| 25-50414-BLS | Carickhoff v. | ELEVEN CONSULTING LLC |
| 25-50415-BLS | Carickhoff v. | GOSSETT CHRYSLER JEEP DODGE RAM FIAT, et al. |
| 25-50416-BLS | Carickhoff v. | GRANT THORNTON LLP |
| 25-50417-BLS | Carickhoff v. | LOCUS AUTO TRANSPORT, INC. |
| 25-50418-BLS | Carickhoff v. | MANHEIM INC. A/K/A COX AUTOMOTIVE |
| 25-50419-BLS | Carickhoff v. | OPENSESAME INC |
| 25-50420-BLS | Carickhoff v. | PEP BOYS CORPORATION |
| 25-50421-BLS | Carickhoff v. | READY LOGISTICS A/K/A COX AUTOMOTIVE |
| 25-50422-BLS | Carickhoff v. | RINGCENTRAL INC |
| 25-50423-BLS | Carickhoff v. | SAJE GEORGIA LLC |
| 25-50424-BLS | Carickhoff v. | SHI INTERNATIONAL CORP |
| 25-50425-BLS | Carickhoff v. | SNAP TIRE INC |
| 25-50426-BLS | Carickhoff v. | STAPLES ADVANTAGE |
| 25-50427-BLS | Carickhoff v. | STELLA GPS, LLC |
| 25-50428-BLS | Carickhoff v. | STONE HIGGS & DREXLER |
| 25-50429-BLS | Carickhoff v. | SUN COAST CHRYSLER DODGE JEEP RAM |
| 25-50430-BLS | Carickhoff v. | TITLE TECHNOLOGIES, INC. |
| 25-50431-BLS | Carickhoff v. | TOM WHITE, INC. |
| 25-50432-BLS | Carickhoff v. | TRI STATE AUTO PARTS INC |
| 25-50433-BLS | Carickhoff v. | ULRICH-MCINTYRE LIMITED FAMILY PARTNERSHIP |
| 25-50434-BLS | Carickhoff v. | VERTEX INC. |
| 25-50436-BLS | Carickhoff v. | WIDEWAIL INC. |
| 25-50437-BLS | Carickhoff v. | WTI WHOLESALE TIRE, INC. |