# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered)<br><br>**Hearing Date: April 30, 2025 at 9:00 a.m.**<br>**Objection Deadline: April 4, 2025 at 4:00 p.m.** |
| DAVID W. CARICKHOFF, solely in his capacity as Chapter 7 Trustee for the above-captioned Chapter 7 Debtors,<br><br>                    Plaintiff,<br>    v.<br><br>Defendants Listed on Exhibit "A,"<br><br>                    Defendants. | |

### NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR ORDER ESTABLISHING PROCEDURES GOVERNING ASSOCIATED ADVERSARY PROCEEDINGS BROUGHT PURSUANT TO 11 U.S.C. §§ 502, 547, 548 AND 550

PLEASE TAKE NOTICE that David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estates of the captioned debtors, filed the **Motion of Chapter 7 Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

230139730 v1

PLEASE TAKE FURTHER NOTICE any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **April 4, 2025 at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **April 30, 2025 at 9:00 a.m. (ET)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801.

Dated: March 18, 2025
Wilmington, Delaware

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga (Bar No. 5391)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Email: nsongonuga@archerlaw.com

Gerard DiConza
ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 682-4940
Email: gdiconza@archerlaw.com

Patrick A. Afriye
Archer & Greiner P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Tel: (856) 673-7153
Email: pafriyie@archerlaw.com

*Attorneys for David W. Carickhoff, solely in his capacity as Chapter 7 Trustee for the Estates of the Above-Captioned Debtors*