# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| RAC Investment Holdings, LLC | |
| 6775 Lenox venter Ct. | |
| Suite 100 | |
| Memphis, TN 38115 | |
| **EIN:** 81−1867349 | **Case No.:** 23−10316−BLS |

### NOTICE OF HEARING

A hearing regarding Motion to Avoid Lien held by AF Title Company is scheduled for 4/30/25 at 09:30 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 3/20/25

(VAN−401a)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10316-BLS |
| RAC Investment Holdings, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 20, 2025 | Form ID: van401a | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + RAC Investment Holdings, LLC, 6775 Lenox venter Ct., Suite 100, Memphis, TN 38115-4431 |
| | + Jeffrey R. Hirschkorn, 5342 R D Avenue, Orlando, FL 32822-2038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 22, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | |
| | on behalf of Interested Party Hancock Whitney Bank astulman@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Alan Michael Root | |
| | on behalf of Trustee David W. Carickhoff root@chipmanbrown.com aroot51@hotmail.com;fusco@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com |
| Brian T. FitzGerald | |
| | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org |
| Bruce J. Ruzinsky | |
| | on behalf of Interested Party Greystar Development East  LLC bruzinsky@jw.com, mcavenaugh@jw.com |

Callan C Searcy
    on behalf of Creditor Texas Workforce Commission bk-csearcy@texasattorneygeneral.gov

Callan C Searcy
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov

Christopher Dean Loizides
    on behalf of Plaintiff Antoinique Randolph loizides@loizides.com

Christopher Dean Loizides
    on behalf of Interested Party Antoinique Randolph loizides@loizides.com

Christopher Dean Loizides
    on behalf of Plaintiff Donnon Johnson loizides@loizides.com

Christopher Dean Loizides
    on behalf of Interested Party Donnon Johnson loizides@loizides.com

Cole Richins
    on behalf of Interested Party Hancock Whitney Bank colerichins@mvalaw.com

David W. Carickhoff
    carickhoff@chipmanbrown.com DE20@ecfcbis.com

Dennis A. Meloro
    on behalf of Creditor NextGear Capital Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
    on behalf of Interested Party AFN ABSPROP002 LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Emily Margaret Hahn
    on behalf of Creditor CRAYON SOFTWARE EXPERTS LLC ehahn@abernathy-law.com

Howard M. Spector
    on behalf of Creditor DG Oak Ridge LLC hspector@spectorjohnson.com, sshank@spectorjohnson.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Howard M. Spector
    on behalf of Creditor Discovery Properties LLC hspector@spectorjohnson.com, sshank@spectorjohnson.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Huiqi Liu
    on behalf of Interested Party Wilmington Trust National Association liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com

Ian J Bambrick
    on behalf of Interested Party Wells Fargo Bank N.A. and Computershare Trust Company, N.A. ian.bambrick@faegredrinker.com, cathy.greer@faegredrinker.com

Jack A. Raisner
    on behalf of Plaintiff Donnon Johnson jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
    on behalf of Plaintiff Antoinique Randolph jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
    on behalf of Interested Party Donnon Johnson jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

Jack A. Raisner
    on behalf of Interested Party Antoinique Randolph jar@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com

James Halstead Millar
    on behalf of Interested Party Wells Fargo Bank N.A. and Computershare Trust Company, N.A. james.millar@faegredrinker.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com

John D. Elrod
    on behalf of Creditor NextGear Capital Inc. elrodj@gtlaw.com, fieldss@gtlaw.com;allison.mcgregor@gtlaw.com

John Henry Knight
    on behalf of Interested Party Wilmington Trust National Association knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

Joseph M Mulvihill
    on behalf of Debtor RAC Asset Holdings LLC jmulvihill@ycst.com, bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor RAC Investment Holdings LLC jmulvihill@ycst.com, bankfilings@ycst.com

