IN THE UNITED STATES DISTRICT COURT
BANKRUPTCY DIVISION, DELAWARE

RECEIVED
2025 MAR 31  AM 10:27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: AMERICAN CAR CENTER
d/b/a RAC DEALERSHIP, LLC

CASE: 23-10316

_____/

## MOTION TO DISMISS PENDING HEARING

COMES NOW, **JEFFREY R. HIRSCHKORN**; an interested party, and wherein petitions The United States Bankruptcy Court - Delaware Division - to dismiss the motion previously filed with regard to the bankruptcy case of AMERICAN CAR CENTER d/b/a RAC DEALERSHIP LLC for limited purposes. Following filing, the undersigned and United States Bankruptcy Trustee David W. Carickhoff reached agreement for the release of lien and any encumbrances on the vehicle purchased in February 2023, days before the massive shutdown of the car dealership. The agreement provided the undersigned party with all of the necessary documents to retitle the car into a sole ownership within the confines of the State of Florida.

**WHEREFORE**, there is no need to hold hearing as the issue is moot and has been closed by the trustee and Florida regulators are engrossed in helping the interested party finalize the process by which started some 26 months ago when the purchase was effectuated. All parties are called upon to take notice.

/s/ _____
JEFFREY R. HIRSCHKORN, *pro se*
5342 R D Avenue
Orlando, Florida 32822
(407) 267-1562
EMAIL: jhirschkorn37@icloud.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been placed into the hands of the United States Mail for mail on this 25th day of March, 2025; with a primary copy to The United States Bankruptcy Court, Delaware Division, 824 North Market Street, Suite 300, Wilmington, DE 19801 and a conformed filed copy with the Bankruptcy Trustee David W. Carickhoff, Esquire at Chipman Brown Cicero & Cole, 1313 North Market Street, Suite 5400, Wilmington, DE 19801.

/s/ _____
JEFFREY R. HIRSCHKORN, *pro se*

RECEIVED 2025 MAR 31 AM 10: 27 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE