# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*<br><br>Debtor(s). | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>(Jointly Administered)<br><br>**Hrg. Date: 5/14/25 at 9:30 a.m. ET**<br><br>**Obj. Deadline: 5/2/25** |

## NOTICE OF CREDITOR'S MOTION FOR AN ORDER MODIFYING STAY

PLEASE TAKE NOTICE that Creditor, Linette Marquez (hereinafter "**Creditor**"), by and through the undersigned counsel, filed *Creditor's Motion for an Order Modifying Stay* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). More specifically, Creditor seeks authority to proceed with legal action against the Debtor(s), as nominal parties only, and to proceed to collect any judgment or settlement obtained solely against available insurance proceeds.

PLEASE TAKE FURTHER NOTICE that objections, if any, to relief requested in the Motion shall be filed on or before     5/2/25     (prevailing Eastern Standard Time) (the "**Objection Deadline**");

PLEASE TAKE FURTHER NOTICE that a hearing (the "**Hearing**") on the Motion will be held on     5/14/25     at     9:30 a.m.     (Eastern Standard Time) before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801;

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  April 18, 2025                KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditor*