**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.* | Case No. 23-10316 (BLS) |
| Debtor(s). | (Jointly Administered) |

**DECLARATION IN SUPPORT OF CREDITOR'S MOTION FOR**
**AN ORDER MODIFYING STAY AND PLAN INJUNCTION**

I, M. Antoine Pecko, Esq., of full age, hereby certifies, under penalty of perjury, as follows:

1. I make this declaration in support of *Creditor's Motion for an Order Modifying Stay* (the "**Motion**").

2. I have personal knowledge of the factual averments set forth herein, and if called upon to do so, I could and would appear before the Court and competently testify to the truth thereof.

3. I am an attorney, licensed to practice law in Florida.

4. I represent creditor, Linette Marquez (hereinafter "**Creditor**").

5. Creditor has pre-petition personal injury and negligence claims against the Debtor(s), and others.

6. Creditor has a lawsuit pending in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida styled as *Linette Marquez, et al v. Amanda Ramos and RAC Dealership LLC*, Case No. 16-2024-CA-004152-AXXX-MA.

7. Upon information and belief, the Debtor(s) are insured for Creditor's claims thereagainst.

8. Upon information and belief, on March 14, 2023 (the "**Petition Date**"), the above-captioned debtors (each a "**Debtor**," and together the "**Debtors**") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code, thereby initiating the above-captioned chapter 7 cases, which are being jointly administered (the "**Chapter 7 Case**").

9. Creditor is ready to proceed with the legal action, and needs the bankruptcy stay modified accordingly. Modification of the stay, as proposed in the Motion, is necessary to prevent extreme prejudice to Creditor. If the stay is not modified Creditor's pursuit of justice of his claims, including claims against non-debtor entities, Creditor will be indefinitely stopped from moving forward.

10. For the reasons set forth in the Motion, which are fully incorporated herein by reference, Creditor respectfully requests the entry of an Order modifying the stay, and granting Creditor authority to proceed with legal action against the Debtor(s), as nominal parties only, and to proceed to collect any judgment or settlement obtained solely against available insurance proceeds.

Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing statements made by me are true and correct. I am aware that if any of said statements are willfully false, I am subject to the penalties of perjury.

Dated: April 18, 2025              _/s/ M. Antoine Pecko_
                                    M. ANTOINE PECKO