# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.* | Case No. 23-10316 (BLS) |
| Debtor(s). | (Jointly Administered) |

## CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

On April 18, 2025, I caused a copy of the following document(s) to be served upon the parties listed and in the manner indicated below:

*Creditor's Motion for an Order Modifying Stay*

*Declaration in Support of Creditor's Motion for an Order Modifying Stay*

*Notice of Creditor's Motion for an Order Modifying Stay*

Proposed *Order Modifying Stay*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: April 18, 2025        KASEN & KASEN, P.C.

   */s/ Jenny R. Kasen*
   Jenny R. Kasen, Esquire (DE Bar No. 5849)
   1213 N. King Street, Suite 2
   Wilmington, DE 19801
   Telephone: (302) 652-3300
   Facsimile: (856) 424-7565
   E-Mail: jkasen@kasenlaw.com

   *Counsel to Creditor*

## Service List

**Via First Class Mail:**

RAC Investment Holdings, LLC, et al.
c/o Young Conaway Stargatt & Taylor, LLP
Attn: Joseph M Mulvihill, Esq.
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jmulvihill@ycst.com

David W. Carickhoff, Chapter 7 Trustee
c/o Chipman Brown Cicero & Cole, LLP
Attn: Alan Root, Esq.
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Email:root@chipmanbrown.com

U.S. Trustee
Office of the United States Trustee
Attn: Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: Linda.Casey@usdoj.gov