## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, *et al.*,[1] <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10316 (BLS) <br> (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 30, 2025, AT 9:30 A.M. (EASTERN TIME)

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED**

**I.   RESOLVED MATTER(S):**

1. Motion of Chapter 7 Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550, filed on March 18, 2025 [Docket No. 354].

   Objection Deadline:     April 4, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:    None.

   Related Pleadings:

   A.   Certificate of No Objection Regarding Motion of Chapter 7 Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550, filed on April 9, 2025 [Docket No. 359].

   B.   Order Regarding Motion of Chapter 7 Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Brought

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550, entered on April 9, 2025 [Docket No. 360].

Status: An order has been entered. No hearing is necessary.

2. Motion to Reopen Bankruptcy Case Due to Entity Not Releasing Automotive Title from Purchase, filed on March 19, 2025 [Docket No. 355].

Objection Deadline: April 23, 2025, at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

A. Notice of Hearing, filed on March 20, 2025 [Docket No. 356].

B. Motion to Dismiss Pending Hearing, filed on March 31, 2025 [Docket No. 358].

Status: The Movant has withdrawn this matter. No hearing is necessary.

Dated: April 28, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*

Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

4923-3632-1596, v. 1