**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.* | Case No. 23-10316 (BLS) |
| Debtor(s). | (Jointly Administered) |
| | **Re: D.I. 361** |

**CERTIFICATION OF COUNSEL REGARDING AGREED**
**ORDER MODIFYING AUTOMATIC STAY**

The undersigned counsel hereby certifies as follows:

1. Linette Marquez ("**Movant**") has a lawsuit pending in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida styled as *Linette Marquez, et al v. Amanda Ramos and RAC Dealership LLC*, Case No. 16-2024-CA-004152-AXXX-MA.

2. Upon information and belief, the Debtor(s) are insured for Movant's claims thereagainst.

3. On March 14, 2023 (the "**Petition Date**"), the above-captioned debtors (each a "**Debtor**," and together the "**Debtors**") filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code, thereby initiating the above-captioned chapter 7 cases, which are being jointly administered (the "**Chapter 7 Case**"). David W. Carichoff has been appointed as the chapter 7 trustee for the Debtors' estates (the "**Trustee**").

4. On April 18, 2025, Movant filed *Creditor's Motion for an Order Modifying Stay* (the "**Motion**") [D.I. 361].

5. Since the Motion was filed, Movant's counsel conferred with, and received informal comments from Trustee's counsel regarding the Motion, and the proposed form of Order filed contemporaneously therewith.

6. Trustee's counsel agreed to the relief requested in the Motion, provided certain revisions are made to the proposed Order.

7. The agreed upon revised proposed Order is attached hereto marked as **Exhibit A**. And, a red and blueline copy of same is attached hereto marked as **Exhibit B**.

WHEREFORE, Movant respectfully request the entry of the revised proposed Order attached hereto marked as **Exhibit A**.

Dated: May 8, 2025                    KASEN & KASEN, P.C.

/s/ Jenny R. Kasen
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Movant*