IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 14, 2025, AT 9:30 A.M. (EASTERN TIME)**

> **AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.    MATTER UNDER CERTIFICATION:**

1. Creditor's Motion for an Order Modifying Stay, filed on April 18, 2025 [Docket No. 361].

   Objection Deadline:    May 2, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:    Informal comments from the Chapter 7 Trustee.

   Related Pleadings:

   A.    Certificate of Counsel Regarding Agreed Order Modifying the Automatic Stay, filed on May 7, 2025 [Docket No. 365].

   B.    Agreed Order Modifying the Automatic Stay, entered May 9, 2025 [Docket No. 366].

   Status:    An order has been signed. No hearing is necessary.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Dated: May 9, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:   root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*