# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as Chapter 7 Trustee for the above-captioned Chapter 7 Debtors,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Defendants Listed on Exhibit "A",<br><br>　　　　　　　Defendants. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 21, 2025 AT 9:00 A.M. (ET)

---

**THIS HEARING HAS BEEN <u>CANCELLED</u>**
**AS NO MATTERS ARE GOING FORWARD**

---

**PRETRIAL CONFERENCE**

　　Status: Pursuant to the *Order Regarding Motion of Chapter 7 Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Bought Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550* entered on April 9, 2025 [Main Case Dkt. No. 360]:

　　**H. Avoidance Actions Omnibus Hearings**

　　　　19. Plaintiff and Defendants are not required to attend the initial pretrial conference, which shall be deemed held on May 21, 2025 at 9:00 a.m. (ET). …

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

230510118 v3

Accordingly, the Pretrial Conference is hereby cancelled.

Dated: May 19, 2025
      Wilmington, Delaware       By:   */s/ Natasha M. Songonuga*
                                                  Natasha M. Songonuga (Bar No. 5391)
                                                  ARCHER & GREINER, P.C.
                                                  300 Delaware Avenue, Suite 1100
                                                  Wilmington, DE 19801
                                                  Tel: (302) 777-4350
                                                  Email: nsongonuga@archerlaw.com

                                                  Gerard DiConza
                                                  ARCHER & GREINER, P.C.
                                                  1211 Avenue of the Americas
                                                  New York, NY 10036
                                                  Tel: (212) 682-4940
                                                  Email: gdiconza@archerlaw.com

                                                  Patrick A. Afriye
                                                  Archer & Greiner P.C.
                                                  1025 Laurel Oak Road
                                                  Voorhees, NJ 08043
                                                  Tel: (856) 673-7153
                                                  Email:  pafriyie@archerlaw.com

                                                  *Attorneys for David W. Carickhoff, solely in his capacity as Chapter 7 Trustee for the Estates of the Above-Captioned Debtors*