# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Dealership, LLC,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 23-10318-BLS |

## NOTICE OF WITHDRAW OF APPEARANCE

**PLEASE TAKE NOTICE** that Kasen & Kasen, P.C. hereby withdraws its appearance as counsel for Linette Marquez, in this bankruptcy case, and requests that Kasen & Kasen, P.C. be removed from any applicable service lists herein on behalf of Linette Marquez, including the Court's CM/ECF electronic notification list.

Linette Marquez has no controversy currently pending before the Court, and the undersigned certifies that Linette Marquez consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Linette Marquez should be forwarded to her directly, as follows:

Linette Marquez
c/o Campione Law, P.A.
Attn: Antoine Pecko
501 W. Bay St. Ste. 100
Jacksonville, FL 32202

Dated:  May 20, 2025                KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com
*Withdrawing counsel to Linette Marquez*