# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1] | ) Case No. 23-10316 (BLS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO:   Clerk of the Court; Office of the U.S. Trustee; Parties in Interest

**PLEASE TAKE NOTICE** that the undersigned is entering his appearance as counsel for Creditor, Evergreen Logistical Services, LLC, in the above-captioned proceeding, and pursuant to Federal Rule of Bankruptcy Procedure 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this proceeding be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request not only includes notices and papers referred to in Federal Rule of Civil Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or property of the Debtor.

Respectfully submitted,

**Michael D. Lieberman, PLLC**

 /s/  *Michael D. Lieberman*
Michael D. Lieberman (P38529)
Attorney for Creditor, Evergreen Logistical Services, LLC
38285 West 12 Mile Road
Farmington Hills, MI 48331
(248) 892-3494
Mike@Liebermandebtrelief.com

Dated:  July 13, 2025

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).