# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 24, 2025 at 2:30 p.m. (ET)**<br>**Objection Deadline: August 28, 2025 at 4:00 p.m. (ET)** |

## SECOND INTERIM FEE APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH JULY 31, 2025

| | |
|---|---|
| *Name of Applicant*: | Chipman Brown Cicero & Cole, LLP |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Chapter 7 Trustee |
| *Date of Retention*: | December 28, 2023, effective as of November 16, 2023 |
| *Period for which Compensation and Reimbursement is Sought*: | November 1, 2024 through July 31, 2025 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $56,330.00 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $3,633.72 |

This is an:  __✓__ Interim    _____ Final Application    _____ Monthly Statement

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Summary of Prior Fee Applications:

|  |  | REQUESTED | | APPROVED | |
| --- | --- | --- | --- | --- | --- |
| DATE FILED | PERIOD COVERED | FEES (100%) | EXPENSES | FEES (100%) | EXPENSES |
| 11.12.2024 [Docket No. 299] | 11.16.2023-10.31.2024 | $66,957.00 | $600.59 | $66,957.00 | $600.59 |
| | TOTAL: | $66,957.00 | $600.59 | $66,957.00 | $600.59 |

**ATTACHMENT B TO FEE APPLICATION**

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan M. Root | Partner in Bankruptcy and Restructuring Group; Member of the Delaware Bar since 2010 | $525 | 10.0 | $5,250.00 |
| | | $600 | 33.7 | $20,220.00 |
| Bryan J. Hall | Partner in Bankruptcy and Restructuring Group; Member of the New York Bar since 2012; Member of the Delaware Bar since 2016 | $575 | 33.2 | $19,090.00 |
| Aaron Bach | Associate in Bankruptcy and Restructuring Group; Member of the Delaware Bar since 2024 | $400 | 7.8 | $3,120.00 |
| Michelle M. Dero | Paralegal | $300 | 3.9 | $1,170.00 |
| | | $350 | .8 | $280.00 |
| Renae M. Fusco | Paralegal | $300 | 2.6 | $780.00 |
| | | $350 | 4.6 | $1,610.00 |
| Rosanne DellAversano | Legal Assistant | $250 | .9 | $225.00 |
| | | $300 | 14.7 | $4,410.00 |
| Lauren Hitchens | Paralegal | $250.00 | .7 | $175.00 |
| | | **TOTAL:** | **112.9** | **$56,330.00** |
| | | **Attorney Compensation:** | | **$47,680.00** |
| | | **Total Attorney Hours:** | | **84.7** |
| | | **Blended Hourly Rate of All Timekeepers:** | | **$499.00** |

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---:|---:|
| B110 Case Administration | 9.9 | $4,132.50 |
| B120 Asset Analysis and Recovery | 2.3 | $1,380.00 |
| B130 Asset Disposition | 0.0 | $0.00 |
| B140 Relief from Stay/Adequate Protection Proceeding | 11.2 | $5,395.00 |
| B150 Meetings of and Communications with Creditors | 0.0 | $0.00 |
| B160 Fee/Employment Applications | 9.2 | $3,877.50 |
| B170 Fee/Employment Objections | 0.0 | $0.00 |
| B180 Avoidance Action Analysis | 5.3 | $2,790.00 |
| B185 Assumption/Rejection of Leases and Contracts | 3.5 | $1,435.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 37.5 | $21,690.00 |
| B195 Non-Working Travel | 0.0 | $0.00 |
| B200 Operations | 0.0 | $0.00 |
| B210 Business Operations | 19.2 | $7,270.00 |
| B220 Employee Benefits/Pension | 0.0 | $0.00 |
| B230 Financing/Cash Collateral | 10.2 | $5,802.50 |
| B240 Tax Issues | 4.6 | $2,557.50 |
| B250 Real Estate | 0.0 | $0.00 |
| B260 Board of Director Matters | 0.0 | $0.00 |
| B300 Claims and Plan | 0.0 | $0.00 |
| B310 Claims Administration and Objections | 0.0 | $0.00 |
| B320 Plan and Disclosure Statement (including business plan) | 0.0 | $0.00 |
| B400 Bankruptcy-Related Advice | 0.0 | $0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 Restructurings | 0.0 | $0.00 |
| **TOTAL:** | **112.9** | **$56,330.00** |

