# **EXHIBIT A**

Chipman Brown Cicero Cole, LLP  
November 1, 2024 - July 31, 2025

RAC Investment Holdings, LLC, et al.  
Case No. 23-10316 (BLS)

August 14, 2025  
Invoice No. 19767

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11/25/2024 | Alan Root | B110 Case Administration | Review and comment on CNO | 0.10 | $ 525.00 | $ 52.50 |
| 11/26/2024 | Alan Root | B110 Case Administration | review and comment on CNO | 0.10 | $ 525.00 | $ 52.50 |
| 11/26/2024 | Lauren Hitchens | B110 Case Administration | Draft CNO re first interim fee app | 0.20 | $ 250.00 | $ 50.00 |
| 12/2/2024 | Lauren Hitchens | B110 Case Administration | Efile CNO re first interim fee app | 0.50 | $ 250.00 | $ 125.00 |
| 12/4/2024 | Alan Root | B110 Case Administration | Review and comment on draft CNO | 0.10 | $ 525.00 | $ 52.50 |
| 12/4/2024 | Alan Root | B110 Case Administration | Communications with Trustee re entered orders | 0.10 | $ 525.00 | $ 52.50 |
| 12/4/2024 | Renae Fusco | B110 Case Administration | draft 12/11 agenda | 0.80 | $ 300.00 | $ 240.00 |
| 12/5/2024 | Alan Root | B110 Case Administration | Review and approve agenda for filing | 0.10 | $ 525.00 | $ 52.50 |
| 12/5/2024 | Renae Fusco | B110 Case Administration | edit agenda; efile agenda; prep service of same | 0.40 | $ 300.00 | $ 120.00 |
| 1/21/2025 | Alan Root | B110 Case Administration | communications with GMCO and Chambers re hearing date | 0.20 | $ 600.00 | $ 120.00 |
| 1/24/2025 | Alan Root | B110 Case Administration | Follow up emails with chambers and GMCO re hearing date | 0.20 | $ 600.00 | $ 120.00 |
| 1/24/2025 | Renae Fusco | B110 Case Administration | calendar hearing date | 0.20 | $ 350.00 | $ 70.00 |
| 2/4/2025 | Renae Fusco | B110 Case Administration | calendar hearing date & deadlines | 0.10 | $ 350.00 | $ 35.00 |
| 3/5/2025 | Alan Root | B110 Case Administration | Review and approve CNO for filing | 0.10 | $ 600.00 | $ 60.00 |
| 3/10/2025 | Alan Root | B110 Case Administration | Review and comment on hearing agenda; communications with R. Fusco and chambers re hearing and agenda | 0.30 | $ 600.00 | $ 180.00 |
| 3/10/2025 | Renae Fusco | B110 Case Administration | draft 3/12 agenda; efile same; prep service of same | 0.70 | $ 350.00 | $ 245.00 |
| 3/20/2025 | Alan Root | B110 Case Administration | Call with UST re Hirshkorn motion to avoid lien (.2); review motion (.2) | 0.40 | $ 600.00 | $ 240.00 |
| 4/1/2025 | Alan Root | B110 Case Administration | Communications with counsel to litigation party re status of bankruptcy case | 0.10 | $ 600.00 | $ 60.00 |
| 4/28/2025 | Alan Root | B110 Case Administration | communications with chambers re upcoming hearing (.1); review and approve agenda cancelling hearing (.1) | 0.20 | $ 600.00 | $ 120.00 |
| 4/28/2025 | Renae Fusco | B110 Case Administration | draft 4/30 agenda; efile; prep service of same | 0.60 | $ 350.00 | $ 210.00 |
| 4/30/2025 | Renae Fusco | B110 Case Administration | calendar May hearing date | 0.10 | $ 350.00 | $ 35.00 |
| 5/8/2025 | Renae Fusco | B110 Case Administration | draft 5.14 agenda | 0.40 | $ 350.00 | $ 140.00 |
| 5/8/2025 | Renae Fusco | B110 Case Administration | update calendar with hearing date & obj deadline re motion to extend | 0.10 | $ 350.00 | $ 35.00 |
| 5/9/2025 | Alan Root | B110 Case Administration | Review and approve agenda for filing | 0.10 | $ 600.00 | $ 60.00 |
| 5/9/2025 | Renae Fusco | B110 Case Administration | edit 5/14 agenda; efile agenda; prep service of same | 0.50 | $ 350.00 | $ 175.00 |
| 5/9/2025 | Renae Fusco | B110 Case Administration | email to Judge Shannon chambers re cancellation of 5/14 hearing | 0.10 | $ 350.00 | $ 35.00 |
| 5/19/2025 | Alan Root | B110 Case Administration | Communications with special counsel re upcoming hearing | 0.20 | $ 600.00 | $ 120.00 |
| 5/20/2025 | Renae Fusco | B110 Case Administration | draft CNO Re motion to extend; efile same; upload order | 0.30 | $ 350.00 | $ 105.00 |
| 6/13/2025 | Alan Root | B110 Case Administration | communications with R. Fusco re haring agenda; review and approve agenda for filing | 0.20 | $ 600.00 | $ 120.00 |
| 6/13/2025 | Renae Fusco | B110 Case Administration | draft agenda; email to Chambers re cancelling hearing | 0.40 | $ 350.00 | $ 140.00 |
| 6/13/2025 | Renae Fusco | B110 Case Administration | efile agenda; prep service of same | 0.60 | $ 350.00 | $ 210.00 |
| 7/25/2025 | Alan Root | B110 Case Administration | Communications with Westlake and due diligence re documents in storage at Iron Mountain | 0.70 | $ 600.00 | $ 420.00 |
| 7/30/2025 | Aaron Bach | B110 Case Administration | Draft motion to abandon/destroy records stored at Iron Mountain. | 0.70 | $ 400.00 | $ 280.00 |
| | | **B110 Case Administration** | | **9.90** | | **$ 4,132.50** |
| 2/20/2025 | Alan Root | B120 Asset Analysis and Recovery | Call with R. Edwards re Westlake remittances | 0.30 | $ 600.00 | $ 180.00 |

