# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.*,[4] | Case No. 23-10316 (BLS) (Jointly Administered) |
| Debtors. | **Re: Dkt. No. __** |

### ORDER APPROVING SETTLEMENTS OF CHAPTER 5
### CAUSES OF ACTION PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the *Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[5] and the Court having reviewed the Motion and the Settlement Agreements described in and attached to the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, it is hereby

**ORDERED AS FOLLOWS:**

1. The Motion is granted.

2. The Settlement Agreements described in and attached to the Motion are hereby approved.

3. The Trustee is hereby authorized to take all actions necessary or desirable to

---

[4] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

[5] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

230964088 v2

2

effectuate the terms of the Settlement Agreements.

      4.      The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Settlement Agreements and (ii) resolve any disputes arising under or in connection with the Settlement Agreements and any related documents.  Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.