IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 8, 2025 AT 3:00 P.M. (ET)**

**THERE ARE NO MATTERS GOING FORWARD.
THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**UNCONTESTED MATTER WITH AN ORDER:**

1. Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 380; filed September 8, 2025]

   Response Deadline: September 22, 2025 at 4:00 p.m. (ET)

   Responses Received: None

   Related Documents:

   A. Certificate of No Objection Regarding Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 382; filed September 23, 2025]

   B. Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 383; entered September 24, 2025]

   Status: An order has been entered. Accordingly, no hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

231062983 v1

2

| | |
|---|---|
| Dated:  September 24, 2025 | By: /s/ Natasha M. Songonuga |
| | Natasha M. Songonuga (Bar No. 5391) |
| | ARCHER & GREINER, P.C. |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-4350 |
| | Email: nsongonuga@archerlaw.com |
| | |
| | -and- |
| | |
| | Gerard DiConza |
| | ARCHER & GREINER, P.C. |
| | 1211 Avenue of the Americas |
| | Suite 2750 |
| | New York, NY 10036 |
| | Tel: (212) 682-4940 |
| | Email: gdiconza@archerlaw.com |
| | |
| | *Attorneys for Chapter 7 Trustee* |