## **CERTIFICATE OF SERVICE**

I, Aaron J. Bach, hereby certify that on October 15, 2025, I caused to be served the foregoing motion (i) by CM/ECF on all parties registered to receive notices in these cases and (ii) on all parties on the attached service list as indicated thereon.

*/s/ Aaron J. Bach*
Aaron J. Bach (No. 7364)

## **SERVICE LIST**

*VIA* **ELECTRONIC MAIL**

Joseph M Mulvihill, Esquire
*Young Conaway Stargatt & Taylor, LLP*
bankfilings@ycst.com

Matthew B. Harvey, Esquire
Sophie Rogers Churchill, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
mharvey@morrisnichols.com;
srchurchill@morrisnichols.com

M. Blake Cleary, Esquire
Aaron H. Stulman, Esquire
*Potter Anderson & Corroon LLP*
bcleary@potteranderson.com
astulman@potteranderson.com

Jack A. Raisner, Esquire
René S. Roupinian, Esquire
*Raisner Roupinian LLP*
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

Andrew J. Roth-Moore, Esquire
*Cole Schotz P.C.*
aroth-moore@coleschotz.com

Dennis A. Meloro, Esquire
*Greenberg Traurig, LLP*
Dennis.Meloro@gtlaw.com

Howard Marc Spector, Esquire
*Spector & Cox, PLLC*
hspector@spectorcox.com

Thomas Lobello, III, Esquire
*Rolfe & Lobello, P.A.*
tl@rolfelaw.com

James H. Millar, Esquire
Laura E. Appleby, Esquire
*Faegre Drinker Biddle & Reath LLP*
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com

Joel L. Perrell, Jr., Esquire
*Womble Bond Dickinson (US) LLP*
joel.perrell@wbd-us.com

William S. Brody, Esquire
Julian I. Gurule, Esquire
*Buchalter, P.C.*
jgurule@buchalter.com; wbrody@buchalter.com

Stephen E. Gruendel, Esquire
Cole Richins, Esquire
Zachary H. Smith, Esquire
*Moore & Van Allen PLLC*
stevegruendel@mvalaw.com;
colerichins@mvalaw.com
zacharysmith@mvalaw.com

Christopher D. Loizides, Esquire
*Loizides, P.A.*
loizides@loizides.com

Ross E. Webster, Esquire
Ricky Hutchens, Esquire
*Glankler Brown, PLLC*
rwebster@glankler.com
rhutchens@glankler.com

John H. Knight, Esquire
Huiqi Liu, Esquire
*Richards, Layton & Finger, P.A.*
knight@rlf.com; liu@rlf.com

Linda J. Casey, Esquire
*Office of the United States Trustee*
linda.casey@usdoj.gov

Brian T. FitzGerald
Senior Assistant County Attorney
*Hillsborough County*
fitzgeraldb@hillsboroughcounty.org
stroupj@hillsboroughcounty.org
connorsa@hillsboroughcounty.org

Ian J. Bambrick, Esquire
Katharina Earle, Esquire
*Faegre Drinker Biddle & Reath LLP*
ian.bambrick@faegredrinker.com
katharina.earle@faegredrinker.com

Morgan L. Patterson, Esquire
*Womble Bond Dickinson (US) LLP*
morgan.patterson@wbd-us.com

Bruce J. Ruzinsky, Esquire
*Jackson Walker L.L.P.*
bruzinsky@jw.com

Eric J. Monzo, Esquire
Tara C. Pakrouh, Esquire
*Morris James LLP*
emonzo@morrisjames.com
tpakrouh@morrisjames.com

John D. Elrod, Esquire
*Greenberg Traurig, LLP*
elrodj@gtlaw.com

Philip C. Hearn, Esquire
*Hearn Law Firm, P.A.*
philiphearn@yahoo.com

Turner N. Falk, Esquire
*Saul Ewing LLP*
turner.falk@saul.com

Laura L. McCloud, Esquire
*Tennessee Attorney General's Office*
agbankdelaware@ag.tn.gov

Callan C Searcy, Esquire
*Texas Office of Attorney General*
bk-csearcy@texasattorneygeneral.gov

Scott D. Cousins, Esquire
*Lewis Brisbois Bisgaard & Smith LLP*
scott.cousins@lewisbrisbois.com

Monique B. DiSabatino, Esquire
*Saul Ewing LLP*
monique.disabatino@saul.com

Emily Margaret Hahn, Esquire
*Abernathy, Roeder, Boyd & Hullett, P.C.*
ehahn@abernathy-law.com

## *Via* Regular Mail

Gwendolyn Adams
3500 Fernandina Road, Apartment 06
Columbia, South Carolina 29210

Lois Williams
413 South Gatlin Street
Okolona, Mississippi 38860

Wilbur Bleckinger, III
11391 N.W. 18th Place
Ocala, Florida 34482

Sarah Lidley
140 Carrington Lane
Calera, Alabama 35040

Moyzetta S. McGee
1202 West 49th Street
Savannah, Georgia 31405

Christina Harris
10314 Zackary Circle, Apartment 110
Riverview, Florida 33578

Jessalyn Grace Arnold
44 Brierwood Lane
Satsuma, Alabama 36572

Henry C. Shelton, III
*Adams and Reese, LLP*
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119

Nereida Alicia
301 Gordon Street
Glennville, Georgia 30427

Michael Judkins
2200 Dillon Terrace
Greenwood, Arkansas 72936

Patrice R. Jones
2309 Winona Avenue
Montgomery, Alabama 36107

Heather Millerden
3171 Pleasant Valley Road, Apartment 20
Mobile, Alabama 36606

Alicia Howard
847 Garfield Street
Nashville, Tennessee 37208

Kenya Hunter
224 Mark Street
Easley, South Carolina 29640

RaMonica Hughes
928 Senate Avenue
Jeffersonville, Indiana 47130