# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as Chapter 7 Trustee for the above-captioned Chapter 7 Debtors,<br><br>Plaintiff,<br>v.<br><br>Defendants Listed on Exhibit "A",<br><br>Defendants. | **Adv. Proc. No.: See Exhibit "A"** |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 5, 2025 AT 9:15 A.M. (ET)

---

### THIS HEARING HAS BEEN <u>CANCELLED</u>
### AS NO MATTERS ARE GOING FORWARD

---

**PRETRIAL CONFERENCE**

1. Summons and Notice of Pretrial Conference in Adversary Proceeding Nos. 25-52213 (BLS), 25-52214 (BLS) and 25-52214 (BLS) (collectively, the "Adversary Proceedings") scheduling Pretrial Conference for November 5, 2025 at 9:15 a.m.

2. <u>Status</u>:    Pursuant to Paragraphs 4 and 19 of the *Order Regarding Motion of Chapter 7 Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Bought Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550* entered on April 9, 2025 [Main Case Dkt. No. 360], the Pretrial Conference is cancelled, and no appearances are necessary.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

231189607 v2

|  |  |
|---|---|
| Dated: October 20, 2025<br>Wilmington, Delaware | By: */s/ Natasha M. Songonuga*<br>Natasha M. Songonuga (Bar No. 5391)<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Email: nsongonuga@archerlaw.com<br><br>Gerard DiConza<br>ARCHER & GREINER, P.C.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 682-4940<br>Email: gdiconza@archerlaw.com<br><br>Patrick A. Afriye<br>Archer & Greiner P.C.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>Tel: (856) 673-7153<br>Email:  pafriyie@archerlaw.com<br><br>*Attorneys for David W. Carickhoff, solely in his capacity as Chapter 7 Trustee for the Estates of the Above-Captioned Debtors* |

231189607 v2

**EXHIBIT "A"**

**AVOIDANCE ACTIONS**

| | |
|---|---|
| 25-52213-BLS | Carickhoff v.   DOCUSIGN, INC. |
| 25-52214-BLS | Carickhoff v.   ROAD TESTED PARTS, LLC d/b/a WEAVER AUTOMOTIVE |
| 25-52215-BLS | Carickhoff v.   HARMELIN AND ASSOCIATES INC. |

231189607 v2