# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtor. | **Re: Docket No. 386** |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER FURTHER EXTENDING THE DEADLINE TO ASSUME OR REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases* [Docket No. 386] (the "**Motion**") filed on October 15, 2025. Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than October 29, 2025, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection, or other responsive pleading to the relief requested in the Motion has been filed.

**WHEREFORE**, the undersigned, on behalf of the Chapter 7 Trustee, respectfully requests that the Court enter the form of order attached to the Motion, at the Court's earliest convenience.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Dated: October 31, 2025
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*

Alan M. Root (No. 5427)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:   root@chipmanbrown.com
             bach@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

- 2 -

4927-9380-3894, v. 1