# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on October 31, 2025, I caused to be served the *Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases* [Docket No. 389] in the manner indicated upon the parties listed on the attached Service List.

Dated: November 5, 2025
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Joseph M Mulvihill, Esquire
*Young Conaway Stargatt & Taylor, LLP*
bankfilings@ycst.com

William S. Brody, Esquire
*Buchalter, P.C.*
wbrody@buchalter.com

Matthew B. Harvey, Esquire
Sophie Rogers Churchill, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
mharvey@morrisnichols.com
srchurchill@morrisnichols.com

Stephen E. Gruendel, Esquire
Cole Richins, Esquire
Zachary H. Smith, Esquire
*Moore & Van Allen PLLC*
stevegruendel@mvalaw.com
colerichins@mvalaw.com
zacharysmith@mvalaw.com

M. Blake Cleary, Esquire
Aaron H. Stulman, Esquire
*Potter Anderson & Corroon LLP*
bcleary@potteranderson.com
astulman@potteranderson.com

Christopher D. Loizides, Esquire
*Loizides, P.A.*
loizides@loizides.com

Jack A. Raisner, Esquire
René S. Roupinian, Esquire
*Raisner Roupinian LLP*
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

Ross E. Webster, Esquire
Ricky Hutchens, Esquire
*Glankler Brown, PLLC*
rwebster@glankler.com
rhutchens@glankler.com

Morgan L. Patterson, Esquire
*Womble Bond Dickinson (US) LLP*
morgan.patterson@wbd-us.com

John H. Knight, Esquire
Huiqi Liu, Esquire
*Richards, Layton & Finger, P.A.*
knight@rlf.com
liu@rlf.com

Dennis A. Meloro, Esquire
*Greenberg Traurig, LLP*
Dennis.Meloro@gtlaw.com

Linda J. Casey, Esquire
*Office of the United States Trustee*
linda.casey@usdoj.gov

Howard Marc Spector, Esquire
*Spector & Cox, PLLC*
hspector@spectorcox.com

Brian T. FitzGerald
Senior Assistant County Attorney
fitzgeraldb@hillsboroughcounty.org
stroupj@hillsboroughcounty.org
connorsa@hillsboroughcounty.org

Thomas Lobello, III, Esquire
tl@rolfelaw.com

Ian J. Bambrick, Esquire
*Faegre Drinker Biddle & Reath LLP*
ian.bambrick@faegredrinker.com

James H. Millar, Esquire
Laura E. Appleby, Esquire
*Faegre Drinker Biddle & Reath LLP*
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com

| | |
|---|---|
| Joel L. Perrell, Jr., Esquire<br>*Womble Bond Dickinson (US) LLP*<br>joel.perrell@wbd-us.com | Bruce J. Ruzinsky, Esquire<br>*Jackson Walker L.L.P.*<br>bruzinsky@jw.com |
| Eric J. Monzo, Esquire<br>Tara C. Pakrouh, Esquire<br>*Morris James LLP*<br>emonzo@morrisjames.com<br>tpakrouh@morrisjames.com | Callan C Searcy, Esquire<br>*Texas Office of Attorney General*<br>bk-csearcy@texasattorneygeneral.gov |
| John D. Elrod, Esquire<br>*Terminus 200*<br>elrodj@gtlaw.com | Scott D. Cousins, Esquire<br>*Lewis Brisbois*<br>scott.cousins@lewisbrisbois.com |
| Philip C. Hearn, Esquire<br>*Hearn Law Firm, P.A.*<br>philiphearn@yahoo.com | Monique B. DiSabatino, Esquire<br>*Saul Ewing LLP*<br>monique.disabatino@saul.com |
| Turner N. Falk, Esquire<br>*Saul Ewing LLP*<br>turner.falk@saul.com | Emily Margaret Hahn, Esquire<br>*Abernathy, Roeder, Boyd & Hullett, P.C.*<br>ehahn@abernathy-law.com |
| Laura L. McCloud, Esquire<br>*Tennessee Attorney General's Office*<br>agbankdelaware@ag.tn.gov | Henry C. Shelton, III<br>*Adams and Reese, LLP*<br>hank.shelton@arlaw.com |