# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 19, 2025, AT 9:30 A.M. (EASTERN TIME)**

> **AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.  RESOLVED MATTER:**

1. Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed on October 15, 2025 [Docket No. 386].

   Objection Deadline:     October 29, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:     None.

   Related Pleadings:

   A.  Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed on October 31, 2025 [Docket No. 388].

   B.  Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, entered October 31, 2025 [Docket No. 389].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

<u>Status</u>: An order has been signed. No hearing is necessary.

Dated: November 13, 2025        **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

                                             */s/ Alan M. Root*
                                             Alan M. Root (No. 5427)
                                             Hercules Plaza
                                             1313 North Market Street, Suite 5400
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 295-0192
                                             Email:   root@chipmanbrown.com

                                             *Counsel for the Chapter 7 Trustee*