**CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on November 13, 2025, I caused to be served the foregoing **Notice of Agenda of Matters Scheduled for Hearing on November 19, 2025, At 9:30 a.m. (Eastern Time)** (i) by CM/ECF on all parties registered to receive notices in these cases and (ii) on all parties on the attached service list as indicated thereon.

*/s/ Alan M. Root*
Alan M. Root (No. 5427)

**SERVICE LIST – ELECTRONIC MAIL**

| | |
|---|---|
| Joseph M Mulvihill, Esquire<br>*Young Conaway Stargatt & Taylor, LLP*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>bankfilings@ycst.com | William S. Brody, Esquire<br>Julian I. Gurule, Esquire<br>*Buchalter, P.C.*<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017<br>jgurule@buchalter.com<br>wbrody@buchalter.com |
| Matthew B. Harvey, Esquire<br>Sophie Rogers Churchill, Esquire<br>*Morris, Nichols, Arsht & Tunnell LLP*<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>mharvey@morrisnichols.com<br>srchurchill@morrisnichols.com | Stephen E. Gruendel, Esquire<br>Cole Richins, Esquire<br>Zachary H. Smith, Esquire<br>*Moore & Van Allen PLLC*<br>100 North Tyron Street, Suite 4700<br>Charlotte, North Carolina 28201<br>stevegruendel@mvalaw.com<br>colerichins@mvalaw.com<br>zacharysmith@mvalaw.com |
| M. Blake Cleary, Esquire<br>Aaron H. Stulman, Esquire<br>*Potter Anderson & Corroon LLP*<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>bcleary@potteranderson.com<br>astulman@potteranderson.com | Christopher D. Loizides, Esquire<br>*Loizides, P.A.*<br>1225 King Street, Suite 800<br>Wilmington, Delaware 19801<br>loizides@loizides.com |
| Jack A. Raisner, Esquire<br>René S. Roupinian, Esquire<br>*Raisner Roupinian LLP*<br>270 Madison Avenue<br>Suite 1801<br>New York, New York 10010<br>jar@raisnerroupinian.com<br>rsr@raisnerroupinian.com | Ross E. Webster, Esquire<br>Ricky Hutchens, Esquire<br>*Glankler Brown, PLLC*<br>6000 Poplar Avenue, Suite 400<br>Memphis, Tennessee 38119<br>rwebster@glankler.com<br>rhutchens@glankler.com |
| Andrew J. Roth-Moore, Esquire<br>*Cole Schotz P.C.*<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>aroth-moore@coleschotz.com | John H. Knight, Esquire<br>Huiqi Liu, Esquire<br>*Richards, Layton & Finger, P.A.*<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>knight@rlf.com<br>liu@rlf.com |
| Dennis A. Meloro, Esquire<br>*Greenberg Traurig, LLP*<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Dennis.Meloro@gtlaw.com | Linda J. Casey, Esquire<br>*Office of the United States Trustee*<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>linda.casey@usdoj.gov |

| | |
|---|---|
| Howard Marc Spector, Esquire<br>*Spector & Cox, PLLC*<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251<br>hspector@spectorcox.com | Brian T. FitzGerald<br>Senior Assistant County Attorney<br>P.O. Box 1110<br>Tampa, Florida 33601-1110<br>fitzgeraldb@hillsboroughcounty.org<br>stroupj@hillsboroughcounty.org<br>connorsa@hillsboroughcounty.org |
| Thomas Lobello, III, Esquire<br>P.O. Box 4400<br>Jacksonville, Florida 32201-4400<br>tl@rolfelaw.com<br>toliver@rolfelaw.com | Ian J. Bambrick, Esquire<br>Katharina Earle, Esquire<br>*Faegre Drinker Biddle & Reath LLP*<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>ian.bambrick@faegredrinker.com<br>katharina.earle@faegredrinker.com |
| James H. Millar, Esquire<br>Laura E. Appleby, Esquire<br>*Faegre Drinker Biddle & Reath LLP*<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>james.millar@faegredrinker.com<br>laura.appleby@faegredrinker.com | Morgan L. Patterson, Esquire<br>*Womble Bond Dickinson (US) LLP*<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>morgan.patterson@wbd-us.com |
| Joel L. Perrell, Jr., Esquire<br>*Womble Bond Dickinson (US) LLP*<br>100 Light Street, 26th Floor<br>Baltimore, Maryland 21202<br>joel.perrell@wbd-us.com | Bruce J. Ruzinsky, Esquire<br>*Jackson Walker L.L.P.*<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>bruzinsky@jw.com |
| Eric J. Monzo, Esquire<br>Tara C. Pakrouh, Esquire<br>*Morris James LLP*<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>emonzo@morrisjames.com<br>tpakrouh@morrisjames.com | Callan C Searcy, Esquire<br>*Texas Office of Attorney General*<br>300 West 15th Street, 8th Floor<br>Austin, Texas 78701<br>bk-csearcy@texasattorneygeneral.gov |
| John D. Elrod, Esquire<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, Georgia 30305<br>elrodj@gtlaw.com | Scott D. Cousins, Esquire<br>Scott D. Jones, Esquire<br>*Cousins Law LLC*<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, Delaware 19801<br>scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com |

| | |
|---|---|
| Philip C. Hearn, Esquire<br>*Hearn Law Firm, P.A.*<br>102 North Guyton Boulevard<br>Blue Mountain, Mississippi 38610<br>philiphearn@yahoo.com | Monique B. DiSabatino, Esquire<br>Saul Ewing LLP<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>monique.disabatino@saul.com |
| Turner N. Falk, Esquire<br>*Saul Ewing LLP*<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102<br>turner.falk@saul.com | Emily Margaret Hahn, Esquire<br>*Abernathy, Roeder, Boyd & Hullett, P.C.*<br>1700 Redbud Boulevard, Suite 300<br>McKinney, Texas 75069<br>ehahn@abernathy-law.com |
| Laura L. McCloud, Esquire<br>*Tennessee Attorney General's Office*<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>agbankdelaware@ag.tn.gov | Jenny R. Kasen, Esquire<br>Kasen & Kasen, P.C.<br>1213 N. King Street, Suite 2<br>Wilmington, DE 19801<br>jkasen@kasenlaw.com |

# **SERVICE LIST – FIRST-CLAS MAIL**

Gwendolyn Adams
3500 Fernandina Road, Apt. 06
Columbia, South Carolina 29210

Lois Williams
413 S. Gatlin St.
Okolona, Mississippi 38860

Wilbur Bleckinger, III
11391 N.W. 18th Place
Ocala, Florida 34482

Sarah Lidley
140 Carrington Lane
Calera, Alabama 35040

Moyzetta S. McGee
1202 West 49th Street
Savannah, Georgia 31405

Christina Harris
10314 Zackary Circle, Apt. 110
Riverview, Florida 33578

Jessalyn Grace Arnold
44 Brierwood Lane
Satsuma, Alabama 36572

Henry C. Shelton, III
*Adams and Reese, LLP*
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119

Nereida Alicia
301 Gordon Street
Glennville, Georgia 30427

Michael Judkins
2200 Dillon Ter.
Greenwood, Arkansas 72936

Patrice R. Jones
2309 Winona Avenue
Montgomery, Alabama 36107

Heather Millerden
3171 Pleasant Valley Road, Apt. 20
Mobile, Alabama 36606

Alicia Howard
847 Garfield Street
Nashville, Tennessee 37208

Kenya Hunter
224 Mark Street
Easley, South Carolina 29640

RaMonica Hughes
928 Senate Avenue
Jeffersonville, Indiana 47130