**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: January 21, 2026 @ 9:30 a.m. (ET)<br>Objection Deadline: December 23, 2025 @ 4:00 p.m. (ET) |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL TO ABANDON AND/OR DESTROY CERTAIN RECORDS AND DOCUMENTS STORED AT IRON MOUNTAIN**

**PLEASE TAKE NOTICE** that David W. Carickhoff the Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estates of the above-captioned debtors (the "**Debtors**"), has filed the *Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

Any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **December 23, 2025 at 4:00 p.m. (Eastern Time)**.

If an objection is timely filed and served, a hearing on the Motion will be held on **January 21, 2026 at 9:30 a.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**If no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.**

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

- 2 -

Dated: December 9, 2025
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*

Alan M. Root (No. 5427)
Alison R. Maser (No. 7430)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: root@chipmanbrown.com
       maser@chipmanbrown.com
       bach@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

- 2 -