## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on December 9, 2025, I caused to be served the *Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain* in the manner indicated upon the parties listed on the attached Service List.

Dated:  December 9, 2025
        Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Alan M. Root
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

| | |
|---|---|
| Joseph M Mulvihill, Esquire<br>*Young Conaway Stargatt & Taylor, LLP*<br>bankfilings@ycst.com | William S. Brody, Esquire<br>*Buchalter, P.C.*<br>wbrody@buchalter.com |
| Matthew B. Harvey, Esquire<br>Sophie Rogers Churchill, Esquire<br>*Morris, Nichols, Arsht & Tunnell LLP*<br>mharvey@morrisnichols.com<br>srchurchill@morrisnichols.com | Stephen E. Gruendel, Esquire<br>Cole Richins, Esquire<br>Zachary H. Smith, Esquire<br>*Moore & Van Allen PLLC*<br>stevegruendel@mvalaw.com<br>colerichins@mvalaw.com<br>zacharysmith@mvalaw.com |
| M. Blake Cleary, Esquire<br>Aaron H. Stulman, Esquire<br>*Potter Anderson & Corroon LLP*<br>bcleary@potteranderson.com<br>astulman@potteranderson.com | Christopher D. Loizides, Esquire<br>*Loizides, P.A.*<br>loizides@loizides.com |
| Jack A. Raisner, Esquire<br>René S. Roupinian, Esquire<br>*Raisner Roupinian LLP*<br>jar@raisnerroupinian.com<br>rsr@raisnerroupinian.com | Ross E. Webster, Esquire<br>Ricky Hutchens, Esquire<br>*Glankler Brown, PLLC*<br>rwebster@glankler.com<br>rhutchens@glankler.com |
| Morgan L. Patterson, Esquire<br>*Womble Bond Dickinson (US) LLP*<br>morgan.patterson@wbd-us.com | John H. Knight, Esquire<br>Huiqi Liu, Esquire<br>*Richards, Layton & Finger, P.A.*<br>knight@rlf.com<br>liu@rlf.com |
| Dennis A. Meloro, Esquire<br>*Greenberg Traurig, LLP*<br>Dennis.Meloro@gtlaw.com | Linda J. Casey, Esquire<br>*Office of the United States Trustee*<br>linda.casey@usdoj.gov |
| Howard Marc Spector, Esquire<br>*Spector & Cox, PLLC*<br>hspector@spectorcox.com | Brian T. FitzGerald<br>Senior Assistant County Attorney<br>fitzgeraldb@hillsboroughcounty.org<br>stroupj@hillsboroughcounty.org<br>connorsa@hillsboroughcounty.org |
| Thomas Lobello, III, Esquire<br>tl@rolfelaw.com | Ian J. Bambrick, Esquire<br>*Faegre Drinker Biddle & Reath LLP*<br>ian.bambrick@faegredrinker.com |

James H. Millar, Esquire
Laura E. Appleby, Esquire
*Faegre Drinker Biddle & Reath LLP*
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com

Joel L. Perrell, Jr., Esquire
*Womble Bond Dickinson (US) LLP*
joel.perrell@wbd-us.com

Eric J. Monzo, Esquire
Tara C. Pakrouh, Esquire
*Morris James LLP*
emonzo@morrisjames.com
tpakrouh@morrisjames.com

John D. Elrod, Esquire
*Terminus 200*
elrodj@gtlaw.com

Philip C. Hearn, Esquire
*Hearn Law Firm, P.A.*
philiphearn@yahoo.com

Turner N. Falk, Esquire
*Saul Ewing LLP*
turner.falk@saul.com

Laura L. McCloud, Esquire
*Tennessee Attorney General's Office*
agbankdelaware@ag.tn.gov

Jenny R. Kasen, Esquire
*Kasen & Kasen, P.C.*
jkasen@kasenlaw.com

Bruce J. Ruzinsky, Esquire
*Jackson Walker L.L.P.*
bruzinsky@jw.com

Callan C Searcy, Esquire
*Texas Office of Attorney General*
bk-csearcy@texasattorneygeneral.gov

Scott D. Cousins, Esquire
*Lewis Brisbois*
scott.cousins@lewisbrisbois.com

Monique B. DiSabatino, Esquire
*Saul Ewing LLP*
monique.disabatino@saul.com

Emily Margaret Hahn, Esquire
*Abernathy, Roeder, Boyd & Hullett, P.C.*
ehahn@abernathy-law.com

Henry C. Shelton, III
*Adams and Reese, LLP*
hank.shelton@arlaw.com

Jacqueline M. (Price) Doyle, Esq.
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
jmp@bostonbusinesslaw.com