**11IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtor. | **Re: Docket No. 394** |

## CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL TO ABANDON AND/OR DESTROY CERTAIN RECORDS AND DOCUMENTS STORED AT IRON MOUNTAIN

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain* [Docket No. 394] (the "**Motion**") filed on December 9, 2025.  Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than December 23, 2025, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").  The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection, or other responsive pleading to the relief requested in the Motion has been filed.

**WHEREFORE**, the undersigned, on behalf of the Chapter 7 Trustee, respectfully requests that the Court enter the form of order attached to the Motion, at the Court's earliest convenience.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Dated:  December 24, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
_____

Alan M. Root (No. 5427)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  root@chipmanbrown.com
       bach@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*