**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 394** |

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO ABANDON
AND/OR DESTROY CERTAIN RECORDS AND DOCUMENTS STORED AT IRON
MOUNTAIN**

Upon the *Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain* (the "**Motion**")[2]; and the Court finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157 and that due and sufficient notice of the Motion has been given under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is hereby authorized, in his sole discretion and without further Court Order, to abandon and/or destroy, recycle and/or dispose of any Records stored at Iron Mountain

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

that the Trustee determines are not necessary to the administration of the Estates or are cost prohibitive to store. The Records shall be deemed abandoned as of the date of this Order.

3. The Trustee and his agents are authorized to take all actions necessary to effect the relief granted without further order of this Court. The Trustee is authorized to pay the costs and expenses of destroying, recycling, or otherwise disposing of the Records.

Dated: December 29th, 2025
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

4898-6419-0297, v. 3