# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAC Investment Holdings, LLC, *et al.*,[1] <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10316 (BLS) <br> (Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as Chapter 7 Trustee for the above-captioned Chapter 7 Debtors., <br><br> Plaintiff, <br><br> -against- <br><br> AUTO ZONE INC., <br> TITLE TECHNOLOGIES, INC., <br><br> Defendants. | <br><br><br><br><br><br><br><br> Adv. Proc. No. 25-50404 (BLS) <br> Adv. Proc. No. 25-50430 (BLS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JANUARY 21, 2026, AT 9:30 A.M. (EASTERN TIME)

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.     RESOLVED MATTERS:**

1. Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019, filed on December 9, 2025 [Docket No. 393].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

    Objection Deadline:    December 30, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        A.    Amended Notice of Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019, filed on December 15, 2025 [Docket No. 395].

        B.    Certificate of No Objection Regarding Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019, filed on January 7, 2026 [Docket No. 398].

        C.    Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019, entered January 8, 2026 [Docket No. 399].

    Status:    An order has been signed. No hearing is necessary.

2. Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain, filed on December 9, 2025 [Docket No. 394].

    Objection Deadline:    December 30, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        D.    Certificate of No Objection Regarding Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain, filed on December 24, 2025 [Docket No. 396].

        E.    Order Authorizing the Chapter 7 Trustee to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain, entered December 29, 2025 [Docket No. 397].

    Status:    An order has been signed. No hearing is necessary.

Dated: January 15, 2026
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*