IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10318 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 3006 and that certain Settlement Agreement between David W. Carickhoff, as the chapter 7 trustee for the bankruptcy estates of RAC Investment Holdings, LLC, *et al.* and Manheim Inc. d/b/a Cox Automotive Inc. and Ready Logistics LLC d/b/a Cox Automotive Inc., Manheim Inc. a/k/a Manheim Remarketing, Inc. hereby withdraws the following proofs of claim:

| Claim # | Date Filed | Debtor Entity / Case Number / Claim Amount |
|---|---|---|
| 28 | 09/07/2023 | RAC Servicer, LLC, 23-10320 (BLS) $13,851.00 |
| 7 | 09/07/2023 | RAC Intermediate Holdings, LLC, 23-10319 (BLS) $13,851.00 |
| 21 | 09/07/2023 | RAC King, LLC, 23-10317 (BLS) $13,851.00 |
| 40 | 09/07/2023 | RAC Investment Holdings, LLC, 23-10316 (BLS) $13,851.00 |

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

| Claim # | Date Filed | Debtor Entity / Case Number / Claim Amount |
|---|---|---|
| 185 | 09/07/2023 | RAC Dealership, LLC, 23-10318 (BLS) <br> $13,851.00 |
| 9 | 09/07/2023 | RAC Asset Holdings, LLC, 23-10321 (BLS) <br> $13,851.00 |

Dated: February 13, 2026         **GREENBERG TRAURIG, LLP**
Wilmington, Delaware

 */s/ Dennis A. Meloro*
 Dennis A. Meloro (DE Bar No. 4435)
 The Nemours Building
 1007 North Orange Street, Suite 1200
 Wilmington, Delaware 19801
 Telephone: (302) 661-7000
 Facsimile:  (302) 661-7360
 Email:  Dennis.Meloro@gtlaw.com

 -and-

 John D. Elrod
 Terminus 200
 3333 Piedmont Road NE, Suite 2500
 Atlanta, Georgia 30305
 Telephone: (678) 553-2100
 Facsimile:  (678) 553-2212
 Email:  elrodj@gtlaw.com

 *Counsel for Manheim Remarketing, Inc.*