**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) (Jointly Administered) |
| Debtors. | |
| | **Re:    Bankr. Dkt. No. 403** |
| | **Alliant Adv. Proc. Dkt. No. 9** |
| | **Harmelin Adv. Proc. Dkt. No. 8** |
| | **Primeritus Adv. Proc. Dkt. No. 5** |

**CERTIFICATE OF NO OBJECTION REGARDING
CHAPTER 7 TRUSTEE'S MOTION FOR AN
ORDER APPROVING SETTLEMENTS OF CHAPTER 5
CAUSES OF ACTION PURSUANT TO FED. R. BANKR. P. 9019**

On March 4, 2026, David W. Carickhoff, the Chapter 7 Trustee of the above-captioned Debtors, filed the *Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9010* [Bankr. Dkt. No. 403; Alliant Adv. Proc. Dkt. No. 9; Harmelin Adv. Proc. Dkt. No. 8; Primeritus Adv. Proc. Dkt. No. 5] (the "Motion").

Pursuant to the Notice filed with the Motion, objections to the Motion were to be filed and served no later than March 25, 2026 at 4:00 p.m. (ET). The undersigned hereby certifies, as of the date hereof, she has received no formal or informal objection or other response to the Motion. The undersigned further certifies she has caused the review of the Court's docket and no objection or other response to the Motion appears thereon.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

231914408 v1

**ARCHER & GREINER, P.C.**

Dated:  March 27, 2026

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga (Bar No. 5391)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Email: nsongonuga@archerlaw.com

-and-

Gerard DiConza
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 682-4940
Email: gdiconza@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

231914408 v1