# **EXHIBIT A**

| Date | User | Activity | Description | Quantity | Price | Total |
|---|---|---|---|---|---|---|
| 8/7/2025 | Renae Fusco | B110 Case Administration | email to chambers re hearing date | 0.10 | $350.00 | $35.00 |
| 8/20/2025 | Alan Root | B110 Case Administration | Communications with Trustee re call from creditor | 0.20 | $600.00 | $120.00 |
| 8/29/2025 | Alan Root | B110 Case Administration | Review and approve CNO for filing | 0.10 | $600.00 | $60.00 |
| 9/19/2025 | Alan Root | B110 Case Administration | Communications with R. Fusco re hearing and agenda; review and approve agenda for filing | 0.30 | $600.00 | $180.00 |
| 9/19/2025 | Renae Fusco | B110 Case Administration | draft 9/24 agenda | 0.20 | $350.00 | $70.00 |
| 9/19/2025 | Renae Fusco | B110 Case Administration | efile 9/24 agenda; prep service of same | 0.30 | $350.00 | $105.00 |
| 10/3/2025 | Michelle Dero | B110 Case Administration | Emails with A. Root regarding extending deadlines | 0.10 | $350.00 | $35.00 |
| 10/14/2025 | Michelle Dero | B110 Case Administration | Emails with R. Bello  Judge Shannon's chambers  regarding November hearing date and calendar deadlines | 0.10 | $350.00 | $35.00 |
| 10/16/2025 | Aaron Bach | B110 Case Administration | Draft motion to destroy/abandon records in RAC matter. | 1.10 | $400.00 | $440.00 |
| 10/16/2025 | Alan Root | B110 Case Administration | Communications with A. Bach re motion to destroy records | 0.30 | $600.00 | $180.00 |
| 10/30/2025 | Alan Root | B110 Case Administration | Review and approve CNO for filing | 0.10 | $600.00 | $60.00 |
| 11/5/2025 | Alan Root | B110 Case Administration | Review and approve COS for filing | 0.10 | $600.00 | $60.00 |
| 11/13/2025 | Alan Root | B110 Case Administration | Communications with R. Fusco re hearing; review hearing agenda | 0.20 | $600.00 | $120.00 |
| 11/13/2025 | Renae Fusco | B110 Case Administration | draft 11/19 agenda; email to chambers re cancelling hearing | 0.30 | $350.00 | $105.00 |
| 11/13/2025 | Renae Fusco | B110 Case Administration | efile agenda; prep service of same | 0.40 | $350.00 | $140.00 |
| 11/18/2025 | Alan Root | B110 Case Administration | Due diligence re records issues (.9); review and revise motion to destroy records (1.1) | 2.00 | $600.00 | $1,200.00 |
| 11/19/2025 | Alan Root | B110 Case Administration | Communications with Trustee and A. Bach re record destruction issues | 0.50 | $600.00 | $300.00 |
| 11/19/2025 | Renae Fusco | B110 Case Administration | email to Judge Shannon chambers re December hearing date | 0.10 | $350.00 | $35.00 |
| 11/19/2025 | Renae Fusco | B110 Case Administration | draft COS re motion to destroy records | 0.20 | $350.00 | $70.00 |
| 12/9/2025 | Renae Fusco | B110 Case Administration | email to chambers re January hearing date | 0.10 | $350.00 | $35.00 |
| 12/9/2025 | Renae Fusco | B110 Case Administration | edit motion to destroy records | 0.10 | $350.00 | $35.00 |
| 12/9/2025 | Renae Fusco | B110 Case Administration | finalize & efile motion to destroy; prep service of same; calendar hearing & obj deadline | 0.40 | $350.00 | $140.00 |
| 12/23/2025 | Renae Fusco | B110 Case Administration | draft CNO re motion to destroy | 0.20 | $350.00 | $70.00 |
| 12/24/2025 | Michelle Dero | B110 Case Administration | Finalize and file Certificate of No Objection Regarding Chapter 7 Trustee's Motion for Approval to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain (.2) and upload proposed order (.1) | 0.30 | $350.00 | $105.00 |
| 12/29/2025 | Michelle Dero | B110 Case Administration | Download Order Authorizing the Chapter 7 Trustee to Abandon and/or Destroy Certain Records and Documents Stored at Iron Mountain and effectuate email service of same | 0.20 | $350.00 | $70.00 |
| 1/15/2026 | Alan Root | B110 Case Administration | communications with special counsel re hearing agenda; review and comment on draft hearing agenda | 0.20 | $625.00 | $125.00 |
| 1/15/2026 | Renae Fusco | B110 Case Administration | draft agenda | 0.60 | $375.00 | $225.00 |
