**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 14, 2026, at 3:00 p.m. (ET)**<br>**Objection Deadline: April 29, 2026, at 4:00 p.m. (ET)** |

**NOTICE OF THIRD INTERIM FEE APPLICATION OF CHIPMAN BROWN CICERO &
COLE, LLP, ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OF AUGUST 1, 2025 THROUGH MARCH 31, 2026**

PLEASE TAKE NOTICE that Chipman Brown Cicero & Cole, LLP ("**CBCC**") has filed the

*Third Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W.*

*Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period*

*of August 1, 2025 through March 31, 2026* (the "**Fee Application**").  By the Fee Application,

CBCC seeks an interim allowance of fees in the amount of $37,871.50 and expenses in the amount

of $4,734.10 for the period of August 1, 2025 through March 31, 2026.

PLEASE TAKE FURTHER NOTICE that any objections to the Fee Application must be made

in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824

Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), on or before

**April 29, 2026, by 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").  At the same time, you

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

- 2 -

must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing on the Fee Application will be held on **May 14, 2026, at 3:00 p.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Court Room 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated:  April 15, 2026
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

- 2 -

4932-7303-6700, v. 1