## EXHIBIT 1

## SUMMARY OF ESTATE RECOVERIES/CONTINGENT FEES DUE

| Defendant/Recipient of Transfer | Adv. Proc. No. | Cash Recovery | Contingency Fee |
|---|---|---|---|
| 700 CREDIT LLC | 25-50400 | $15,000.00 | $3,750.00 |
| ADAMS AND REESE LLP | 25-50402 | $20,000.00 | $5,000.00 |
| ALLEGIS GROUP HOLDINGS INC | N/A | $7,500.00 | $1,875.00 |
| ALLIANT INSURANCE SERVICES INC | 25-50403 | $12,500.00 | $3,125.00 |
| ARAMARK UNIFORM SERVICES | N/A | $12,000.00 | $3,000.00 |
| AUTO MASTERS | N/A | $7,000.00 | $1,750.00 |
| AUTO ZONE INC. | 25-50404 | $120,000.00 | $30,000.00 |
| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ | N/A | $18,500.00 | $4,625.00 |
| CAR CARE CLINIC, INC | 25-50405 | $10,500.00 | $2,625.00 |
| CLEM TIRE COMPANY | 25-50407 | $8,000.00 | $2,000.00 |
| COGGINS PROMOTIONAL ADVERTISING INC | 25-50408 | $10,000.00 | $2,500.00 |
| CONSOLIDATED ASSET RECOVERY SYSTEM INC. A/K/A PRIMERITUS | 25-52436 | $40,000.00 | $10,000.00 |
| CRESTMARK | 25-50409 | $30,000.00 | $7,500.00 |
| DETROIT TRADING SERVICES LLC | 25-50412 | $5,000.00 | $1,250.00 |
| ELEVEN CONSULTING | 25-50413 | $6,750.00 | $1,687.50 |
| FINSIGHT GROUP, INC. | N/A | $4,000.00 | $1,000.00 |
| GOSSETT CHRYSLER JEEP DODGE RAM FIAT; GOSSETT MOTOR CARS | 25-50415 | $20,000.00 | $5,000.00 |
| GRANT THORNTON LLP | 25-50416 | $20,000.00 | $5,000.00 |
| HARMELIN AND ASSOCIATES INC | 25-52215 | $50,000.00 | $12,500.00 |
| OPEN SESAME INC | 25-50419 | $20,000.00 | $5,000.00 |
| RIGHT WAY AUTO TRANSPORT, INC | N/A | $25,000.00 | $6,250.00 |
| SAJE GEORGIA LLC | 25-50423 | $6,500.00 | $1,625.00 |
| SHI INTERNATIONAL CORP | 25-50424 | $12,000.00 | $3,000.00 |
| STAPLES ADVANTAGE | 25-50426 | $12,500.00 | $3,125.00 |
| STONE HIGGS & DREXLER | 25-50428 | $8,000.00 | $2,000.00 |
| TITLE TECHNOLOGIES INC. | 25-40430 | $10,000.00 | $2,500.00 |
| TOM WHITE INC. | 25-50431 | $10,000.00 | $2,500.00 |
| ULRICH-MCINTYRE LIMITED FAMILY PARTNERSHIP | 25-50433 | $18,000.00 | $4,500.00 |
| VERTEX, INC | 25-50434 | $3,500.00 | $875.00 |
| WIDEWAIL INC | 25-50436 | $7,000.00 | $1,750.00 |
| WINDSTREAM | N/A | $29,726.92 | $7,431.73 |
| WTI WHOLESALE TIRE, INC. | 25-50437 | $10,000.00 | $2,500.00 |
| **Total Avoidance Claims Recoveries and Fee Due:** | | **$588,976.92** | **$147,244.23** |

232012269 v3