## EXHIBIT 2

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies | In-house ($0.10/page) | $268.70 |
| Outside Vendor Services | Reliable (filing, service, postage and hand delivery) | $927.03 |

232012269 v3