**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered)<br><br>**Re: Dkt. No. \_\_\_** |

**ORDER GRANTING APPLICATION OF ARCHER & GREINER, P.C. FOR
APPROVAL OF CONTINGENCY FEES AND REIMBURSEMENT
OF EXPENSES IN CONNECTION WITH AVOIDANCE CLAIMS SERVICES**

Upon consideration of the Application of Archer & Greiner, P.C. ("Archer") for Approval of Contingency Fees and Reimbursement of Expenses in Connection with Avoidance Claims Services (the "Fee Application") pursuant to Sections 328 and 330(a) of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Fee Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application, it is hereby

ORDERED, that the Fee Application is granted; and it is further

ORDERED, that Archer is awarded compensation in the amount of $147,244.23 for the services set forth in the Fee Application and reimbursement of actual and necessary expenses in the amount of $1,195.73, for a total allowance of $148,439.96; and it is further

---

1    The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

2

ORDERED, that payment may be made by the Trustee to Archer of 100% of all fees and expenses allowed hereby.

232012269 v3