**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1] | Case No. 23-10316 (BLS)<br>(Jointly Administered) |
| Debtors. | **Hearing Date:  May 14, 2026 @ 3:00 pm (ET)**<br>**Objection Deadline: May 4, 2026 @ 4:00 pm (ET)** |

**NOTICE OF APPLICATION OF ARCHER & GREINER, P.C. FOR
APPROVAL OF CONTINGENCY FEES AND REIMBURSEMENT
OF EXPENSES IN CONNECTION WITH AVOIDANCE CLAIMS SERVICES**

PLEASE TAKE NOTICE that Archer & Greiner, P.C. ("Archer") has filed the *Application of Archer & Greiner, P.C. for Approval of Contingency Fees and Reimbursement of Expenses in Connection with Avoidance Claims Services* (the "Application"). By the Application, Archer seeks the allowance and payment of compensation in the amount of $147,244.23 and reimbursement of expenses in the amount of $1,195.73 incurred in the representation of David W. Carickhoff, solely in his capacity of the chapter 7 trustee of the above-captioned debtors (the "Trustee").  Copies of the Application are available upon written request to the undersigned.

Any objections to the Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **May 4, 2026 by 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").  At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

If an objection is timely filed, a hearing on the Application will be held on **May 14, 2026 at 3:00 p.m. (prevailing Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

---

1 The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

2

Dated: April 20, 2026                    **ARCHER & GREINER, P.C.**


By:     */s/ Natasha M. Songonuga*
        Natasha M. Songonuga (Bar No. 5391)
        300 Delaware Avenue, Suite 1100
        Wilmington, DE 19801
        Tel: (302) 777-4350
        Email: nsongonuga@archerlaw.com

        *Attorneys for David W. Carickhoff,*
        *solely in his capacity as Chapter 7*
        *Trustee for RAC Investment Holdings,*
        *LLC et al.*

232012269 v3