**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Natasha M. Songonuga, hereby certify that on April 20, 2026, I caused to be served the *Application for Approval of Contingency Fee and Reimbursement of Expenses of Archer & Greiner, P.C., as Counsel to the Chapter 7 Trustee, for Services Provided in Connection Avoidance Claims Services* (i) by CM/ECF upon all parties registered to receive such notices in this case and (ii) upon the parties listed on the attached Service List as indicated thereon.

Dated: April 20, 2026

                       */s/ Natasha M. Songonuga*
                       Natasha M. Songonuga (Bar No. 5391)
                       ARCHER & GREINER, P.C.
                       300 Delaware Avenue, Suite 1100
                       Wilmington, DE 19801
                       Tel: (302) 777-4350
                       Email: nsongonuga@archerlaw.com

                       *Attorneys for David W. Carickhoff, solely in his capacity as Chapter 7 Trustee for RAC Investment Holdings, LLC et al.*

---

1     The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

## SERVICE LIST

### BY EMAIL

Joseph M Mulvihill
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
bankfilings@ycst.com

MORRIS, NICHOLS,
ARSHT & TUNNELL LLP
Matthew B. Harvey
Sophie Rogers Churchill
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
mharvey@morrisnichols.com
srchurchill@morrisnichols.com

M. Blake Cleary
Aaron H. Stulman
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
bcleary@potteranderson.com
astulman@potteranderson.com

Jack A. Raisner
René S. Roupinian
RAISNER ROUPINIAN LLP
270 Madison Avenue
Suite 1801
New York, New York 10010
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

COLE SCHOTZ P.C.
Andrew J. Roth-Moore, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
aroth-moore@coleschotz.com

Dennis A. Meloro
Greenberg Traurig, LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Dennis.Meloro@gtlaw.com

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251
hspector@spectorcox.com

BUCHALTER, P.C.
William S. Brody
Julian Gurule
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
jgurule@buchalter.com
wbrody@buchalter.com

Stephen E. Gruendel, Esq.
Zachary H. Smith, Esq.
MOORE & VAN ALLEN PLLC
100 North Tyron Street
Suite 4700
Charlotte, NC 2820
stevegruendel@mvlaw.com
zacharysmith@mvalaw.com

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

GLANKLER BROWN, PLLC
Ross E. Webster, Esq.
Ricky Hutchens, Esq.
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
rwebster@glankler.com
rhutchens@glankler.com

John H. Knight
Huiqi Liu
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
knight@rlf.com
liu@rlf.com

Linda Casey
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

232012269 v3

Thomas Lobello, III
P.O. Box 4400
Jacksonville, FL 32201-4400
tl@rolfelaw.com
toliver@rolfelaw.com

James H. Millar
Laura E. Appleby
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com

Joel L. Perrell, Jr.
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
joel.perrell@wbd-us.com

John D. Elrod
Greenberg Traurig
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
elrodj@gtlaw.com

Philip C. Hearn
HEARN LAW FIRM, P.A.
102 N. Guyton Blvd.
Blue Mountain, MS 38610
philiphearn@yahoo.com

SAUL EWING LLP
Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
turner.falk@saul.com

Callan Searcy, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
bk-csearcy@texasattorneygeneral.gov
sherri.simpson@oag.texas.gov

James E. Bailey III, Esq.
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Jeb.Bailey@butlersnow.com

Brian T. FitzGerald
Senior Assistant County Attorney
P.O. Box 1110
Tampa, FL 33601-1110
fitzgeraldb@hillsboroughcounty.org
stroupj@hillsboroughcounty.org
connorsa@hillsboroughcounty.org

Ian J. Bambrick
Katharina Earle
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
ian.bambrick@faegredrinker.com
katharina.earle@faegredrinker.com

JACKSON WALKER L.L.P.
Bruce J. Ruzinsky
1401 McKinney, Suite 1900
Houston, TX 77010
bruzinsky@jw.com

MORRIS JAMES LLP
Eric J. Monzo
Tara C. Pakrouh
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
tpakrouh@morrisjames.com

Scott D. Cousins
COUSINS LAW LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
scott.cousins@cousins-law.com

SAUL EWING LLP
Monique B. DiSabatino
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
monique.disabatino@saul.com

Jacqueline M. Price, Esq.
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
jmp@bostonbusinesslaw.com

Henry C. Shelton, III
ADAMS AND REESE, LLP
Crescent Center
6075 Poplar Ave, Suite 700
Memphis, TN 38119
Hank.shelton@arlaw.com

