**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No.** |

**ORDER FURTHER EXTENDING THE DEADLINE TO ASSUME OR REJECT
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon the motion (the "**Motion**")[2] of David W. Carickhoff, the chapter 7 trustee (the "**Trustee**") of the bankruptcy estates (the "**Estates**") of the above-captioned debtors (the "**Debtors**"), for entry of an order further extending the deadline to assume or reject any contract, lease, sublease or other agreement that may be considered an executory contract or unexpired lease subject to section 365(d)(1) of the Bankruptcy Code (collectively, the "**Extended Contracts and Leases**"), other than the Excluded Contracts and Leases, through and including  October 26, 2026; and upon consideration of the Motion and all filings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' Estates, creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

---

[1]  The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

[2]  Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The deadline for the Trustee to assume or reject all Extended Contracts and Leases (other than the Excluded Contracts and Leases) is hereby extended through and including **October 26, 2026**.

3.      This Order shall be subject to and without prejudice to the rights of the Trustee to seek a further extension of the deadline to assume or reject the Extended Contracts and Leases.

4.      Nothing herein shall be a determination that any of the Extended Contracts and Leases constitute executory contracts and/or unexpired leases which are subject to section 365 of the Bankruptcy Code in general, or section 365(d)(1) in particular. All of the Trustee's rights with respect to each of the Extended Contracts and Leases are fully reserved.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4904-9254-8208, v. 1