**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 14, 2026 at 3:00 p.m. (Eastern Time)**<br>**Objection Deadline: May 7, 2026, at 4:00 p.m. (Eastern Time)** |

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER
FURTHER EXTENDING THE DEADLINE TO ASSUME OR REJECT CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee (the "**Trustee**") of the above-captioned Debtors' Estates, has filed the *Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be made in writing and filed on or before **May 7, 2026, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Bankruptcy Court.  At the same time, you must also serve a copy of the response upon proposed counsel to the Trustee listed below so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **May 14, 2026, at 3:00 p.m. (Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Sixth Floor, Court Room 1, Wilmington, Delaware 19801.

---

[1]   The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

- 2 -

**If no objection is timely raised in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.**

Dated:  April 21, 2026
          Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*

Alan M. Root (No. 5427)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  root@chipmanbrown.com
        bach@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

- 2 -

4904-9254-8208, v. 1