**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered)<br><br>**Re: Dkt. No. 408** |

**CERTIFICATE OF NO OBJECTION REGARDING
APPLICATION OF ARCHER & GREINER, P.C. FOR
APPROVAL OF CONTINGENCY FEES AND REIMBURSEMENT
OF EXPENSES IN CONNECTION WITH AVOIDANCE CLAIMS SERVICES**

On April 20, 2025, Archer & Greiner, P.C. ("Archer"), counsel to the chapter 7 trustee of the above-captioned debtors, filed the *Application of Archer & Greiner, P.C. for Approval of Contingency Fees and Reimbursement of Expenses in Connection with Avoidance Claims Services* [Dkt. No. 408] (the "Application").

Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than May 4, 2026 at 4:00 p.m. (ET).

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the Application. The undersigned further certifies that she has caused the review of the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

232133399 v1

2

WHEREFORE, Archer respectfully requests that the Court enter the proposed Order in the form attached to the Application.

Dated: May 6, 2026

**ARCHER & GREINER, P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga (Bar No. 5391)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Email: nsongonuga@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

2

232133399 v1