**11IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, *et al.*,[1] | Case No. 23-10316 (BLS) |
| Debtor. | **Re: Docket No. 409** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE CHAPTER 7
TRUSTEE FOR AN ORDER FURTHER EXTENDING THE DEADLINE TO ASSUME
OR REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases* [Docket No. 409] (the "**Motion**") filed on April 21, 2026. Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than May 7, 2026, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). The undersigned further certifies that a review of the Court's docket in this case reflects that no answer, objection, or other responsive pleading to the relief requested in the Motion has been filed.

**WHEREFORE**, the undersigned, on behalf of the Chapter 7 Trustee, respectfully requests that the Court enter the form of order attached to the Motion, at the Court's earliest convenience.

---

[1]   The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Dated:  May 8, 2026
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
_____

Alan M. Root (No. 5427)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:   root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

- 2 -

4915-5503-6229, v. 1