**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 14, 2026, AT 3:00 P.M. (EASTERN TIME)**

> **AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS
> BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.    RESOLVED MATTERS:**

1.  Third Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of August 1, 2025 through March 31, 2026, filed on April 15, 2026 [Docket No.407].

    Objection Deadline:        April 29, 2026, at 4:00 p.m. (Eastern Time).

    Responses Received:        None.

    Related Pleadings:

    A.    Certificate of No Objection Regarding Third Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of August 1, 2025 through March 31, 2026, filed on April 30, 2026 [Docket No. 410].

---

[1]    The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

B.    Order Granting Third Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of August 1, 2025 through March 31, 2026, entered May 1, 2026 [Docket No. 411].

Status:    An order has been signed. No hearing is necessary.

2.    Application of Archer & Greiner, P.C. for Approval of Contingency Fees and Reimbursement of Expenses in Connection with Avoidance Claims Services, filed on April 20, 2026 [Docket No. 408].

Objection Deadline:    May 4, 2026, at 4:00 p.m. (Eastern Time).

Responses Received:    None.

Related Pleadings:

A.    Certificate of No Objection Regarding Application of Archer & Greiner, P.C. for Approval of Contingency Fees and Reimbursement of Expenses in Connection with Avoidance Claims Services, filed on May 6, 2026 [Docket No. 412].

B.    Order Granting Application of Archer & Greiner, P.C. for Approval of Contingency Fees and Reimbursement of Expenses in Connection with Avoidance Claims Services, entered May 7, 2026 [Docket No. 413].

Status:    An order has been signed. No hearing is necessary.

3.    Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed April 21, 2026 [Docket No. 409].

Objection Deadline:    May 7, 2026, at 4:00 p.m. (Eastern Time).

Responses Received:    None.

Related Pleadings:

A.    Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, filed May 8, 2026 [Docket No. 414].

B.    Order Granting Motion of the Chapter 7 Trustee for an Order Further Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases, entered May 11, 2026 [Docket No. 415].

Status:    An order has been signed. No hearing is necessary.

Dated:  May 11, 2026                   **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:   root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

4936-7659-8954, v. 1