# Exhibit A

| Date | Timekeeper Name | Activity | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 11/15/2024 | Otero, David E. | B110 Case Administration | Preparation for and attending Video conference with client re security interest filings and related issues. | 0.40 | 850.00 | 340.00 |
| 11/17/2024 | Meehan, Jennifer S. | B110 Case Administration | Prepare UCC3 Continuations. | 0.60 | 365.00 | 219.00 |
| 11/18/2024 | Otero, David E. | B110 Case Administration | Review of email from Indenture Trustee re 8 UCC1s and drafting continuation statements for each; drafting UCC3 continuation statements; drafting detailed email re same. | 1.50 | 850.00 | 1,275.00 |
| 6/24/2025 | Anderson, Cavell | B110 Case Administration | Matters related to the reinstatement of AF Title Co. | 0.30 | 420.00 | 126.00 |
| 7/9/2025 | Anderson, Cavell | B110 Case Administration | Prepare documents to effect the reinstatement of AF Title Co. in Indiana. | 0.90 | 420.00 | 378.00 |
| 7/28/2025 | Anderson, Cavell | B110 Case Administration | Finalize documents to reinstate AF Title Co. in Indiana. | 0.30 | 420.00 | 126.00 |
| 9/8/2025 | Anderson, Cavell | B110 Case Administration | Matters related to filing the Indiana Affidavit of Reinstatement for AF Title Co. | 0.70 | 420.00 | 294.00 |
| 10/16/2025 | Rosen, David J. | B110 Case Administration | Correspondence with Arkansas Department of Finance and Administration regarding impact of local sales tax maximum change on existing vehicle leases. | 0.40 | 675.00 | 270.00 |
| 10/23/2025 | Anderson, Cavell | B110 Case Administration | Extended telephone conference with the Indiana Department of Revenue and requirements re: payment of taxes due and issuance of a Tax Clearance Certificate for AF Title Co. | 0.40 | 420.00 | 168.00 |
| 11/4/2025 | Meehan, Jennifer S. | B110 Case Administration | Assistance with review of bankruptcy docket to obtain copy of Joint Motion for Approval of Joint Stipulation re Adequate Protection and Cash Collateral and Order granting same. | 0.20 | 425.00 | 85.00 |
| 11/5/2025 | Otero, David E. | B110 Case Administration | Preparation for and attending conf call re residual interest in Trust 2019 and possible disposition; phone conf w/ Mr. Larsen re same. | 1.00 | 975.00 | 975.00 |
| 12/3/2025 | Anderson, Cavell | B110 Case Administration | File form to effect the reinstatement of AF Title Co. in Indiana. | 0.50 | 420.00 | 210.00 |
| 12/9/2025 | Otero, David E. | B110 Case Administration | Review of emails from Mr. Root and counsel for Hancock Whitney re possible abandonment of reversionary interest in Trust 2019-2; drafting summary of issue and initial analysis. | 0.80 | 975.00 | 780.00 |
| 12/9/2025 | Anderson, Cavell | B110 Case Administration | Research and determine status of AF Title Co. in Oklahoma. | 0.30 | 420.00 | 126.00 |
| 12/12/2025 | Otero, David E. | B110 Case Administration | Preparation for and attending video conference with Mr. Root and counsel for Hancock Whitney re possible abandonment of reversionary interest in Trust 2019-2. | 0.30 | 975.00 | 292.50 |
| 12/30/2025 | Anderson, Cavell | B110 Case Administration | Continuation of reinstatement of AF Title Co. | 0.30 | 420.00 | 126.00 |
| 1/13/2026 | Anderson, Cavell | B110 Case Administration | Review and respond to matters related to updating status of AF Title Co. in Oklahoma. | 0.30 | 420.00 | 126.00 |
| 1/15/2026 | Anderson, Cavell | B110 Case Administration | Draft correspondence regarding matters related to reinstatement of AF Title Co. in Oklahoma. | 0.30 | 420.00 | 126.00 |
| 4/28/2026 | Larsen, Peter O. | B110 Case Administration | Review status of Mississippi tax and filing issues and prepare update regarding same; review and update pending property and sales tax issues | 0.60 | 975.00 | 585.00 |
| | | | **B110 TOTAL:** | 10.10 | | 6,627.50 |
| 11/4/2025 | Otero, David E. | B120 Asset Analysis and Recovery | Review of order on adequate protection and cash collateral; review of joint motion on adequate protection and cash collateral; analysis of issue raised by Mr. Root re abandonment; research re abandonment; drafting summary of issue, factual background, and initial analysis. | 2.30 | 975.00 | 2,242.50 |
| | | | **B120 TOTAL:** | 2.30 | | 2,242.50 |
| 11/15/2024 | Meehan, Jennifer S. | B160 Fee/Employment Objections | Revise First Interim Fee Application to include fees and costs through October 31, 2024, and revise attachment to Fee Application to include August - October time entries. | 1.10 | 365.00 | 401.50 |
| 11/15/2024 | Elliott, Raye C. | B160 Fee/Employment Objections | Attention to preparation of interim fee application. | 0.40 | 675.00 | 270.00 |
| 11/16/2024 | Meehan, Jennifer S. | B160 Fee/Employment Objections | Continue revising First Interim Fee Application to include fees and costs through October 31, 2024, and revise attachment to Fee Application to include August - October time entries. | 1.30 | 365.00 | 474.50 |
| 11/18/2024 | Elliott, Raye C. | B160 Fee/Employment Objections | Review and revise interim fee application. | 0.20 | 675.00 | 135.00 |
| 4/29/2026 | Meehan, Jennifer S. | B160 Fee/Employment Objections | Begin preparing Second Interim Fee Application. | 0.50 | 425.00 | 212.50 |
| | | | **B160 TOTAL:** | 3.50 | | 1,493.50 |
| 11/18/2024 | Meehan, Jennifer S. | B210 Business Operations | Attempt to file an Annual Report in Oklahoma for AF Title Co. | 0.20 | 365.00 | 73.00 |
| 11/18/2024 | Meehan, Jennifer S. | B210 Business Operations | Coordinate electronic filing of UCC-3 Continuation Statements. | 1.40 | 365.00 | 511.00 |
| 4/16/2025 | Meehan, Jennifer S. | B210 Business Operations | Prepare UCC-3 Continuation Statements. | 1.40 | 365.00 | 511.00 |
| 4/17/2025 | Meehan, Jennifer S. | B210 Business Operations | Coordinate electronic filing of UCC-3 Continuation Statements. | 0.80 | 365.00 | 292.00 |
| | | | **B210 TOTAL:** | 3.80 | | 1,387.00 |
| 11/2/2024 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Indiana Department of Revenue regarding sales tax lien impacting off-lease sale of AF Title Co. vehicles at auction. | 0.80 | 675.00 | 540.00 |
| 11/2/2024 | Rosen, David J. | B240 Tax Issues | Attend teleconference with Westlake regarding multistate tax compliance issues. | 0.30 | 675.00 | 202.50 |
| 11/2/2024 | Rosen, David J. | B240 Tax Issues | Attend teleconference with trustee and investor's counsel regarding financing statement continuations for ACC 2019-2 Trust. | 0.50 | 675.00 | 337.50 |
| 11/5/2024 | Rosen, David J. | B240 Tax Issues | Draft submission to Indiana Department of Revenue requesting reinstatement of sales tax registered retail merchant certificate for AF Title Co. | 1.00 | 675.00 | 675.00 |
| 11/12/2024 | Rosen, David J. | B240 Tax Issues | Analyze issues related to filing of Mississippi finance company privilege tax returns for AF Title Co. with respect to post-petition retail installment sales contracts for off-lease vehicle sales. | 1.70 | 675.00 | 1,147.50 |
| 11/14/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Trustee/Westlake regarding financial information for completion of Mississippi finance company privilege tax return. | 0.80 | 675.00 | 540.00 |
| 11/14/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Clarus/Indiana Department of Revenue regarding sales tax registration issues. | 0.90 | 675.00 | 607.50 |
| 11/15/2024 | Larsen, Peter O. | B240 Tax Issues | Review status of other regulatory filings and next steps for the same. | 0.40 | 850.00 | 340.00 |
| 11/15/2024 | Larsen, Peter O. | B240 Tax Issues | Telephone call regarding Mississippi issue regarding volume of loans and buyback transactions and follow up on the same. | 0.30 | 850.00 | 255.00 |
| 11/15/2024 | Larsen, Peter O. | B240 Tax Issues | Review UCC filings and continuations needed for the same. | 0.40 | 850.00 | 340.00 |
| 11/15/2024 | Rosen, David J. | B240 Tax Issues | Attend trustee teleconference regarding tax/securitization trust issues. | 0.50 | 675.00 | 337.50 |
| 11/18/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with trustee analyzing issues related to renewal of Oklahoma foreign corporation registration for AF Title Co. | 0.60 | 675.00 | 405.00 |
| 11/18/2024 | Rosen, David J. | B240 Tax Issues | Attend teleconference with Indiana Department of Revenue regarding bankruptcy tax-related matters. | 0.50 | 675.00 | 337.50 |
| 11/19/2024 | Larsen, Peter O. | B240 Tax Issues | Review issues and draft e-mails re status of Indiana tax issues and MO tax issues. | 0.60 | 850.00 | 510.00 |
| 11/19/2024 | Larsen, Peter O. | B240 Tax Issues | Review UCC filings and other pending regulatory issues. | 0.40 | 850.00 | 340.00 |
| 11/21/2024 | Rosen, David J. | B240 Tax Issues | Attend teleconferences with Indiana Department of Revenue regarding AF Title Co. sales tax account reinstatements. | 1.00 | 675.00 | 675.00 |
| 11/25/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Westlake regarding Kentucky vehicle registration renewal blocks on AF Title Co. due to unpaid prepetition property taxes. | 0.70 | 675.00 | 472.50 |
| 12/2/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Westlake regarding Kentucky property tax compliance. | 0.30 | 675.00 | 202.50 |

