## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RAC Investment Holdings, LLC et al.[1], | ) | Case No. 23-10316 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Obj. Deadline: August 26, 2026 at 4:00 p.m.** |
| | ) | **Hearing Date: September 2, 2026 at 9:30 a.m.** |

**NOTICE OF MOTION OF LaBRITTANY S. HAWKINS FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the Movant LaBrittany S. Hawkins filed her *Motion for Relief from Stay Under Section 362 of the Bankruptcy Code* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the Motion must be made in writing and filed on or before **August 26, 2026 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served so as to actually be received by the undersigned counsel for the Movant on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **September 2, 2026 at 9:30 a.m. a.m. (ET)** before the Honorable Brendan L. Shannon in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 if an objection is filed.

The hearing date specified above may be a preliminary hearing or may be consolidated

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701)

with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security interest.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

Dated: August 6, 2026

Respectfully submitted,

Law Office of Susan E. Kaufman, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, Esq.
919 N. Market Street, Suite 460
Wilmington, DE 19801
Phone: (302) 472-7420
Email: skaufman@skaufmanlaw.com