**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RAC Investment Holdings, LLC et al.[1], | ) | Case No. 23-10316 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, a true and correct copy of the foregoing *Motion of LaBrittany S. Hawkins for Relief from the Automatic Stay* was sent to the following as indicated:

**VIA EMAIL**

Alan Root, Esq.
Aaron Bach, Esq.
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, DE 19801
root@chipmanbrown.com
bach@chipmanbrown.com

*Counsel for David W. Carickhoff,
Chapter 7 Trustee*

Linda Casey, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Linda.casey@usdoj.gov

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701)

Date: August 6, 2026

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com