**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 417** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM APPLICATION OF AKERMAN LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD NOVEMBER 1, 2024 THROUGH APRIL 30, 2026**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Second Interim Application of Akerman LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Chapter 7 Trustee for the Period November 1, 2024 Through April 30, 2026* [Docket No. 417] (the "**Application**") filed on June 11, 2026. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than July 2, 2026, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the relief requested in the Application has been filed.

**WHEREFORE**, the undersigned respectfully requests that the Court enter the form of order attached to the Application, at the Court's earliest convenience.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Dated: August 19, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Alan M. Root
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*