**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RAC Investment Holdings, LLC et al.[1], | ) | Case No. 23-10316 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Ref. D.I. 418 |

**CERTIFICATION OF COUNSEL FOR ENTRY OF ORDER GRANTING LaBRITTANY S. HAWKINS' MOTION FOR RELIEF FROM STAY**

I, Susan E. Kaufman, Esq., counsel for LaBrittany S. Hawkins ("Hawkins"), hereby certify as follows:

1. On August 6, 2026, Hawkins filed a Motion for Relief from the Automatic Stay (the "Motion") to pursue litigation claims against RAC Dealership, LLC d/b/a American Car Center ("RAC Dealership") and AF Title Co. d/b/a American Financial ("AF Title") to settlement or judgment and to recover on those claims from the proceeds of applicable insurance policies [D.I. 418].

2. The deadline for filing objections to the Motion was August 26, 2026 at 4:00 p.m. (the "Objection Deadline").

3. Prior to the Objection Deadline, counsel for the Trustee communicated with the undersigned and requested certain modifications to the proposed order filed with the Motion ("Trustee Comments").

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701)

4. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

5. Other than the Trustee Comments, no other responses or objections to the Motion were received by the undersigned.

6. Hawkins has agreed to revise the proposed order granting the Motion consistent with the Trustee's Comments. A redline version showing the modifications to the proposed order from the version filed with the Motion is annexed hereto as Exhibit A and a clean reversion of the revised order is annexed hereto as Exhibit B.

**WHEREFORE** LaBrittany S. Hawkins requests that the Court enter the order annexed hereto as **Exhibit B** at its earliest convenience.

Date: August 28, 2026

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*

Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

*Counsel for LaBrittany S. Hawkins*