**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 2, 2026, AT 9:30 A.M. (EASTERN TIME)**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

## I. RESOLVED MATTERS:

1. Motion of LaBrittany S. Hawkins for Relief from the Automatic Stay Under Section 362(d) of the Bankruptcy Code, filed August 6, 2026 [Docket No. 418].

Objection Deadline: August 26, 2026, at 4:00 p.m. (Eastern Time).

Responses Received: Informal comments from the Chapter 7 Trustee.

Related Pleadings:

A. Certification of Counsel for Entry of an Order Granting LaBrittany S. Hawkins' Motion for Relief from Stay, filed August 28, 2026 [Docket No. 422].

B. Order Granting LaBrittany S. Hawkins Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362, entered August 28, 2026 [Docket No. 423].

Status: An order has been signed. No hearing is necessary.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Dated: August 28, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Alan M. Root
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*