**CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on August 28, 2026, I caused to be served the foregoing **Notice of Agenda of Matters Scheduled for Hearing on September 2, 2026, at 9:30 a.m. (Eastern Time)** (i) by CM/ECF on all parties registered to receive notices in these cases and (ii) on all parties on the attached service list as indicated thereon.

*/s/ Alan M. Root*
Alan M. Root (No. 5427)

**Via Electronic Mail:**


Joseph M Mulvihill, Esquire
*Young Conaway Stargatt & Taylor, LLP*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
bankfilings@ycst.com

William S. Brody, Esquire
*Buchalter, P.C.*
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
wbrody@buchalter.com

Matthew B. Harvey, Esquire
Sophie Rogers Churchill, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
mharvey@morrisnichols.com
srchurchill@morrisnichols.com

Stephen E. Gruendel, Esquire
Cole Richins, Esquire
Zachary H. Smith, Esquire
*Moore & Van Allen PLLC*
100 North Tyron Street, Suite 4700
Charlotte, North Carolina 28201
stevegruendel@mvalaw.com
colerichins@mvalaw.com
zacharysmith@mvalaw.com

M. Blake Cleary, Esquire
*Potter Anderson & Corroon LLP*
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
bcleary@potteranderson.com

Christopher D. Loizides, Esquire
*Loizides, P.A.*
1225 King Street, Suite 800
Wilmington, Delaware 19801
loizides@loizides.com

Jack A. Raisner, Esquire
René S. Roupinian, Esquire
*Raisner Roupinian LLP*
270 Madison Avenue
Suite 1801
New York, New York 10010
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

Ross E. Webster, Esquire
*Glankler Brown, PLLC*
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
rwebster@glankler.com

Michael Fitzpatrick, Esquire
*Cole Schotz P.C.*
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
mfitzpatrick@coleschotz.com

John H. Knight, Esquire
Huiqi Liu, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
knight@rlf.com
liu@rlf.com

Howard Marc Spector, Esquire
*Spector & Cox, PLLC*
12770 Coit Road, Suite 850
Dallas, Texas 75251
hspector@spectorcox.com

Susan E. Kaufman, Esq.
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

Linda J. Casey, Esquire
*Office of the United States Trustee*
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, Delaware 19801
linda.casey@usdoj.gov

Thomas Lobello, III, Esquire
P.O. Box 4400
Jacksonville, Florida 32201-4400
tl@rolfelaw.com

Ian J. Bambrick, Esquire
*Faegre Drinker Biddle & Reath LLP*
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
ian.bambrick@faegredrinker.com

James H. Millar, Esquire
Laura E. Appleby, Esquire
*Faegre Drinker Biddle & Reath LLP*
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com

Morgan L. Patterson, Esquire
*FBT Gibbons LLP*
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
mpatterson@fbtgibbons.com

Joel L. Perrell, Jr., Esquire
*Womble Bond Dickinson (US) LLP*
100 Light Street, 26th Floor
Baltimore, Maryland 21202
joel.perrell@wbd-us.com

Bruce J. Ruzinsky, Esquire
*Jackson Walker L.L.P.*
1401 McKinney, Suite 1900
Houston, Texas 77010
bruzinsky@jw.com

Eric J. Monzo, Esquire
Tara C. Pakrouh, Esquire
*Morris James LLP*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
emonzo@morrisjames.com
tpakrouh@morrisjames.com

Callan C Searcy, Esquire
*Texas Office of Attorney General*
300 West 15th Street, 8th Floor
Austin, Texas 78701
bk-csearcy@texasattorneygeneral.gov

John D. Elrod, Esquire
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
elrodj@gtlaw.com

Scott D. Cousins, Esquire
Scott D. Jones, Esquire
*Cousins Law LLC*
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19801
scott.cousins@cousins-law.com
scott.jones@cousins-law.com

Philip C. Hearn, Esquire
*Hearn Law Firm, P.A.*
102 North Guyton Boulevard
Blue Mountain, Mississippi 38610
philiphearn@yahoo.com

Monique B. DiSabatino, Esquire
Saul Ewing LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
monique.disabatino@saul.com

Turner N. Falk, Esquire
*Saul Ewing LLP*
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
turner.falk@saul.com

Emily Margaret Hahn, Esquire
*Abernathy, Roeder, Boyd & Hullett, P.C.*
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069
ehahn@abernathy-law.com

Laura L. McCloud, Esquire
*Tennessee Attorney General's Office*
P.O. Box 20207
Nashville, Tennessee 37202
agbankdelaware@ag.tn.gov

Jenny R. Kasen, Esquire
Kasen & Kasen, P.C.
1213 N. King Street, Suite 2
Wilmington, DE 19801
jkasen@kasenlaw.com

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com

Martin J. Weis
Dilworth Paxson LLP
800 King Street
Suite 202
Wilmington, DE 19801
mweis@dilworthlaw.com