**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC INVESTMENT HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br>(Jointly Administered)<br><br>**Hearing Date: December 3, 2026 at 9:30 am (ET)**<br>**Objection Deadline: October 22, 2026 at 4:00 pm (ET)** |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENTS OF CHAPTER 5 CAUSES OF ACTION PURSUANT TO FED. R. BANKR. P. 9019**
**(*DocuSign, Inc. / United Recovery and Remarketing, LLC / United Nationwide Recovery LLC*)**

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee (the "Trustee") of the above-captioned debtors has filed the *Chapter 7 Trustee's Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that pursuant to the Motion, the Trustee seeks approval of settlements of avoidance action claims with (i) United Recovery and Remarketing, LLC, (ii) United Nationwide Recovery LLC, and (iii) DocuSign, Inc.

PLEASE TAKE FURTHER NOTICE any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules on or before **October 22, 2026 at 4:00 pm (ET).**

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **December 3, 2026 at 9:30 a.m. (ET)** before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801.

Dated: October 5, 2026

**ARCHER & GREINER, P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga (Bar No. 5391)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: nsongonuga@archerlaw.com

*Attorneys for the Chapter 7 Trustee*