**Giuliano Miller & Company, LLC**
Pavillion 800, Suite 210
2301 E. Evesham Road
Voorhees, NJ 08043
Phone: 856-767-3000 Fax: 856-767-3500

RAC Investment Holdings, LLC
c/o David W. Carickhoff, Esquire Trustee
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801

*Invoice #:* *28746*
*Date:* *9/30/2026*
*Due Date:* *10/30/2026*
*Client ID:* *21295*

*Please return top portion with remittance.* Amount Enclosed $ ____________________

---

For professional service rendered as follows:

951 1 Case Background/Administration

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 2/4/25 | emails re: revised hearing dates from A Root and SSH | DMM | 0.10 | 69.50 |
| 6/17/26 | review status of case for MGI | DMM | 0.10 | 72.50 |
| | Subtotal | | **0.20** | **$142.00** |

955 5 Fee Applications

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/19/24 | work on 2nd interim fee application | DMM | 3.80 | 2470.00 |
| 11/20/24 | work on 2nd interim fee app, narrative, sort | DMM | 2.10 | 1365.00 |
| 11/20/24 | call w/ SSH and ATG re: fee application status | DMM | 0.10 | 65.00 |
| 11/21/24 | review application and update | DMM | 0.70 | 455.00 |
| 12/3/24 | Work on fee apps for GMCO | ATG | 0.20 | 165.00 |
| 12/31/24 | emails from/to SSH re: fee application status | DMM | 0.10 | 65.00 |
| 1/3/25 | t/c with trustee re: fee app status | ATG | 0.20 | 175.00 |
| 1/3/25 | calls from/to ATG re: current and prior fee applications | DMM | 0.20 | 139.00 |
| 1/3/25 | follow up emails with SSH and David C. re: fee applications | DMM | 0.20 | 139.00 |
| 1/21/25 | call with ATG re: filing of 2nd interim fee application | DMM | 0.10 | 69.50 |
| 1/21/25 | emails with counsel/SSH re: fee app filing | DMM | 0.10 | 69.50 |
| 1/30/25 | emails with counsel and with SSH re: filing status of 2nd interim fee application | DMM | 0.20 | 139.00 |
| 9/16/26 | work on fee application | DMM | 2.10 | 1522.50 |
| 9/23/26 | work on 3rd interim application | DMM | 2.00 | 1450.00 |
| 9/30/26 | work on fee application | DMM | 2.40 | 1740.00 |
| | Subtotal | | **14.50** | **$10,028.50** |

957 7 Preference & Fraudulent Transfers Analyses

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 1/9/25 | Call with Alan R on status of Preference Analysis. | RLE | 0.20 | 139.00 |
| 1/9/25 | Review of preference worksheets by Marc G. | RLE | 2.80 | 1946.00 |
| 1/9/25 | Forward analysis to AR per RLE request | MSG | 0.40 | 176.00 |
| 1/14/25 | Review email from GD re: analysis, prep for t/c | MSG | 0.30 | 132.00 |
| 1/14/25 | t/c with GC re: Preference analysis | MSG | 0.40 | 176.00 |
| 1/14/25 | Investigate questions from GC t/c | MSG | 0.50 | 220.00 |
| 1/15/25 | Email with replies to GD questions re: pref analysis | MSG | 1.60 | 704.00 |
| 1/16/25 | Create schedules for RAC King vendors per GD request | MSG | 0.50 | 220.00 |
| 1/17/25 | Review GD email re: differences with SOFA vs. preference schedules and compare with support, SOFA | MSG | 1.20 | 528.00 |
| 1/20/25 | Continue to review GD email re: differences with SOFA vs. preference schedules and compare with support, Reply via email. | MSG | 2.30 | 1012.00 |
| 1/22/25 | Review and reply to GD email re: bank statements | MSG | 0.50 | 220.00 |
| 1/22/25 | Review and reply to GD email re: Tom White Inc payments | MSG | 0.50 | 220.00 |
| 1/23/25 | Provide Bridgestone Transfers schedule per GD request | MSG | 0.20 | 88.00 |
| 1/23/25 | Locate support for Bridgestone transfers per GD request | MSG | 0.20 | 88.00 |
| 1/23/25 | Reply to GD email re: check copies, analyze bank statement for excel conversion | MSG | 0.50 | 220.00 |
| 1/27/25 | Convert Dealership bank statements to Excel and format for GD | MSG | 2.30 | 1012.00 |
| 1/28/25 | Reply to GD email re: United Nationwide Recovery LLC, provide support | MSG | 0.40 | 176.00 |
| 1/28/25 | Reply to GD email re: Vertex Inc, Manheim. payments, provide support | MSG | 0.70 | 308.00 |
| 2/7/25 | Begin to analyze Clem Tire Company response to pref demand per GD request | MSG | 1.40 | 616.00 |
| 2/7/25 | Analyze Coggins response to pref demand per GD request, reply | MSG | 2.40 | 1056.00 |
| 2/10/25 | Finish analyzing Clem Tire Company response to pref demand per GD request, email findings | MSG | 0.90 | 396.00 |
| 2/11/25 | Analyze Car Care Clinic response to pref demand per GD request | MSG | 1.40 | 616.00 |
| 2/12/25 | Begin to analyze Auto Master Systems Inc response to pref demand per GD request | MSG | 2.10 | 924.00 |
| 2/12/25 | Provide support for Docusign pref demand reply per GD request | MSG | 0.50 | 220.00 |
| 2/13/25 | Begin to analyze Aston Carter response to pref demand per GD request | MSG | 1.80 | 792.00 |
| 2/14/25 | Finish analyzing Aston Carter response to pref demand per GD request, email summary | MSG | 0.40 | 176.00 |
| 2/17/25 | Review and reply to GD re: Eleven Consulting response to pref demand, provide support | MSG | 0.40 | 176.00 |
| 2/17/25 | Review and reply to GD re: J&K Trucking response to pref demand, provide support | MSG | 0.40 | 176.00 |

