**EXHIBIT "B"**

**IN THE UNITED STATES BANKRUPTCY COURT OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS) |

**CERTIFICATION OF DONNA M. MILLER**

**DONNA M. MILLER,** and being duly sworn according to law, deposes and says as follows:

1. I am an employee in the firm of Giuliano Miller and Company, LLC ("GMCO") which has served as accountants and financial advisors to David W. Carickhoff, Chapter 7 Trustee of RAC Investment Holdings, LLC, et al. (the "Debtors") in the above captioned chapter 7 case.

2. I have read the foregoing Motion of GMCO for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3. There is no agreement or understanding between GMCO and any other person for a division of compensation as accountants to the Chapter 7 Trustee.

4. No division prohibited by the Bankruptcy Code will be made by GMCO.

5. No agreement prohibited by Title 18, Section 155 has been made.

6. I have reviewed the requirements of Local Rule 2016-1. The foregoing Motion complies with this rule.

/s/ *Donna M. Miller*
Donna M. Miller, CPA

Dated: October 6, 2026

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).