**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>**Re Docket #_____** |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2024 THROUGH SEPTEMBER 30, 2026**

Giuliano Miller and Company, LLC ("GMCO"), Accountants and Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for the estates of RAC Investment Holdings, LLC, et al. ("Debtors") having filed a Third Interim Application for an Order Granting Compensation and Reimbursement of Expenses (the "Application") For The Period November 1, 2024 to September 30, 2026, and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and after notice and hearing and for other and good cause:

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

2. GMCO be and hereby is awarded total compensation in the amount of $162,071.50 for fees and $301.64 for costs and expenses incurred for a total of $162,373.14 for the period November 1, 2024 through September 30, 2026.

3. The amount awarded shall be paid forthwith by the Chapter 7 Trustee.