**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>**Hearing Date: December 3, 2026 at 9:30 a.m.**<br>**Objection Deadline: November 10, 2026 by 4:00 p.m.** |

**NOTICE OF THIRD INTERIM FEE APPLICATION OF GIULIANO, MILLER & COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2024 THROUGH SEPTEMBER 30, 2026**

PLEASE TAKE NOTICE that the *Third Interim Fee Application of Giuliano Miller & Company, LLC as Accountants and Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period November 1, 2025 through September 30, 2026* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court) which seeks the following relief:

Applicant seeks an interim allowance of fees in the amount of $162,071.50 and expenses in the amount of $301.64 for the period of November 1, 2024 through September 30, 2026.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Application must be made in writing and filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned on or before **November 10, 2026 @ 4:00 pm** (Eastern Time). If no objections are timely filed in accordance

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

with the above procedures, the Applicant may file a Certificate of No Objection with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above proceedings, a hearing on the Application will be held on **December 3, 2026 @ 9:30 a.m.**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, Sixth Floor, Courtroom #1, Wilmington, Delaware 19801. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at said hearing.

Dated: October 26, 2026

CHIPMAN BROWN CICERO & COLE, LLP

By: */s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone (302) 434-4407
Email: root@chipmanbrown.com

*Counsel for David W. Carickhoff, Ch. 7 Trustee*