**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAC Investment Holdings, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10316 (BLS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on October 26, 2026, I caused to be served the *Third Interim Fee Application of Giuliano Miller & Company, LLC as Accountants and Financial Advisors to David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period November 1, 2025 through September 30, 2026 via* electronic mail upon the parties listed on the attached Service List.

Dated: October 26, 2026
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*

Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

1 The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

Joseph M Mulvihill, Esquire
*Young Conaway Stargatt & Taylor, LLP*
bankfilings@ycst.com

Matthew B. Harvey, Esquire
Sophie Rogers Churchill, Esquire
*Morris, Nichols, Arsht & Tunnell LLP*
mharvey@morrisnichols.com
srchurchill@morrisnichols.com

M. Blake Cleary, Esquire
Aaron H. Stulman, Esquire
*Potter Anderson & Corroon LLP*
bcleary@potteranderson.com
astulman@potteranderson.com

Jack A. Raisner, Esquire
René S. Roupinian, Esquire
*Raisner Roupinian LLP*
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

Andrew J. Roth-Moore, Esquire
*Cole Schotz P.C.*
aroth-moore@coleschotz.com

Dennis A. Meloro, Esquire
*Greenberg Traurig, LLP*
Dennis.Meloro@gtlaw.com

Howard Marc Spector, Esquire
*Spector & Cox, PLLC*
hspector@spectorcox.com

Thomas Lobello, III, Esquire
tl@rolfelaw.com

James H. Millar, Esquire
Laura E. Appleby, Esquire
*Faegre Drinker Biddle & Reath LLP*
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com

William S. Brody, Esquire
Julian I. Gurule, Esquire
*Buchalter, P.C.*
jgurule@buchalter.com
wbrody@buchalter.com

Stephen E. Gruendel, Esquire
Cole Richins, Esquire
Zachary H. Smith, Esquire
*Moore & Van Allen PLLC*
stevegruendel@mvalaw.com
colerichins@mvalaw.com
zacharysmith@mvalaw.com

Christopher D. Loizides, Esquire
*Loizides, P.A.*
loizides@loizides.com

Ross E. Webster, Esquire
Ricky Hutchens, Esquire
*Glankler Brown, PLLC*
rwebster@glankler.com
rhutchens@glankler.com

John H. Knight, Esquire
Huiqi Liu, Esquire
*Richards, Layton & Finger, P.A.*
knight@rlf.com
liu@rlf.com

Linda J. Casey, Esquire
*Office of the United States Trustee*
linda.casey@usdoj.gov

Brian T. FitzGerald
Senior Assistant County Attorney
fitzgeraldb@hillsboroughcounty.org
stroupj@hillsboroughcounty.org
connorsa@hillsboroughcounty.org

Ian J. Bambrick, Esquire
Katharina Earle, Esquire
*Faegre Drinker Biddle & Reath LLP*
ian.bambrick@faegredrinker.com
katharina.earle@faegredrinker.com

Morgan L. Patterson, Esquire
*Womble Bond Dickinson (US) LLP*
morgan.patterson@wbd-us.com

Joel L. Perrell, Jr., Esquire
*Womble Bond Dickinson (US) LLP*
joel.perrell@wbd-us.com

Bruce J. Ruzinsky, Esquire
*Jackson Walker L.L.P.*
bruzinsky@jw.com

Eric J. Monzo, Esquire
Tara C. Pakrouh, Esquire
*Morris James LLP*
emonzo@morrisjames.com
tpakrouh@morrisjames.com

Callan C Searcy, Esquire
*Texas Office of Attorney General*
bk-csearcy@texasattorneygeneral.gov

John D. Elrod, Esquire
*Terminus 200*
elrodj@gtlaw.com

Scott D. Cousins, Esquire
*Lewis Brisbois*
scott.cousins@lewisbrisbois.com

Philip C. Hearn, Esquire
*Hearn Law Firm, P.A.*
philiphearn@yahoo.com

Monique B. DiSabatino, Esquire
*Saul Ewing LLP*
monique.disabatino@saul.com

Turner N. Falk, Esquire
*Saul Ewing LLP*
turner.falk@saul.com

Emily Margaret Hahn, Esquire
*Abernathy, Roeder, Boyd & Hullett, P.C.*
ehahn@abernathy-law.com

Laura L. McCloud, Esquire
*Tennessee Attorney General's Office*
agbankdelaware@ag.tn.gov

Henry C. Shelton, III
*Adams and Reese, LLP*
hank.shelton@arlaw.com