Case 23-10316-BLS    Doc 357    Filed 03/22/25    Page 4 of 5

| District/off: 0311-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: van401a | Total Noticed: 2 |

| | |
|---|---|
| Joseph M Mulvihill | on behalf of Debtor RAC King  LLC jmulvihill@ycst.com, bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor RAC Intermediate Holdings  LLC jmulvihill@ycst.com, bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor RAC Servicer  LLC jmulvihill@ycst.com, bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor RAC Dealership  LLC jmulvihill@ycst.com, bankfilings@ycst.com |
| Katharina Earle | on behalf of Interested Party Wells Fargo Bank  N.A. and Computershare Trust Company, N.A. kearle@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Laura Boeckman | on behalf of Creditor Duval County Tax Collector lboeckman@coj.net |
| Laura L. McCloud | on behalf of Creditor Tennessee Attorney General - Consumer Division agbankdelaware@ag.tn.gov |
| Linda J. Casey | on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov |
| M. Blake Cleary | on behalf of Interested Party Hancock Whitney Bank bcleary@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| Matthew B. Harvey | on behalf of Creditor Westlake Portfolio Management  LLC mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew B. Harvey | on behalf of Interested Party Westlake Portfolio Management  LLC mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Michael E. Fitzpatrick | on behalf of Interested Party Michael Shivers and American Financial  Inc. mfitzpatrick@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Monique Bair DiSabatino | on behalf of Creditor Lakeland 98 ACC LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Orlando ACC Colonial LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Morgan L. Patterson | on behalf of Creditor AFCO Credit Corporation morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| Natasha M. Songonuga | on behalf of Plaintiff David W Carickhoff NSongonuga@archerlaw.com  ahuber@archerlaw.com |
| Natasha M. Songonuga | on behalf of Trustee David W. Carickhoff NSongonuga@archerlaw.com  ahuber@archerlaw.com |
| Rene S. Roupinian | on behalf of Plaintiff Donnon Johnson rsr@raisnerroupinian.com  rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com |
| Rene S. Roupinian | on behalf of Interested Party Antoinique Randolph rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com |
| Rene S. Roupinian | on behalf of Plaintiff Antoinique Randolph rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com |
| Rene S. Roupinian | on behalf of Interested Party Donnon Johnson rsr@raisnerroupinian.com rrllp@ecf.courtdrive.com;warnlawyers@raisnerroupinian.com |
| Robert Alan Weber | on behalf of Interested Party Greystar Development East  LLC Weber@ChipmanBrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| Scott D. Cousins | on behalf of Plaintiff Ashley Crawford scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com |
| Scott D. Cousins | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 20, 2025 | Form ID: van401a | Total Noticed: 2 |

Scott D. Cousins
    on behalf of Plaintiff Dujung Miles scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Scott D. Cousins
    on behalf of Plaintiff Melissa Crawford scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Scott D. Cousins
    on behalf of Plaintiff Jaleesa Crawford scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Scott D. Cousins
    on behalf of Plaintiff Tongela Tate scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Scott D. Cousins
    on behalf of Plaintiff Kenyotta Johnson scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Scott D. Cousins
    on behalf of Plaintiff Tonya Davis scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Scott D. Cousins
    on behalf of Creditor Rebecca Wallace scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Scott D. Cousins
    on behalf of Plaintiff Shariesa Maxwell scott.cousins@lewisbrisbois.com  aran.heining@lewisbrisbois.com

Sophie Rogers Churchill
    on behalf of Interested Party Westlake Portfolio Management  LLC srchurchill@morrisnichols.com,
    rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Sophie Rogers Churchill
    on behalf of Creditor Westlake Portfolio Management  LLC srchurchill@morrisnichols.com,
    rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Thomas Lobello, III
    on behalf of Creditor Rolfe & Lobello  P.A. tl@rolfelaw.com

Turner Falk
    on behalf of Creditor Lakeland 98 ACC LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Creditor Orlando ACC Colonial LLC turner.falk@saul.com  tnfalk@recap.email

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

Zachary H Smith
    on behalf of Interested Party Hancock Whitney Bank zacharysmith@mvalaw.com

TOTAL: 66