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E102 Outside Printing | DLS/Reliable | $624.98 |
| E106 Online Research | PACER/GoldFynch | $2,504.18 |
| E108 Postage | In-House Postage; Reliable; DLS; FedEx | $504.56 |
| | | |
| | **TOTAL:** | **$3,633.72** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: September 24, 2025 at 2:30 p.m. (ET)<br>Objection Deadline: August 28, 2025 at 4:00 p.m. (ET) |

**SECOND INTERIM FEE APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH JULY 31, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2016-1, Chipman Brown Cicero & Cole, LLP ("**CBCC**"), counsel to David W. Carickhoff, the Chapter 7 Trustee (the "**Trustee**"), hereby submits the *Second Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of November 1, 2024 through July 31, 2025* (the "**Fee Application**").

By this Fee Application, CBCC seeks interim allowance of compensation in the amount of $56,330.00 and actual and necessary expenses in the amount of $3,633.72, for a total of $59,963.72, and payment of the unpaid amount of such fees and expenses, for the period of November 1, 2024 through July 31, 2025 (the "**Application Period**").

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

**JURISDICTION**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of these chapter 7 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. On March 14, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**") thereby commencing the above-captioned bankruptcy cases.

3. David W. Carickhoff has been appointed as the trustee of the Debtors' estates pursuant to Bankruptcy Code section 701(a). The section 341(a) meeting of creditors was held on April 5, 2023, and concluded.

4. On December 6, 2023, the Trustee filed the *Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Employment of Chipman Brown Cicero & Cole, LLP as General Bankruptcy Counsel to the Trustee, Effective as of November 16, 2023* [Docket No. 270] (the "**Retention Application**").[2] The Court approved the employment of CBCC, effective as of November 16, 2023, by order entered December 28, 2023 [Docket No. 273].

5. CBCC is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

---

[2] The Trustee previously employed Archer & Greiner, P.C. as his general bankruptcy counsel. On November 16, 2023, the Archer attorneys who represented the Trustee in this matter joined CBCC. Accordingly, the Trustee filed the Retention Application seeking authority to employ CBCC as his general bankruptcy counsel as of that date.

- 3 -

**IDENTITY OF PROFESSIONALS**

6.  The attorneys and paraprofessionals of CBCC who have rendered professional services in these cases during the Application Period are identified in the **Attachment "B"** which form is included directly behind the cover sheet of this Fee Application.

7.  CBCC, through the above-named persons, has advised the Trustee with respect to legal matters in connection with the administration of the Debtors' estates and the Trustee's duties and responsibilities under the Bankruptcy Code. CBCC has performed all necessary and appropriate professional services as described and narrated in detail on **Exhibit A** attached hereto.

8.  The rates charged are CBCC's normal hourly rates for work of this nature. The reasonable value of the services rendered by CBCC to the Trustee in connection with this matter during the Application Period is $56,330.00.

**SUMMARY OF SERVICES BY PROJECT**[3]

**B110:** **CASE ADMINISTRATION**

**FEES: $4,132.50**          **TOTAL HOURS:   9.9**

9.  This category includes all matters related to administrative filings with the Court, including certificates of no objection and hearing agendas, service thereof, maintenance of calendars, critical date lists, review of notices of appearance and maintaining service lists. During the Application Period, CBCC addressed issues regarding case management, including preparation and filing of hearing agendas, certificates of no objection, communications with Chambers and service of pleadings and orders. In addition, during the Application Period, CBCC performed certain due diligence regarding records in storage and began preparing a motion to abandon certain unnecessary records.

---

[3] The descriptions set forth below only include project codes where fees exceed $3,000 for the Application Period.