Case 23-10316-BLS    Doc 374-1    Filed 08/14/25    Page 3 of 11

Chipman Brown Cicero Cole, LLP                RAC Investment Holdings, LLC, et al.                              August 14, 2025
November 1, 2024 - July 31, 2025                   Case No. 23-10316 (BLS)                                     Invoice No. 19767

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 4/15/2025 | Alan Root | B120 Asset Analysis and Recovery | Due diligence re status and assets of 2020-A securitization (.6); communications with special counsel re same and filing of UCC continuation statements (.2) | 0.80 | $ 600.00 | $ 480.00 |
| 7/16/2025 | Alan Root | B120 Asset Analysis and Recovery | Review and analyze Westlake servicer reports and distributions to estate (.8); Discuss with R. Edwards (.4) | 1.20 | $ 600.00 | $ 720.00 |
| | | **B120 Asset Analysis and Recovery** | | **2.30** | | **$ 1,380.00** |
| 4/22/2025 | Aaron Bach | B140 Relief from Stay/Adequate Protection Proceedings | Communicate with A. Root regarding objection to stay relief motion. | 0.20 | $ 400.00 | $ 80.00 |
| 4/22/2025 | Alan Root | B140 Relief from Stay/Adequate Protection Proceedings | Review stay relief motion filed by personal injury claimant (.2); follow up communications with counsel to movant (.4); review complaint filed by movant (.2); discuss with Trustee (.3); guidance to A. Bach re objection to motion (.2) | 1.30 | $ 600.00 | $ 780.00 |
| 4/23/2025 | Aaron Bach | B140 Relief from Stay/Adequate Protection Proceedings | Research and draft objection to stay relief motion. | 5.30 | $ 400.00 | $ 2,120.00 |
| 4/24/2025 | Aaron Bach | B140 Relief from Stay/Adequate Protection Proceedings | Draft/revise objection to stay relief motion in RAC. | 1.00 | $ 400.00 | $ 400.00 |
| 4/29/2025 | Alan Root | B140 Relief from Stay/Adequate Protection Proceedings | Review and revise draft objection to stay relief motion | 1.20 | $ 600.00 | $ 720.00 |
| 4/30/2025 | Alan Root | B140 Relief from Stay/Adequate Protection Proceedings | Discuss stay relief motion with Trustee (.3); review draft objection (.2); provide comments to stay relief order (.7) | 1.20 | $ 600.00 | $ 720.00 |
| 5/7/2025 | Alan Root | B140 Relief from Stay/Adequate | Review and comment on COC re stay relief order | 0.20 | $ 600.00 | $ 120.00 |
| 5/9/2025 | Michelle Dero | B140 Relief from Stay/Adequate Protection Proceedings | Retrieve Agreed Order Modifying Automatic Stay and email same to A. Root | 0.10 | $ 350.00 | $ 35.00 |
| 5/22/2025 | Alan Root | B140 Relief from Stay/Adequate Protection Proceedings | Prepare and send automatic stay letters to parties commencing litigation post-petition | 0.70 | $ 600.00 | $ 420.00 |
| | | **B140 Relief from Stay/Adequate Protection Proceedings** | | **11.20** | | **$ 5,395.00** |
| 11/1/2024 | Alan Root | B160 Fee/Employment Applications | Work on CBCC interim fee application | 0.20 | $ 525.00 | $ 105.00 |
| 11/4/2024 | Alan Root | B160 Fee/Employment Applications | Work on CBCC interim fee application | 0.90 | $ 525.00 | $ 472.50 |
| 11/4/2024 | Rosanne DellAversano | B160 Fee/Employment Applications | Work on Fee App | 0.20 | $ 250.00 | $ 50.00 |
| 11/11/2024 | Alan Root | B160 Fee/Employment Applications | Review and revise CBCC interim fee application | 0.70 | $ 525.00 | $ 367.50 |
| 11/11/2024 | Michelle Dero | B160 Fee/Employment Applications | Prepare exhibit to CBCC's first interim application (1.0); Update CBCC's first interim application (.2) | 1.20 | $ 300.00 | $ 360.00 |
| 11/12/2024 | Michelle Dero | B160 Fee/Employment Applications | Review emails from A. Root and D. Carickhoff regarding interim application (.1); Finalize and file First Interim Fee Application of Chipman Brown Cicero & Cole LLP for November 16 2023 through October 31 2024 (.2); Effectuate email service of interim application (.1); Emails with Reliable regarding first-class service of interim application (.1); Calendar deadlines (.1) | 0.60 | $ 300.00 | $ 180.00 |
| 11/18/2024 | Alan Root | B160 Fee/Employment Applications | Review and comment on Akerman draft fee application; follow up with Trustee and R. Fusco re same | 0.70 | $ 525.00 | $ 367.50 |
| 11/19/2024 | Alan Root | B160 Fee/Employment Applications | Finalize special counsel fee application for filing | 0.20 | $ 525.00 | $ 105.00 |