| 1/15/2026 | Renae Fusco | B110 Case Administration | efile agenda; prep service of same | 0.30 | $375.00 | $112.50 |
| 1/28/2026 | Alan Root | B110 Case Administration | Communications with Westlake counsel | 0.20 | $625.00 | $125.00 |
| 2/26/2026 | Rosanne DellAversano | B110 Case Administration | Telephone call from/to former customer re: POC filed and address update | 0.10 | $325.00 | $32.50 |

| Date | Name | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/11/2026 | Alan Root | B110 Case Administration | Communications with HWB counsel | 0.20 | $625.00 | $125.00 |
| | | **B110 Case Administration** | | **9.60** | | **$4,550.00** |
| 9/9/2025 | Rosanne DellAversano | B120 Asset Analysis and Recovery | Emails with G. DiConza re: adv pro & demand settlements; Update payment list for DiConza | 0.30 | $300.00 | $90.00 |
| 9/12/2025 | Alan Root | B120 Asset Analysis and Recovery | Call with HWB counsel (.3); discuss monetization of securitizations with Trustee and R. Edwards (.8) | 1.10 | $600.00 | $660.00 |
| 10/1/2025 | Alan Root | B120 Asset Analysis and Recovery | Communications with GMCO re potential monetization of securitization trust portfolios | 0.30 | $600.00 | $180.00 |
| 10/7/2025 | Alan Root | B120 Asset Analysis and Recovery | Communications with R. Edwards re performance of lease portfolios and potential monetization thereof (.2); review and analyze recent reporting from Westlake (.5) | 0.70 | $600.00 | $420.00 |
| 10/31/2025 | Alan Root | B120 Asset Analysis and Recovery | Call with R. Edwards on lease pool analysis (.5); follow up call with Trustee (.3); draft email to special counsel re same (.3) | 1.10 | $600.00 | $660.00 |
| 11/3/2025 | Alan Root | B120 Asset Analysis and Recovery | communications with Trustee and special counsel re options for monetization/disposition securitization trusts | 0.30 | $600.00 | $180.00 |
| 11/5/2025 | Alan Root | B120 Asset Analysis and Recovery | Meeting with GMCO  Trustee and special counsel on next steps re securtization trusts (.7); follow up due diligence and research (.9) | 1.60 | $600.00 | $960.00 |
| 11/12/2025 | Alan Root | B120 Asset Analysis and Recovery | Calls with GMCO and HWB to discuss securitization trust and residual values | 0.80 | $600.00 | $480.00 |
| 11/18/2025 | Alan Root | B120 Asset Analysis and Recovery | Communications with GMCO re securtization trusts | 0.20 | $600.00 | $120.00 |
| 1/13/2026 | Alan Root | B120 Asset Analysis and Recovery | Review servicer reports from Westlake | 0.40 | $625.00 | $250.00 |
| 3/27/2026 | Alan Root | B120 Asset Analysis and Recovery | analyze Westlake servicer reports | 0.90 | $625.00 | $562.50 |
| | | **B120 Asset Analysis and Recovery** | | **7.70** | | **$4,562.50** |
| 3/23/2026 | Alan Root | B140 Relief from Stay/Adequate Protection Proceedings | Communications with S. Kaufman re potential stay relief stipulation | 0.10 | $625.00 | $62.50 |
| | | **B140 Relief from Stay/Adequate Protection Proceedings** | | **0.10** | | **$62.50** |
| 10/14/2025 | Alan Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.10 | $600.00 | $60.00 |
| 1/2/2026 | Alan Root | B150 Meetings of and Communications with Creditors | Respond to creditor inquiry | 0.10 | $625.00 | $62.50 |
| | | **B150 Meetings of and Communications with Creditors** | | **0.20** | | **$122.50** |
| 8/4/2025 | Renae Fusco | B160 Fee/Employment Applications | draft CBCC interim fee app | 1.20 | $350.00 | $420.00 |
| 8/6/2025 | Alan Root | B160 Fee/Employment Applications | Work on CBCC interim fee application | 0.60 | $600.00 | $360.00 |
| 8/7/2025 | Alan Root | B160 Fee/Employment Applications | Review and revise CBCC interim fee application | 0.80 | $600.00 | $480.00 |
| 8/7/2025 | Renae Fusco | B160 Fee/Employment Applications | edit CBCC fee app & exhibits | 2.10 | $350.00 | $735.00 |
| 8/7/2025 | Rosanne DellAversano | B160 Fee/Employment Applications | Work on Fee Application | 0.50 | $300.00 | $150.00 |
| 8/14/2025 | Alan Root | B160 Fee/Employment Applications | Finalize CBCC fee application for filing | 0.30 | $600.00 | $180.00 |
| 8/14/2025 | Renae Fusco | B160 Fee/Employment Applications | edit CBCC fee app | 0.20 | $350.00 | $70.00 |