2

232012269 v3

**BY REGULAR FIRST-CLASS MAIL**

Gwendolyn Adams
3500 Fernandina Road, Apt. 06
Columbia, SC 29210

Lois Williams
413 Gaitlin Street
Okolona, MS 38860

Wilbur Bleckinger, III
11391 N.W. 18th Place
Ocala, FL 34482

Sarah Lidley
140 Carrington Ln.
Calera, AL 35040

Moyzetta S. McGee
1202 W. 49th St.
Savannah, GA 31405

Christina Harris
10314 Zackary Cir., Apt. 110
Riverview, FL 33578

Patrice R. Jones
2309 Winona Ave.
Montgomery, AL 36107

RaMonica Hughes
928 Senate Ave.
Jeffersonville, IN 47130

UNITED NATIONWIDE RECOVERY LLC
311 MOORE LANE
COLLIERVILLE, TN 38017
Attn:  Officer or General Counsel

CONSOLIDATED ASSET RECOVERY SYSTEMS
INC. a/k/a Primeritus Financial Services
100 Centerview Dr, Ste 325
Nashville, TN 37214
Attn:  Officer or General Counsel

DOCUSIGN, INC
221 Main Street, Suite 1550
San Francisco, CA 94105
Attn:  Officer or General Counsel

ALLIANT INSURANCE SERVICES INC
18100 Von Karman Ave, 10th Fl.
Irvine, CA 92612
Attn:  Officer or General Counsel

Nereida Alicia
301 Gordon St.
Glennville, GA 30427

Michael Judkins
2200 Dillon Ter.
Greenwood, AR 72936

Tennessee Attorney General –
Consumer Division
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Heather Millerden
3171 Pleasant Valley Rd., Apt. 20
Mobile, AL 36606

Alicia Howard
847 Garfield Street
Nashville, TN 37208

Kenya Hunter
224 Mark Street
Easley, South Carolina 29640

Jessalyn Grace Arnold
44 Brierwood Lane
Satsuma, AL 36572

Title Technologies Inc.
25528 Network Pl
Chicago, IL 60673-1255
Attn:  Officer or General Counsel

CAR KEYS EXPRESS LLC
12101 Sycamore Station Place, Suite 140
LOUISVILLE, KY 40299
Attn:  Officer or General Counsel

ALLEGIS GROUP HOLDINGS INC a/k/a Aston
Carter Inc.
7301 Parkway Drive
Hanover, MD 21076
Attn:  Officer or General Counsel

DATA FACTS INC
8000 CENTERVIEW PKWY SUITE 400
CORDOVA, TN 38018
Attn:  Officer or General Counsel

3

232012269 v3

RINGCENTRAL INC
14675 Dallas Pkwy
Dallas, TX 75254
Attn: Officer or General Counsel

AAMCO TRANSMISSION INC
201 GIBRALTAR RD
HORSHAM, PA 19044
Attn: Officer or General Counsel

WEAVER AUTOMOTIVE
774 GA-320
Carnesville, GA 30521
Attn: Officer or General Counsel

WTI WHOLESALE TIRE, INC.
2102 LIONS CLUB ROAD
CLEARWATER, FL 33764
Attn: Officer or General Counsel

Stella GPS, LLC
200 Echo Trail
Thomasville, NC 27360
Attn: Officer or General Counsel

SUN COAST CHRYSLER DODGE JEEP RAM
8755 PARK BLVD
NORTH SEMINOLE, FL 33777
Attn: Officer or General Counsel

PEP BOYS CORPORATION
1 Presidential Blvd Suite 400
Bala Cynwyd, PA 19004
Attn: Officer or General Counsel

SAJE GEORGIA LLC
8140 WALNUT CREEK LN
Dallas, TX 75231
Attn: Officer or General Counsel

DAG INSTALL
2405 SUMMER AVE
MEMPHIS, TN 38112
Attn: Officer or General Counsel

WRIGHT BUSINESS GRAPHICS LLC
18440 NE San Rafael St.
Portland, OR 97230
Attn: Officer or General Counsel

TRI STATE AUTO PARTS INC
10820 CHURCH RD
WALLS, MS 38680

DETROIT TRADING SERVICES LLC
13335 15 MILE RD
STERLING HEIGHTS, MI 48312-4271
Attn: Officer or General Counsel

SNAP TIRE INC
1145 BATTLECREEK RD
JONESBORO, GA 30236
Attn: Officer or General Counsel

CAR CARE CLINIC, INC
703 AIRPORT RD
FLOWOOD, MS 39232
Attn: Officer or General Counsel

LOCUS AUTO TRANSPORT , INC.
60 CR 620
Cornith, MS 38834
Attn: Officer or General Counsel

SHI INTERNATIONAL CORP
290 Davidson Avenue
Somerset, NJ 08873
Attn: Officer or General Counsel

4

232012269 v3