| Date | Timekeeper Name | Activity | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 12/9/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Indiana Department of Revenue/Westlake regarding Indiana sales tax account remediation as part of entity reinstatement. | 0.80 | 675.00 | 540.00 |
| 12/10/2024 | Larsen, Peter O. | B240 Tax Issues | Review and analysis of pre and post petition status of assessments of property taxes in various jurisdictions and impact on action plan for the same. | 1.40 | 850.00 | 1,190.00 |
| 12/10/2024 | Larsen, Peter O. | B240 Tax Issues | Draft emails re Arkansas and Kentucky property tax issues. | 0.30 | 850.00 | 255.00 |
| 12/10/2024 | Larsen, Peter O. | B240 Tax Issues | Review property tax questions and issues in KY and Arkansas and prepare for calls re same. | 0.30 | 850.00 | 255.00 |
| 12/10/2024 | Rosen, David J. | B240 Tax Issues | Analyze issues related to payment of multistate pre-petition property taxes by lease servicer. | 0.80 | 675.00 | 540.00 |
| 12/11/2024 | Larsen, Peter O. | B240 Tax Issues | Draft multiple emails re property tax payment issues in multiple jurisdictions and perform related legal research re the same. | 1.10 | 850.00 | 935.00 |
| 12/12/2024 | Larsen, Peter O. | B240 Tax Issues | Draft e-mails re payment of Arkansas and KY property taxes. | 0.30 | 850.00 | 255.00 |
| 12/12/2024 | Larsen, Peter O. | B240 Tax Issues | Prepare for and attend call regarding payment of Arkansas and KY property taxes and next steps for the same. | 0.50 | 850.00 | 425.00 |
| 12/12/2024 | Rosen, David J. | B240 Tax Issues | Attend teleconference with Westlake/Trustee regarding pre-petition property tax payments/issues. | 1.00 | 675.00 | 675.00 |
| 12/13/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Indiana Department of Revenue/Clarus analyzing requirement to file additional sales tax returns for AF Title Co. as part of entity reinstatement. | 0.90 | 675.00 | 607.50 |
| 12/18/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Missouri county tax collectors regarding impact of petition/automatic stay on Tax Year 2023 vehicle property tax collections. | 1.00 | 675.00 | 675.00 |
| 12/19/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Dunklin County, Missouri/Westlake regarding vehicle property tax waivers for pre-petition tax assessments. | 0.20 | 675.00 | 135.00 |
| 12/20/2024 | Rosen, David J. | B240 Tax Issues | Correspondence with Clarus regarding supplemental Indiana sales tax returns for AF Title Co. | 0.40 | 675.00 | 270.00 |
| 1/9/2025 | Rosen, David J. | B240 Tax Issues | Attend status conference on tax issues with Trustee/Westlake. | 0.50 | 675.00 | 337.50 |
| 1/16/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Mississippi Department of Revenue/Clarus regarding finance company privilege tax assessments. | 1.00 | 675.00 | 675.00 |
| 1/21/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Clarus/Indiana Department of Revenue regarding sales tax returns/payments and reinstatement of registered retail merchant certificate for AF Title Co. | 0.70 | 675.00 | 472.50 |
| 1/23/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Clarus regarding Kentucky U-Drive-It tax permit renewal for AF Title Co. | 0.20 | 675.00 | 135.00 |
| 1/23/2025 | Rosen, David J. | B240 Tax Issues | Attend ACC sales/property tax status conference with Westlake/Clarus. | 0.50 | 675.00 | 337.50 |
| 1/23/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Indiana Department of Revenue regarding registered retail merchant certificate reinstatement of AF Title Co. | 0.80 | 675.00 | 540.00 |
| 2/5/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Mississippi Department of Revenue regarding AF Title Co finance company privilege tax liabilities. | 0.50 | 675.00 | 337.50 |
| 2/17/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Trustee regarding corporate filings for AF Title Co. | 0.30 | 675.00 | 202.50 |
| 2/18/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Indiana Department of Revenue and Westlake regarding AF Title Co. sales tax account reinstatement/certificate of compliance. | 0.70 | 675.00 | 472.50 |
| 2/20/2025 | Rosen, David J. | B240 Tax Issues | Attend biweekly sales/property tax conference with Westlake. | 0.50 | 675.00 | 337.50 |
| 3/2/2025 | Rosen, David J. | B240 Tax Issues | Review request for AF Title Co. corporate registration renewal in Kentucky. | 0.20 | 675.00 | 135.00 |
| 3/4/2025 | Rosen, David J. | B240 Tax Issues | Multiple follow-up correspondence with Indiana Department of Revenue regarding reinstatement of AF Title Co. | 0.50 | 675.00 | 337.50 |
| 3/13/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with trustee regarding AF Title Co. corporate registration renewals in Kentucky and Tennessee. | 0.30 | 675.00 | 202.50 |
| 3/25/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Trustee analyzing Tennessee franchise/excise tax assessment of American Financial. | 0.70 | 675.00 | 472.50 |
| 4/11/2025 | Larsen, Peter O. | B240 Tax Issues | Review status of outstanding tax issues and UCC filing issues and draft email and summary of next steps for the same | 0.50 | 850.00 | 425.00 |
| 4/15/2025 | Larsen, Peter O. | B240 Tax Issues | Review status of UCC filings, draft e-mail re same and update analysis of UCC filing needs for continuations. | 0.40 | 850.00 | 340.00 |
| 4/16/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with trustee/securitization investor counsel regarding Form UCC-1 extensions. | 0.50 | 675.00 | 337.50 |
| 4/17/2025 | Rosen, David J. | B240 Tax Issues | Review draft UCC-3 extensions for ACC 2020-A. | 0.50 | 675.00 | 337.50 |
| 4/18/2025 | Larsen, Peter O. | B240 Tax Issues | Review UCC filings and draft e-mails re same. | 0.40 | 850.00 | 340.00 |
| 4/21/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Trustee/Westlake regarding Tennessee/Mississippi income tax assessments of American Financial, Inc. | 0.70 | 675.00 | 472.50 |
| 4/24/2025 | Larsen, Peter O. | B240 Tax Issues | Review Mississippi finance company tax issue and data to support response to the State re the same. | 0.30 | 850.00 | 255.00 |
| 4/24/2025 | Larsen, Peter O. | B240 Tax Issues | Income tax: review income tax notices and prepare comments to the same. | 0.60 | 850.00 | 510.00 |
| 4/24/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Westlake/Clarus regarding tax compliance issues in Mississippi and Tennessee. | 0.50 | 675.00 | 337.50 |
| 4/24/2025 | Rosen, David J. | B240 Tax Issues | Attend teleconference with trustee regarding multistate tax matters. | 0.70 | 675.00 | 472.50 |
| 4/28/2025 | Rosen, David J. | B240 Tax Issues | Analyze strategy for handling postpetition Tennessee franchise/excise tax assessment to American Financial, Inc. | 1.00 | 675.00 | 675.00 |
| 5/8/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Westlake regarding late-payment sales tax penalty waivers in Alabama, Indiana. | 0.70 | 675.00 | 472.50 |
| 5/9/2025 | Larsen, Peter O. | B240 Tax Issues | Review Arkansas property tax law changes and impact on current year compliance and provide updates on the same. | 0.70 | 850.00 | 595.00 |
| 5/12/2025 | Rosen, David J. | B240 Tax Issues | Attend teleconferences with Alabama Department of Revenue regarding penalty waiver request on post-petition rental tax liabilities of AF Title Co. | 1.00 | 675.00 | 675.00 |
| 5/19/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Westlake regarding payment of interest on late-paid Alabama rental taxes following successful penalty waiver. | 0.30 | 675.00 | 202.50 |
| 6/12/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Clarus regarding Indiana sales tax certificate of good standing request for AF Title Co. | 0.40 | 675.00 | 270.00 |
| 6/17/2025 | Larsen, Peter O. | B240 Tax Issues | Review and analysis of status of property and sales tax pending items outstanding | 0.40 | 850.00 | 340.00 |
| 6/17/2025 | Larsen, Peter O. | B240 Tax Issues | Review AF Title Data for Mississippi issues and research additional arguments in support of the same | 0.40 | 850.00 | 340.00 |
| 6/17/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Clarus/Westlake regarding state tax issues for AF Title Co. in Indiana and Mississippi. | 0.70 | 675.00 | 472.50 |
| 6/18/2025 | Rosen, David J. | B240 Tax Issues | Attention to Indiana reinstatement of AF Title Co. following certificate of good standing from Indiana Department of Revenue. | 0.40 | 675.00 | 270.00 |
| 6/24/2025 | Rosen, David J. | B240 Tax Issues | Review documents related to reinstatement of AF Title Co. with Indiana Secretary of State. | 0.30 | 675.00 | 202.50 |
| 6/26/2025 | Rosen, David J. | B240 Tax Issues | Attend teleconference with Westlake regarding Mississippi finance company privilege tax compliance issues. | 0.50 | 675.00 | 337.50 |