| | | | | |
|---|---|---|---|---|
| 2/20/25 | Review and reply to GD email re: Baker Donelson reply to pref demand, provide support | MSG | 0.40 | 176.00 |
| 2/21/25 | Analyze Locus Auto Transport Inc response to pref demand per GD request, reply | MSG | 1.20 | 528.00 |
| 2/21/25 | Review Woodcock Properties response to pref demand per GD request, reply | MSG | 0.40 | 176.00 |
| 2/24/25 | Analyze Finsight response to pref demand per GD request, reply | MSG | 0.50 | 220.00 |
| 2/25/25 | Review and reply to GD email re: VNJ Ventures Inc response to pref demand. Provide support. | MSG | 0.40 | 176.00 |
| 2/25/25 | Review and reply to GD email re: Right Way Transport response to pref demand. Provide support | MSG | 0.50 | 220.00 |
| 2/26/25 | Review and reply to GD re: 700 Credit LLC response to pref demand | MSG | 0.50 | 220.00 |
| 2/28/25 | Review and reply to GD re: Amtrust North America response to pref demand, provide support | MSG | 0.40 | 176.00 |
| 3/5/25 | Research data drive for board minutes per Bryan Hall. | RLE | 1.10 | 764.50 |
| 3/5/25 | Uploaded date to share drive provided by Bryan H | RLE | 0.30 | 208.50 |
| 3/5/25 | Review and reply to GD email re: J&K Trucking additional payment, update analysis | MSG | 0.40 | 176.00 |
| 3/5/25 | Review and reply to GD re: Consolidated Asset Recovery response to pref demand | MSG | 0.60 | 264.00 |
| 3/6/25 | Review and reply to GD email re: Key Greer Harrison & Casey additional new value, revise analysis | MSG | 0.50 | 220.00 |
| 3/7/25 | Review and reply to GD email re: Right Way Auto Transport Inc removal of payment, revised analysis | MSG | 0.40 | 176.00 |
| 3/7/25 | Review and reply to GD email re: Consolidated Asset Recovery System Inc payments and new value, rerun analysis | MSG | 1.00 | 440.00 |
| 3/10/25 | Review and reply to GD email re: Aramark Uniform Sevices payment support | MSG | 0.30 | 132.00 |
| 3/11/25 | Review and reply to GD email re: Columbia Asset Recovery | MSG | 0.20 | 88.00 |
| 3/13/25 | Review and reply to GD email re: Keybank Real Estate payments, locate support and provide disbursement records | MSG | 0.40 | 176.00 |
| 3/14/25 | Review and reply to GD email re: Finsight Group Inc response to pref demand, run OCB analysis using supplied invoice payment schedule | MSG | 0.60 | 264.00 |
| 3/24/25 | Review Clem Tire response to pref demand and rerun analysis using provided OCB data per GD request | MSG | 1.50 | 660.00 |
| 3/25/25 | Continue to review Clem Tire response to pref demand and rerun analysis using provided OCB data per GD request, email GD | MSG | 0.40 | 176.00 |
| 3/26/25 | Review and reply to GD email re: Aramark Uniform Services response to pref demand, provide payment support | MSG | 0.30 | 132.00 |
| 3/31/25 | Review and reply to GD email re: Gossett Motor Car response to pref demand, apply new value file | MSG | 0.40 | 176.00 |
| 4/1/25 | Analyze Windstream data and response to pref demand per GD request, rerun analysis | MSG | 0.70 | 308.00 |

| | | | | |
|---|---|---|---|---|
| 4/11/25 | Analyze Stone, Higgs & Drexler response to pref demand per GD request, Provide revised analysis from open balance report. | MSG | 0.50 | 220.00 |
| 4/16/25 | Rerun analysis for Windstream with additional new value per GD request | MSG | 0.50 | 220.00 |
| 4/17/25 | Analyze Harmelin and Associates response to pref demand and rerun analysis per GD request. Email findings. | MSG | 1.20 | 528.00 |
| 4/22/25 | Review and analyze OCB data from Gosset Motor Cars response to pref demand per GD request | MSG | 1.50 | 660.00 |
| 5/2/25 | Review GD email re: TItle Technologies support | MSG | 0.40 | 176.00 |
| 5/7/25 | Review Data Facts Inc response to pref demand per GD request, locate support | MSG | 1.40 | 616.00 |
| 5/7/25 | Review Crestmark response to pref demand per GD request, rerun analysis from aging detail support | MSG | 0.50 | 220.00 |
| 5/13/25 | Analyze Aramark Uniform Services response to pref demand per GD request. Provide revised analysis. | MSG | 1.30 | 572.00 |
| 6/6/25 | Begin to review 700 Credit response to pref demand per GD request | MSG | 0.20 | 88.00 |
| 6/9/25 | Review and reply to GD email re: 700 Credit LLC response to pref demand, run analysis from data provided | MSG | 1.30 | 572.00 |
| 6/9/25 | Review and reply to GD email re: Docusign response to pref demand, run analysis from data provided | MSG | 0.50 | 220.00 |
| 6/10/25 | Analyze Adams and Reese response to pref demand per GD request, rerun analysis based on provided data, email GD | MSG | 1.30 | 572.00 |
| 7/15/25 | Review and reply to GD email re: Haremlin response to pref demand | MSG | 0.30 | 132.00 |
| 7/28/25 | Review and reply to GD email re: United Nationwide Recovery LLC support | MSG | 1.20 | 528.00 |
| 7/30/25 | Review GD response to revised analysis for United Auto Recovery, remove uncleared payments and reply | MSG | 0.70 | 308.00 |
| 7/30/25 | Review and reply to GD email re: Wright Business Graphics LLC response to pref demand; provide support | MSG | 0.80 | 352.00 |
| 8/14/25 | Review and reply to GD email re: Consolidated Asset Recovery 1/6/23 payment, provide support | MSG | 0.50 | 220.00 |
| 8/14/25 | Arrange files from previous responses | MSG | 0.20 | 88.00 |
| 8/15/25 | Begin to analyze Mannheim/Ready Logistics response to pref demand per GD request, Reply with questions | MSG | 1.10 | 484.00 |
| 8/19/25 | Review and reply to GD email re: Manheim response to pref demand | MSG | 0.40 | 176.00 |
| 8/25/25 | Begin to review United response to pref demand per GD request | MSG | 0.30 | 132.00 |
| 8/25/25 | Review and reply to United Nationwide Recovery LLC reply to pref demand per GD request | MSG | 1.10 | 484.00 |
| 8/25/25 | Review and reply to Consolidated/Prmertus response to pref demand per GD request | MSG | 0.40 | 176.00 |
| 8/27/25 | Review and reply to GD email re: Wright Business Graphics LLC response to pref demand. Analyze data and run analysis. | MSG | 1.20 | 528.00 |
| 9/26/25 | Provide payment support for Ready Logistics LLC per GS request | MSG | 0.30 | 132.00 |
| 9/26/25 | Review GD email re: Auto Zone new value invoices, provide support | MSG | 0.40 | 176.00 |

| | | | | |
|---|---|---|---|---|
| 9/26/25 | Review GD email re: Weaver Automotive analysis | MSG | 0.20 | 88.00 |
| 9/29/25 | Review and reply to GD email re: Weaver Automotive response to pref demand, add new value from supplied invoices | MSG | 0.50 | 220.00 |
| 9/30/25 | Review and reply to GD re: Weaver Automotive - Additional new value invoices | MSG | 0.40 | 176.00 |
| 10/7/25 | Begin to review additional new value file for United Nationwide Recovery per GD request | MSG | 0.70 | 308.00 |
| 10/13/25 | Review GD request re: WTI Wholesale support for pref payments, reply | MSG | 0.40 | 176.00 |
| 10/21/25 | Reply to GD email re: Butler | MSG | 0.10 | 44.00 |
| 10/23/25 | Review and reply to GD email re: access to agreements | MSG | 0.20 | 88.00 |
| 1/14/26 | Review GD email re: AAMACO pref demand, locate support | MSG | 2.50 | 1125.00 |
| 2/19/26 | Review and reply to GD email re: Shi International Corp check payment, provide support | MSG | 1.20 | 540.00 |
| 2/27/26 | Review GD email re: Sun Coast payments, reply and provide support | MSG | 0.90 | 405.00 |
| 4/29/26 | Review and reply to GD email re: United Nationwide analysis | MSG | 0.50 | 225.00 |
| 4/29/26 | t/c with GD re: United Nationwide and Snap Tire | MSG | 0.10 | 45.00 |
| 4/29/26 | Analyze Snap Tire Inc response to pref demand per GD request | MSG | 0.40 | 180.00 |
| 4/30/26 | Met with RLE re: open issues, pref | ATG | 0.30 | 268.50 |
| 5/12/26 | Review uncleared Sun Coast payment per GD request | MSG | 0.30 | 135.00 |
| 9/18/26 | Review of CIT settlement, | RLE | 0.40 | 290.00 |
| | Subtotal | | **69.20** | **$31,879.50** |