**B140: R**ELIEF FROM **S**TAY/**A**DEQUATE **P**ROTECTION **P**ROCEEDINGS

**F**EES: **$5,395.00**          **T**OTAL **H**OURS:     **11.2**

10.     This category includes all matters related to drafting, negotiations and objections related to stay relief motions.  During the Application Period, CBCC researched and drafted an objection to a stay relief motion filed by a personal injury claimant and ultimately negotiated a consensual stay relief order.

**B160: F**EE/**E**MPLOYMENT **A**PPLICATIONS

**F**EES: **$3,877.50**          **T**OTAL **H**OURS:     **9.2**

11.     This category includes all time spent preparing, reviewing and filing retention and fee applications for the Trustee's professionals.  During the Application Period, CBCC prepared and filed its first interim fee application.  In addition CBCC assisted in filing interim fee applications for the Trustee's special counsel, Akerman LLP, and the Trustee's financial advisors, Giuliano, Miller & Company, LLC.

**B190: O**THER **C**ONTESTED **M**ATTERS

**F**EES: **$21,690.00**         **T**OTAL **H**OURS:     **37.5**

12.     This category includes all matters related to litigation and adversary proceedings.  During the Application Period, CBCC researched and investigated potential estate claims and causes of action.  During the Application Period, CBCC spent significant time investigating and analyzing potential estate causes of action (other than avoidance actions).

**B210: B**USINESS **O**PERATIONS

**F**EES: **$7,270.00**          **T**OTAL **H**OURS:     **19.2**

13.     This category includes all matters related to transactional corporate governance, and other matters involving the Debtor's business operations.  During the Application Period,

4930-5003-6570, v. 2

CBCC spent significant time addressing title and lien release issues related to vehicles leased by the Debtors pre-petition. CBCC also assisted the Trustee in addressing various issues related to the ongoing servicing of the lease portfolios by the Court approved servicer.

**B230: FINANCING/CASH COLLECTIONS**

**FEES: $5,802.50**      **TOTAL HOURS:      10.2**

14. This category includes all matters related to the analysis, negotiation and documentation of all cash collateral issues, agreements, and related pleadings. During the Application Period, CBCC assisted the Trustee in continuing to perform his obligations under the Court approved cash collateral stipulation between the Trustee and Hancock Whitney Bank.

## ACTUAL AND NECESSARY EXPENSES

15. A summary of actual and necessary expenses incurred by CBCC for the Application Period is attached hereto as **Exhibit A**. CBCC charges $0.10 per page for photocopying. In addition, CBCC uses outside copier services for high volume projects, and this Application seeks recovery of those costs, if applicable. Incoming facsimiles are not billed, and outgoing facsimiles are billed at $.25 per page. Toll telephone charges are not billed. Computer assisted legal research charges are billed at actual costs.

16. CBCC believes the foregoing rates are market rates that the majority of law firms charge clients for such services. The reasonable value of the expenses incurred by CBCC to the Trustee in connection with this matter during the Application Period is $3,633.72.

## RELIEF REQUESTED

17. Pursuant to this Fee Application, CBCC requests allowance of compensation for actual and necessary professional services rendered in the amount of $66,957.00 for the

Application Period, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $3,633.72 for the Application Period.

18. At all relevant times, CBCC has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

19. All services for which compensation is requested by CBCC were performed for or on behalf of the Trustee.

20. CBCC has received no payment and no promises of payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between CBCC and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases. CBCC has received no retainer in this matter.

21. The professional services and related expenses for which CBCC requests interim allowance were rendered and incurred in connection with this case and the discharge of CBCC's professional responsibilities as attorneys for the Trustee. CBCC's services have been necessary and beneficial to the Trustee, the estates, creditors and other parties in interest.

22. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by CBCC is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

23. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-1.

**NOTICE**

24. A copy of this Fee Application has been served upon the Office of the United States Trustee and all parties requesting notice in these Chapter 7 Cases pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, CBCC respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing that an interim allowance be made to CBCC in the sum of $56,330.00 as compensation for reasonable and necessary professional services rendered to the Trustee and in the sum of $3,633.72 for reimbursement of actual and necessary costs and expenses incurred, for a total of $59,963.72, (iii) authorizing the Trustee to pay CBCC the outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

Dated: August 14, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*