Case 23-10316-BLS   Doc 374-1   Filed 08/14/25   Page 4 of 11

| Chipman Brown Cicero Cole, LLP | RAC Investment Holdings, LLC, et al. | August 14, 2025 |
| --- | --- | --- |
| November 1, 2024 - July 31, 2025 | Case No. 23-10316 (BLS) | Invoice No. 19767 |

| Date | User | Activity | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 11/19/2024 | Renae Fusco | B160 Fee/Employment Applications | draft notice and COS re Akerman interim fee app; efile; coordinate service of same | 0.80 | $ 300.00 | $ 240.00 |
| 12/3/2024 | Alan Root | B160 Fee/Employment Applications | Communications with M. Dero re fee binder; review and approve same for delivery to chambers | 0.20 | $ 525.00 | $ 105.00 |
| 12/3/2024 | Michelle Dero | B160 Fee/Employment Applications | Emails with A. Root regarding interim fee binder (.1); Prepare index for interim fee binder (.2); Organize interim applications and certificates of no objection (.2); Email interim fee binder to R. Bello  Judge Shannon's chambers (.1); Prepare certificate of no objection regarding Akerman's first interim application (.2) | 0.80 | $ 300.00 | $ 240.00 |
| 12/4/2024 | Michelle Dero | B160 Fee/Employment Applications | Emails with A. Root and R. Fusco regarding certificate of no objection to Akerman's first interim application | 0.10 | $ 300.00 | $ 30.00 |
| 12/4/2024 | Michelle Dero | B160 Fee/Employment Applications | Finalize and file Certificate of No Objection to First Interim Application of Akerman LLP for November 21  2023 Through October 31  2024 (.2) and upload proposed order (.1); Prepare amended index for interim fee binder (.2) and email same to Judge Shannon's chambers (.1) | 0.60 | $ 300.00 | $ 180.00 |
| 1/27/2025 | Alan Root | B160 Fee/Employment Applications | Review Archer retention application for avoidance action work and email with Trustee | 0.60 | $ 600.00 | $ 360.00 |
| 2/4/2025 | Alan Root | B160 Fee/Employment Applications | Revise and finalize GMCO fee application | 0.90 | $ 600.00 | $ 540.00 |
| 3/5/2025 | Renae Fusco | B160 Fee/Employment Applications | draft CNO re GMCO fee app; draft fee index; efile cno; coordinate prep of fee binder | 0.50 | $ 350.00 | $ 175.00 |
| | | | **B160 Fee/Employment Applications** | **9.20** | | **$ 3,877.50** |
| 1/9/2025 | Alan Root | B180 Avoidance Action Analysis | Discuss avoidance actions with Trustee (.3); due diligence re same (1.1) | 1.40 | $ 600.00 | $ 840.00 |
| 1/10/2025 | Alan Root | B180 Avoidance Action Analysis | Discuss avoidance actions with Trustee (.5); email to Archer (.1) | 0.60 | $ 600.00 | $ 360.00 |
| 1/13/2025 | Alan Root | B180 Avoidance Action Analysis | Discuss preference actions with G. DiConza (.3); further due diligence (.5) | 0.80 | $ 600.00 | $ 480.00 |
| 1/22/2025 | Alan Root | B180 Avoidance Action Analysis | Discuss preference actions with Trustee and Archer | 0.70 | $ 600.00 | $ 420.00 |
| 2/6/2025 | Alan Root | B180 Avoidance Action Analysis | Communications with Archer re preference actions and amended retention | 0.20 | $ 600.00 | $ 120.00 |
| 3/14/2025 | Alan Root | B180 Avoidance Action Analysis | Communications with Archer and Trustee re preference complaints | 0.30 | $ 600.00 | $ 180.00 |
| 4/24/2025 | Rosanne DellAversano | B180 Avoidance Action Analysis | Communication with G. DiConza re: preference actions | 0.30 | $ 300.00 | $ 90.00 |
| 6/2/2025 | Rosanne DellAversano | B180 Avoidance Action Analysis | Communications with G. DiConza re:  Preference Settlements | 0.30 | $ 300.00 | $ 90.00 |
| 6/5/2025 | Rosanne DellAversano | B180 Avoidance Action Analysis | Communications with G. DiConza re:  Preference Settlements | 0.30 | $ 300.00 | $ 90.00 |
| 7/29/2025 | Rosanne DellAversano | B180 Avoidance Action Analysis | Email with G. DiConza re: Adv Pro action settlements & payments; Update settlement & payment list | 0.40 | $ 300.00 | $ 120.00 |
| | | | **B180 Avoidance Action Analysis** | **5.30** | | **$ 2,790.00** |
| 11/4/2024 | Alan Root | B185 Assumption/Rejection of Leases and Contracts | Finalize 365(d)(1) extension motion for filing | 0.20 | $ 525.00 | $ 105.00 |
| 11/5/2024 | Renae Fusco | B185 Assumption/Rejection of Leases and Contracts | edit & efile motion to extend; prep service | 0.60 | $ 300.00 | $ 180.00 |
| 11/25/2024 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Emails with A. Root regarding objection status of 365(d)(1) extension motion (.1); Prepare certificate of no objection regarding fifth motion extending 365(d) deadline and update proposed order (.2) | 0.30 | $ 300.00 | $ 90.00 |