| 8/14/2025 | Renae Fusco | B160 Fee/Employment Applications | efile CBCC fee app; calendar dates; prep service | 0.60 | $350.00 | $210.00 |

| Date | Name | Task Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/29/2025 | Renae Fusco | B160 Fee/Employment Applications | draft CNO re CBCC fee app | 0.20 | $350.00 | $70.00 |
| 9/2/2025 | Renae Fusco | B160 Fee/Employment Applications | efile CNO; upload order | 0.20 | $350.00 | $70.00 |
| 9/2/2025 | Renae Fusco | B160 Fee/Employment Applications | put together fee index for CBCC 2nd interim; coordinate prep of binder | 0.30 | $350.00 | $105.00 |
| 9/3/2025 | Alan Root | B160 Fee/Employment Applications | Communications with Trustee re fee order | 0.10 | $600.00 | $60.00 |
| 3/26/2026 | Alan Root | B160 Fee/Employment Applications | Work on CBCC fee application | 0.20 | $625.00 | $125.00 |
| 3/27/2026 | Renae Fusco | B160 Fee/Employment Applications | draft CBCC 3rd interim fee app | 0.80 | $375.00 | $300.00 |
| | | **B160 Fee/Employment Applications** | | **8.10** | | **$3,335.00** |
| 9/9/2025 | Alan Root | B180 Avoidance Action Analysis | Communications with special counsel re status of avoidance actions | 0.20 | $600.00 | $120.00 |
| 2/27/2026 | Rosanne DellAversano | B180 Avoidance Action Analysis | Draft Preference Action List & Settlement Chart | 1.20 | $325.00 | $390.00 |
| | | **B180 Avoidance Action Analysis** | | **1.40** | | **$510.00** |
| 10/3/2025 | Alan Root | B185 Assumption/Rejection of Leases and Contracts | Guidance to M. Dero re 365d1 extension motion | 0.10 | $600.00 | $60.00 |
| 10/6/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Review docket regarding previous extension motion and order (.1); Prepare motion  notice of motion and proposed order further extending 365(d)(1) deadline (.3) and email same to A. Root and A. Bach for review/comment | 0.40 | $350.00 | $140.00 |
| 10/13/2025 | Alan Root | B185 Assumption/Rejection of Leases and Contracts | Review and revise motion to extend 365d1 deadline | 0.50 | $600.00 | $300.00 |
| 10/14/2025 | Alan Root | B185 Assumption/Rejection of Leases and Contracts | Finalize 365d1 extension motion for filing | 0.20 | $600.00 | $120.00 |
| 10/14/2025 | David Carickhoff | B185 Assumption/Rejection of Leases and Contracts | Review and provide comments to 365d1 extension motion | 0.20 | $795.00 | $159.00 |
| 10/14/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Update motion and notice regarding extension of 365(d) deadline | 0.10 | $350.00 | $35.00 |
| 10/15/2025 | Aaron Bach | B185 Assumption/Rejection of Leases and Contracts | Review 365(d)(1) motion prior to filing. | 0.20 | $400.00 | $80.00 |
| 10/15/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Update/revise extension motion and email same to A. Root and A. Bach for review/comment (.2); Finalize and file Chapter 7 Trustee's Motion for Order Further Extending Deadline to Assume or Reject Certain Executory Contracts/Unexpired Leases (.2); Effectuate email service of motion (.1); Emails with Reliable regarding first-class service (.1); Calendar deadlines (.1) | 0.70 | $350.00 | $245.00 |
| 10/30/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Emails with A. Root regarding objection status (.1); Prepare certificate of no objection regarding seventh motion to extend 365(d) deadline and update proposed order (.2) | 0.30 | $350.00 | $105.00 |
| 10/31/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Finalize and file Certificate of No Objection Regarding Chapter 7 Trustee's Motion for Order Further Extending Deadline to Assume or Reject Certain Executory Contracts/Unexpired Leases (.2) and upload proposed order (.1) | 0.30 | $350.00 | $105.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Download Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases (.1); Effectuate email service of order (.1); Emails with Reliable regarding first-class service (.1) | 0.30 | $350.00 | $105.00 |
| 11/5/2025 | Michelle Dero | B185 Assumption/Rejection of Leases and Contracts | Prepare  finalize and file Certificate of Service Regarding Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases | 0.30 | $350.00 | $105.00 |