| Date | Timekeeper Name | Activity | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 7/2/2025 | Larsen, Peter O. | B240 Tax Issues | Review status of TN franchise tax issues and MS tax issues and follow up on the same | 0.60 | 850.00 | 510.00 |
| 7/9/2025 | Larsen, Peter O. | B240 Tax Issues | Review effective date of Arkansas property tax provisions and analyze same for current RAC property taxes. | 0.60 | 850.00 | 510.00 |
| 7/9/2025 | Rosen, David J. | B240 Tax Issues | Analyze implementation of Arkansas motor vehicle property tax law shifting imposition from AF Title Co. to lessee beginning with TY2025. | 0.80 | 675.00 | 540.00 |
| 7/9/2025 | Rosen, David J. | B240 Tax Issues | Prepare documentation for reinstatement of AF Title Co. with Indiana Secretary of State. | 1.00 | 675.00 | 675.00 |
| 7/17/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Trustee, Clarus and Westlake regarding reinstatement of AF Title Co. with Indiana Secretary of State. | 0.60 | 675.00 | 405.00 |
| 7/22/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Trustee regarding various issues related to reinstatement of AF Title Co. with Indiana Secretary of State. | 0.80 | 675.00 | 540.00 |
| 7/24/2025 | Larsen, Peter O. | B240 Tax Issues | Review status of pending income and sales tax issues and draft emails to address the same | 0.40 | 850.00 | 340.00 |
| 8/12/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Westlake and Trustee regarding Indiana reinstatement of AF Title Co. | 0.50 | 675.00 | 337.50 |
| 8/26/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with trustee regarding reinstatement of AF Title Co. with Indiana Secretary of State. | 0.40 | 675.00 | 270.00 |
| 9/8/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with trustee regarding Indiana corporate reinstatement of AF Title Co. | 0.60 | 675.00 | 405.00 |
| 9/22/2025 | Larsen, Peter O. | B240 Tax Issues | Review tax reconciliation issues and customer specific inquiries in lease portfolio and draft e-mails with analysis and options for proceeding with possible tax reconciliations | 0.90 | 850.00 | 765.00 |
| 9/22/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Westlake/Clarus analyzing multistate property/sales tax compliance issues for AF Title Co. | 1.30 | 675.00 | 877.50 |
| 9/23/2025 | Rosen, David J. | B240 Tax Issues | Further correspondence with Westlake/Clarus analyzing multistate property/sales tax compliance issues for AF Title Co. | 1.00 | 675.00 | 675.00 |
| 10/6/2025 | Rosen, David J. | B240 Tax Issues | Analyze issues related to reinstatement of AF Title Co. with Indiana Secretary of State. | 0.30 | 675.00 | 202.50 |
| 10/6/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Phillips County, Arkansas Tax Collector regarding collection prohibition on delinquent 2022 property taxes from AF Title Co. | 0.80 | 675.00 | 540.00 |
| 10/23/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Clarus Partners and Indiana Secretary of State regarding sales tax delinquency resolution to reinstate AF Title Co. | 1.00 | 675.00 | 675.00 |
| 11/3/2025 | Larsen, Peter O. | B240 Tax Issues | Review e-mail re status of securitization trust, servicing issues and potential options to address wind down of the trust operations | 0.90 | 975.00 | 877.50 |
| 11/4/2025 | Larsen, Peter O. | B240 Tax Issues | Review applicable agreements and securitization documents regarding status of securitizations | 0.80 | 975.00 | 780.00 |
| 11/5/2025 | Larsen, Peter O. | B240 Tax Issues | Draft e-mail re options for servicing of remaining securitization assets (.2) | 0.20 | 975.00 | 195.00 |
| 11/5/2025 | Larsen, Peter O. | B240 Tax Issues | Prepare for and attend call regarding status of securitizations and options for winding down of portfolio and servicing (.8) | 0.80 | 975.00 | 780.00 |
| 11/5/2025 | Rosen, David J. | B240 Tax Issues | Prepare for and attend call with Trustee regarding securitization issues. | 0.70 | 800.00 | 560.00 |
| 11/17/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Trustee regarding AF Title Co entity registration renewals. | 0.30 | 800.00 | 240.00 |
| 11/24/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Westlake/Clarus regarding satisfaction of Indiana sales tax liabilities in connection with AF Title Co reinstatement by Indiana Secretary of State. | 0.50 | 800.00 | 400.00 |
| 12/5/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Indiana Department of Revenue/Secretary of State regarding tax clearance documentation needed for reinstatement of AF Title Co. | 0.80 | 800.00 | 640.00 |
| 12/10/2025 | Larsen, Peter O. | B240 Tax Issues | Review abandonment of residual interest in trust and process for the same and prepare for call re same | 0.50 | 975.00 | 487.50 |
| 12/10/2025 | Rosen, David J. | B240 Tax Issues | Client correspondence regarding AF Title Co. corporate registration block in Oklahoma due to outstanding tax obligations. | 0.50 | 800.00 | 400.00 |
| 12/15/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with trustee and Oklahoma Tax Commission regarding tax liability of AF Title Co. | 0.80 | 800.00 | 640.00 |
| 12/16/2025 | Rosen, David J. | B240 Tax Issues | Multiple client correspondence regarding issues related to corporate registration reinstatement of AF Title Co. in Indiana and Oklahoma. | 1.20 | 800.00 | 960.00 |
| 12/22/2025 | Rosen, David J. | B240 Tax Issues | Correspondence with Trustee and Oklahoma Tax Commission regarding AF Title Co. tax obligations. | 0.30 | 800.00 | 240.00 |
| 12/26/2025 | Rosen, David J. | B240 Tax Issues | Analyze options for reinstatement of AF Title Co. with Indiana Secretary of State without providing agency with CPA-certified balance sheet due to lack of financial information for bankruptcy asset. | 1.80 | 800.00 | 1,440.00 |
| 12/29/2025 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Oklahoma Tax Commission resolving post-petition tax liabilities of AF Title Co. in connection with corporate renewal of entity with Oklahoma Corporation Commission. | 1.00 | 800.00 | 800.00 |
| 1/3/2026 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with trustee/Indiana Secretary of State reinstating AF Title Co. as foreign business trust. | 1.70 | 800.00 | 1,360.00 |
| 1/12/2026 | Rosen, David J. | B240 Tax Issues | Analyze Mississippi finance company privilege tax issues for AF Title Co. | 1.00 | 800.00 | 800.00 |
| 1/14/2026 | Rosen, David J. | B240 Tax Issues | Correspondence with trustee/Oklahoma Tax Commission regarding options with respect to reinstatement of AF Title Co. with Secretary of State given outstanding post-petition franchise obligations. | 1.00 | 800.00 | 800.00 |
| 1/21/2026 | Rosen, David J. | B240 Tax Issues | Correspondence with Clarus Partners regarding Oklahoma sales tax account/returns for AF Title Co. | 0.30 | 800.00 | 240.00 |
| 1/21/2026 | Rosen, David J. | B240 Tax Issues | Attend teleconference with Westlake regarding information assembly for Mississippi motor vehicle finance company privilege tax returns by AF Title Co. | 0.50 | 800.00 | 400.00 |
| 1/29/2026 | Rosen, David J. | B240 Tax Issues | Attend teleconference with Westlake regarding Mississippi motor vehicle privilege tax reporting issues for AF Title Co. | 0.50 | 800.00 | 400.00 |
| 2/10/2026 | Rosen, David J. | B240 Tax Issues | Analyze AF Title Co detail related to Mississippi off-lease financing detail in connection with preparing motor vehicle finance company privilege tax returns for post-petition periods. | 1.00 | 800.00 | 800.00 |
| 2/19/2026 | Rosen, David J. | B240 Tax Issues | Follow-up correspondence with Mississippi Department of Revenue regarding finance company privilege tax compliance issues for AF Title Co. | 0.30 | 800.00 | 240.00 |
| 3/25/2026 | Rosen, David J. | B240 Tax Issues | Correspondence with Mississippi Department of Revenue regarding preparation of finance company privilege tax returns for AF Title Co and possible basis for filing paper returns in lieu of electronic filing. | 1.40 | 800.00 | 1,120.00 |
| 4/8/2026 | Rosen, David J. | B240 Tax Issues | Analyze/assemble data for AF Title Co. finance company privilege tax returns. | 2.00 | 800.00 | 1,600.00 |