958 8 Accounting

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/5/24 | Review of daily cash receipts from 11-01-to 11-05 | RLE | 0.30 | 195.00 |
| 11/6/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |
| 11/7/24 | Review of Daily cash receipts. | RLE | 0.20 | 130.00 |
| 11/12/24 | Review of Cash deposits for dates 11-8 thru 11-11. | RLE | 0.40 | 260.00 |
| 11/13/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |
| 11/14/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |
| 11/14/24 | Review of monthly servicing reports for three loan pools - ACC BK 2019 - 2, ACC-BK and Atlas Group Pools, | RLE | 1.30 | 845.00 |
| 11/19/24 | Review of daily cash receipts for 11 -14 thru -11-18. | RLE | 0.40 | 260.00 |
| 11/20/24 | Review of daily cash deposits | RLE | 0.20 | 130.00 |
| 11/21/24 | Review of monthly servicing report with West Lake Team for month of October. | RLE | 0.60 | 390.00 |
| 11/21/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |
| 11/26/24 | Review of Daily cash receipts | RLE | 0.20 | 130.00 |
| 11/27/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |

| | | | | |
|---|---|---|---|---|
| 12/3/24 | Review of Daily deposits from 11/27 thru 12/2. | RLE | 0.40 | 260.00 |
| 12/4/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |
| 12/5/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |
| 12/10/24 | Review of daily cash receipts from 10-5-24 | RLE | 0.40 | 260.00 |
| 12/11/24 | Review of Daily deposits. | RLE | 0.20 | 130.00 |
| 12/11/24 | emails concerning VIN # and title issues Nicole A. of West Lake. | RLE | 0.20 | 130.00 |
| 12/12/24 | Review of Cash Deposits for today | RLE | 0.20 | 130.00 |
| 12/12/24 | Prepared cash distribution spread sheet for Hancock and Whitney | RLE | 0.80 | 520.00 |
| 12/12/24 | Review of Servicing reports from month of November. | RLE | 0.30 | 195.00 |
| 12/12/24 | Create Spreadsheet for cash receipts / disbursements for october / November per RLE request. | MGI | 1.30 | 773.50 |
| 12/17/24 | Review of Daily cash receipts. | RLE | 0.20 | 130.00 |
| 12/17/24 | Review of monthly servicing statements and transaction. | RLE | 0.60 | 390.00 |
| 12/18/24 | Review of daily cash receipts. | RLE | 0.20 | 130.00 |
| 12/19/24 | Review of Daily cash receipts. | RLE | 0.20 | 130.00 |
| 12/19/24 | Call with Stephan W and review of November Servicing States and run-off of portfolio. | RLE | 0.60 | 390.00 |
| 12/26/24 | Review of daily cash receipts from 12-20-2024 thru 12-25-31 | RLE | 0.40 | 260.00 |
| 12/31/24 | Review of daily cash receipts for period 12-26- thru 12/31 | RLE | 0.30 | 195.00 |
| 1/3/25 | Review of Daily cash receipts from 12-30 thru 01/02/2025. | RLE | 0.30 | 208.50 |
| 1/7/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 1/8/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 1/13/25 | Review of monthly servicing report from Westlake . | RLE | 0.60 | 417.00 |
| 1/13/25 | Emails to/from Stephan W on servicing reports | RLE | 0.20 | 139.00 |
| 1/14/25 | Review of cash receipts from 01-10-24 thru 01-13-24 | RLE | 0.30 | 208.50 |
| 1/15/25 | Review of Daily cash receipts. | RLE | 0.20 | 139.00 |
| 1/16/25 | Call with Stephan W. review of monthly servicing reports for 2019-2 and BK Estate portfolios. Also review of Next Gear claim | RLE | 0.70 | 486.50 |
| 1/16/25 | Review of Daily cahs receipts . | RLE | 0.20 | 139.00 |
| 1/23/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 1/28/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 1/29/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 1/30/25 | Review of cash receipts. | RLE | 0.20 | 139.00 |
| 2/4/25 | Review of Daily cash receipts from 01-30 to 02-03 | RLE | 0.30 | 208.50 |
| 2/4/25 | Emails from Stephan W on servicing reports for January. | RLE | 0.20 | 139.00 |
| 2/5/25 | Review of daily cash receipts | RLE | 0.20 | 139.00 |
| 2/6/25 | Review of daily cash deposits. | RLE | 0.20 | 139.00 |

| | | | | |
|---|---|---|---|---|
| 2/11/25 | Review of Daily cash deposits from 02/08/25 thru 02/10/25. | RLE | 0.30 | 208.50 |
| 2/12/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 2/12/25 | Review of service reports. | RLE | 0.30 | 208.50 |
| 2/12/25 | Emails from Stephan W on servicer report. | RLE | 0.10 | 69.50 |
| 2/13/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 2/13/25 | Review of monthly servicing report. | RLE | 0.70 | 486.50 |
| 2/13/25 | Emails from Stephan W January Monthly Servicing report. | RLE | 0.10 | 69.50 |
| 2/13/25 | Emails to Alan R on distribution for HWB. | RLE | 0.10 | 69.50 |
| 2/13/25 | Review of form 2 for December and January deposits | RLE | 0.60 | 417.00 |
| 2/13/25 | Convert Form II Activity / summarize cash receipts per RLE request. | MGI | 0.80 | 512.00 |
| 2/19/25 | Review of daily cash receipts from 02/14- 02/18 | RLE | 0.30 | 208.50 |
| 2/20/25 | Call with Westlake on 2019-2 portfolio and deficiency amounts. | RLE | 0.60 | 417.00 |
| 2/20/25 | Review of Daily cash deposits. | RLE | 0.20 | 139.00 |
| 2/20/25 | Convert Form II per RLE request. | MGI | 0.80 | 512.00 |
| 2/26/25 | Review of daily deposits from 2-21 thru 2-25 | RLE | 0.30 | 208.50 |
| 2/26/25 | Emails to Stephan W and Brad P on 2019-2 account reconciliation. | RLE | 0.20 | 139.00 |
| 2/27/25 | Review of daily cash deposits. | RLE | 0.20 | 139.00 |
| 2/27/25 | Call with Alan R on lump sum payment of $247K and source of funds. | RLE | 0.20 | 139.00 |
| 2/27/25 | Review of deficiency run-ff for the loans with Alan R. | RLE | 0.20 | 139.00 |
| 2/27/25 | Emails to Stephan W on 12-23-24 deposit. | RLE | 0.10 | 69.50 |
| 3/4/25 | Review of daily cash receipts and deficiency balance from 02-28-to 03-03 | RLE | 0.30 | 208.50 |
| 3/6/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 3/10/25 | Review of Daily cash receipts. | RLE | 0.20 | 139.00 |
| 3/12/25 | Review of Daily Cash receipts | RLE | 0.20 | 139.00 |
| 3/13/25 | Review of Daily deposits. | RLE | 0.20 | 139.00 |
| 3/18/25 | Review of daily cash receipts from 03-14 to 03-17 | RLE | 0.30 | 208.50 |
| 3/19/25 | Review of daiily cash receipts. | RLE | 0.20 | 139.00 |
| 3/20/25 | Call with west lake review of service reports and deficiency tracking. | RLE | 0.60 | 417.00 |
| 3/20/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 3/24/25 | Review of Daily cash receipts... | RLE | 0.20 | 139.00 |
| 4/1/25 | Create schedule of cash receipts per Rob Edwards request | MGI | 0.80 | 556.00 |
| 4/4/25 | Review of daily deposits for period 03/25/25 thru 04/3/25. | RLE | 0.60 | 417.00 |
| 4/7/25 | Review of daily deposits. | RLE | 0.20 | 139.00 |
| 4/9/25 | Review of daily cash deposits. | RLE | 0.20 | 139.00 |
| 4/15/25 | Review of daily cash receipts | RLE | 0.20 | 139.00 |
| 4/15/25 | Emails from Alan R and Stephan W on charge off cash flows being included | RLE | 0.30 | 208.50 |