Chipman Brown Cicero Cole, LLP
November 1, 2024 - July 31, 2025

RAC Investment Holdings, LLC, et al.
Case No. 23-10316 (BLS)

August 14, 2025
Invoice No. 19767

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11/25/2024 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Finalize and file Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases (.2) and upload proposed order (.1) | 0.30 | $ 300.00 | $ 90.00 |
| 12/6/2024 | Alan Root | B185 Assumption/Rejection of Leases and Contracts | Communications with landlord counsel re abandoned vehicle | 0.20 | $ 525.00 | $ 105.00 |
| 5/1/2025 | Aaron Bach | B185 Assumption/Rejection of Leases and Contracts | Draft sixth motion to extend 365(d)(1) deadline. | 0.50 | $ 400.00 | $ 200.00 |
| 5/1/2025 | Alan Root | B185 Assumption/Rejection of Leases and Contracts | Guidance to A. Bach re motion to extend 365(d)(1) deadline (.2); review and revise draft motion (.2); communications with chambers re hearing date (.1) | 0.50 | $ 600.00 | $ 300.00 |
| 5/2/2025 | Alan Root | B185 Assumption/Rejection of Leases and Contracts | Finalize 365(d)(1) extension motion for filing | 0.20 | $ 600.00 | $ 120.00 |
| 5/2/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Emails with A. Bach and A. Root regarding 365(d) extension (.1); Review finalize and file Chapter 7 Trustee's Motion for Order Further Extending Deadline to Assume/Reject Certain Executory Contracts/Unexpired Leases (.3); Effectuate email service of motion (.1); Emails with DLS regarding first-class service of motion (.1); Calendar deadlines (.1) | 0.70 | $ 350.00 | $ 245.00 |
| | | **B185 Assumption/Rejection of Leases and Contracts** | | **3.50** | | **$ 1,435.00** |
| 1/9/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Meet with A. Root re investigation | 0.10 | $ 575.00 | $ 57.50 |
| 1/12/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Review memo from debtors' counsel and outline topics for discussion with A. Root | 0.80 | $ 575.00 | $ 460.00 |
| 1/22/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection | Call with WARN counsel | 0.40 | $ 600.00 | $ 240.00 |
| 2/26/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Discuss investigation with A. Root | 0.20 | $ 575.00 | $ 115.00 |
| 2/26/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Review documents in preparation for meeting with Trustee and A. Root re: estate claims | 1.80 | $ 575.00 | $ 1,035.00 |
| 2/27/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Follow up on investigation | 0.40 | $ 575.00 | $ 230.00 |
| 2/28/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection | Call with B. Hall and Trustee re potential causes of action | 0.50 | $ 600.00 | $ 300.00 |
| 2/28/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review and analysis of potential estate claims | 1.50 | $ 575.00 | $ 862.50 |
| 2/28/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Call with the Trustee and A. Root re investigation of estate claims | 0.50 | $ 575.00 | $ 287.50 |
| 3/1/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Research and analyze issues for investigation of potential estate claims | 1.20 | $ 575.00 | $ 690.00 |
| 3/3/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection | Meeting with B. Hall on potential estate claims | 0.20 | $ 600.00 | $ 120.00 |
| 3/3/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue reviewing documents re investigation | 1.20 | $ 575.00 | $ 690.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Chipman Brown Cicero Cole, LLP | | | | RAC Investment Holdings, LLC, et al. | | | | | | August 14, 2025 |
| November 1, 2024 - July 31, 2025 | | | | Case No. 23-10316 (BLS) | | | | | | Invoice No. 19767 |

| Date | User | Activity | Description | Hours | Rate | | Total | |
|---|---|---|---|---|---|---|---|---|
| 3/3/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Discuss investigation with D. Carickhoff and A. Root | 0.20 | $ | 575.00 | $ | 115.00 |
| 3/3/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Research and draft email to York Capital | 0.20 | $ | 575.00 | $ | 115.00 |
| 3/4/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review of prepetition debt documents for investigation | 1.00 | $ | 575.00 | $ | 575.00 |
| 3/4/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Respond to H. Nataraj York Capital | 0.10 | $ | 575.00 | $ | 57.50 |
| 3/4/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Work on investigation of potential estate causes of action | 2.40 | $ | 575.00 | $ | 1,380.00 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue working on investigation of potential estate causes of action | 0.50 | $ | 575.00 | $ | 287.50 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Review Debtor emails for investigation | 1.50 | $ | 575.00 | $ | 862.50 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Follow up on document requests | 0.20 | $ | 575.00 | $ | 115.00 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review of Debtor emails for investigation | 0.50 | $ | 575.00 | $ | 287.50 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review of Debtor emails for investigation | 1.00 | $ | 575.00 | $ | 575.00 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review of Debtor emails for investigation | 0.80 | $ | 575.00 | $ | 460.00 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Research case law on potential claims | 0.50 | $ | 575.00 | $ | 287.50 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review of Debtor emails for investigation | 1.50 | $ | 575.00 | $ | 862.50 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Call from D. D'Urso Sidley counsel to York Capital | 0.10 | $ | 575.00 | $ | 57.50 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Outline issues for investigation calls and follow up | 0.80 | $ | 575.00 | $ | 460.00 |
| 3/5/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Further review of Debtor emails for investigation | 1.00 | $ | 575.00 | $ | 575.00 |
| 3/6/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Call with B. Hall and N. Hogan (1.0); meet with B. Hall after telephone call to discuss investigation (.3); follow up due diligence re prepetition transactions and potential claims (1.0) | 2.30 | $ | 600.00 | $ | 1,380.00 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review of documents for investigation | 1.70 | $ | 575.00 | $ | 977.50 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Meet with A. Root re investigation | 0.20 | $ | 575.00 | $ | 115.00 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Call with N. Hogan and A. Root re case background and events leading up to the bankruptcy | 1.00 | $ | 575.00 | $ | 575.00 |