| | | **B185 Assumption/Rejection of Leases and Contracts** | | **3.60** | | **$1,559.00** |
| 8/11/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss case with the Trustee | 0.10 | $575.00 | $57.50 |
| 8/14/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review state court pleadings received in service; communications re automatic stay | 0.20 | $600.00 | $120.00 |
| 8/15/2025 | Alison Maser | B190 Other Contested Matters (excluding assumption/rejection motions) | Conducting research regarding potential D&O claims | 5.50 | $400.00 | $2,200.00 |
| 8/15/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Analyze issues for potential D&O demand (1); email A. Maser re issues to research (.2); call with A. Maser re investigation and research (.2) | 1.40 | $575.00 | $805.00 |
| 8/18/2025 | Alison Maser | B190 Other Contested Matters (excluding assumption/rejection motions) | Research regarding fiduciary duties. | 5.50 | $400.00 | $2,200.00 |
| 8/18/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to A. Maser re D&O research | 0.10 | $575.00 | $57.50 |
| 8/18/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and review issues for investigation | 1.20 | $575.00 | $690.00 |
| 8/18/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Work on D&O investigation | 1.00 | $575.00 | $575.00 |
| 8/20/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and analyze issues for investigation | 0.60 | $575.00 | $345.00 |
| 9/3/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss investigation with A. Root | 0.10 | $575.00 | $57.50 |
| 9/9/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Due diligence re WARN claims | 0.60 | $600.00 | $360.00 |
| 9/10/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Call with WARN counsel | 0.40 | $600.00 | $240.00 |
| 9/22/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Call with Trustee re case | 0.30 | $575.00 | $172.50 |
| 9/29/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review NextGear settlement re scope of releases (.2); discuss with Trustee and special counsel (.3) | 0.50 | $600.00 | $300.00 |
| 11/13/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Due diligence and research re estate claims (1.8); discuss with B. Hall (.3) | 2.10 | $600.00 | $1,260.00 |
| 11/13/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Meet with A. Root re investigation | 0.30 | $575.00 | $172.50 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Further due diligence re estate claims | 1.80 | $600.00 | $1,080.00 |
| 11/15/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review documents from A. Root re lien investigation  research and summarize issues | 1.80 | $575.00 | $1,035.00 |
| 11/17/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Further analysis of potential remaining estate claims | 3.60 | $600.00 | $2,160.00 |
| 11/19/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss lien analysis with A. Root | 0.50 | $575.00 | $287.50 |
| 11/19/2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and review lien documents | 1.30 | $575.00 | $747.50 |
| 11/25/2025 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and consider settlement stipualtion with Manheim and related parties | 0.60 | $600.00 | $360.00 |
| 1/12/2026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with WARN counsel | 0.10 | $625.00 | $62.50 |
| 1/14/2026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with WARN counsel | 0.40 | $625.00 | $250.00 |
| 2/22/2026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review subpoena and communications with Trustee re same | 0.30 | $625.00 | $187.50 |
| | | **B190 Other Contested Matters (excluding assumption/rejection motions)** | | **30.30** | | **$15,782.50** |
| 8/1/2025 | Alan Root | B210 Business Operations | Communications with Westlake re servicing matters | 0.20 | $600.00 | $120.00 |
| 8/26/2025 | Alan Root | B210 Business Operations | Communications with Westlake re ownership structure | 0.10 | $600.00 | $60.00 |