| Date | Timekeeper Name | Activity | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 4/8/2026 | Rosen, David J. | B240 Tax Issues | Multiple correspondence with Mississippi Department of Revenue and Clarus Partners analyzing assembly/reporting of data for AF Title Co. finance company privilege tax returns. | 1.00 | 800.00 | 800.00 |
| 4/27/2026 | Rosen, David J. | B240 Tax Issues | Correspondence with Mississippi Department of Revenue and Westlake regarding motor vehicle finance company privilege tax compliance/returns. | 1.00 | 800.00 | 800.00 |
| 4/29/2026 | Rosen, David J. | B240 Tax Issues | Analyze/compute post-petition Mississippi motor vehicle finance company privilege tax exposures for AF Title Co. based on accounting detail. | 3.00 | 800.00 | 2,400.00 |
| | | | **B240 TOTAL:** | 77.40 | | 58,165.00 |
| 3/19/2026 | Anderson, Cavell | T500 Expenses | File Kentucky 2026 annual report for AF Title Co. | 0.40 | 420.00 | 168.00 |
| | | | **T500 TOTAL:** | 0.40 | | 168.00 |
| | | | **TOTAL FEES FOR SECOND INTERIM PERIOD:** | 97.50 | | 70,083.50 |



Attorney-Client Privilege

Akerman LLP
PO Box 931848
Atlanta, GA 31193-1848

| Invoice Date: | May 28, 2026 |
|---|---|
| Invoice No.: | 10173334 |

RAC Dealership, LLC, D/B/A American Car Center, LLC
6775 Lennox Center Court, Suite 100
Memphis, TN 38115

| | |
|---|---|
| Client Name: | **RAC Dealership, LLC, D/B/A American Car Center, LLC** |
| Matter Name: | **Post-Petition State and Local Tax Representation** |
| Client/Matter Number: | **086724.00430581** |

*For professional services rendered through April 30, 2026, as summarized below:*

| | |
|---|---|
| Services | $70,083.50 |
| Disbursements | $1,193.52 |
| **Total Amount Due** | **$71,277.02** |

*To ensure proper credit to the above account, please indicate invoice no. 10173334*
*Return remittance sheet with payment in US funds.*
**Wired funds accepted:**
Akerman LLP Operating Account
**Account Number:** ▮▮▮▮▮
c/o Wells Fargo Bank, N.A. San Francisco, CA
**Wire ABA Number:** ▮▮▮▮▮
Swift Code WFBIUS6S (For International Wires in US Dollars Only)

**ACH / Electronic Funds Transfer (EFT) accepted:**
**Account Number:** ▮▮▮▮▮
c/o Wells Fargo Bank, N.A., Miami, FL
**ACH ABA Number:** ▮▮▮▮▮
IRS EIN ▮▮▮ 7860

akerman.com

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

| | | |
|---|---|---|
| Invoice Date: | May 28, 2026 |
| Invoice Number: | 10173334 |
| Matter Number: | 086724.00430581 |

| Date | Services | Initials | Hours | Value | Task |
|---|---|---|---|---|---|
| 2-Nov-24 | Attend teleconference with trustee and investor's counsel regarding financing statement continuations for ACC 2019-2 Trust. | DJR | 0.50 | 337.50 | B240 |
| 2-Nov-24 | Attend teleconference with Westlake regarding multistate tax compliance issues. | DJR | 0.30 | 202.50 | B240 |
| 2-Nov-24 | Multiple correspondence with Indiana Department of Revenue regarding sales tax lien impacting off-lease sale of AF Title Co. vehicles at auction. | DJR | 0.80 | 540.00 | B240 |
| 5-Nov-24 | Draft submission to Indiana Department of Revenue requesting reinstatement of sales tax registered retail merchant certificate for AF Title Co. | DJR | 1.00 | 675.00 | B240 |
| 12-Nov-24 | Analyze issues related to filing of Mississippi finance company privilege tax returns for AF Title Co. with respect to post-petition retail installment sales contracts for off-lease vehicle sales. | DJR | 1.70 | 1,147.50 | B240 |
| 14-Nov-24 | Correspondence with Clarus/Indiana Department of Revenue regarding sales tax registration issues. | DJR | 0.90 | 607.50 | B240 |
| 14-Nov-24 | Correspondence with Trustee/Westlake regarding financial information for completion of Mississippi finance company privilege tax return. | DJR | 0.80 | 540.00 | B240 |
| 15-Nov-24 | Attend trustee teleconference regarding tax/securitization trust issues. | DJR | 0.50 | 337.50 | B240 |
| 15-Nov-24 | Review UCC filings and continuations needed for the same. | POL | 0.40 | 340.00 | B240 |
| 15-Nov-24 | Telephone call regarding Mississippi issue regarding volume of loans and buyback transactions and follow up on the same. | POL | 0.30 | 255.00 | B240 |
| 15-Nov-24 | Review status of other regulatory filings and next steps for the same. | POL | 0.40 | 340.00 | B240 |
| 15-Nov-24 | Revise First Interim Fee Application to include fees and costs through October 31, 2024, and revise attachment to Fee Application to include August - October time entries. | JSM | 1.10 | 401.50 | B160 |
| 15-Nov-24 | Preparation for and attending Video conference with client re security interest filings and related issues. | DEO | 0.40 | 340.00 | B110 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