| | | | | |
|---|---|---|---|---|
| | in AAC BK portfolio. | | | |
| 5/28/25 | Review Estate transfer correspondence from Bradley Puricelli | MGI | 0.10 | 69.50 |
| 6/2/25 | Prepare schedule for Distribution for 12-31-24 to 04-31-25. | RLE | 0.50 | 347.50 |
| 6/2/25 | Review of daily cash receipts for month of May for BK 2015 and ACC BK Estate. | RLE | 1.20 | 834.00 |
| 6/2/25 | Emails to/from Alan R on HWB distribution, | RLE | 0.20 | 139.00 |
| 6/2/25 | Create supporting schedule of receipts for 2025 per Rob Edwards request. | MGI | 2.80 | 1946.00 |
| 6/3/25 | Review of cash receipts for the day, | RLE | 0.20 | 139.00 |
| 6/3/25 | Review of servicing report for May 2025, | RLE | 0.40 | 278.00 |
| 6/4/25 | Review of Daily cash receipts. | RLE | 0.20 | 139.00 |
| 6/4/25 | Email to Alan R on distribution for HWB. | RLE | 0.10 | 69.50 |
| 6/4/25 | Review and revised HWB distribution sheet. | RLE | 0.30 | 208.50 |
| 6/5/25 | Call with Alan R, Review of HWB distribution. | RLE | 0.40 | 278.00 |
| 6/9/25 | Review Form I / form II / docket. Update Trial balance for 2024 Income tax return. | MGI | 4.80 | 3336.00 |
| 6/10/25 | Review Form I / form II / docket. Update Trial balance for 2024 Income tax return. | MGI | 3.60 | 2502.00 |
| 6/11/25 | Review of daily cash deposits. | RLE | 0.20 | 139.00 |
| 6/11/25 | Review of financial statements for insurance audit, | RLE | 0.20 | 139.00 |
| 6/12/25 | Review of daily cash deposits, | RLE | 0.20 | 139.00 |
| 6/13/25 | Review daily cash receipts and servicing report | RLE | 0.30 | 208.50 |
| 6/16/25 | Review of daily cash receipts for 6 days of reports. | RLE | 0.40 | 278.00 |
| 6/16/25 | Review of analysis from Stephan W on Next gear distribution. | RLE | 1.10 | 764.50 |
| 6/17/25 | Review of daily cash deposits, | RLE | 0.20 | 139.00 |
| 6/19/25 | Review of daily cash receipts | RLE | 0.30 | 208.50 |
| 6/19/25 | Call with Stephan W and review of monthly servicing report and requested changes, | RLE | 0.80 | 556.00 |
| 7/7/25 | Review of daily cash deposits for RAC holding pool and 2019 BAc pool for period 06-19 thru 07-07-25. | RLE | 1.20 | 834.00 |
| 7/9/25 | Review of daily deposits | RLE | 0.20 | 139.00 |
| 7/9/25 | Analysis of HWB distribution | RLE | 0.60 | 417.00 |
| 7/9/25 | Prepare schedule of cash receipts per RLE request. | MGI | 1.80 | 1251.00 |
| 7/10/25 | Review of daily cash deposits | RLE | 0.20 | 139.00 |
| 7/11/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/15/25 | Review of monthly servicing statements for BK ACC and BK 2019 | RLE | 0.40 | 278.00 |
| 7/15/25 | Review of Daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/15/25 | Emails to Stephan W on issue with deficiency amounts | RLE | 0.20 | 139.00 |
| 7/16/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |

| | | | | |
|---|---|---|---|---|
| 7/16/25 | Emails from/to Alan R on HWB distribution, | RLE | 0.20 | 139.00 |
| 7/16/25 | Call to Alan R on HWB distribution. | RLE | 0.10 | 69.50 |
| 7/16/25 | Create receipts schedule from Form II per RLE request. | MGI | 0.90 | 625.50 |
| 7/17/25 | Revised HWB distribution report. | RLE | 0.50 | 347.50 |
| 7/17/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/17/25 | emails from/to Alan R on deficiency claw back, | RLE | 0.30 | 208.50 |
| 7/18/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/21/25 | Review of daily cash deposits, | RLE | 0.20 | 139.00 |
| 7/21/25 | Emails to Stephan W and Alan R on service report. | RLE | 0.20 | 139.00 |
| 7/22/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/23/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/24/25 | Review of monthly servicing report with West lake. | RLE | 0.40 | 278.00 |
| 7/24/25 | Review of daily cash reports.. | RLE | 0.20 | 139.00 |
| 7/25/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/28/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/29/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/30/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 7/31/25 | Review of Daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/1/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/4/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/4/25 | Review / respond to correspondence regarding cash transfer | MGI | 0.20 | 139.00 |
| 8/5/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/6/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/7/25 | Review of daily cash deposits | RLE | 0.20 | 139.00 |
| 8/8/25 | Review of daily cash receipts and run-off rates of loan portfolio, | RLE | 0.30 | 208.50 |
| 8/11/25 | Review of daily cash receipts and deficiency balance. | RLE | 0.20 | 139.00 |
| 8/11/25 | Email to Alan R review of cash recoveries. | RLE | 0.10 | 69.50 |
| 8/12/25 | Review of Daily cash receipts and run out of deficiency balance. | RLE | 0.30 | 208.50 |
| 8/13/25 | Review of daily cash receipts and deficiency run off. | RLE | 0.20 | 139.00 |
| 8/13/25 | Emails to Alan R on HWB loan pool. | RLE | 0.10 | 69.50 |
| 8/14/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/15/25 | Review of daily cash receipts | RLE | 0.20 | 139.00 |
| 8/15/25 | Review of monthly servicing statements. | RLE | 0.40 | 278.00 |
| 8/18/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/19/25 | Review of daily cash deposits, | RLE | 0.20 | 139.00 |
| 8/20/25 | Review of Daily Cash receipts, | RLE | 0.20 | 139.00 |