Case 23-10316-BLS    Doc 374-1    Filed 08/14/25    Page 7 of 11

| Chipman Brown Cicero Cole, LLP | RAC Investment Holdings, LLC, et al. | August 14, 2025 |
|---|---|---|
| November 1, 2024 - July 31, 2025 | Case No. 23-10316 (BLS) | Invoice No. 19767 |

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Prepare for call with N. Hogan | 0.50 | $ 575.00 | $ 287.50 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Meet with A. Root following call with N. Hogan re investigation | 0.30 | $ 575.00 | $ 172.50 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Continue review of Debtor emails and documents for investigation | 0.70 | $ 575.00 | $ 402.50 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Research and investigation re DriveTime | 0.80 | $ 575.00 | $ 460.00 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Investigation of bridge financing | 1.00 | $ 575.00 | $ 575.00 |
| 3/6/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Review and consider issues re investigation of potential estate causes of action | 0.50 | $ 575.00 | $ 287.50 |
| 3/7/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection | Multiple calls with Trustee (.4) and B. Hall (.4) re investigation and potential claims | 0.80 | $ 600.00 | $ 480.00 |
| 3/7/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Draft email to York's counsel requesting documents and information | 0.50 | $ 575.00 | $ 287.50 |
| 3/7/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Call with Trustee re investigation | 0.40 | $ 575.00 | $ 230.00 |
| 3/7/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Review and analyze issues for investigation | 0.50 | $ 575.00 | $ 287.50 |
| 3/7/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Call with A. Root re investigation | 0.50 | $ 575.00 | $ 287.50 |
| 3/7/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Email exchange with D. D'Urso  York's counsel | 0.20 | $ 575.00 | $ 115.00 |
| 3/7/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Research and consider issues re investigation | 0.40 | $ 575.00 | $ 230.00 |
| 3/10/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Further research re potential estate claims | 0.50 | $ 575.00 | $ 287.50 |
| 3/12/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Discuss investigation with the Trustee | 0.10 | $ 575.00 | $ 57.50 |
| 3/13/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection | Call with WARN counsel (.4); due diligence re issues raised by WARN counsel (.3) | 0.70 | $ 600.00 | $ 420.00 |
| 3/13/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and call to Dawson County  GA Magistrate Court re hearing (.2); review documents from clerk of court and discuss same with R. Dellaversano (.1) | 0.30 | $ 575.00 | $ 172.50 |
| 3/13/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Call with D. D'Urso  counsel to York | 0.10 | $ 575.00 | $ 57.50 |
| 3/13/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Call with A. Root re litigation matters | 0.10 | $ 575.00 | $ 57.50 |
| 3/17/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection | Review draft letter to GA court re pending litigation and stay | 0.20 | $ 600.00 | $ 120.00 |

| | | | Chipman Brown Cicero Cole, LLP | RAC Investment Holdings, LLC, et al. | | | August 14, 2025 |
| | | | November 1, 2024 - July 31, 2025 | Case No. 23-10316 (BLS) | | | Invoice No. 19767 |