| 9/19/2025 | Rosanne DellAversano | B210 Business Operations | Voicemail from potential customer; Return call; Review email from potential customer; Respond to email requesting documents to verify as RAC/ACC customer | 0.30 | $300.00 | $90.00 |
| 9/22/2025 | Rosanne DellAversano | B210 Business Operations | Review emails from former customer re: release of lien/title work; email to Westlake & Appleby for VIN search; respond to customer | 0.40 | $300.00 | $120.00 |
| 11/11/2025 | Rosanne DellAversano | B210 Business Operations | Work on new title & lien release requests | 0.50 | $300.00 | $150.00 |
| 12/2/2025 | Rosanne DellAversano | B210 Business Operations | Work on title release items | 2.00 | $300.00 | $600.00 |
| 12/5/2025 | Rosanne DellAversano | B210 Business Operations | Various emails re: lien release issues; Continue title work | 1.10 | $300.00 | $330.00 |
| 12/16/2025 | Rosanne DellAversano | B210 Business Operations | Title and Lien Release work; DWC signature on documents | 1.70 | $300.00 | $510.00 |
| 12/17/2025 | Rosanne DellAversano | B210 Business Operations | Title work - finalize and mail out lien release docs | 0.20 | $300.00 | $60.00 |
| 1/2/2026 | Alan Root | B210 Business Operations | Communications with D. Rosen  Trustee and R. Edwards re certificates of reinstatement in various states | 0.30 | $625.00 | $187.50 |
| 1/16/2026 | Rosanne DellAversano | B210 Business Operations | Review Registered Agent renewals for various States | 0.70 | $325.00 | $227.50 |
| 1/22/2026 | Rosanne DellAversano | B210 Business Operations | Outstanding title work items | 0.80 | $325.00 | $260.00 |
| 2/10/2026 | Rosanne DellAversano | B210 Business Operations | Emails to/from former customer re: title  Proof of Claim and other issues | 0.30 | $325.00 | $97.50 |
| 2/19/2026 | Rosanne DellAversano | B210 Business Operations | Call from/to former customer re: title work; Review title work file | 0.40 | $325.00 | $130.00 |
| 3/5/2026 | Rosanne DellAversano | B210 Business Operations | Email from former customer re: title work; Review customer file; Email response | 0.20 | $325.00 | $65.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/9/2026 | Rosanne DellAversano | B210 Business Operations | Email and VM from Dept. of Homeland Security re: seized vehicle; Email to A. Root & Westlake re: same | 0.20 | $325.00 | $65.00 |
| 3/10/2026 | Rosanne DellAversano | B210 Business Operations | Title work: Review Complaint (Alabama) re: estate of deceased customer seeking release of lien; Search lien & title request file for associated names; Email counsel for Plaintiff requesting additional information | 0.40 | $325.00 | $130.00 |
| 3/11/2026 | Rosanne DellAversano | B210 Business Operations | Emails from/to former customer re: mother's title; Begin title work | 0.40 | $325.00 | $130.00 |
| | | **B210 Business Operations** | | **10.20** | | **$3,332.50** |
| 8/7/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.10 | $600.00 | $60.00 |
| 8/20/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $600.00 | $120.00 |
| 9/3/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.40 | $600.00 | $240.00 |
| 9/17/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.30 | $600.00 | $180.00 |
| 9/29/2025 | Alan Root | B230 Financing/Cash Collections | Communications with HWB re monetization of securitization portfolios; follow up with Trustee and GMCO re same | 0.60 | $600.00 | $360.00 |
| 10/1/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $600.00 | $120.00 |
| 10/8/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $600.00 | $120.00 |
| 10/13/2025 | Alan Root | B230 Financing/Cash Collections | Communications with Trustee and GMCO re quarterly distribution to HWB | 0.30 | $600.00 | $180.00 |
| 10/15/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $600.00 | $120.00 |
| 10/21/2025 | Alan Root | B230 Financing/Cash Collections | Communications with Trustee re HWB quarterly distribution; follow up with HWB counsel | 0.60 | $600.00 | $360.00 |
| 10/24/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.30 | $600.00 | $180.00 |