| | Invoice Date: | May 28, 2026 |
|---|---|---|
| | Invoice Number: | 10173334 |
| | Matter Number: | 086724.00430581 |

| Date | Services | Initials | Hours | Value | Task |
|---|---|---|---|---|---|
| 15-Nov-24 | Attention to preparation of interim fee application. | RCE | 0.40 | 270.00 | B160 |
| 16-Nov-24 | Continue revising First Interim Fee Application to include fees and costs through October 31, 2024, and revise attachment to Fee Application to include August - October time entries. | JSM | 1.30 | 474.50 | B160 |
| 17-Nov-24 | Prepare UCC3 Continuations. | JSM | 0.60 | 219.00 | B110 |
| 18-Nov-24 | Attend teleconference with Indiana Department of Revenue regarding bankruptcy tax-related matters. | DJR | 0.50 | 337.50 | B240 |
| 18-Nov-24 | Correspondence with trustee analyzing issues related to renewal of Oklahoma foreign corporation registration for AF Title Co. | DJR | 0.60 | 405.00 | B240 |
| 18-Nov-24 | Review of email from Indenture Trustee re 8 UCC1s and drafting continuation statements for each; drafting UCC3 continuation statements; drafting detailed email re same. | DEO | 1.50 | 1,275.00 | B110 |
| 18-Nov-24 | Review and revise interim fee application. | RCE | 0.20 | 135.00 | B160 |
| 18-Nov-24 | Coordinate electronic filing of UCC-3 Continuation Statements. | JSM | 1.40 | 511.00 | B210 |
| 18-Nov-24 | Attempt to file an Annual Report in Oklahoma for AF Title Co. | JSM | 0.20 | 73.00 | B210 |
| 19-Nov-24 | Review UCC filings and other pending regulatory issues. | POL | 0.40 | 340.00 | B240 |
| 19-Nov-24 | Review issues and draft e-mails re status of Indiana tax issues and MO tax issues. | POL | 0.60 | 510.00 | B240 |
| 21-Nov-24 | Attend teleconferences with Indiana Department of Revenue regarding AF Title Co. sales tax account reinstatements. | DJR | 1.00 | 675.00 | B240 |
| 25-Nov-24 | Correspondence with Westlake regarding Kentucky vehicle registration renewal blocks on AF Title Co. due to unpaid prepetition property taxes. | DJR | 0.70 | 472.50 | B240 |
| 2-Dec-24 | Correspondence with Westlake regarding Kentucky property tax compliance. | DJR | 0.30 | 202.50 | B240 |
| 9-Dec-24 | Correspondence with Indiana Department of Revenue/Westlake regarding Indiana sales tax account remediation as part of entity reinstatement. | DJR | 0.80 | 540.00 | B240 |
| 10-Dec-24 | Analyze issues related to payment of multistate pre-petition property taxes by lease servicer. | DJR | 0.80 | 540.00 | B240 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

Invoice Date:     May 28, 2026

Invoice Number:     10173334

Matter Number:     086724.00430581

| Date | Services | Initials | Hours | Value | Task |
|---|---|---|---|---|---|
| 10-Dec-24 | Review property tax questions and issues in KY and Arkansas and prepare for calls re same. | POL | 0.30 | 255.00 | B240 |
| 10-Dec-24 | Review and analysis of pre and post petition status of assessments of property taxes in various jurisdictions and impact on action plan for the same. | POL | 1.40 | 1,190.00 | B240 |
| 10-Dec-24 | Draft emails re Arkansas and Kentucky property tax issues. | POL | 0.30 | 255.00 | B240 |
| 11-Dec-24 | Draft multiple emails re property tax payment issues in multiple jurisdictions and perform related legal research re the same. | POL | 1.10 | 935.00 | B240 |
| 12-Dec-24 | Attend teleconference with Westlake/Trustee regarding pre-petition property tax payments/issues. | DJR | 1.00 | 675.00 | B240 |
| 12-Dec-24 | Prepare for and attend call regarding payment of Arkansas and KY property taxes and next steps for the same. | POL | 0.50 | 425.00 | B240 |
| 12-Dec-24 | Draft e-mails re payment of Arkansas and KY property taxes. | POL | 0.30 | 255.00 | B240 |
| 13-Dec-24 | Correspondence with Indiana Department of Revenue/Clarus analyzing requirement to file additional sales tax returns for AF Title Co. as part of entity reinstatement. | DJR | 0.90 | 607.50 | B240 |
| 18-Dec-24 | Correspondence with Missouri county tax collectors regarding impact of petition/automatic stay on Tax Year 2023 vehicle property tax collections. | DJR | 1.00 | 675.00 | B240 |
| 19-Dec-24 | Correspondence with Dunklin County, Missouri/Westlake regarding vehicle property tax waivers for pre-petition tax assessments. | DJR | 0.20 | 135.00 | B240 |
| 20-Dec-24 | Correspondence with Clarus regarding supplemental Indiana sales tax returns for AF Title Co. | DJR | 0.40 | 270.00 | B240 |
| 9-Jan-25 | Attend status conference on tax issues with Trustee/Westlake. | DJR | 0.50 | 337.50 | B240 |
| 16-Jan-25 | Multiple correspondence with Mississippi Department of Revenue/Clarus regarding finance company privilege tax assessments. | DJR | 1.00 | 675.00 | B240 |
| 21-Jan-25 | Multiple correspondence with Clarus/Indiana Department of Revenue regarding sales tax returns/payments and reinstatement of registered retail merchant certificate for AF Title Co. | DJR | 0.70 | 472.50 | B240 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

Invoice Date:     May 28, 2026
Invoice Number:   10173334
Matter Number:    086724.00430581

| Date | Services | Initials | Hours | Value | Task |
|------|----------|----------|-------|-------|------|
| 23-Jan-25 | Multiple correspondence with Indiana Department of Revenue regarding registered retail merchant certificate reinstatement of AF Title Co. | DJR | 0.80 | 540.00 | B240 |
| 23-Jan-25 | Attend ACC sales/property tax status conference with Westlake/Clarus. | DJR | 0.50 | 337.50 | B240 |
| 23-Jan-25 | Correspondence with Clarus regarding Kentucky U-Drive-It tax permit renewal for AF Title Co. | DJR | 0.20 | 135.00 | B240 |
| 5-Feb-25 | Correspondence with Mississippi Department of Revenue regarding AF Title Co finance company privilege tax liabilities. | DJR | 0.50 | 337.50 | B240 |
| 17-Feb-25 | Correspondence with Trustee regarding corporate filings for AF Title Co. | DJR | 0.30 | 202.50 | B240 |
| 18-Feb-25 | Multiple correspondence with Indiana Department of Revenue and Westlake regarding AF Title Co. sales tax account reinstatement/certificate of compliance. | DJR | 0.70 | 472.50 | B240 |
| 20-Feb-25 | Attend biweekly sales/property tax conference with Westlake. | DJR | 0.50 | 337.50 | B240 |
| 2-Mar-25 | Review request for AF Title Co. corporate registration renewal in Kentucky. | DJR | 0.20 | 135.00 | B240 |
| 4-Mar-25 | Multiple follow-up correspondence with Indiana Department of Revenue regarding reinstatement of AF Title Co. | DJR | 0.50 | 337.50 | B240 |
| 13-Mar-25 | Correspondence with trustee regarding AF Title Co. corporate registration renewals in Kentucky and Tennessee. | DJR | 0.30 | 202.50 | B240 |
| 25-Mar-25 | Correspondence with Trustee analyzing Tennessee franchise/excise tax assessment of American Financial. | DJR | 0.70 | 472.50 | B240 |
| 11-Apr-25 | Review status of outstanding tax issues and UCC filing issues and draft email and summary of next steps for the same | POL | 0.50 | 425.00 | B240 |
| 15-Apr-25 | Review status of UCC filings, draft e-mail re same and update analysis of UCC filing needs for continuations. | POL | 0.40 | 340.00 | B240 |
| 16-Apr-25 | Correspondence with trustee/securitization investor counsel regarding Form UCC-1 extensions. | DJR | 0.50 | 337.50 | B240 |
| 16-Apr-25 | Prepare UCC-3 Continuation Statements. | JSM | 1.40 | 511.00 | B210 |
| 17-Apr-25 | Review draft UCC-3 extensions for ACC 2020-A. | DJR | 0.50 | 337.50 | B240 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