| | | | | |
|---|---|---|---|---|
| 8/21/25 | Review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/21/25 | Call with Stephan W and review of servicing report for July, | RLE | 0.20 | 139.00 |
| 8/22/25 | Review of Waterfall analysis, | RLE | 0.20 | 139.00 |
| 8/25/25 | Review of Daily cash receipts. | RLE | 0.20 | 139.00 |
| 8/26/25 | Review of Daily cash receipts | RLE | 0.20 | 139.00 |
| 8/28/25 | Review of daily cash receipts | RLE | 0.20 | 139.00 |
| 8/29/25 | review of daily cash receipts. | RLE | 0.20 | 139.00 |
| 9/4/25 | Review of cash daily cash deposits from 09-01-thru 09-04 | RLE | 0.40 | 278.00 |
| 9/12/25 | emails to from Alan R to HWB on changing distribution timing. | RLE | 0.20 | 139.00 |
| 9/17/25 | Review of August Servicer report for Estate and HWB loan portfolios. | RLE | 0.50 | 347.50 |
| 9/17/25 | Review of daily cash receipts 09-05-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-08-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-09-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-10-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-11-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-12-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-15-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-16-25 | RLE | 0.10 | 69.50 |
| 9/17/25 | Review of daily cash receipts 09-17-25 | RLE | 0.10 | 69.50 |
| 9/25/25 | Review of daily cash receipts from 09-19 thru 09-25 | RLE | 0.60 | 417.00 |
| 9/30/25 | Review daily cash deposits from 09-26 thru 09-30. | RLE | 0.30 | 208.50 |
| 10/3/25 | Review of Daily cash Deposits from 10-1 thru 10-3 | RLE | 0.30 | 208.50 |
| 10/3/25 | Email to Westlake on purchase of loan pools. | RLE | 0.20 | 139.00 |
| 10/7/25 | Review of daily cash receipts from 10-6 to 10-7 | RLE | 0.20 | 139.00 |
| 10/8/25 | Review of daily cash receipts and run off analysis of deficiency, | RLE | 0.20 | 139.00 |
| 10/13/25 | Review of daily cash receipts and deficit balance -10-10 to 10-13. | RLE | 0.30 | 208.50 |
| 10/15/25 | Convert PDF to Excel and Format for R.L.E. Analysis. | MGI | 1.60 | 1112.00 |
| 10/21/25 | Prepared worksheet for HWB July thru Sept distribution, | RLE | 0.40 | 278.00 |
| 10/21/25 | Email to Alan R HWB worksheet, | RLE | 0.10 | 69.50 |
| 10/21/25 | Review of daily cash receipts from 10-13 thru 10-20. | RLE | 0.50 | 347.50 |
| 10/24/25 | Review of daily cash deposits from 10-22 to 10-24. | RLE | 0.30 | 208.50 |
| 10/29/25 | Review of daily cash receipts from 10-28 thru 10-29, | RLE | 0.20 | 139.00 |
| 10/31/25 | Daily cash receipts review 10-30 to 10-31 | RLE | 0.20 | 139.00 |
| 10/31/25 | Cal with Alan R review of loan pools and funding for servicing expenses. | RLE | 0.40 | 278.00 |
| 11/6/25 | Review of daily cash receipts for period 11-3 too 11-6 | RLE | 0.40 | 278.00 |
| 11/6/25 | Emails to Alan R outlining deficiency and surplus in two loan pools. | RLE | 0.20 | 139.00 |

| | | | | |
|---|---|---|---|---|
| 11/10/25 | Review of daily cash receipts for 11-7- to 11-10. | RLE | 0.20 | 139.00 |
| 11/10/25 | Emails to/from Alan R on loan balances. | RLE | 0.20 | 139.00 |
| 11/14/25 | Review of Dally cash receipts 11-9 thru 11-14 | RLE | 0.40 | 278.00 |
| 11/17/25 | Emails to Alane R on October serviceing reports. | RLE | 0.20 | 139.00 |
| 11/19/25 | Review of October servicer report. | RLE | 0.40 | 278.00 |
| 11/19/25 | Email to Stephan W. on deficits accrued for loan pools. | RLE | 0.20 | 139.00 |
| 11/19/25 | Review of cash receipts from 11-17 to 11/19 | RLE | 0.30 | 208.50 |
| 11/19/25 | emails to Stephan W on schedule for review of servicing report. | RLE | 0.10 | 69.50 |
| 11/20/25 | Emails to Stephan want about the servicers report. | RLE | 0.10 | 69.50 |
| 11/24/25 | Call with PJ and Stephan W review of high servicing costs and deficiency | RLE | 0.60 | 417.00 |
| 11/24/25 | Review of Daily Cash receipts. | RLE | 0.20 | 139.00 |
| 11/25/25 | Review of Daily cash receipts. | RLE | 0.20 | 139.00 |
| 11/26/25 | Dailiy Cash receipts for loan pools. | RLE | 0.20 | 139.00 |
| 12/2/25 | Review daily cash receipts for periods 11-25 thru 12-2 | RLE | 0.40 | 278.00 |
| 12/9/25 | Emails to/from Alan R on meeting for HWB loan pools. | RLE | 0.10 | 69.50 |
| 12/9/25 | Review of HWB Loan pool 2019-2 and related deficiency. | RLE | 0.30 | 208.50 |
| 12/12/25 | Review of daily cash receipts 12-8 yo 12-12 and deficiency analysis for HWB pool 2019-2/ | RLE | 0.40 | 278.00 |
| 12/12/25 | Review of servicing reports for ACC Trusts for month of November. | RLE | 0.20 | 139.00 |
| 12/16/25 | Review of November Servicing Reports | RLE | 0.50 | 347.50 |
| 12/16/25 | Review of cash receipts reports for 12-13 to 12-16 | RLE | 0.30 | 208.50 |
| 12/17/25 | Call with Westlake review of November service report. | RLE | 0.60 | 417.00 |
| 12/17/25 | Review of daily cash receipts | RLE | 0.20 | 139.00 |
| 12/22/25 | Call with Westlake Reps and Alan R on wind down of 20019-2 loan trust. | RLE | 0.60 | 417.00 |
| 12/22/25 | Review of daily cash receipts for 12-18 to 12-21 | RLE | 0.30 | 208.50 |
| 12/23/25 | Emails from Alan R and Dave R on Indiana requirement, for audited financial statements, | RLE | 0.20 | 139.00 |
| 12/29/25 | Review of daily cash receipts 12-22 to 12-26 | RLE | 0.30 | 208.50 |
| 12/30/25 | Review cash receipts 12-28 thru 12-30 | RLE | 0.20 | 139.00 |
| 1/6/26 | Review of Cash receipts for 12-31 thru 01-06-26. | RLE | 0.40 | 290.00 |
| 1/12/26 | 01-06 and 01/07 | RLE | 0.20 | 145.00 |
| 1/15/26 | Review of December servicing reports | RLE | 0.40 | 290.00 |
| 1/20/26 | Review of daily cash receipts 01-16 to 01-20 | RLE | 0.30 | 217.50 |
| 1/23/26 | Review of daily cash receipts 01-21 to 01-23 | RLE | 0.30 | 217.50 |
| 1/28/26 | Review of daily cash receipts from 01-23 to 01-27 | RLE | 0.40 | 290.00 |
| 1/29/26 | Review cash receipts for 01-29 | RLE | 0.10 | 72.50 |
| 1/29/26 | Review of servicing reports from 12-31-25 and deficiency | RLE | 0.40 | 290.00 |