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 3/17/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Research and draft letter to state court re post-petition lawsuit | 1.50 | $ 575.00 | $ 862.50 |
| 3/17/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Discuss case with A. Root | 0.20 | $ 575.00 | $ 115.00 |
| 3/17/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Call with Trustee re Georgia state court action | 0.10 | $ 575.00 | $ 57.50 |
| 3/17/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection | Emails and call with Stephan Chuay LLC re Georgia state court action | 0.30 | $ 575.00 | $ 172.50 |
| | | | **B190 Other Contested Matters (excluding assumption/rejection motions)** | **37.50** | | **$ 21,690.00** |
| 11/14/2024 | Rosanne DellAversano | B210 Business Operations | Telephone call to Greg Krog Esq. re lien release | 0.10 | $ 250.00 | $ 25.00 |
| 11/18/2024 | Alan Root | B210 Business Operations | Review report on good standing filings for AF Title Co. and emails with Trustee and special counsel re same | 0.30 | $ 525.00 | $ 157.50 |
| 11/18/2024 | Alan Root | B210 Business Operations | Communications with Trustee and special counsel re 2019-2 trust continuation statements | 0.70 | $ 525.00 | $ 367.50 |
| 12/3/2024 | Rosanne DellAversano | B210 Business Operations | Telephone call from former customer re: title & lien release; Telephone call to former customer; Email to former customer requesting documents to clear lien | 0.20 | $ 250.00 | $ 50.00 |
| 12/4/2024 | Rosanne DellAversano | B210 Business Operations | Email from Founder FCU re: title; Email to L. Appleby regarding same | 0.20 | $ 250.00 | $ 50.00 |
| 1/27/2025 | Rosanne DellAversano | B210 Business Operations | Emails to/from vehicle owner re: title | 0.50 | $ 300.00 | $ 150.00 |
| 1/28/2025 | Rosanne DellAversano | B210 Business Operations | Email from Lessee with documents re: release; email response | 0.20 | $ 300.00 | $ 60.00 |
| 1/28/2025 | Rosanne DellAversano | B210 Business Operations | Letter from Texas Toll Authority; Letter reply with documents | 0.40 | $ 300.00 | $ 120.00 |
| 1/29/2025 | Rosanne DellAversano | B210 Business Operations | Prepare lien release title application and other documents for vehicle owner | 0.60 | $ 300.00 | $ 180.00 |
| 2/6/2025 | Rosanne DellAversano | B210 Business Operations | Telephone calls & Emails with former customer re: title | 0.30 | $ 300.00 | $ 90.00 |
| 2/20/2025 | Rosanne DellAversano | B210 Business Operations | Various emails and voicemails re: title work & lien releases | 0.60 | $ 300.00 | $ 180.00 |
| 2/21/2025 | Rosanne DellAversano | B210 Business Operations | Emails to/from former customers re: titles & releases | 0.40 | $ 300.00 | $ 120.00 |
| 2/24/2025 | Rosanne DellAversano | B210 Business Operations | Answer Notice for Abandonment of Vehicle - Dawson County GA | 0.50 | $ 300.00 | $ 150.00 |
| 3/1/2025 | Rosanne DellAversano | B210 Business Operations | Email to lenders/servicer re: GA complaint; review replies; discuss with B. Hall | 0.20 | $ 300.00 | $ 60.00 |
| 3/10/2025 | Alan Root | B210 Business Operations | Communications with lessee re payoff of vehicle; follow up with R. Dellaversano re same | 0.30 | $ 600.00 | $ 180.00 |
| 3/10/2025 | Bryan Hall | B210 Business Operations | Research case law and review documents re potential estate claims | 0.80 | $ 575.00 | $ 460.00 |
| 3/11/2025 | Alan Root | B210 Business Operations | Communications with Westlake counsel re lessee issue; further follow up with R. Dellaversano re same | 0.30 | $ 600.00 | $ 180.00 |
| 3/11/2025 | Rosanne DellAversano | B210 Business Operations | Voicemail & Emails from customer | 0.20 | $ 300.00 | $ 60.00 |
| 3/11/2025 | Rosanne DellAversano | B210 Business Operations | Review documents recently sent by customer; review multiple emails sent by customer; discuss with A. Root | 0.30 | $ 300.00 | $ 90.00 |
| 3/12/2025 | Alan Root | B210 Business Operations | Address lessee payoff issues | 0.80 | $ 600.00 | $ 480.00 |
| 3/12/2025 | Rosanne DellAversano | B210 Business Operations | Review prior exchanges and documents of customer Hirschkorn; request VIN search; discuss with A. Root | 0.40 | $ 300.00 | $ 120.00 |
| 3/13/2025 | Rosanne DellAversano | B210 Business Operations | Discussion with B. Hall re: GA court matter | 0.20 | $ 300.00 | $ 60.00 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 - July 31, 2025  
RAC Investment Holdings, LLC, et al.  
Case No. 23-10316 (BLS)  
August 14, 2025  
Invoice No. 19767