| 10/28/2025 | Alan Root | B230 Financing/Cash Collections | Communications with Trustee and HWB re quarterly distribution under cash collateral stipulation | 0.20 | $600.00 | $120.00 |
| 10/29/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $600.00 | $120.00 |
| 11/5/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.30 | $600.00 | $180.00 |
| 11/19/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.60 | $600.00 | $360.00 |
| 12/3/2025 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $600.00 | $120.00 |
| 1/14/2026 | Alan Root | B230 Financing/Cash Collections | call with HWB counsel | 0.20 | $625.00 | $125.00 |
| 1/21/2026 | Alan Root | B230 Financing/Cash Collections | emails with HWB counsel | 0.10 | $625.00 | $62.50 |
| 1/28/2026 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $625.00 | $125.00 |
| 2/4/2026 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $625.00 | $125.00 |
| 2/11/2026 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.30 | $625.00 | $187.50 |
| 2/18/2026 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $625.00 | $125.00 |
| 3/25/2026 | Alan Root | B230 Financing/Cash Collections | Call with HWB counsel | 0.20 | $625.00 | $125.00 |
| | | **B230 Financing/Cash Collections** | | **6.30** | | **$3,815.00** |
| 9/8/2025 | Alan Root | B240 Tax Issues | Communications with special counsel and Trustee re tax matters | 0.40 | $600.00 | $240.00 |
| | | **B240 Tax Issues** | | **0.40** | | **$240.00** |
| | | **Total Fees** | | **77.90** | | **$37,871.50** |

**Expenses**

| Date | User | Activity | Description | Total |
|---|---|---|---|---|
| 8/22/2025 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Services  Labeling  and Postage [inv.#276044]) | $124.60 |
| 9/11/2025 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Services  Tabbing  Binding  Delivery to Bankruptcy Court [inv.#286091]) | $73.81 |
| 10/1/2025 | Kaylee Paranczak | E102 Outside printing | DLS Discovery (Printing Services  Labeling  and Postage [inv.#287816]) | $60.60 |
| 1/15/2026 | Lauren Hitchens | E102 Outside printing | Innovative Driven (Print and Mailing Services [Inv. #300803]) | $63.65 |
| 9/1/2025 | Kaylee Paranczak | E106 Online research | GoldFynch Ediscovery Services for August 2025 (inv.#2025071665) | $284.17 |
| 9/24/2025 | Renae Fusco | E106 Online research | Pacer charges 1/1/25 to 3/31/25 | $31.90 |
| 9/29/2025 | Maria Whalen | E106 Online research | Pacer charges 4/1/25 to 6/30/25 | $0.90 |
| 10/1/2025 | Kaylee Paranczak | E106 Online research | GoldFynch eDiscovery Services for September 2025 (inv.#2025081664) | $652.00 |
| 11/1/2025 | Kaylee Paranczak | E106 Online research | GoldFynch Ediscovery Services for October 2025 (inv.#2025091663) | $652.00 |
| 12/1/2025 | Lauren Hitchens | E106 Online research | GoldFynch eDiscovery (Services for November 2025 [Inv.#2025101645]) | $652.00 |
| 12/31/2025 | Lauren Hitchens | E106 Online research | GoldFynch eDiscovery (Services for December 2025 [Inv. #2025111636]) | $652.00 |
| 1/31/2026 | Lauren Hitchens | E106 Online research | GoldFynch eDiscovery (Services for January 2026 [Inv. #2026001648]) | $652.00 |
| 2/28/2026 | Lauren Hitchens | E106 Online research | GoldFynch eDiscovery (Services for February 2026 [Inv. #2026011655]) | $652.00 |
| 3/31/2026 | Lauren Hitchens | E106 Online research | GoldFynch eDiscovery (Services for March 2026 [Inv. #2026021647]) | $15.32 |
| 10/15/2025 | Kaylee Paranczak | E108 Postage | Reliable (Mailout Services and Postage [inv.#WL126427]) | $56.25 |
| 10/31/2025 | Kaylee Paranczak | E108 Postage | Reliable (Mailout Services and Postage [inv.#WL126728]) | $18.60 |
| 11/18/2025 | Lauren Hitchens | E108 Postage | Reliable (Mailing Services [Inv. #WL126916]) | $26.10 |
| 11/10/2025 | Lauren Hitchens | E112 Court fees | PACER (07.01.25-09.30.25 [Inv. #6548631-Q32025]) | $27.30 |
| 2/10/2026 | Lauren Hitchens | E112 Court fees | PACER (10.01.25-12.31.25 [Inv. #6548631-Q42025]) | $32.40 |
| 2/10/2026 | Lauren Hitchens | E112 Court fees | PACER (01.01.26-01.31.26) | $6.50 |
| | | | **Total Expenses** | **$4,734.10** |