| | | | |
|---|---|---|---|
| Invoice Date: | May 28, 2026 | | |
| Invoice Number: | 10173334 | | |
| Matter Number: | 086724.00430581 | | |

| Date | Services | Initials | Hours | Value | Task |
|---|---|---|---|---|---|
| 17-Apr-25 | Coordinate electronic filing of UCC-3 Continuation Statements. | JSM | 0.80 | 292.00 | B210 |
| 18-Apr-25 | Review UCC filings and draft e-mails re same. | POL | 0.40 | 340.00 | B240 |
| 21-Apr-25 | Correspondence with Trustee/Westlake regarding Tennessee/Mississippi income tax assessments of American Financial, Inc. | DJR | 0.70 | 472.50 | B240 |
| 24-Apr-25 | Attend teleconference with trustee regarding multistate tax matters. | DJR | 0.70 | 472.50 | B240 |
| 24-Apr-25 | Correspondence with Westlake/Clarus regarding tax compliance issues in Mississippi and Tennessee. | DJR | 0.50 | 337.50 | B240 |
| 24-Apr-25 | Income tax: review income tax notices and prepare comments to the same. | POL | 0.60 | 510.00 | B240 |
| 24-Apr-25 | Review Mississippi finance company tax issue and data to support response to the State re the same. | POL | 0.30 | 255.00 | B240 |
| 28-Apr-25 | Analyze strategy for handling postpetition Tennessee franchise/excise tax assessment to American Financial, Inc. | DJR | 1.00 | 675.00 | B240 |
| 8-May-25 | Multiple correspondence with Westlake regarding late-payment sales tax penalty waivers in Alabama, Indiana. | DJR | 0.70 | 472.50 | B240 |
| 9-May-25 | Review Arkansas property tax law changes and impact on current year compliance and provide updates on the same. | POL | 0.70 | 595.00 | B240 |
| 12-May-25 | Attend teleconferences with Alabama Department of Revenue regarding penalty waiver request on post-petition rental tax liabilities of AF Title Co. | DJR | 1.00 | 675.00 | B240 |
| 19-May-25 | Correspondence with Westlake regarding payment of interest on late-paid Alabama rental taxes following successful penalty waiver. | DJR | 0.30 | 202.50 | B240 |
| 12-Jun-25 | Correspondence with Clarus regarding Indiana sales tax certificate of good standing request for AF Title Co. | DJR | 0.40 | 270.00 | B240 |
| 17-Jun-25 | Multiple correspondence with Clarus/Westlake regarding state tax issues for AF Title Co. in Indiana and Mississippi. | DJR | 0.70 | 472.50 | B240 |
| 17-Jun-25 | Review AF Title Data for Mississippi issues and research additional arguments in support of the same | POL | 0.40 | 340.00 | B240 |
| 17-Jun-25 | Review and analysis of status of property and sales tax pending items outstanding | POL | 0.40 | 340.00 | B240 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

| | | |
|---|---|---|
| Invoice Date: | May 28, 2026 |
| Invoice Number: | 10173334 |
| Matter Number: | 086724.00430581 |

| Date | Services | Initials | Hours | Value | Task |
|---|---|---|---|---|---|
| 18-Jun-25 | Attention to Indiana reinstatement of AF Title Co. following certificate of good standing from Indiana Department of Revenue. | DJR | 0.40 | 270.00 | B240 |
| 24-Jun-25 | Review documents related to reinstatement of AF Title Co. with Indiana Secretary of State. | DJR | 0.30 | 202.50 | B240 |
| 24-Jun-25 | Matters related to the reinstatement of AF Title Co. | C A | 0.30 | 126.00 | B110 |
| 26-Jun-25 | Attend teleconference with Westlake regarding Mississippi finance company privilege tax compliance issues. | DJR | 0.50 | 337.50 | B240 |
| 2-Jul-25 | Review status of TN franchise tax issues and MS tax issues and follow up on the same | POL | 0.60 | 510.00 | B240 |
| 9-Jul-25 | Prepare documents to effect the reinstatement of AF Title Co. in Indiana. | C A | 0.90 | 378.00 | B110 |
| 9-Jul-25 | Prepare documentation for reinstatement of AF Title Co. with Indiana Secretary of State. | DJR | 1.00 | 675.00 | B240 |
| 9-Jul-25 | Analyze implementation of Arkansas motor vehicle property tax law shifting imposition from AF Title Co. to lessee beginning with TY2025. | DJR | 0.80 | 540.00 | B240 |
| 9-Jul-25 | Review effective date of Arkansas property tax provisions and analyze same for current RAC property taxes. | POL | 0.60 | 510.00 | B240 |
| 17-Jul-25 | Multiple correspondence with Trustee, Clarus and Westlake regarding reinstatement of AF Title Co. with Indiana Secretary of State. | DJR | 0.60 | 405.00 | B240 |
| 22-Jul-25 | Multiple correspondence with Trustee regarding various issues related to reinstatement of AF Title Co. with Indiana Secretary of State. | DJR | 0.80 | 540.00 | B240 |
| 24-Jul-25 | Review status of pending income and sales tax issues and draft emails to address the same | POL | 0.40 | 340.00 | B240 |
| 28-Jul-25 | Finalize documents to reinstate AF Title Co. in Indiana. | C A | 0.30 | 126.00 | B110 |
| 12-Aug-25 | Multiple correspondence with Westlake and Trustee regarding Indiana reinstatement of AF Title Co. | DJR | 0.50 | 337.50 | B240 |
| 26-Aug-25 | Correspondence with trustee regarding reinstatement of AF Title Co. with Indiana Secretary of State. | DJR | 0.40 | 270.00 | B240 |
| 8-Sep-25 | Multiple correspondence with trustee regarding Indiana corporate reinstatement of AF Title Co. | DJR | 0.60 | 405.00 | B240 |

Akerman LLP
Client: RAC Dealership, LLC, D/B/A American Car Center, LLC
Matter: Post-Petition State and Local Tax Representation

Invoice Date:       May 28, 2026
Invoice Number:     10173334
Matter Number:      086724.00430581

| Date | Services | Initials | Hours | Value | Task |
|------|----------|----------|-------|-------|------|
| 8-Sep-25 | Matters related to filing the Indiana Affidavit of Reinstatement for AF Title Co. | C A | 0.70 | 294.00 | B110 |
| 22-Sep-25 | Multiple correspondence with Westlake/Clarus analyzing multistate property/sales tax compliance issues for AF Title Co. | DJR | 1.30 | 877.50 | B240 |
| 22-Sep-25 | Review tax reconciliation issues and customer specific inquiries in lease portfolio and draft e-mails with analysis and options for proceeding with possible tax reconciliations | POL | 0.90 | 765.00 | B240 |
| 23-Sep-25 | Further correspondence with Westlake/Clarus analyzing multistate property/sales tax compliance issues for AF Title Co. | DJR | 1.00 | 675.00 | B240 |
| 6-Oct-25 | Correspondence with Phillips County, Arkansas Tax Collector regarding collection prohibition on delinquent 2022 property taxes from AF Title Co. | DJR | 0.80 | 540.00 | B240 |
| 6-Oct-25 | Analyze issues related to reinstatement of AF Title Co. with Indiana Secretary of State. | DJR | 0.30 | 202.50 | B240 |
| 16-Oct-25 | Correspondence with Arkansas Department of Finance and Administration regarding impact of local sales tax maximum change on existing vehicle leases. | DJR | 0.40 | 270.00 | B110 |
| 23-Oct-25 | Multiple correspondence with Clarus Partners and Indiana Secretary of State regarding sales tax delinquency resolution to reinstate AF Title Co. | DJR | 1.00 | 675.00 | B240 |
| 23-Oct-25 | Extended telephone conference with the Indiana Department of Revenue and requirements re: payment of taxes due and issuance of a Tax Clearance Certificate for AF Title Co. | C A | 0.40 | 168.00 | B110 |
| 3-Nov-25 | Review e-mail re status of securitization trust, servicing issues and potential options to address wind down of the trust operations | POL | 0.90 | 877.50 | B240 |
| 4-Nov-25 | Review of order on adequate protection and cash collateral; review of joint motion on adequate protection and cash collateral; analysis of issue raised by Mr. Root re abandonment; research re abandonment; drafting summary of issue, factual background, and initial analysis. | DEO | 2.30 | 2,242.50 | B120 |
| 4-Nov-25 | Review applicable agreements and securitization documents regarding status of securitizations | POL | 0.80 | 780.00 | B240 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