| | | | | |
|---|---|---|---|---|
| 2/4/26 | Review of cash receipts for 01-29 thru 02-04 | RLE | 0.40 | 290.00 |
| 2/6/26 | Review daily cash receipts | RLE | 0.20 | 145.00 |
| 2/6/26 | Review of December Servicing report. | RLE | 0.20 | 145.00 |
| 2/9/26 | Review of daily cash receipts. | RLE | 0.20 | 145.00 |
| 2/16/26 | Review of cash receipts from 02-07 thru 02-12 | RLE | 0.40 | 290.00 |
| 2/16/26 | Review of servicing reports fro month of January 2026. | RLE | 0.40 | 290.00 |
| 2/16/26 | Email to Stephan W on January servicing reports. | RLE | 0.10 | 72.50 |
| 2/20/26 | Review of daily cash deposits from 02-17 to 02-20 | RLE | 0.40 | 290.00 |
| 2/26/26 | Call with Stephan W review of Jan Servicing report. | RLE | 0.40 | 290.00 |
| 2/26/26 | Review of daily cash receipts. | RLE | 0.20 | 145.00 |
| 3/3/26 | Review of daily cash receipts from 02/26 to 03/02 | RLE | 0.40 | 290.00 |
| 3/6/26 | Review of daily cash receipts 03-01 to 03-05 | RLE | 0.30 | 217.50 |
| 3/12/26 | Review of daily cash receipts from 03-08 to 03-12 | RLE | 0.30 | 217.50 |
| 3/13/26 | Review of daily cash receipts. | RLE | 0.20 | 145.00 |
| 3/16/26 | Review of daily cash receipts. | RLE | 0.10 | 72.50 |
| 3/23/26 | Review of daily cash receipts from 03-16 thru 03-21 | RLE | 0.40 | 290.00 |
| 4/27/26 | Review 2025 activity provided by Rosanne Dellaversano. Create open points request for 2025 returns. | MGI | 0.50 | 362.50 |
| 4/30/26 | Call with West lake review of wind down process and accounting fro 2019-2 and BK portfolios. | RLE | 1.20 | 870.00 |
| 4/30/26 | Review of Cash receipts accounting for month of March and April. | RLE | 0.90 | 652.50 |
| 4/30/26 | Create opening balance sheet for 2025 returns. Update Trial balance with estate activity. | MGI | 3.70 | 2682.50 |
| 5/1/26 | Review of Cash receipts for 2019-2 loan pool. | RLE | 0.70 | 507.50 |
| 5/4/26 | Review of daily cash receipts. | RLE | 0.10 | 72.50 |
| 5/4/26 | Call with David R and Alan R on MS tax liability. | RLE | 0.40 | 290.00 |
| 5/4/26 | Email to PL of West Lake on wind down of portfolio, | RLE | 0.20 | 145.00 |
| 5/4/26 | Review of David R memo on MS tax matter. | RLE | 0.40 | 290.00 |
| 5/13/26 | Review of chase receipts for period 05-03 to 05-11 | RLE | 0.80 | 580.00 |
| 5/18/26 | Call with PJ of West Lake review of overpayment of expense and portfolio termination process. | RLE | 0.60 | 435.00 |
| 5/18/26 | Review of servicing reports for April. for BK estate and 2019-2 portfolio. | RLE | 0.80 | 580.00 |
| 5/20/26 | Review of Admin expenses for BK Trust account. | RLE | 0.70 | 507.50 |
| 5/20/26 | Call with Stephan W. of West Lake. review of Admin expenses and cash collect for sub cases to BK estate. | RLE | 0.60 | 435.00 |
| 5/22/26 | Create consolidating Schedules for 2025 Partnership return. | MGI | 4.60 | 3335.00 |
| 5/27/26 | Review of cash receipts for period 05-19 thru 05-25 | RLE | 0.60 | 435.00 |
| 6/22/26 | Review of cash receipts reports from 06-09 thru 06-21 | RLE | 0.90 | 652.50 |

| | | | | |
|---|---|---|---|---|
| 7/1/26 | Review of Cash receipts from 06-23 to 07-01 | RLE | 0.80 | 580.00 |
| 7/6/26 | Review of cash receipts from 07-02 thru 07-06 | RLE | 0.60 | 435.00 |
| 7/6/26 | Call with Alan R review of status of loan recoveries | RLE | 0.50 | 362.50 |
| 7/16/26 | Email to Rosanne D on form 2 requesting 2019-2 transaction. | RLE | 0.20 | 145.00 |
| 7/16/26 | Review of Servicing Reports from Westlake, | RLE | 0.30 | 217.50 |
| 7/16/26 | Review of daily deposits report form 07-07 to 07-16 | RLE | 0.90 | 652.50 |
| 7/16/26 | Sent emails to Stephan W on June servicing report | RLE | 0.60 | 435.00 |
| 7/21/26 | Format Form II activity per Rob Edwards request | MGI | 0.90 | 652.50 |
| 7/22/26 | Prepared Hancock Whitney Calc for return of capital. | RLE | 0.50 | 362.50 |
| 7/22/26 | Review of daily cash receipts for period 07-17-07-22 | RLE | 0.40 | 290.00 |
| 7/23/26 | Review of Servicing reports in preparation for call with Westlake. | RLE | 0.60 | 435.00 |
| 7/23/26 | Call with Stephan W on June servicing reports and re-po expenses. | RLE | 0.50 | 362.50 |
| 7/30/26 | Review of daily deposits from 07-23 to 07-30 | RLE | 0.60 | 435.00 |
| 8/5/26 | Review of daily cash receipts from 07-30 to 08-05 | RLE | 0.60 | 435.00 |
| 8/18/26 | Review of July Servicing reports and reconciling $30K deficiency. | RLE | 1.20 | 870.00 |
| 8/18/26 | Review of daily cash receipts from 08-03 to 08-17 | RLE | 0.90 | 652.50 |
| 8/18/26 | Call with Alan R on admin costs and wind down of assets. | RLE | 0.30 | 217.50 |
| 8/18/26 | Emails to/from PJ of Westlake on tax consultants admin costs. | RLE | 0.40 | 290.00 |
| 8/18/26 | emails to/from Stphan W on July defeciency amount of $30K | RLE | 0.30 | 217.50 |
| 8/20/26 | Call with Stephan W on next gear transferd for month on July. | RLE | 0.60 | 435.00 |
| 8/20/26 | Review of emails and attachment for $30K deficiency, | RLE | 0.40 | 290.00 |
| 8/24/26 | Review of daily cash deposits from 08 to 08-24. | RLE | 0.60 | 435.00 |
| 9/10/26 | Review of daily Cash Receipts loan portfolio from 08/15 thru 09/09 | RLE | 0.70 | 507.50 |
| 9/10/26 | Review admin expanses and analysis based cash collection and burn rate of expenses. | RLE | 0.80 | 580.00 |
| 9/10/26 | Emails from/to Dave A and Alan R on Tax settlement and analysis for State of Arkansas. | RLE | 0.40 | 290.00 |
| 9/10/26 | Call with Alan R Westlake portfolio wind down. | RLE | 0.70 | 507.50 |
| 9/18/26 | Review of servicing reports for month of August | RLE | 0.70 | 507.50 |
| 9/18/26 | emails to/from Stephan W on servicing report follow up. | RLE | 0.20 | 145.00 |
| 9/18/26 | Email to/from PJ follow up on cash flow for portfolio. | RLE | 0.20 | 145.00 |
| 9/22/26 | Review of prior months servicing reports for cash flow analysis, | RLE | 0.80 | 580.00 |
| 9/22/26 | Call with Westlake and review of cash flow model. | RLE | 0.90 | 652.50 |
| 9/22/26 | Review of daylily cash receipts for period 09-17 thru 09-20 | RLE | 0.40 | 290.00 |
| 9/25/26 | Review of daily cash receipts. | RLE | 0.20 | 145.00 |
| | Subtotal | | **120.80** | **$84,593.00** |