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 3/14/2025 | Rosanne DellAversano | B210 Business Operations | Prepare lien release documents; secure Trustee's signature on documents; mail out to Hirschkorn | 0.40 | $ 300.00 | $ 120.00 |
| 3/19/2025 | Rosanne DellAversano | B210 Business Operations | Email from / Email to Hirschkorn re: documents | 0.20 | $ 300.00 | $ 60.00 |
| 3/20/2025 | Alan Root | B210 Business Operations | Call with Westlake counsel | 0.40 | $ 600.00 | $ 240.00 |
| 4/3/2025 | Rosanne DellAversano | B210 Business Operations | Emails from/to customer re: Release of Liens | 0.20 | $ 300.00 | $ 60.00 |
| 4/7/2025 | Rosanne DellAversano | B210 Business Operations | Prepare Release of Lien and other documents; Mail to former customer | 0.40 | $ 300.00 | $ 120.00 |
| 4/23/2025 | Rosanne DellAversano | B210 Business Operations | Review Complaint filed by former customer (Phares) re: quiet title; confirm no prior request for title; email Westlake & L. Appleby; discuss with A. Root | 0.50 | $ 300.00 | $ 150.00 |
| 4/28/2025 | Rosanne DellAversano | B210 Business Operations | Review documents provided by former customer; Request VIN check | 0.30 | $ 300.00 | $ 90.00 |
| 4/30/2025 | Rosanne DellAversano | B210 Business Operations | Title work for multiple customers | 4.30 | $ 300.00 | $ 1,290.00 |
| 5/1/2025 | Rosanne DellAversano | B210 Business Operations | Emails to/from Westlake; Work on title issues | 0.80 | $ 300.00 | $ 240.00 |
| 6/2/2025 | Rosanne DellAversano | B210 Business Operations | Review outstanding title work issues | 0.80 | $ 300.00 | $ 240.00 |
| 6/16/2025 | Rosanne DellAversano | B210 Business Operations | Prepare DMV documents provided by Lessee; Secure DWC signature; Mail to Lessee | 0.50 | $ 300.00 | $ 150.00 |
| 7/24/2025 | Alan Root | B210 Business Operations | Call with R. Edwards and Westlake to discuss servicer reports and collections on securitizations | 0.50 | $ 600.00 | $ 300.00 |
| 7/27/2025 | Alan Root | B210 Business Operations | Review Iron Mountain document inventory and emails with Westlake re same | 0.30 | $ 600.00 | $ 180.00 |
| 7/28/2025 | Aaron Bach | B210 Business Operations | Discuss motion to abandon/destroy records in RAC Dealerships matter. | 0.10 | $ 400.00 | $ 40.00 |
| 7/28/2025 | Alan Root | B210 Business Operations | Due diligence re records issues | 0.80 | $ 600.00 | $ 480.00 |
| 7/30/2025 | Alan Root | B210 Business Operations | Communications with counsel to Iron Mountain re documents in storage | 0.20 | $ 600.00 | $ 120.00 |
| | | **B210 Business Operations** | | **19.20** | | **$ 7,270.00** |
| 11/12/2024 | Alan Root | B230 Financing/Cash Collections | Call with HWB re open issues | 0.20 | $ 525.00 | $ 105.00 |
| 11/14/2024 | Alan Root | B230 Financing/Cash Collections | Address issues regarding implementation of NextGear settlement | 0.70 | $ 525.00 | $ 367.50 |
| 11/19/2024 | Alan Root | B230 Financing/Cash Collections | Communications with NextGear re implementation of settlement (.2); communications with Trustee re same (.2) | 0.40 | $ 525.00 | $ 210.00 |
| 11/22/2024 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 525.00 | $ 105.00 |
| 12/11/2024 | Alan Root | B230 Financing/Cash Collections | Call with HWB | 0.30 | $ 525.00 | $ 157.50 |
| 12/12/2024 | Rosanne DellAversano | B230 Financing/Cash Collections | Email from A. Root re: HWB payment; secure accounting documents & forward to Accountant | 0.20 | $ 250.00 | $ 50.00 |
| 12/20/2024 | Alan Root | B230 Financing/Cash Collections | Call with HWB (.3); Call with Trustee re October and November residuals distributions to HWB (.5) | 0.80 | $ 525.00 | $ 420.00 |
| 12/21/2024 | Alan Root | B230 Financing/Cash Collections | Emails re 2019-2 reserve holdback and distributions to HWB per cash collateral stipulation | 0.40 | $ 525.00 | $ 210.00 |
| 12/31/2024 | Alan Root | B230 Financing/Cash Collections | Communications with Trustee and HWB re 2019-2 reserve distribution | 0.30 | $ 525.00 | $ 157.50 |
| 1/8/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB | 0.30 | $ 600.00 | $ 180.00 |
| 1/9/2025 | Alan Root | B230 Financing/Cash Collections | Discuss HWB distribution with Trustee; review cash collateral order re same and follow up with Trustee | 0.50 | $ 600.00 | $ 300.00 |
| 1/22/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.30 | $ 600.00 | $ 180.00 |
| 1/30/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB | 0.20 | $ 600.00 | $ 120.00 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 - July 31, 2025  
RAC Investment Holdings, LLC, et al.  
Case No. 23-10316 (BLS)  
August 14, 2025  
Invoice No. 19767

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 2/20/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 3/13/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.30 | $ 600.00 | $ 180.00 |
| 3/21/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 3/27/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 4/2/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB | 0.20 | $ 600.00 | $ 120.00 |
| 4/23/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 5/9/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 5/21/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 5/28/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.10 | $ 600.00 | $ 60.00 |
| 6/2/2025 | Alan Root | B230 Financing/Cash Collections | Communications with Trustee and GMCO re HWB distributions | 0.20 | $ 600.00 | $ 120.00 |
| 6/5/2025 | Alan Root | B230 Financing/Cash Collections | Communications with GMCO and Trustee re HWB distributions | 0.20 | $ 600.00 | $ 120.00 |
| 6/6/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 6/12/2025 | Alan Root | B230 Financing/Cash Collections | Communications with Trustee re distribution to HWB | 0.20 | $ 600.00 | $ 120.00 |
| 6/18/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 6/30/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB; follow up with Trustee re residual payments | 0.40 | $ 600.00 | $ 240.00 |
| 7/1/2025 | Alan Root | B230 Financing/Cash Collections | communications with Trustee indenture trustee and HWB re holdback payment under cash collateral order | 0.50 | $ 600.00 | $ 300.00 |
| 7/17/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 7/17/2025 | Alan Root | B230 Financing/Cash Collections | Communications with R. Edwards and Trustee re HWB distribution calculation | 0.60 | $ 600.00 | $ 360.00 |
| 7/23/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $ 600.00 | $ 120.00 |
| 7/28/2025 | Alan Root | B230 Financing/Cash Collections | communications with HWB counsel re cash collateral distribution | 0.20 | $ 600.00 | $ 120.00 |
| 7/29/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel on collections and cash collateral distributions | 0.50 | $ 600.00 | $ 300.00 |
| | | **B230 Financing/Cash Collections** | | **10.20** | | **$ 5,802.50** |
| 11/5/2024 | Alan Root | B240 Tax Issues | Communications with Trustee re POA for tax issues | 0.20 | $ 525.00 | $ 105.00 |
| 11/15/2024 | Alan Root | B240 Tax Issues | call with special counsel to discuss tax and related issues (.5); follow up research re same (.7) | 1.20 | $ 525.00 | $ 630.00 |
| 12/12/2024 | Alan Root | B240 Tax Issues | Call with special counsel GMCO and Westlake re outstanding tax issues | 0.50 | $ 525.00 | $ 262.50 |
| 4/24/2025 | Alan Root | B240 Tax Issues | Call with R. Edwards and special counsel re tax letters received (.4); review tax letters (.2); communications with taxing authorities (.3) | 0.90 | $ 600.00 | $ 540.00 |
| 6/5/2025 | Alan Root | B240 Tax Issues | Call with GMCO on tax and related issues | 0.40 | $ 600.00 | $ 240.00 |
| 6/5/2025 | Alan Root | B240 Tax Issues | Review tax letter from Alabama and guidance to R. DellAversano re advising of bankruptcy filing | 0.20 | $ 600.00 | $ 120.00 |
| 6/9/2025 | Rosanne DellAversano | B240 Tax Issues | Send notice of bankruptcy to State of Alabama re: tax issue | 0.20 | $ 300.00 | $ 60.00 |
| 7/23/2025 | Alan Root | B240 Tax Issues | Research re tax claim submitted by Alabama; follow up with Trustee re same | 0.70 | $ 600.00 | $ 420.00 |
| 7/24/2025 | Alan Root | B240 Tax Issues | Communications with special counsel on tax matters | 0.30 | $ 600.00 | $ 180.00 |
| | | **B240 Tax Issues** | | **4.60** | | **$ 2,557.50** |
| | | **Total Fees** | | **112.90** | | **$56,330.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chipman Brown Cicero Cole, LLP | | | RAC Investment Holdings, LLC, et al. | | | August 14, 2025 |
| November 1, 2024 - July 31, 2025 | | | Case No. 23-10316 (BLS) | | | Invoice No. 19767 |