Invoice Date: May 28, 2026

Invoice Number: 10173334

Matter Number: 086724.00430581

| Date | Services | Initials | Hours | Value | Task |
|------|----------|----------|-------|-------|------|
| 4-Nov-25 | Assistance with review of bankruptcy docket to obtain copy of Joint Motion for Approval of Joint Stipulation re Adequate Protection and Cash Collateral and Order granting same. | JSM | 0.20 | 85.00 | B110 |
| 5-Nov-25 | Prepare for and attend call with Trustee regarding securitization issues. | DJR | 0.70 | 560.00 | B240 |
| 5-Nov-25 | Preparation for and attending conf call re residual interest in Trust 2019 and possible disposition; phone conf w/ Mr. Larsen re same. | DEO | 1.00 | 975.00 | B110 |
| 5-Nov-25 | Prepare for and attend call regarding status of securitizations and options for winding down of portfolio and servicing (.8) | POL | 0.80 | 780.00 | B240 |
| 5-Nov-25 | Draft e-mail re options for servicing of remaining securitization assets (.2) | POL | 0.20 | 195.00 | B240 |
| 17-Nov-25 | Correspondence with Trustee regarding AF Title Co entity registration renewals. | DJR | 0.30 | 240.00 | B240 |
| 24-Nov-25 | Correspondence with Westlake/Clarus regarding satisfaction of Indiana sales tax liabilities in connection with AF Title Co reinstatement by Indiana Secretary of State. | DJR | 0.50 | 400.00 | B240 |
| 3-Dec-25 | File form to effect the reinstatement of AF Title Co. in Indiana. | C A | 0.50 | 210.00 | B110 |
| 5-Dec-25 | Multiple correspondence with Indiana Department of Revenue/Secretary of State regarding tax clearance documentation needed for reinstatement of AF Title Co. | DJR | 0.80 | 640.00 | B240 |
| 9-Dec-25 | Review of emails from Mr. Root and counsel for Hancock Whitney re possible abandonment of reversionary interest in Trust 2019-2; drafting summary of issue and initial analysis. | DEO | 0.80 | 780.00 | B110 |
| 9-Dec-25 | Research and determine status of AF Title Co. in Oklahoma. | C A | 0.30 | 126.00 | B110 |
| 10-Dec-25 | Client correspondence regarding AF Title Co. corporate registration block in Oklahoma due to outstanding tax obligations. | DJR | 0.50 | 400.00 | B240 |
| 10-Dec-25 | Review abandonment of residual interest in trust and process for the same and prepare for call re same | POL | 0.50 | 487.50 | B240 |
| 12-Dec-25 | Preparation for and attending video conference with Mr. Root and counsel for Hancock Whitney re possible abandonment of reversionary interest in Trust 2019-2. | DEO | 0.30 | 292.50 | B110 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

Invoice Date:      May 28, 2026
Invoice Number:    10173334
Matter Number:     086724.00430581

| Date | Services | Initials | Hours | Value | Task |
|------|----------|----------|-------|-------|------|
| 15-Dec-25 | Multiple correspondence with trustee and Oklahoma Tax Commission regarding tax liability of AF Title Co. | DJR | 0.80 | 640.00 | B240 |
| 16-Dec-25 | Multiple client correspondence regarding issues related to corporate registration reinstatement of AF Title Co. in Indiana and Oklahoma. | DJR | 1.20 | 960.00 | B240 |
| 22-Dec-25 | Correspondence with Trustee and Oklahoma Tax Commission regarding AF Title Co. tax obligations. | DJR | 0.30 | 240.00 | B240 |
| 26-Dec-25 | Analyze options for reinstatement of AF Title Co. with Indiana Secretary of State without providing agency with CPA-certified balance sheet due to lack of financial information for bankruptcy asset. | DJR | 1.80 | 1,440.00 | B240 |
| 29-Dec-25 | Multiple correspondence with Oklahoma Tax Commission resolving post-petition tax liabilities of AF Title Co. in connection with corporate renewal of entity with Oklahoma Corporation Commission. | DJR | 1.00 | 800.00 | B240 |
| 30-Dec-25 | Continuation of reinstatement of AF Title Co. | C A | 0.30 | 126.00 | B110 |
| 3-Jan-26 | Multiple correspondence with trustee/Indiana Secretary of State reinstating AF Title Co. as foreign business trust. | DJR | 1.70 | 1,360.00 | B240 |
| 12-Jan-26 | Analyze Mississippi finance company privilege tax issues for AF Title Co. | DJR | 1.00 | 800.00 | B240 |
| 13-Jan-26 | Review and respond to matters related to updating status of AF Title Co. in Oklahoma. | C A | 0.30 | 126.00 | B110 |
| 14-Jan-26 | Correspondence with trustee/Oklahoma Tax Commission regarding options with respect to reinstatement of AF Title Co. with Secretary of State given outstanding post-petition franchise obligations. | DJR | 1.00 | 800.00 | B240 |
| 15-Jan-26 | Draft correspondence regarding matters related to reinstatement of AF Title Co. in Oklahoma. | C A | 0.30 | 126.00 | B110 |
| 21-Jan-26 | Attend teleconference with Westlake regarding information assembly for Mississippi motor vehicle finance company privilege tax returns by AF Title Co. | DJR | 0.50 | 400.00 | B240 |
| 21-Jan-26 | Correspondence with Clarus Partners regarding Oklahoma sales tax account/returns for AF Title Co. | DJR | 0.30 | 240.00 | B240 |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

| | |
|---|---|
| Invoice Date: | May 28, 2026 |
| Invoice Number: | 10173334 |
| Matter Number: | 086724.00430581 |

| Date | Services | Initials | Hours | Value | Task |
|---|---|---|---|---|---|
| 29-Jan-26 | Attend teleconference with Westlake regarding Mississippi motor vehicle privilege tax reporting issues for AF Title Co. | DJR | 0.50 | 400.00 | B240 |
| 10-Feb-26 | Analyze AF Title Co detail related to Mississippi off-lease financing detail in connection with preparing motor vehicle finance company privilege tax returns for post-petition periods. | DJR | 1.00 | 800.00 | B240 |
| 19-Feb-26 | Follow-up correspondence with Mississippi Department of Revenue regarding finance company privilege tax compliance issues for AF Title Co. | DJR | 0.30 | 240.00 | B240 |
| 19-Mar-26 | File Kentucky 2026 annual report for AF Title Co. | C A | 0.40 | 168.00 | T500 |
| 25-Mar-26 | Correspondence with Mississippi Department of Revenue regarding preparation of finance company privilege tax returns for AF Title Co and possible basis for filing paper returns in lieu of electronic filing. | DJR | 1.40 | 1,120.00 | B240 |
| 8-Apr-26 | Multiple correspondence with Mississippi Department of Revenue and Clarus Partners analyzing assembly/reporting of data for AF Title Co. finance company privilege tax returns. | DJR | 1.00 | 800.00 | B240 |
| 8-Apr-26 | Analyze/assemble data for AF Title Co. finance company privilege tax returns. | DJR | 2.00 | 1,600.00 | B240 |
| 27-Apr-26 | Correspondence with Mississippi Department of Revenue and Westlake regarding motor vehicle finance company privilege tax compliance/returns. | DJR | 1.00 | 800.00 | B240 |
| 28-Apr-26 | Review status of Mississippi tax and filing issues and prepare update regarding same; review and update pending property and sales tax issues | POL | 0.60 | 585.00 | B110 |
| 29-Apr-26 | Analyze/compute post-petition Mississippi motor vehicle finance company privilege tax exposures for AF Title Co. based on accounting detail. | DJR | 3.00 | 2,400.00 | B240 |
| 29-Apr-26 | Begin preparing Second Interim Fee Application. | JSM | 0.50 | 212.50 | B160 |