### 961 11 Records - Inventory and Access

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/28/25 | Emails from/to Todd L and Alan R on Iron Mountain records and abandonment. | RLE | 0.30 | 208.50 |
| 7/28/25 | Review of record retention list from Iron Mountain. | RLE | 0.20 | 139.00 |
| 8/29/25 | Organized records for storage. | RLE | 0.20 | 139.00 |
| 7/30/26 | Organize records for storage at Hilll Archive. | RLE | 0.30 | 217.50 |
| | Subtotal | | **1.00** | **$704.00** |

### 962 12 Tax Preparation and Services

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/11/24 | Review file for status, o/s tax work | ATG | 1.10 | 907.50 |
| 11/13/24 | Review / respond to correspondence from Tennessee DOR. Provide supporting documentation | MGI | 1.60 | 952.00 |
| 11/19/24 | Provide DMM with status update on tax returns for 2022 - current. | MGI | 0.30 | 178.50 |
| 11/20/24 | review folders to determine status of income tax returns (.3); emails to/from MGI (.2). | DMM | 0.50 | 325.00 |
| 11/21/24 | Emails from/to David R. on MS privilege tax. | RLE | 0.20 | 130.00 |
| 12/10/24 | Emails from David R on pre-petition property tax payment. | RLE | 0.10 | 65.00 |
| 12/11/24 | Emails from Paul N Dave R on pre-petition tax obligations., | RLE | 0.40 | 260.00 |
| 12/12/24 | Call with Alan R and West Lake team and Tax Advisors on pre-petition property tax amounts and funding. | RLE | 0.70 | 455.00 |
| 12/18/24 | Review of emails from/to David R to MO dept of revenues on property tax claim | RLE | 0.30 | 195.00 |
| 1/16/25 | Review of emails from David R on Mississippi request for POA and Finance company privilege tax, | RLE | 0.30 | 208.50 |
| 2/5/25 | Review PY Tax documentation. Determine items needed for 2024 income tax. Draft email to Alan Root regarding status tax status | MGI | 0.20 | 128.00 |
| 3/4/25 | Review PY files, Schedules / SOFA / Docket. Determine items needed for 2024 tax returns. Send list of items to David Carickoff | MGI | 0.40 | 256.00 |
| 3/6/25 | File tax deadline extension | BAG | 0.30 | 127.50 |
| 3/6/25 | Meet with Brian Giuliano - prepare 2024 extensions | MGI | 0.30 | 192.00 |
| 3/17/25 | Generate 2023 K-1 per client request. Respond to attorney correspondence regarding 2024 returns. | MGI | 0.80 | 512.00 |
| 3/17/25 | Review for extension 2024 tax returns. | MGI | 0.30 | 192.00 |
| 6/17/25 | Review of emails from David R on privelege tax issues, | RLE | 0.30 | 208.50 |
| 6/19/25 | Emails to/from Bradley P and David R. on Privilege tax with state of MS. | RLE | 0.40 | 278.00 |
| 6/30/25 | Review 2024 Tax File. Correspondence with Trustee and MG regarding status of 2024 returns. | MGI | 0.30 | 208.50 |
| 7/8/25 | Preparation of 2024 Federal Partnership Return. | MGI | 3.20 | 2224.00 |

| | | | | |
|---|---|---|---|---|
| 7/17/25 | Review with MGI tax return prep for 2023 and 2024 | RLE | 0.20 | 139.00 |
| 7/17/25 | Call with Alan R review of Indiana tax filing for AF Title Co per David Rosen, | RLE | 0.30 | 208.50 |
| 7/17/25 | Review of state tax filings. | RLE | 0.20 | 139.00 |
| 7/17/25 | Review with RLE on returns | MGI | 0.20 | 139.00 |
| 7/18/25 | Prepare Final 2024 federal and state returns for DC review and approval. Prepare 505B letter and instructions. | MGI | 2.10 | 1459.50 |
| 7/22/25 | Perform final review of 2024 1065 tax returns for exhibits and compliance to IRS for DC per MGI request | MSG | 0.50 | 220.00 |
| 7/22/25 | Perform final review of 2024 AL Form 65 tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/22/25 | Perform final review of 2024 AR Form AR1050 tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/22/25 | Finalize 2024 tax returns for processing and trustee review. | MGI | 1.40 | 973.00 |
| 7/23/25 | Emails from to Alan R and Roseanne D on Alabama Tax and pre-petition assessment. | RLE | 0.30 | 208.50 |
| 7/23/25 | Perform final review of 2024 GA Form 700 tax returns for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/23/25 | Perform final review of 2024 KT Form 740NP-WH tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/23/25 | Perform final review of 2024 MS Pass-Through-Entity tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/23/25 | Perform final review of 2024 MO-1065 tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/23/25 | Perform final review of 2024 NC D-403 tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/23/25 | Perform final review of 2024 SC 1065 tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/23/25 | Perform final review of 2024 TN FAE 170 tax return for exhibits and compliance for DC per MGI request | MSG | 0.30 | 132.00 |
| 7/28/25 | Review of Tax documents provide by Dave R for Indiana. | RLE | 0.30 | 208.50 |
| 7/28/25 | Emails from Dave R and Alan R on completion of IN tax transfer documents, | RLE | 0.10 | 69.50 |
| 8/26/25 | emails from/to David R on Indiana Tax issue and registration, | RLE | 0.20 | 139.00 |
| 11/20/25 | Review IRS Notice on 1065 penalty and discuss with MGI. | RLE | 0.30 | 208.50 |
| 11/20/25 | Discuss notice with RLE | MGI | 0.10 | 69.50 |
| 12/1/25 | Review / respond to various tax notices | MGI | 1.40 | 973.00 |
| 1/14/26 | Emails from Dave A and Dave C on Oklahoma Franchise liability, | RLE | 0.20 | 145.00 |
| 3/5/26 | File extensions for 2025 tax returns. | MGI | 0.70 | 507.50 |
| 5/11/26 | Emails from/to Dave R and Alan R on MS tax assessment. | RLE | 0.30 | 217.50 |
| 5/25/26 | Preparation of 2025 partnership return. | MGI | 2.20 | 1595.00 |
| 5/25/26 | Preparation of 2025 State partnership return for AL | MGI | 0.90 | 652.50 |
| 5/25/26 | Preparation of 2025 State partnership return for AR | MGI | 0.60 | 435.00 |