| Date | User | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|

**Expenses**

| Date | User | Activity | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 2/28/2025 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Services Labeling and Postage [inv.#260647]) | 1.00 | $ 124.41 | $ 124.41 |
| 11/19/2024 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Labeling Postage [inv.#195378]) | 1.00 | $ 225.95 | $ 225.95 |
| 12/9/2024 | Kaylee Paranczak | E102 Outside printing | Reliable (Inv.#WL120655) | 1.00 | $ 26.85 | $ 26.85 |
| 3/12/2025 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Services Tabbing Binding and expedited court delivery [inv.#263124]) | 1.00 | $ 85.51 | $ 85.51 |
| 3/25/2025 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Services Preparation for Delivery Postage Manual Labor [inv.#264387]) | 1.00 | $ 105.21 | $ 105.21 |
| 3/25/2025 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Services Labeling and Postage [inv.#264242]) | 1.00 | $ 57.05 | $ 57.05 |
| 1/9/2025 | Kaylee Paranczak | E106 Online research | PACER (10.01.2024 to 12.31.2024) | 1.00 | $ 4.20 | $ 4.20 |
| 4/1/2025 | Kaylee Paranczak | E106 Online research | GoldFynch Ediscovery Program (inv.#2025027741) | 1.00 | $ 800.32 | $ 800.32 |
| 4/7/2025 | Kaylee Paranczak | E106 Online research | PACER (01/01/2025 to 03/31/2025 charges [inv # 6548631-Q12025]) | 1.00 | $ 31.90 | $ 31.90 |
| 5/1/2025 | Kaylee Paranczak | E106 Online research | GoldFynch Ediscovery (inv. 2025037730) | 1.00 | $ 896.00 | $ 896.00 |
| 6/1/2025 | Kaylee Paranczak | E106 Online research | GoldFynch Ediscovery Services for May 2025 (inv.#2025047731) | 1.00 | $ 771.76 | $ 771.76 |
| 11/5/2024 | Kaylee Paranczak | E108 Postage | DLS Discovery (Printing services labeling postage [inv.#195064]) | 1.00 | $ 77.10 | $ 77.10 |
| 11/13/2024 | Kaylee Paranczak | E108 Postage | Reliable (Mailing Services and Postage [inv.#WL120172]) | 1.00 | $ 89.40 | $ 89.40 |
| 11/21/2024 | Kaylee Paranczak | E108 Postage | Fedex Shipping (inv.#8-694-11922) | 1.00 | $ 32.80 | $ 32.80 |
| 12/9/2024 | Kaylee Paranczak | E108 Postage | Fedex Shipping (inv.#8-714-02744) | 1.00 | $ 34.56 | $ 34.56 |
| 2/24/2025 | Rosanne DellAversano | E108 Postage | Postage | 1.00 | $ 2.91 | $ 2.91 |
| 3/13/2025 | Kaylee Paranczak | E108 Postage | Fedex Shipping (inv.#8-801-66288) | 1.00 | $ 27.08 | $ 27.08 |
| 3/17/2025 | Kaylee Paranczak | E108 Postage | Fedex Shipping (inv.#8-809-79977) | 2.00 | $ 38.82 | $ 77.64 |
| 3/24/2025 | Rosanne DellAversano | E108 Postage | Postage | 1.00 | $ 8.56 | $ 8.56 |
| 4/30/2025 | Rosanne DellAversano | E108 Postage | Postage | 1.00 | $ 11.64 | $ 11.64 |
| 6/11/2025 | Kaylee Paranczak | E108 Postage | DLS Discovery (Printing Services Technical Time Postage [inv.#270732]) | 1.00 | $ 77.05 | $ 77.05 |
| 6/16/2025 | Rosanne DellAversano | E108 Postage | Postage | 1.00 | $ 3.88 | $ 3.88 |
| 7/29/2025 | Rosanne DellAversano | E108 Postage | Postage - Certified Mail & First Class Mail | 1.00 | $ 61.94 | $ 61.94 |

**Total Expenses** $ 3,633.72