**Total Services**........................................................................................................**$70,083.50**

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

| | | |
|---|---|---|
| Invoice Date: | May 28, 2026 |
| Invoice Number: | 10173334 |
| Matter Number: | 086724.00430581 |

| Date | Disbursements | Value |
|---|---|---|
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 20 -Filing fee for UCC-3 Continuation (Filing No. 20248028860) - Jennifer Meehan for DEO - State of Delaware Service Request #20244244535 - 11.18.2024. KG/003088 | 50.00 |
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 23 - Filing fee for UCC-3 Continuation (Filing No. 20248029751) - Jennifer Meehan for DEO - State of Delaware Service Request #20244244830 - 11.18.2024. KG/003088 | 50.00 |
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 21 - Filing fee for UCC-3 Continuation (Filing No. 20248029181) - Jennifer Meehan for DEO - State of Delaware Service Request #20244244637 - 11.18.2024. KG/003088 | 50.00 |
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 22 - Filing fee for UCC-3 Continuation (Filing No. 20248029439) - Jennifer Meehan for DEO - State of Delaware Service Request #20244244743 - 11.18.2024. KG/003088 | 50.00 |
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 19 - Filing fee for UCC-3 Continuation (Filing No. 20248028647) - Jennifer Meehan for DEO - State of Delaware Service Request #20244244410 - 11.18.2024. KG/003088 | 50.00 |
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 26 - Filing fee for UCC-3 Continuation (Filing No. 20248030585) - Jennifer Meehan for DEO - State of Delaware Service Request #20244245069 - 11.18.2024. KG/003088 | 50.00 |
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 24 - Filing fee for UCC-3 Continuation (Filing No. 20248030023) - Jennifer Meehan for DEO - State of Delaware Service Request #20244244905 - 11.18.2024. KG/003088 | 50.00 |
| 8-Dec-24 | Filing Fees  - Bank Of America: Filing Fee - 25 - Filing fee for UCC-3 Continuation (Filing No. 20248030189) - Jennifer Meehan for DEO - State of Delaware Service Request #20244244980 - 11.18.2024. KG/003088 | 50.00 |
| 8-Apr-25 | Filing Fees  - Bank Of America: Filing Fee - 03/14 - L2G*TNSOS Business PMT; transaction # 3893790117; filing Tennessee 2024 annual report for AF Title Co.; for Cavell Anderson. BD/005417 | 20.46 |
| 8-Apr-25 | Filing Fees  - Bank Of America: Filing Fee - 03/13 - KY-Sec of State; filing Kentucky 2025 annual report for AF Title Co. for Cavell Anderson. BD/005417 | 15.00 |
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 29 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0420264098 - 04/17/2025. KG/003088 | 50.00 |

Akerman LLP
Client: RAC Dealership, LLC, D/B/A American Car
Center, LLC
Matter: Post-Petition State and Local Tax
Representation

Invoice Date:        May 28, 2026
Invoice Number:   10173334
Matter Number:    086724.00430581

| Date | Disbursements | Value |
|---|---|---|
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 32 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0417399057 - 04/17/2025. KG/003088 | 50.00 |
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 28 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0414364332 - 04/17/2025. KG/003088 | 50.00 |
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 30 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0425237624 - 04/17/2025. KG/003088 | 50.00 |
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 31 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0411345418 - 04/17/2025. KG/003088 | 50.00 |
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 27 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0356302212 - 04/17/2025. KG/003088 | 50.00 |
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 34 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0427342628 - 04/17/2025. KG/003088 | 50.00 |
| 8-May-25 | Filing Fees  - Bank Of America: Filing Fee - 33 - Fee for filing UCC-3 Continuation Statement - Jennifer Meehan for David Otero - Delaware Corp & Tax Remittance No: 0422322051 - 04/17/2025. KG/003088 | 50.00 |
| 31-Mar-26 | Filing Fees  - Truist Bank - Visa: Filing Fee - 003/20 - E-filing in Kentucky Secretary of State; Company ID: 1030681.21.99999; Cavell Anderson. BD/005417 | 15.00 |
| **Total for Filing Fees** | | **850.46** |
| | | |
| 2-Jan-26 | Other Miscellaneous Charges  - Capitol Services Inc: Other Charges - AF Title Co - Indiana reinstatement. DR/004784 | 342.96 |
| **Total for Other Miscellaneous Charges** | | **342.96** |
| | | |
| 30-Nov-25 | Pacer Public Records System | 0.10 |
| **Total for Pacer Public Records System** | | **0.10** |
| | | |
| **Total Disbursements**......................................................................................... | | **$1,193.52** |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

Invoice Date:       May 28, 2026
Invoice Number:     10173334
Matter Number:      086724.00430581

**Timekeeper Summary**

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| C A | C. Anderson | 4.70 | 1,974.00 |
| DEO | D. E. Otero | 6.30 | 5,905.00 |
| DJR | D. J. Rosen | 62.40 | 44,945.00 |
| JSM | J. S. Meehan | 7.50 | 2,779.50 |
| POL | P. O. Larsen | 16.00 | 14,075.00 |
| RCE | R. C. Elliott | 0.60 | 405.00 |
| **Total** | | **97.50** | **$70,083.50** |

Akerman LLP

Client: RAC Dealership, LLC, D/B/A American Car Center, LLC

Matter: Post-Petition State and Local Tax Representation

| | |
|---|---|
| Invoice Date: | May 28, 2026 |
| Invoice Number: | 10173334 |
| Matter Number: | 086724.00430581 |

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 10.10 | 6,627.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 2.30 | 2,242.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 3.50 | 1,493.50 |
| B210 | BUSINESS OPERATIONS | 3.80 | 1,387.00 |
| B240 | TAX ISSUES | 77.40 | 58,165.00 |
| T500 | EXPENSES | 0.40 | 168.00 |
| **Total** | | **97.50** | **$70,083.50** |



Akerman LLP
PO Box 931848
Atlanta, GA 31193-1848

**Remittance Copy**

| | |
|---|---|
| Invoice Date: | May 28, 2026 |
| Invoice No.: | 10173334 |

RAC Dealership, LLC, D/B/A American Car Center, LLC
6775 Lennox Center Court, Suite 100
Memphis, TN 38115

Client Name:      **RAC Dealership, LLC, D/B/A American Car Center, LLC**
Matter Name:      **Post-Petition State and Local Tax Representation**
Client/Matter Number: **086724.00430581**

*For professional services rendered through April 30, 2026, as summarized below:*

| | |
|---|---|
| Services | $70,083.50 |
| Disbursements | $1,193.52 |
| **Total Amount Due** | **$71,277.02** |

*To ensure proper credit to the above account, please indicate invoice no. 10173334*
*Return remittance sheet with payment in US funds.*
**Wired funds accepted:**
Akerman LLP Operating Account
**Account Number:** ▇▇▇▇▇
c/o Wells Fargo Bank, N.A. San Francisco, CA
**Wire ABA Number:** ▇▇▇▇▇
Swift Code WFBIUS6S (For International Wires in US Dollars Only)

**ACH / Electronic Funds Transfer (EFT) accepted:**
**Account Number:** ▇▇▇▇▇
c/o Wells Fargo Bank, N.A., Miami, FL
**ACH ABA Number:** ▇▇▇▇▇
IRS EIN ▇▇▇ 7860

akerman.com