| | | | | |
|---|---|---|---|---|
| 5/25/26 | Preparation of 2025 State partnership return for GA | MGI | 1.10 | 797.50 |
| 5/25/26 | Preparation of 2025 State partnership return for KY | MGI | 1.20 | 870.00 |
| 5/25/26 | Preparation of 2025 State partnership return for MI | MGI | 0.90 | 652.50 |
| 5/25/26 | Preparation of 2025 State partnership return for MO | MGI | 0.70 | 507.50 |
| 5/25/26 | Preparation of 2025 State partnership return for NC | MGI | 1.20 | 870.00 |
| 5/25/26 | Preparation of 2025 State partnership return for SC | MGI | 1.20 | 870.00 |
| 5/25/26 | Preparation of 2025 State partnership return for Tennessee | MGI | 0.80 | 580.00 |
| 6/3/26 | Perform final review for exhibits and compliance of 2025 1065, AL Form 65, AR 1050, GA 700, KT PTE, MS 84-105, MO-1065, NC D-403, SC 1065, TN FAE 170 tax returns for DC per MGI request | MSG | 2.30 | 1035.00 |
| 6/3/26 | Final review / processing of 2025 Partnership return. | MGI | 3.70 | 2682.50 |
| 6/4/26 | Finish final review for exhibits and compliance of 2025 1065, AL Form 65, AR 1050, GA 700, KT PTE, MS 84-105, MO-1065, NC D-403, SC 1065, TN FAE 170 tax returns for DC per MGI request | MSG | 0.30 | 135.00 |
| 6/8/26 | Met with SS re: shipment, verify tracking | MSG | 0.30 | 135.00 |
| 6/8/26 | Assist MSG with return tracking | SSH | 0.30 | 105.00 |
| 6/10/26 | Review processed returns. Create 2025 Archive file. | MGI | 1.60 | 1160.00 |
| 6/16/26 | Provide Donna Miller with status of tax returns | MGI | 0.10 | 72.50 |
| 6/17/26 | REview / respond to IRS tax notice regarding 2022 return. | MGI | 0.60 | 435.00 |
| 6/18/26 | Draft response to RAC Notice | MGI | 1.90 | 1377.50 |
| 6/19/26 | Review tax form 1065 letter for ending 2022 per MGI request | MSG | 0.30 | 135.00 |
| 7/27/26 | Correspondence with investor group re 2025 partnership return | MGI | 0.40 | 290.00 |
| 7/28/26 | Format Form II receipts per RLE request. | MGI | 0.60 | 435.00 |
| 7/29/26 | Review of K-1's, corporate return | ATG | 0.40 | 358.00 |
| 7/29/26 | Modify K-1s per investor request. Send copies to Investor | MGI | 0.80 | 580.00 |
| | Subtotal | | **47.90** | **$31,981.00** |

966 16 Asset Recovery & Analysis

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/28/25 | Review / respond to email regarding AR collections. | MGI | 0.30 | 208.50 |
| 10/1/25 | Emails from Alan R on loan pool purchase by Westlake, | RLE | 0.10 | 69.50 |
| 10/7/25 | Emails to PJ and Todd L on bid for remaining loan pools. | RLE | 0.20 | 139.00 |
| 12/12/25 | Call with Akerman and Dave C and Alan R concerning HWB loan pools performance and possible abandonment. | RLE | 0.60 | 417.00 |
| 12/16/25 | Emails to/from Akerrman and Dave C on state of Indiana restatement requirements. | RLE | 0.60 | 417.00 |
| 12/16/25 | Review with ATG Indiania restatement process for AF Title Co | RLE | 0.20 | 139.00 |
| 12/19/25 | Review of Indiana request of audited balance sheet for AF Title Co. | RLE | 0.20 | 139.00 |
| 12/22/25 | Call with Alan R and Akerman on Indiana request for audited balance sheet | RLE | 0.60 | 417.00 |

| | | | | |
|---|---|---|---|---|
| 8/24/26 | Review of case activity in prep for call with West lake on portfolio termination.. | RLE | 0.40 | 290.00 |
| 8/24/26 | Call with PJ and Alan R. review of portfolios. | RLE | 0.20 | 145.00 |
| 9/18/26 | Call with Akerman. Dave C and Alan R on portfolio termination. | RLE | 0.50 | 362.50 |
| | Subtotal | | **3.90** | **$2,743.50** |
| | FEES TOTAL | | 257.50 | $162,071.50 |

7011 Copies

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 11/30/24 | 150 copies @ .10 each | ALL | | 15.00 |
| 12/31/24 | 84 copies @ .10 each | ALL | | 8.40 |
| 1/31/25 | 205 copies @ .10 each | ALL | | 20.50 |
| 2/28/25 | 237 copies @ .10 each | ALL | | 23.70 |
| 3/31/25 | 131 copies @ .10 each | ALL | | 13.10 |
| 5/31/25 | 104 copies @ .10 each | ALL | | 10.40 |
| 6/30/25 | 219 copies @ .10 each | ALL | | 21.90 |
| 7/31/25 | 124 copies @ .10 each | ALL | | 12.40 |
| 12/31/25 | 275 copies @ .10 each | ALL | | 27.50 |
| 4/30/26 | 192 copies @ .10 each | ALL | | 19.20 |
| 7/31/26 | 418 copies @ .10 each | ALL | | 41.80 |
| 9/30/26 | 230 copies @ .10 each | ALL | | 23.00 |
| | Subtotal | | | **$236.90** |

7080 Outside Services

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 7/23/25 | FedEx to Trustee. | ALL | | 23.51 |
| 6/18/26 | FecEx returns to Trustee | ALL | | 19.48 |
| | Subtotal | | | **$42.99** |

7030 Postage/Certified Mail

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 12/2/25 | Postage Cert/RR to IRS, Ogden, UT. | ALL | | 10.73 |
| 6/19/26 | Mail letter re: 2022 1065 to IRS/certif/RR | ALL | | 11.02 |
| | Subtotal | | | **$21.75** |
| | EXPENSES TOTAL | | | $301.64 |

| | |
|---|---|
| Invoice Total | **$162,373.14** |